# EXHIBIT 1

es

h

# Twilio Has Joined The Unicorn Ranks With Stealthy $100 Million Raise

MAY 4, 2015 @ 10:46 PM    15,752 VIEWS



**Alex Konrad**
FORBES STAFF
*Staff writer for venture capital, startups and enterprise tech.*

[FOLLOW ON FORBES (350)](#)

    

FULL BIO ∨

Twilio is the latest tech startup to join the ranks of private companies worth at least $1 billion after quietly raising a $100 million round of funding, Forbes has learned.

The cloud communications company authorized the Series E round of funding in April, its first fundraise in nearly two years, according to a Delaware filing uncovered Monday by VC Experts, a private company

3 seconds to
download 100 songs.

HOVER TO LEARN MORE

research firm.

The documents filed on April 24 authorize 8,841,730 new shares at an issue price of $11.31 per share. At that new price, Twilio's 100 million total shares outstanding would give the company a post-money valuation of $1.1 billion. A source with knowledge of the funding confirmed the raise put Twilio's valuation past the billion-dollar valuation mark.

It is unknown what new investors, if any, have led the investment, and if the round has fully closed. Twilio declined to comment through a spokesperson Monday night.

NetApp Flash Architecture

Optimize your Storage Architecture For the Flash & Hybrid Cloud Future





The round about doubles Twilio's valuation, as well as the total funding the company has raised since launching in 2008. A range of investors had put $103.7 million into the company before the new raise, including Series D lead Redpoint Ventures, Series C co-leads Bessemer Venture Partners (which led its Series B) and Union Square Ventures (which led the Series A). The company had formerly been worth

about $500 million.

San Francisco-based Twilio provides cloud communication infrastructure to businesses so they can interact quickly and safely with their own customers. That includes Uber, which has used Twilio since at least 2013 to handle status changes and notifications regarding customers' rides. Enterprise collaboration company Box has built a two-factor authentication on Twilio, while Home Depot HD +0.18% uses the Twilio client to communicate with customers finding technicians over its Redbeacon unit. Other customers include eBay EBAY +0.62%, Hulu and Sony .

— **Recommended by Forbes** —

With $100 M
From Silicon
Elite, AltScho
New Approac

The eight-year-old company has been tied to rumors of IPO since it last raised money in June of 2013. At the time, CEO Jeff Lawson had told TechCrunch the company didn't need to raise more and that going public would be a logical next step. But that

was before a shift in tech company fundraising made it more attractive for late-stage companies to remain private longer, finding comparable cash to what they could attain on on the public markets from additional investors without the added scrutiny of becoming public. In February, Series D investor Scott Raney told the Wall Street Journal that Twilio was in "no rush to go public."

In the same article, Twilio announced it had crossed a revenue run rate of $100 million in 2014 and was adding $1 million in recurring revenue every week. Since then, the company launched video capability and acquired a two-factor authentication startup, Authy. More than 500,000 developers work with Twilio's APIs.

*Follow Alex on Forbes, Twitter and Facebook for more coverage of startups, enterprise software and venture capital.*

Comment on this story

 Report Corrections     Reprints & Permissions

**SEE ALSO**

| TOP 10 | 10 BEST |
|---|---|
| COMPANIES | PUBLIC |
| TOP | POPULAR |
| TOP | IT COMPANY |

**From the Web**                                    Ads by Revcontent



### Anxiety? Cannabis Extract, Now Legal in MO
HEALTHY REPORT

### Ditch The Mattress Store - Find Out Why Sleep Experts
LULL

### 1 Easy Exercise That Destroys High Blood Sugar
SMART BLOOD SUGAR

### Seven Nightmare Scenarios Facing America
WALL STREET DAILY



### A Solution That Puts Snoring to Bed
MYSNORING-SOLUTION

### You're In For A Big Surprise in 2016 If You Own A Home in
LENDINGTREE

### Homeowners Who Have Not Missed A Payment in 3 Years
COMPARISONS

### Social Security Sucks: Born Before 1969? You Can Get
PALM BEACH GROUP