# EXHIBIT 4

Case 2:16-cv-02106-PSG-SS Document 1-4 Filed 03/28/16 Page 1 of 4 Page ID #:72

# EXHIBIT D

| Doc code: IDS | | | | PTO/SB/08a (03-15) |
|---|---|---|---|---|
| Doc description: Information Disclosure Statement (IDS) Filed | | | | Approved for use through 07/31/2016. OMB 0651-0031 U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE |

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 14678815 |
|---|---|---|
| | Filing Date | 2015-04-03 |
| | First Named Inventor | Shlomo Gonen |
| | Art Unit | 2656 |
| | Examiner Name | Maria El-Zoobi |
| | Attorney Docket Number | 082797-8001.US06 |

### U.S.PATENTS   [Remove]

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 8781975 | | 2014-07-15 | Bennett et al. | |

If you wish to add additional U.S. Patent citation information please click the Add button.  [Add]

### U.S.PATENT APPLICATION PUBLICATIONS   [Remove]

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Published Application citation information please click the Add button.  [Add]

### FOREIGN PATENT DOCUMENTS   [Remove]

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2] i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | |

If you wish to add additional Foreign Patent Document citation information please click the Add button  [Add]

### NON-PATENT LITERATURE DOCUMENTS   [Remove]

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 14678815 |
|---|---|---|
| | Filing Date | 2015-04-03 |
| | First Named Inventor | Shlomo Gonen |
| | Art Unit | 2656 |
| | Examiner Name | Maria El-Zoobi |
| | Attorney Docket Number | 082797-8001.US06 |

| | | |
|---|---|---|
| | 1 | Petition for Inter Partes Review of U.S. Patent No. 8,462,920; Inter Partes Review No. 2016-00450, date of certificate of service: January 11, 2016 (66 pages). |
| | 2 | Petition for Inter Partes Review of U.S. Patent No. 8,687,038; Inter Partes Review No. 2016-00451, date of certificate of service: January 11, 2016 (68 pages). |
| | 3 | Defendant Twilio Inc.'s Motion for Judgment on the Pleadings that the Patents-in-suit are Invalid Under 35 U.S.C. 101; Case No. 2:15-cv-03240-PSG-SS, filed January 5, 2016 (48 pages). |

If you wish to add additional non-patent literature document citation information please click the Add button  **Add**

**EXAMINER SIGNATURE**

| Examiner Signature | /Maria El-zoobi/ | Date Considered | 02/16/2016 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.