# EXHIBIT 6



**Press Release**

For Immediate Release

**TeleSign launches Two-Factor Authentication/Login Demo**

Beverly Hills, CA– May 30, 2006- TeleSign Corporation, a leading provider of identity verification tools, today launched its Two-Factor Authentication/Login demo:

http://www.telesign.com/twofactordemo/

The spread of malware, spyware, keylogging, data theft, and phishing has proven that a username and password are simply not enough to protect access to critical data. A second layer of authentication is now necessary, and TeleSign's innovative two-factor solution has been developed to address this need.

When an entity is secured using TeleSign's two-factor solution, a user must receive a verification call at a predetermined number before they can login to their account. This means that even if a username/password combination is compromised, a thief would not be able to access a user's account because the thief would not have access to the user's telephone.

"We are pleased to announce our two-factor authentication demo. This technology is an easy, inexpensive way to secure access to everything from web mail to corporate intranets," said Darren Berkovitz, Chief Operating Officer of TeleSign. "Companies and users can rest easy knowing that their data is secure. As demand for TeleSign's telephone verification tools are at an all time high, two-factor authentication is an important, growing aspect of our product portfolio."

**About TeleSign Corporation:**

TeleSign is a leader in innovative internet security solutions and provider of intelligent telephone-based verification solutions. TeleSign's patent-pending Verification System provides a critical layer of security for online entities. TeleSign's product suite includes two-factor authentication using the telephone, real-time telephone verification, SMS verification, and PhoneID, a service that tells you important information about a phone number. TeleSign is privately held and based in Beverly Hills, CA. For more information, visit www.telesign.com or call (310)276-7843.

9454 Wilshire Blvd
Suite 525
Beverly Hills, CA  90212

Phone: 310-276-7843
Fax: 310-276-5903
Email: sales@telesign.com