# EXHIBIT 7

# AUTHY

PRODUCTS & PRICING   USE CASES   API & DOCS   NOT A DEVELOPER?   SIGN UP   LOG IN

## Two-factor Authentication

Strengthen — even replace — the traditional username and password login for websites, SaaS products, and mobile apps. Made easy for developers, businesses, and users.



### AUTHY SoftToken

Get a new seven-digit authentication code every twenty seconds. Available via the Authy app for mobile, wearable and desktop platforms.



### AUTHY OneCode

Dynamic seven-digit authentication codes generated on-demand. Delivered via SMS or text-to-speech phone call to a registered number.



### AUTHY OneTouch

Approve or deny the authentication request with a simple yes/no question. Push notifications alert on a previously authorized smartphone.

Authy Two-factor Authentication (2FA) is trusted by over 10,000 websites and mobile apps.

CLOUD INFRASTRUCTURE   SECURITY ORGANIZATIONS   LEADING GAMING COMPANIES   CRYPTOCURRENCY

 **Simplicity for developers**

 **Simplicity for IT admins**

**Simplicity for users**

| | | |
|---|---|---|
| Simple REST API: Add 2FA to web and mobile apps with fewer than **ten lines of code** | Audited and vetted by third parties, including financial institutions and Dell | No hardware tokens required |
| Extensive client libraries (PHP, Ruby, Python, Java, Node.js, etc) and thorough documentation | Highly reliable with 99.999% **uptime** and sub-400 millisecond response time since 2002 | Available on any device: smartphone, tablet, desktop, and wearable |
| Tested and used by more than 20,000 developers since 2012 | Self-service results in fewer Help Desk and Customer Service calls | Multiple authentication options: SMS, Voice, Time-based One-time Passcode (TOTP), and push notifications |



## Authy SoftToken



Recommended for employee, partner, and customer access to confidential portals and web apps. An excellent replacement for hardware 2FA tokens.

**STEP 1** — Add 2FA workflows to any web portal and mobile app with a few lines of code.

**STEP 2** — Generate a TOTP every twenty seconds, required for the user to log in to any Authy-secured app.

**Cross-platform and multi-device**

**Added device security**

**Self-service recovery**

The Authy app can be used on multiple user devices including smartphones, tablets, and desktops.

Require a user PIN or device biometric (TouchID) before users can see authentication codes in the Authy app.

Allow users to start using a replacement device without calling a help desk with cloud backup and restore.

## Authy OneCode



Ex. 7, p. 077

Recommended for users who do not have the Authy app, when added security layer or fallback is needed, and to reach feature phone, landline, or sight-impaired individuals in accordance with the American Disabilities Act (ADA) in the US.

STEP 1 — Add 2FA workflows to any web portal and mobile app with a few lines of code.

STEP 2 — A dynamically-generated, seven-digit authentication code is delivered via SMS or phone call, which is required to log in to an Authy-secured app.

Localized experiences | Secondary options | Route connectivity

SMS and voice messages can be customized and localized depending on user location, customs, and language. | Choose to send authentication codes via SMS with a fallback to phone calls, or vice-versa. | SMS and call completion assurance based on intelligent routing across our network of aggregators and carriers.



## Authy OneTouch

Recommended for implementing 2FA at login or to confirm a transaction. Delivers the most streamlined, strong-authentication process.

STEP 1 — Add 2FA workflows to any web portal and mobile app with a few lines of code.

STEP 2 — Users receive a push-style authentication request to their smartphone. The user must have a company mobile app with embedded OneTouch code or the Authy SoftToken app.

Simplicity | Advanced protection | Strongest 2FA

A streamlined 2FA user experience. A | Reliable public/private key pair for both | Out-of-band authentication that

simple, one touch "yes" or "no".                            mutual and message authentication.                       protects against both man-in-the-
                                                                                                                    middle and phishing attacks.

# We can't wait to see what you build

Start today with a free Authy trial account.

Talk to Sales                                                                                                       Get started now



## COMPANY                        PRODUCTS                              PRICING                         USE CASES                           API & DOCS

About Twilio                      Programmable Voice                    Voice Pricing                   Customer Stories                    Quickstarts

Our Nine Values                   Elastic SIP Trunking                  Messaging Pricing               Showcase                            Tutorials

Our Leadership Principles         Programmable Video                    SIP Trunking Pricing            Two-Factor Authentication           API Reference

The Team                          TaskRouter                            Client Pricing                  Appointment Reminders               Helper Libraries

Press & Media                     Network Traversal Service             Network Traversal Pricing       Dispatch Notifications              Blog

Twilio.org                        Programmable SMS                      TaskRouter                      ETA Alerts                          Help

Careers                           IP Messaging                          Lookup                          Automated Surveys

                                  Authy                                 International Coverage         Masked Phone Numbers

                                  Monitor                                                              Visual Estimates

                                  Lookup                                                               Developer Network

                                  Support Plans                                                        Webinars

                                                                                                       White Papers

## INQUIRIES

Contact Press                     Support

Press                             Status        Sales        Technical       Community       Legal

© 2016 Twilio. All rights reserved. | Terms of Service | Privacy Policy