# EXHIBIT 8

 Data & Analytics APIs



# PhoneID

A set of market-leading APIs that deliver valuable data attributes across the number lifecycle for virtually any number in the world, to help deliver assurance and prevent fraudulent activity.

Download Datasheet (https://www.telesign.com/wp-content/uploads/2015/09/TeleSign_US_Datasheet_Phone_ID_2016-3.pdf)

This site uses cookies. By continuing to browse the site you are agreeing to our use of cookies. Find out more here (https://telesign.wpengine.com/privacy-notice/).    Close ()

Attaching a verified phone to an end-user account helps protect it from compromise throughout the user journey. TeleSign PhoneID provides a wide range of risk assessment indicators on the number to help confirm user identity, delivering real-time decision making throughout the number lifecycle and ensuring only legitimate users are creating accounts and accessing your applications.

## PHONEID STANDARD

A TeleSign API that provides phone type and telecom carrier information to identify which phone numbers can receive SMS messages and/or a potential fraud risk.



## PHONEID SIM SWAP DETECTION

A TeleSign API that establishes baseline IMSI and enables on-demand checks for SIM changes to assess if and when a SIM has been swapped to help you determine if related to fraud.

*Available in UK market only*

## PHONEID CONTACT

A TeleSign API that delivers contact information related to the subscriber's phone number to provide another set of indicators for established risk engines.

*Available in US market only*

## PHONEID CALL FORWARD DETECTION

A TeleSign API that delivers real-time number forwarding status for a number already established as a trust anchor to help determine whether to allow a verification to proceed.

*Not available in all markets. Contact sales for specific country coverage.*

## PHONEID LIVE

A TeleSign API that delivers insights such as whether a phone is active or disconnected, a device is reachable or unreachable and its roaming status.

*Not available in all markets. Contact sales for specific country coverage.*

## PHONEID NUMBER DEACTIVATION

A TeleSign API that uses intelligence on when a phone number has been truly deactivated, based on carriers' phone number data and our proprietary analysis, to deliver a date and time stamp, in the event a trust anchor has been broken.

*Available in US market only*



# BENEFITS

### DATA ATTRIBUTES

Delivers ongoing key phone number data attributes to help make better decisions about new registrations and user activity.

### NUMBER INTELLIGENCE

Delivers deep number-related indicators to assist in detecting fraud and help evaluate risk of end-user verification.

### EASY INTEGRATION

Ensures you swiftly receive real-time data on phone numbers in the optimal format for faster decision-making on user verification.

Using TeleSign strengthens our brand, protects our users and saves on support costs. It's had a significant impact on our business on many levels.

RYAN OGLE, CHIEF TECHNOLOGY OFFICER, TINDER"

# HOW IT WORKS





A common use case and method for leveraging TeleSign's PhoneID APIs is to use it as a passive indicator of risk during the initial account creation process for end users when doing phone verification:

1. When a new user registers for a Web or mobile account, the user's number is automatically checked against a variety of phone number attributes.

2. Certain phone number attributes can be triggered to challenge end-users in the verification process, utilizing TeleSign's verification APIs.

3. If a new registrant should be challenged, TeleSign can deliver a time-based, one-time verification code to the user's mobile phone via SMS or voice message or send a push notification via mobile app. If the verification fails, account creation can then be blocked.

4. If successful, the new end-user account can be created, establishing a "trust anchor" for the account, and the user is authenticated into the service.

## GET STARTED WITH TELESIGN

Integrate our products seamlessly into your user experience.

Show Me How (/contact)

### SOLUTIONS

Account Registration (https://www.telesign.com/solutions/account-registration/)
Account Access and Usage (https://www.telesign.com/solutions/account-access-usage/)
Account Recovery (https://www.telesign.com/solutions/account-recovery/)
Smart Start Services (https://www.telesign.com/solutions/smart-start-services/)

### PRODUCTS

**Verification APIs (/products)**
Smart Verify (https://www.telesign.com/products/smart-verify/)
SMS Verify (https://www.telesign.com/products/sms-verify/)
Voice Verify (https://www.telesign.com/products/voice-verify/)

**Mobile SDKs (/products)**

Auto Verify (https://www.telesign.com/products/auto-verify/)

Push Verify (https://www.telesign.com/products/push-verify/)

**Data & Analytics APIs (/products)**

PhoneID (https://www.telesign.com/products/phone-id/)

Score (https://www.telesign.com/products/score/)

## ABOUT

Mobile Identity (https://www.telesign.com/mobile-identity/)

Company (https://www.telesign.com/company/)

Careers (https://www.telesign.com/careers/)

Customers (https://www.telesign.com/customers/)

Partners (https://www.telesign.com/partners/)

## RESOURCES

Blog (https://www.telesign.com/blog/)

Case Studies (/resources/case-studies/)

Datasheets (/resources/datasheets/)

eGuides (/resources/eguides/)

Events (/resources/events/)

Newsroom (https://www.telesign.com/newsroom/)

Research and Reports (https://www.telesign.com/resources/research-and-reports/)

Videos (/resources/videos/)

Webinars (/resources/webinars/)

## PARTNERS

Technology Partners (/partners/#technology-partners)

(https://www.linkedin.com/company/telesign) (https://twitter.com/telesign)

(https://www.facebook.com/TeleSignCorp)

(https://www.youtube.com/channel/UCFoDbCT4XZzAHb3HCDnRjPg)

(https://www.telesign.com/feed/)

Ex. 8, p. 088

**Los Angeles Headquarters**

13274 Fiji Way Suite 600

Marina del Rey, CA 90292 USA

Direct Dial: +1 310 740 9700

Toll Free: 1 800 850 3485

(https://www.telesign.com/)

© 2016 TeleSign

/   Terms & Conditions (https://www.telesign.com/terms-conditions/)   /   Privacy Notice (https://www.telesign.com/privacy-notice/)