# EXHIBIT 9

Case 2:16-cv-02106-PSG-SS    Document 1-9    Filed 03/28/16    Page 2 of 41    Page ID #:99

PRODUCTS & PRICING     USE CASES     API & DOCS     NOT A DEVELOPER?     SIGN UP     LOG IN

TWILIO DOCS

Quickstart     Tutorials     API Reference     Helper Libraries

# ACCOUNT VERIFICATION WITH AUTHY

RUBY | RAILS

**MORE LANGUAGES** ⌄

C# | ASP.NET MVC

Java | Servlets

Node.js | Express

PHP | Laravel

Python | Flask

Ruby | Rails

**GET THE CODE** ⌄

View on GitHub

Download Source

Deploy Now

When a new user signs up for your application, you want to make sure their contact information is accurate. You'd also like some assurance they are in fact a human being! You want to make sure that every new user account in your system is an actual person you can serve.

There are many layers of security you can put in place to increase the quality of your signups, but one of the best is account verification via SMS. Before a registration is fully completed, your application sends the user a one-time passcode via SMS. The user then enters the code on your website to complete their registration.

In this tutorial, you'll learn how to implement account verification at the point of registration using Twilio-powered Authy. Scroll down this page to get started!

Click to Close



## Ruby Tutorial

View Full Screen ⤢

**ACCOUNT VERIFICATION**

Learn to implement account verification in your web app with Twilio-powered Authy. Account verification helps you ensure your customer data is accurate and secure. This tutorial will show you the code to make it happen.

**START TUTORIAL**

```ruby
/ app / models / user.rb
1  class User < ActiveRecord::Base
2    has_secure_password
3
4    validates :email, presence: true, format: { with: /\A.+@.+\Z/ }, uniqueness: true
5    validates :name, presence: true
6    validates :country_code, presence: true
7    validates :phone_number, presence: true
8  end
```

Ex. 9, p. 090

Twilio Docs: Account Verification with Authy, Ruby, and Rails

## COMPANY

About Twilio

Our Nine Values

Our Leadership Principles

The Team

Press & Media

Twilio.org

Careers

## PRODUCTS

Programmable Voice

Elastic SIP Trunking

Programmable Video

TaskRouter

Network Traversal Service

Programmable SMS

IP Messaging

Authy

Monitor

Lookup

Support Plans

## PRICING

Voice Pricing

Messaging Pricing

SIP Trunking Pricing

Client Pricing

Network Traversal Pricing

TaskRouter

Lookup

International Coverage

## USE CASES

Customer Stories

Showcase

Two-Factor Authentication

Appointment Reminders

Dispatch Notifications

ETA Alerts

Automated Surveys

Masked Phone Numbers

Visual Estimates

Developer Network

Webinars

White Papers

## API & DOCS

Quickstarts

Tutorials

API Reference

Helper Libraries

Blog

Help

## INQUIRIES

Contact Press          Support

Press          Status    Sales    Technical    Community    Legal

© 2016 Twilio. All rights reserved.    |   Terms of Service   |   Privacy Policy

Twilio Docs: Account Verification with Authy, Ruby, and Rails

PRODUCTS & PRICING     USE CASES     API & DOCS     NOT A DEVELOPER?     SIGN UP     LOG IN

TWILIO DOCS        Quickstart     **Tutorials**     API Reference     Helper Libraries

# ACCOUNT VERIFICATION WITH AUTHY

RUBY | RAILS     MORE LANGUAGES ⌄     GET THE CODE ⌄

When a new user signs up for your application, you want to make sure their contact information is accurate. You'd also like some assurance they are in fact a human being! You want to make sure that every ...



## Ruby Tutorial

View Full Screen ⤢

**ACCOUNT VERIFICATION**

≡   ◀   ▶    You did it! Good for you :)

### SENDING A MESSAGE: UPDATING THE CONTROLLER

In the controller, after a new user has been successfully verified, we use `send_message` to deliver them the happy news!

### ALL DONE

And with that, we've implemented account verification in our Ruby on Rails application! Be sure to check out the project buttons above to download the source for this application, view it on GitHub, or deploy it to Heroku to see it in action for yourself.

We'd also love to hear your feedback on this tutorial - please reach out to us with any questions you might have. Thanks for

/ app / controllers / users_controller.rb    📁

```
44         # Mark the user as verified for get /user/:id
45         @user.update(verified: true)
46
47         # Send an SMS to the user 'success'
48         send_message("You did it! Signup complete :)")
49
50         # Show the user profile
51         redirect_to user_path(@user.id)
52       else
53         flash.now[:danger] = "Incorrect code, please try again"
54         render :show_verify
55       end
56     end
57
58     def resend
59       @user = current_user
60       Authy::API.request_sms(id: @user.authy_id)
61       flash[:notice] = "Verification code re-sent"
62       redirect_to verify_path
63     end
64
65     private
66
67     def send_message(message)
68       @user = current_user
69       twilio_number = ENV['TWILIO_NUMBER']
70       @client = Twilio::REST::Client.new ENV['TWILIO_ACCOUNT_SID'], ENV['TWILIO_AUTH_TOKEN
71       message = @client.account.messages.create(
72         :from => twilio_number,
73         :to => @user.country_code+@user.phone_number,
74
```

**COMPANY**
About Twilio
Our Nine Values
Our Leadership Principles

**PRODUCTS**
Programmable Voice
Elastic SIP Trunking
Programmable Video

**PRICING**
Voice Pricing
Messaging Pricing
SIP Trunking Pricing

**USE CASES**
Customer Stories
Showcase
Two-Factor Authentication

**API & DOCS**
Quickstarts
Tutorials
API Reference

Ex. 9, p. 092

Case 2:16-cv-02106-PSG-SS    Document 1-9    Filed 03/28/16    Page 5 of 41    Page ID #:102

| The Team | TaskRouter | Client Pricing | Appointment Reminders | Helper Libraries |
|---|---|---|---|---|
| Press & Media | Network Traversal Service | Network Traversal Pricing | Dispatch Notifications | Blog |
| Twilio.org | Programmable SMS | TaskRouter | ETA Alerts | Help |
| Careers | IP Messaging | Lookup | Automated Surveys | |
| | Authy | International Coverage | Masked Phone Numbers | |
| | Monitor | | Visual Estimates | |
| | Lookup | | Developer Network | |
| | Support Plans | | Webinars | |
| | | | White Papers | |

## INQUIRIES

Contact Press        Support

Press        Status    Sales    Technical    Community    Legal

© 2016 Twilio. All rights reserved.    |    Terms of Service    |    Privacy Policy

Ex. 9, p. 093

PRODUCTS & PRICING     USE CASES     API & DOCS     NOT A DEVELOPER?     SIGN UP     LOG IN

TWILIO DOCS        Quickstart    **Tutorials**    API Reference    Helper Libraries

## ACCOUNT VERIFICATION WITH AUTHY

RUBY | RAILS      MORE LANGUAGES ⌄    GET THE CODE ⌄

When a new user signs up for your application, you want to make sure their contact information is accurate. You'd also like some assurance they are in fact a human being! You want to make sure that every ...



---

Ruby Tutorial

View Full Screen ⤢

**ACCOUNT VERIFICATION**

       Next: About This Tutorial

### USER ACCOUNT VERIFICATION

Ready to implement user account verification in your application? Here's how it works at a high level:

1. The user begins the registration process by entering their data, including a phone number, into a signup form

2. The authentication system sends a one-time password to the user's mobile phone to verify their possession of that phone number

3. The user enters the one-time password into a form before completing registeration

4. The user sees a success page and

/ app / models / user.rb

```ruby
1  class User < ActiveRecord::Base
2    has_secure_password
3
4    validates :email,  presence: true, format: { with: /\A.+@.+$\Z/ }, uniqueness: true
5    validates :name, presence: true
6    validates :country_code, presence: true
7    validates :phone_number, presence: true
8  end
```

---

COMPANY

About Twilio

Our Nine Values

Our Leadership Principles

PRODUCTS

Programmable Voice

Elastic SIP Trunking

Programmable Video

PRICING

Voice Pricing

Messaging Pricing

SIP Trunking Pricing

USE CASES

Customer Stories

Showcase

Two-Factor Authentication

API & DOCS

Quickstarts

Tutorials

API Reference

3/27/2016    Case 2:16-cv-02106-PSG-SS    Document 1-9    Filed 03/28/16    Page 7 of 41    Page ID
#:104
Twilio Docs: Account Verification with Ruby, Sinatra, and Rails

| The Team | TaskRouter | Client Pricing | Appointment Reminders | Helper Libraries |
| Press & Media | Network Traversal Service | Network Traversal Pricing | Dispatch Notifications | Blog |
| Twilio.org | Programmable SMS | TaskRouter | ETA Alerts | Help |
| Careers | IP Messaging | Lookup | Automated Surveys | |
| | Authy | International Coverage | Masked Phone Numbers | |
| | Monitor | | Visual Estimates | |
| | Lookup | | Developer Network | |
| | Support Plans | | Webinars | |
| | | | White Papers | |

## INQUIRIES

Contact Press        Support

Press        Status    Sales    Technical    Community    Legal

© 2016 Twilio. All rights reserved.    |    Terms of Service    |    Privacy Policy

PRODUCTS & PRICING　　USE CASES　　API & DOCS　　NOT A DEVELOPER?　　SIGN UP　LOG IN

TWILIO DOCS

Quickstart　　Tutorials　　API Reference　　Helper Libraries

## ACCOUNT VERIFICATION WITH AUTHY

RUBY | RAILS　　　　MORE LANGUAGES ⌄　　GET THE CODE ⌄

When a new user signs up for your application, you want to make sure their contact information is accurate. You'd also like some assurance they are in fact a human being! You want to make sure that every …

▼

Ruby Tutorial

View Full Screen ⤢

**ACCOUNT VERIFICATION**

  　Next: The User Story

**ABOUT THIS TUTORIAL**

In this tutorial, we will be working through a series of user stories that describe how to fully implement account verification in a web application. Our team implemented this example application in about 12 story points (roughly equivalent to 12 working hours).

Let's get started with our first user story around creating a new user account.

/ app / models / user.rb

```ruby
1  class User < ActiveRecord::Base
2    has_secure_password
3
4    validates :email,  presence: true, format: { with: /\A.+@.+$\Z/ }, uniqueness: true
5    validates :name, presence: true
6    validates :country_code, presence: true
7    validates :phone_number, presence: true
8  end
```

---

| COMPANY | PRODUCTS | PRICING | USE CASES | API & DOCS |
|---|---|---|---|---|
| About Twilio | Programmable Voice | Voice Pricing | Customer Stories | Quickstarts |
| Our Nine Values | Elastic SIP Trunking | Messaging Pricing | Showcase | Tutorials |
| Our Leadership Principles | Programmable Video | SIP Trunking Pricing | Two-Factor Authentication | API Reference |

| The Team | TaskRouter | Client Pricing | Appointment Reminders | Helper Libraries |
| Press & Media | Network Traversal Service | Network Traversal Pricing | Dispatch Notifications | Blog |
| Twilio.org | Programmable SMS | TaskRouter | ETA Alerts | Help |
| Careers | IP Messaging | Lookup | Automated Surveys | |
| | Authy | International Coverage | Masked Phone Numbers | |
| | Monitor | | Visual Estimates | |
| | Lookup | | Developer Network | |
| | Support Plans | | Webinars | |
| | | | White Papers | |

## INQUIRIES

| Contact Press | Support |
| Press | Status   Sales   Technical   Community   Legal |

© 2016 Twilio. All rights reserved.   |   Terms of Service   |   Privacy Policy

Case 2:16-cv-02106-PSG-SS   Document 1-9   Filed 03/29/16   Page 10 of 41   Page ID #:107

PRODUCTS & PRICING    USE CASES    API & DOCS    NOT A DEVELOPER?    SIGN UP    LOG IN

TWILIO DOCS      Quickstart    Tutorials    API Reference    Helper Libraries

# TWO-FACTOR AUTHENTICATION WITH AUTHY

RUBY | RAILS    MORE LANGUAGES ▾    GET THE CODE ▾

Two Factor Authentication (2FA) helps keep you user accounts secure by validating two "factors" of identity. Most login systems only validate something your user knows, like a password. You can make it ...



## Ruby Tutorial

View Full Screen ⤢

**TWO-FACTOR AUTHENTICATION WITH AUTHY**

  

Next: Logging in with Authy OneTouch

### REGISTERING A USER WITH AUTHY

When a new User signs up for our website, we call this controller, which handles saving our new User to the database as well as registering the User with Authy.

All Authy needs to get a user set up for your application is the email, phone number and country code. In order to do two-factor authentication, we need to make sure we ask for these things at the point of sign up.

Once we register the User with Authy we get an `authy_id` back. This is very important since it's how we will verify the identity of our User with Authy.

See Also:

/ app / controllers / users_controller.rb

```ruby
class UsersController < ApplicationController
  def new
    @user = User.new
  end

  def create
    @user = User.new(user_params)
    if @user.save
      session[:user_id] = @user.id

      authy = Authy::API.register_user(
        email: @user.email,
        cellphone: @user.phone_number,
        country_code: @user.country_code
      )
      @user.update(authy_id: authy.id)

      redirect_to account_path
    else
      render :new
    end
  end

  private

  def user_params
    params.require(:user).permit(
      :email, :password, :name, :country_code, :phone_number
    )
  end
end
```

COMPANY    PRODUCTS    PRICING    USE CASES    API & DOCS

| | | | | |
|---|---|---|---|---|
| About Twilio | Programmable Voice | Voice Pricing | Customer Stories | Quickstarts |
| Our Nine Values | Elastic SIP Trunking | Messaging Pricing | Showcase | Tutorials |
| Our Leadership Principles | Programmable Video | SIP Trunking Pricing | Two-Factor Authentication | API Reference |

https://www.twilio.com/docs/tutorials/walkthrough/two-factor-authentication/ruby/rails#2    1/2

Ex. 9, p. 098

Case 2:16-cv-02106-PSG-SS   Document 1-9   Filed 03/29/16   Page 11 of 41   Page ID #:108

| The Team | TaskRouter | Client Pricing | Appointment Reminders | Helper Libraries |
| Press & Media | Network Traversal Service | Network Traversal Pricing | Dispatch Notifications | Blog |
| Twilio.org | Programmable SMS | TaskRouter | ETA Alerts | Help |
| Careers | IP Messaging | Lookup | Automated Surveys | |
| | Authy | International Coverage | Masked Phone Numbers | |
| | Monitor | | Visual Estimates | |
| | Lookup | | Developer Network | |
| | Support Plans | | Webinars | |
| | | | White Papers | |

## INQUIRIES

| Contact Press | Support |
| Press | Status   Sales   Technical   Community   Legal |

© 2016 Twilio. All rights reserved.   |   Terms of Service   |   Privacy Policy

Ex. 9, p. 099

PRODUCTS & PRICING     USE CASES     API & DOCS     NOT A DEVELOPER?     SIGN UP     LOG IN

TWILIO DOCS                   Quickstart     Tutorials     API Reference     Helper Libraries

# ACCOUNT VERIFICATION WITH AUTHY

RUBY | RAILS     MORE LANGUAGES ⌄     GET THE CODE ⌄

When a new user signs up for your application, you want to make sure their contact information is accurate. You'd also like some assurance they are in fact a human being! You want to make sure that every ...



---

## Ruby Tutorial

View Full Screen ⤢

**ACCOUNT VERIFICATION**

      Next: Adding Routes

### THE USER MODEL

The User Model for this use-case is pretty straight-forward and Rails offers us some tools to make it even simpler. If you have already read through the 2FA tutorial this probably looks very similar. Let's start by defining our model and validating it.

First we need to create the ActiveRecord object, which creates the model in the related Postgres table and tells our app how to validate the model's data.

*Data Validation*

Validations are important since we want to make sure only accurate data is being saved into our datbase. In this case we only want to validate that all of our

/ app / models / user.rb

```ruby
1  class User < ActiveRecord::Base
2    has_secure_password
3
4    validates :email,  presence: true, format: { with: /\A.+@.+$\Z/ }, uniqueness: true
5    validates :name, presence: true
6    validates :country_code, presence: true
7    validates :phone_number, presence: true
8  end
```

---

**COMPANY**

About Twilio

Our Nine Values

Our Leadership Principles

**PRODUCTS**

Programmable Voice

Elastic SIP Trunking

Programmable Video

**PRICING**

Voice Pricing

Messaging Pricing

SIP Trunking Pricing

**USE CASES**

Customer Stories

Showcase

Two-Factor Authentication

**API & DOCS**

Quickstarts

Tutorials

API Reference

Case 2:16-cv-02106-PSG-SS    Document 1-9    Filed 03/28/16    Page 13 of 41    Page ID #:110

| The Team | TaskRouter | Client Pricing | Appointment Reminders | Helper Libraries |
|---|---|---|---|---|
| Press & Media | Network Traversal Service | Network Traversal Pricing | Dispatch Notifications | Blog |
| Twilio.org | Programmable SMS | TaskRouter | ETA Alerts | Help |
| Careers | IP Messaging | Lookup | Automated Surveys | |
| | Authy | International Coverage | Masked Phone Numbers | |
| | Monitor | | Visual Estimates | |
| | Lookup | | Developer Network | |
| | Support Plans | | Webinars | |
| | | | White Papers | |

## INQUIRIES

| Contact Press | Support |
|---|---|
| Press | Status   Sales   Technical   Community   Legal |

© 2016 Twilio. All rights reserved.   |   Terms of Service   |   Privacy Policy

Ex. 9, p. 101

Twilio Docs: Account Verification with Authy and Ruby and Rails

PRODUCTS & PRICING    USE CASES    API & DOCS    NOT A DEVELOPER?    SIGN UP    LOG IN

TWILIO DOCS      Quickstart    **Tutorials**    API Reference    Helper Libraries

# ACCOUNT VERIFICATION WITH AUTHY

RUBY | RAILS    MORE LANGUAGES ▾    GET THE CODE ▾

When a new user signs up for your application, you want to make sure their contact information is accurate. You'd also like some assurance they are in fact a human being! You want to make sure that every ...



## Ruby Tutorial

View Full Screen ⤢

### ACCOUNT VERIFICATION

          Next: New User Form

#### ADDING NEW ROUTES

In a Rails application, there is something called Resource Routing which automatically maps a resources CRUD capabilities to it's controller. Since our User is an ActiveRecord resource, we can tell Rails that we want to use some of these routes, which will save us some lines of code.

This means that in this one line of code we automatically have a 'user/new' route which will automatically render our 'user/new.html.erb' file. Let's take a look at this form up close.

```
/ config / routes.rb                                    📁

1   Rails.application.routes.draw do
2
3       get "users/verify", to: 'users#show_verify', as: 'verify'
4       post "users/verify"
5       post "users/resend"
6
7       # Create users
8       resources :users, only: [:new, :create, :show]
9
10      # Home page
11      root 'main#index'
12
13   end
```

PRODUCTS

Programmable Voice

Elastic SIP Trunking

Programmable Video

PRICING

Voice Pricing

Messaging Pricing

SIP Trunking Pricing

USE CASES

Customer Stories

Showcase

Two-Factor Authentication

API & DOCS

Quickstarts

Tutorials

API Reference

| The Team | TaskRouter | Client Pricing | Appointment Reminders | Helper Libraries |
| Press & Media | Network Traversal Service | Network Traversal Pricing | Dispatch Notifications | Blog |
| Twilio.org | Programmable SMS | TaskRouter | ETA Alerts | Help |
| Careers | IP Messaging | Lookup | Automated Surveys | |
| | Authy | International Coverage | Masked Phone Numbers | |
| | Monitor | | Visual Estimates | |
| | Lookup | | Developer Network | |
| | Support Plans | | Webinars | |
| | | | White Papers | |

## INQUIRIES

Contact Press          Support

Press          Status    Sales    Technical    Community    Legal

© 2016 Twilio. All rights reserved.    |   Terms of Service    |    Privacy Policy

Twilio Docs Account Verification with Authy and Ruby and Rails

PRODUCTS & PRICING    USE CASES    API & DOCS    NOT A DEVELOPER?    **SIGN UP**    LOG IN

TWILIO DOCS      Quickstart    Tutorials    API Reference    Helper Libraries

# ACCOUNT VERIFICATION WITH AUTHY

RUBY | RAILS     MORE LANGUAGES ⌄    GET THE CODE ⌄

When a new user signs up for your application, you want to make sure their contact information is accurate. You'd also like some assurance they are in fact a human being! You want to make sure that every ...



## Ruby Tutorial

View Full Screen ⤢

**ACCOUNT VERIFICATION**

     Next: Handling the Form POST

### NEW USER FORM

When we create a new user, we ask for a name, e-mail address, and a password. In order to validate their account, we also ask them for a mobile number with a country code, which we can use with Authy to send them one-time passwords via SMS.

By using the rails `form_for` tag we can bind the form to the model object. This will generate the necessary html markup that will create a new User on submit.

Let's jump back over to the controller to see what happens when we create a user.

/ app / views / users / new.html.erb

```erb
1   <h1>We're going to be *BEST* friends</h1>
2   <p> Thanks for your interest in signing up! Can you tell us a bit about yourself?</p>
3
4   <% if @user.errors.any? %>
5     <h2>Oops, something went wrong!</h2>
6
7     <ul>
8       <% @user.errors.full_messages.each do |error| %>
9         <li><%= error %></li>
10      <% end -%>
11    </ul>
12  <% end -%>
13
14  <%= form_for @user do |f| %>
15    <div class="form-group">
16      <%= f.label :name, "Tell us your name:" %>
17      <%= f.text_field :name, class: "form-control", placeholder: "Zingelbert Bembledack" %>
18    </div>
19    <div class="form-group">
20      <%= f.label :email, "Enter You E-mail Address:" %>
21      <%= f.email_field :email, class: "form-control", placeholder: "me@mydomain.com" %>
22    </div>
23    <div class="form-group">
24      <%= f.label :password, "Enter a password:" %>
25      <%= f.password_field :password, class: "form-control" %>
26    </div>
27    <div class="form-group">
28      <%= f.label :country_code %>
29      <%= f.text_field :country_code, class: "form-control", id: "authy-countries" %>
30    </div>
31
```

**COMPANY**
About Twilio
Our Nine Values
Our Leadership Principles

**PRODUCTS**
Programmable Voice
Elastic SIP Trunking
Programmable Video

**PRICING**
Voice Pricing
Messaging Pricing
SIP Trunking Pricing

**USE CASES**
Customer Stories
Showcase
Two-Factor Authentication

**API & DOCS**
Quickstarts
Tutorials
API Reference

Ex. 9, p. 104

| The Team | TaskRouter | Client Pricing | Appointment Reminders | Helper Libraries |
| Press & Media | Network Traversal Service | Network Traversal Pricing | Dispatch Notifications | Blog |
| Twilio.org | Programmable SMS | TaskRouter | ETA Alerts | Help |
| Careers | IP Messaging | Lookup | Automated Surveys | |
| | Authy | International Coverage | Masked Phone Numbers | |
| | Monitor | | Visual Estimates | |
| | Lookup | | Developer Network | |
| | Support Plans | | Webinars | |
| | | | White Papers | |

## INQUIRIES

Contact Press    Support

Press    Status    Sales    Technical    Community    Legal

© 2016 Twilio. All rights reserved.    |    Terms of Service    |    Privacy Policy

Ex. 9, p. 105

PRODUCTS & PRICING     USE CASES     API & DOCS     NOT A DEVELOPER?     SIGN UP     LOG IN

TWILIO DOCS     Quickstart    **Tutorials**    API Reference    Helper Libraries

# ACCOUNT VERIFICATION WITH AUTHY

RUBY | RAILS     MORE LANGUAGES ⌄     GET THE CODE ⌄

When a new user signs up for your application, you want to make sure their contact information is accurate. You'd also like some assurance they are in fact a human being! You want to make sure that every ...



---

## Ruby Tutorial

View Full Screen ⤢

**ACCOUNT VERIFICATION**

☰   ◀   ▶    Next: Sending a One-Time Password

### HANDLING THE FORM POST

One of the other handy controllers created by our `User` resource route was 'user/create' which handles the POST from our form.

In our controller we take the input from our form and create a new `User` model. If the user is saved to the database successfully, we use the Authy gem to create a corresponding Authy User and save the ID for that user in our database.

Now we have a user that has registered, but is not verified. In order to view anything else on the site they need to verify they own the phone number they submitted by entering a token we send to their phone. Time to take a look at how we

/ app / controllers / users_controller.rb

```ruby
 7      @user = current_user
 8    end
 9
10    def create
11      @user = User.new(user_params)
12      if @user.save
13        # Save the user_id to the session object
14        session[:user_id] = @user.id
15
16        # Create user on Authy, will return an id on the object
17        authy = Authy::API.register_user(
18          email: @user.email,
19          cellphone: @user.phone_number,
20          country_code: @user.country_code
21        )
22        @user.update(authy_id: authy.id)
23
24        # Send an SMS to your user
25        Authy::API.request_sms(id: @user.authy_id)
26
27        redirect_to verify_path
28      else
29        render :new
30      end
31    end
32
33    def show_verify
34      return redirect_to new_user_path unless session[:user_id]
35    end
36
37    def verify
```

---

COMPANY     PRODUCTS     PRICING     USE CASES     API & DOCS

About Twilio    Programmable Voice    Voice Pricing    Customer Stories    Quickstarts

Our Nine Values    Elastic SIP Trunking    Messaging Pricing    Showcase    Tutorials

Our Leadership Principles    Programmable Video    SIP Trunking Pricing    Two-Factor Authentication    API Reference

https://www.twilio.com/docs/tutorials/walkthrough/account-verification/ruby/rails#6     1/2

Ex. 9, p. 106

| The Team | TaskRouter | Client Pricing | Appointment Reminders | Helper Libraries |
| Press & Media | Network Traversal Service | Network Traversal Pricing | Dispatch Notifications | Blog |
| Twilio.org | Programmable SMS | TaskRouter | ETA Alerts | Help |
| Careers | IP Messaging | Lookup | Automated Surveys | |
| | Authy | International Coverage | Masked Phone Numbers | |
| | Monitor | | Visual Estimates | |
| | Lookup | | Developer Network | |
| | Support Plans | | Webinars | |
| | | | White Papers | |

## INQUIRIES

Contact Press        Support

Press                Status   Sales   Technical   Community   Legal

© 2016 Twilio. All rights reserved.   |   Terms of Service   |   Privacy Policy

Ex. 9, p. 107

Twilio Docs—Account Verification with Authy and Ruby and Rails

PRODUCTS & PRICING     USE CASES     API & DOCS     NOT A DEVELOPER?     SIGN UP     LOG IN

TWILIO DOCS            Quickstart     Tutorials     API Reference     Helper Libraries

# ACCOUNT VERIFICATION WITH AUTHY

RUBY | RAILS     MORE LANGUAGES ⌄     GET THE CODE ⌄

When a new user signs up for your application, you want to make sure their contact information is accurate. You'd also like some assurance they are in fact a human being! You want to make sure that every ...



## Ruby Tutorial

View Full Screen ⤢

**ACCOUNT VERIFICATION**

☰   ◀   ▶    Next: Configuring Authy

### USER STORY: SENDING A ONE-TIME PASSWORD

❝ As an authentication system, I want to send a one-time password to a user's mobile phone to verify their possession of that phone number.

This story covers a process that is invisible to the end user but necessary to power our account verification functionality. After a new user is created, the application needs to send a one-time password to that user's phone to validate the number (and the account). Here's what needs to get done:

/ app / controllers / users_controller.rb   ▣

```ruby
 7      @user = current_user
 8    end
 9
10    def create
11      @user = User.new(user_params)
12      if @user.save
13        # Save the user_id to the session object
14        session[:user_id] = @user.id
15
16        # Create user on Authy, will return an id on the object
17        authy = Authy::API.register_user(
18          email: @user.email,
19          cellphone: @user.phone_number,
20          country_code: @user.country_code
21        )
22        @user.update(authy_id: authy.id)
23
24        # Send an SMS to your user
25        Authy::API.request_sms(id: @user.authy_id)
26
27        redirect_to verify_path
28      else
29        render :new
30      end
31    end
32
33    def show_verify
34      return redirect_to new_user_path unless session[:user_id]
35    end
36
37    def verify
```

COMPANY     PRODUCTS     PRICING     USE CASES     API & DOCS

About Twilio     Programmable Voice     Voice Pricing     Customer Stories     Quickstarts

Our Nine Values     Elastic SIP Trunking     Messaging Pricing     Showcase     Tutorials

Our Leadership Principles     Programmable Video     SIP Trunking Pricing     Two-Factor Authentication     API Reference

https://www.twilio.com/docs/tutorials/walkthrough/account-verification/ruby/rails#7          1/2

Ex. 9, p. 108

| The Team | TaskRouter | Client Pricing | Appointment Reminders | Helper Libraries |
| --- | --- | --- | --- | --- |
| Press & Media | Network Traversal Service | Network Traversal Pricing | Dispatch Notifications | Blog |
| Twilio.org | Programmable SMS | TaskRouter | ETA Alerts | Help |
| Careers | IP Messaging | Lookup | Automated Surveys | |
| | Authy | International Coverage | Masked Phone Numbers | |
| | Monitor | | Visual Estimates | |
| | Lookup | | Developer Network | |
| | Support Plans | | Webinars | |
| | | | White Papers | |

INQUIRIES

Contact Press          Support

Press          Status    Sales    Technical    Community    Legal

© 2016 Twilio. All rights reserved.   |   Terms of Service   |   Privacy Policy

PRODUCTS & PRICING     USE CASES     API & DOCS     NOT A DEVELOPER?     SIGN UP     LOG IN

TWILIO DOCS                   Quickstart     Tutorials     API Reference     Helper Libraries

# ACCOUNT VERIFICATION WITH AUTHY

RUBY | RAILS        MORE LANGUAGES ⌄     GET THE CODE ⌄

When a new user signs up for your application, you want to make sure their contact information is accurate. You'd also like some assurance they are in fact a human being! You want to make sure that every ...



## Ruby Tutorial

View Full Screen ⤢

### ACCOUNT VERIFICATION

☰   ◀   ▶    Next: Sending a Token on Account Creation...

#### CONFIGURING AUTHY

In `secrets.yml` , we list configuration parameters for the application. Most are pulled in from system environment variables, which is a helpful way to access sensitive values (like API keys). This prevents us from accidentally checking them in to source control.

Now, we need our Authy production key (sign up for Authy here). When you create an Authy application, the production key is found on the dashboard:



/ config / secrets.yml

```
1   # Be sure to restart your server when you modify this file.
2
3   # Your secret key is used for verifying the integrity of signed cookies.
4   # If you change this key, all old signed cookies will become invalid!
5
6   # Make sure the secret is at least 30 characters and all random,
7   # no regular words or you'll be exposed to dictionary attacks.
8   # You can use `rake secret` to generate a secure secret key.
9
10  # Make sure the secrets in this file are kept private
11  # if you're sharing your code publicly.
12
13  development:
14    secret_key_base: 2995cd200a475082070d5ad7b11c69407a6219b0b9bf1f747f62234709506c097da19f7
15    authy_key: <%= ENV["AUTHY_API_KEY"] %>
16
17  test:
18    secret_key_base: deff24bab059bbcceeee98afac8df04814c44dd87d30841f8db532a815b64387d69cfd3
19    authy_key: <%= ENV["AUTHY_API_KEY"] %>
20
21  # Do not keep production secrets in the repository,
22  # instead read values from the environment.
23  production:
24    secret_key_base: <%= ENV["SECRET_KEY_BASE"] %>
25    authy_key: <%= ENV["AUTHY_API_KEY"] %>
```

COMPANY

About Twilio

Our Nine Values

Our Leadership Principles

PRODUCTS

Programmable Voice

Elastic SIP Trunking

Programmable Video

PRICING

Voice Pricing

Messaging Pricing

SIP Trunking Pricing

USE CASES

Customer Stories

Showcase

Two-Factor Authentication

API & DOCS

Quickstarts

Tutorials

API Reference

Case 2:16-cv-02106-PSG-SS Document 1-9 Filed 03/28/16 Page 23 of 41 Page ID #:120

| The Team | TaskRouter | Client Pricing | Appointment Reminders | Helper Libraries |
|---|---|---|---|---|
| Press & Media | Network Traversal Service | Network Traversal Pricing | Dispatch Notifications | Blog |
| Twilio.org | Programmable SMS | TaskRouter | ETA Alerts | Help |
| Careers | IP Messaging | Lookup | Automated Surveys | |
| | Authy | International Coverage | Masked Phone Numbers | |
| | Monitor | | Visual Estimates | |
| | Lookup | | Developer Network | |
| | Support Plans | | Webinars | |
| | | | White Papers | |

## INQUIRIES

Contact Press      Support

Press      Status   Sales   Technical   Community   Legal

© 2016 Twilio. All rights reserved.   |   Terms of Service   |   Privacy Policy

Ex. 9, p. 111

Twilio Docs Account Verification with Authy and Ruby and Rails

PRODUCTS & PRICING        USE CASES        API & DOCS        NOT A DEVELOPER?        SIGN UP        LOG IN

## ACCOUNT VERIFICATION WITH AUTHY

RUBY | RAILS        MORE LANGUAGES ▾        GET THE CODE ▾

When a new user signs up for your application, you want to make sure their contact information is accurate. You'd also like some assurance they are in fact a human being! You want to make sure that every ...

▼

TWILIO DOCS        Quickstart        Tutorial        API Reference        Helper Libraries        SIGN UP        LOG IN

View Full Screen ⤢

**ACCOUNT VERIFICATION**

       Next: Verify the One-Time Password

### SENDING A TOKEN ON ACCOUNT CREATION

Once the user has an `authyId`, we can actually send a verification code to that user's mobile phone.

When our user is created successfully via the form we implemented for the last story, we send a token to the user's mobile phone to verify their account in our controller. When the code is sent, we redirect to another page where the user can enter the token they were sent, completing the verification process.

Let's check out the code for that next!

/ app / controllers / users_controller.rb 📁

```
21        )
22        @user.update(authy_id: authy.id)
23
24        # Send an SMS to your user
25        Authy::API.request_sms(id: @user.authy_id)
26
27        redirect_to verify_path
28      else
29        render :new
30      end
31    end
32
33    def show_verify
34      return redirect_to new_user_path unless session[:user_id]
35    end
36
37    def verify
38      @user = current_user
39
40      # Use Authy to send the verification token
41      token = Authy::API.verify(id: @user.authy_id, token: params[:token])
42
43      if token.ok?
44        # Mark the user as verified for get /user/:id
45        @user.update(verified: true)
46
47        # Send an SMS to the user 'success'
48        send_message("You did it! Signup complete :)")
49
50        # Show the user profile
51        ...
```

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**COMPANY**

About Twilio

Our Nine Values

**PRODUCTS**

Programmable Voice

Elastic SIP Trunking

**PRICING**

Voice Pricing

Messaging Pricing

**USE CASES**

Customer Stories

Showcase

**API & DOCS**

Quickstarts

Tutorials

Ex. 9, p. 112

| | | | | |
|---|---|---|---|---|
| Our Leadership Principles | Programmable Video | SIP Trunking Pricing | Two-Factor Authentication | API Reference |
| The Team | TaskRouter | Client Pricing | Appointment Reminders | Helper Libraries |
| Press & Media | Network Traversal Service | Network Traversal Pricing | Dispatch Notifications | Blog |
| Twilio.org | Programmable SMS | TaskRouter | ETA Alerts | Help |
| Careers | IP Messaging | Lookup | Automated Surveys | |
| | Authy | International Coverage | Masked Phone Numbers | |
| | Monitor | | Visual Estimates | |
| | Lookup | | Developer Network | |
| | Support Plans | | Webinars | |
| | | | White Papers | |

## INQUIRIES

Contact Press          Support

Press                  Status    Sales    Technical    Community    Legal

© 2016 Twilio. All rights reserved.    |  Terms of Service  |  Privacy Policy

PRODUCTS & PRICING        USE CASES        API & DOCS        NOT A DEVELOPER?        SIGN UP        LOG IN

TWILIO DOCS                                          Quickstart    Tutorials    API Reference    Helper Libraries

# ACCOUNT VERIFICATION WITH AUTHY

RUBY | RAILS        MORE LANGUAGES ▾        GET THE CODE ▾

When a new user signs up for your application, you want to make sure their contact information is accurate. You'd also like some assurance they are in fact a human being! You want to make sure that every ...



---

## Ruby Tutorial

View Full Screen ⤢

**ACCOUNT VERIFICATION**

          Next: The Verification Form

### USER STORY: VERIFY THE ONE-TIME PASSWORD

 As a user, I want to enter the one-time password sent to my mobile phone from the authentication system before I complete the signup process.

This story covers the next user-facing step of the verification process, where they enter the code we sent them to verify their possession of the phone number they gave us. Here's what needs to get done to complete this story:

/ app / views / users / show_verify.html.erb        🗀

```
1   <h1>Just To Be Safe...</h1>
2   <p>
3      Your account has been created, but we need to make sure you're a human
4      in control of the phone number you gave us. Can you please enter the
5      verification code we just sent to your phone?
6   </p>
7   <%= form_tag users_verify_path do %>
8     <div class="form-group">
9        <%= label_tag :code, "Verification Code:" %>
10       <%= text_field_tag :token, '', class: "form-control" %>
11    </div>
12    <button type="submit" class="btn btn-primary">Verify Token</button>
13  <% end -%>
14
15  <hr>
16  <%= form_tag users_resend_path do %>
17    <button type="submit" class="btn">Resend code</button>
18  <% end -%>
```

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**COMPANY**

About Twilio

Our Nine Values

Our Leadership Principles

**PRODUCTS**

Programmable Voice

Elastic SIP Trunking

Programmable Video

**PRICING**

Voice Pricing

Messaging Pricing

SIP Trunking Pricing

**USE CASES**

Customer Stories

Showcase

Two-Factor Authentication

**API & DOCS**

Quickstarts

Tutorials

API Reference

Case 2:16-cv-02106-PSG-SS    Document 1-9    Filed 03/28/16    Page 27 of 41    Page ID #:124

| The Team | TaskRouter | Client Pricing | Appointment Reminders | Helper Libraries |
| --- | --- | --- | --- | --- |
| Press & Media | Network Traversal Service | Network Traversal Pricing | Dispatch Notifications | Blog |
| Twilio.org | Programmable SMS | TaskRouter | ETA Alerts | Help |
| Careers | IP Messaging | Lookup | Automated Surveys | |
| | Authy | International Coverage | Masked Phone Numbers | |
| | Monitor | | Visual Estimates | |
| | Lookup | | Developer Network | |
| | Support Plans | | Webinars | |
| | | | White Papers | |

## INQUIRIES

| Contact Press | Support |
| --- | --- |
| Press | Status   Sales   Technical   Community   Legal |

© 2016 Twilio. All rights reserved.  |  Terms of Service  |  Privacy Policy

Twilio Docs: Account Verification with Authy with Ruby and Rails

PRODUCTS & PRICING    USE CASES    API & DOCS    NOT A DEVELOPER?    SIGN UP    LOG IN

TWILIO DOCS      Quickstart    Tutorials    API Reference    Helper Libraries

# ACCOUNT VERIFICATION WITH AUTHY

RUBY | RAILS      MORE LANGUAGES     GET THE CODE ▾

When a new user signs up for your application, you want to make sure their contact information is accurate. You'd also like some assurance they are in fact a human being! You want to make sure that every ...

▼

---

## Ruby Tutorial

View Full Screen ⤢

**ACCOUNT VERIFICATION**

      Next: Verifying the Code: Controller

### THE VERIFICATION FORM

This page actually has two forms, but we'll focus on the first one first. It has only a single field for the verification code, which we'll submit to the server for validation.

/ app / views / users / show_verify.html.erb 🗀

```erb
1  <h1>Just To Be Safe...</h1>
2  <p>
3    Your account has been created, but we need to make sure you're a human
4    in control of the phone you use. Can you please enter the
5    verification code we just sent to your phone?
6  </p>
7  <%= form_tag users_verify_path do %>
8    <div class="form-group">
9      <%= label_tag :code, "Verification Code:" %>
10     <%= text_field_tag :token, '', class: "form-control" %>
11   </div>
12   <button type="submit" class="btn btn-primary">Verify Token</button>
13 <% end -%>
14
15 <hr>
16 <%= form_tag users_resend_path do %>
17   <button type="submit" class="btn">Resend code</button>
18 <% end -%>
```

---

COMPANY

About Twilio
Our Nine Values
Our Leadership Principles

PRODUCTS

Programmable Voice
Elastic SIP Trunking
Programmable Video

PRICING

Voice Pricing
Messaging Pricing
SIP Trunking Pricing

USE CASES

Customer Stories
Showcase
Two-Factor Authentication

API & DOCS

Quickstarts
Tutorials
API Reference

Ex. 9, p. 116

| The Team | TaskRouter | Client Pricing | Appointment Reminders | Helper Libraries |
| Press & Media | Network Traversal Service | Network Traversal Pricing | Dispatch Notifications | Blog |
| Twilio.org | Programmable SMS | TaskRouter | ETA Alerts | Help |
| Careers | IP Messaging | Lookup | Automated Surveys | |
| | Authy | International Coverage | Masked Phone Numbers | |
| | Monitor | | Visual Estimates | |
| | Lookup | | Developer Network | |
| | Support Plans | | Webinars | |
| | | | White Papers | |

## INQUIRIES

| Contact Press | Support |
| Press | Status    Sales    Technical    Community    Legal |

© 2016 Twilio. All rights reserved.    |    Terms of Service    |    Privacy Policy

Twilio Docs | Account Verification with Authy and Ruby and Rails

PRODUCTS & PRICING    USE CASES    API & DOCS    NOT A DEVELOPER?    [SIGN UP]    LOG IN

TWILIO DOCS      Quickstart    Tutorials    API Reference    Helper Libraries

# ACCOUNT VERIFICATION WITH AUTHY

RUBY | RAILS     MORE LANGUAGES ⌄    GET THE CODE ⌄

When a new user signs up for your application, you want to make sure their contact information is accurate. You'd also like some assurance they are in fact a human being! You want to make sure that every …



## Ruby Tutorial

View Full Screen ⤢

**ACCOUNT VERIFICATION**

Next: Re-sending The Code

### VERIFYING THE CODE: CONTROLLER

This controller function handles the form submission. It needs to:

- Get the current user
- Verify the code that was entered by the user
- If the code entered was valid, flip a boolean flag on the user model to indicate the account was verified

### VERIFYING THE CODE

Authy provides us with a `verify` method that allows us to pass a user id, a token and a callback function if we'd like. In this case we just need to check that the API request was successful and if so set `user.verified` to true.

**/ app / controllers / users_controller.rb**

```ruby
34      return redirect_to new_user_path unless session[:user_id]
35    end
36
37    def verify
38      @user = current_user
39
40      # Use Authy to send the verification token
41      token = Authy::API.verify(id: @user.authy_id, token: params[:token])
42
43      if token.ok?
44        # Mark the user as verified for get /user/:id
45        @user.update(verified: true)
46
47        # Send an SMS to the user 'success'
48        send_message("You did it! Signup complete :)")
49
50        # Show the user profile
51        redirect_to user_path(@user.id)
52      else
53        flash.now[:danger] = "Incorrect code, please try again"
54        render :show_verify
55      end
56    end
57
58    def resend
59      @user = current_user
60      Authy::API.request_sms(id: @user.authy_id)
61      flash[:notice] = "Verification code re-sent"
62      redirect_to verify_path
63    end
64
```

| COMPANY | PRODUCTS | PRICING | USE CASES | API & DOCS |
|---|---|---|---|---|
| About Twilio | Programmable Voice | Voice Pricing | Customer Stories | Quickstarts |
| Our Nine Values | Elastic SIP Trunking | Messaging Pricing | Showcase | Tutorials |
| Our Leadership Principles | Programmable Video | SIP Trunking Pricing | Two-Factor Authentication | API Reference |

https://www.twilio.com/docs/tutorials/walkthrough/account-verification/ruby/rails#12

1/2

Ex. 9, p. 118

Case 2:16-cv-02106-PSG-SS   Document 1-9   Filed 03/28/16   Page 31 of 41   Page ID #:128

| The Team | TaskRouter | Client Pricing | Appointment Reminders | Helper Libraries |
| --- | --- | --- | --- | --- |
| Press & Media | Network Traversal Service | Network Traversal Pricing | Dispatch Notifications | Blog |
| Twilio.org | Programmable SMS | TaskRouter | ETA Alerts | Help |
| Careers | IP Messaging | Lookup | Automated Surveys | |
| | Authy | International Coverage | Masked Phone Numbers | |
| | Monitor | | Visual Estimates | |
| | Lookup | | Developer Network | |
| | Support Plans | | Webinars | |
| | | | White Papers | |

## INQUIRIES

| Contact Press | Support |
| --- | --- |
| Press | Status   Sales   Technical   Community   Legal |

© 2016 Twilio. All rights reserved.   |   Terms of Service   |   Privacy Policy

Ex. 9, p. 119

Twilio Docs: Account Verification with Authy and Ruby and Rails

PRODUCTS & PRICING    USE CASES    API & DOCS    NOT A DEVELOPER?    SIGN UP    LOG IN

TWILIO DOCS       Quickstart    Tutorials    API Reference    Helper Libraries

# ACCOUNT VERIFICATION WITH AUTHY

RUBY | RAILS      MORE LANGUAGES ⌄    GET THE CODE ⌄

When a new user signs up for your application, you want to make sure their contact information is accurate. You'd also like some assurance they are in fact a human being! You want to make sure that every ...

▼

---

## Ruby Tutorial

View Full Screen ⤢

**ACCOUNT VERIFICATION**

   Next: Confirm Account Creation

### RE-SENDING THE CODE

Since the form for re-sending the code is one line (see `show_verify.html.erb`) we're going to skip that for this tutorial. Let's just look at the controller function.

This controller loads the `User` model associated with the request and then uses the same Authy API method we used earlier to resend the code. Pretty straightforward!

To wrap things up, let's implement our last user story where we confirm for the user that their account has been verified with a text message and a success page.

/ app / controllers / users_controller.rb

```ruby
55       end
56     end
57
58     def resend
59       @user = current_user
60       Authy::API.request_sms(id: @user.authy_id)
61       flash[:notice] = "Verification code re-sent"
62       redirect_to verify_path
63     end
64
65     private
66
67     def send_message(message)
68       @user = current_user
69       twilio_number = ENV['TWILIO_NUMBER']
70       @client = Twilio::REST::Client.new ENV['TWILIO_ACCOUNT_SID'], ENV['TWILIO_AUTH_TOKEN']
71       message = @client.account.messages.create(
72         :from => twilio_number,
73         :to => @user.country_code+@user.phone_number,
74         :body => message)
75       )
76       puts message.to
77     end
78
79     def user_params
80       params.require(:user).permit(
81         :email, :password, :name, :country_code, :phone_number
82       )
83     end
84
85 ...
```

---

| COMPANY | PRODUCTS | PRICING | USE CASES | API & DOCS |
|---|---|---|---|---|
| About Twilio | Programmable Voice | Voice Pricing | Customer Stories | Quickstarts |
| Our Nine Values | Elastic SIP Trunking | Messaging Pricing | Showcase | Tutorials |
| Our Leadership Principles | Programmable Video | SIP Trunking Pricing | Two-Factor Authentication | API Reference |

https://www.twilio.com/docs/tutorials/walkthrough/account-verification/ruby/rails#13      1/2

Ex. 9, p. 120

| The Team | TaskRouter | Client Pricing | Appointment Reminders | Helper Libraries |
| Press & Media | Network Traversal Service | Network Traversal Pricing | Dispatch Notifications | Blog |
| Twilio.org | Programmable SMS | TaskRouter | ETA Alerts | Help |
| Careers | IP Messaging | Lookup | Automated Surveys | |
| | Authy | International Coverage | Masked Phone Numbers | |
| | Monitor | | Visual Estimates | |
| | Lookup | | Developer Network | |
| | Support Plans | | Webinars | |
| | | | White Papers | |

## INQUIRIES

Contact Press      Support

Press           Status   Sales   Technical   Community   Legal

© 2016 Twilio. All rights reserved.   |   Terms of Service   |   Privacy Policy

PRODUCTS & PRICING     USE CASES     API & DOCS     NOT A DEVELOPER?     SIGN UP     LOG IN

TWILIO DOCS         Quickstart    Tutorials    API Reference    Helper Libraries

# ACCOUNT VERIFICATION WITH AUTHY

RUBY | RAILS     MORE LANGUAGES ⌄     GET THE CODE ⌄

When a new user signs up for your application, you want to make sure their contact information is accurate. You'd also like some assurance they are in fact a human being! You want to make sure that every ...



## Ruby Tutorial

View Full Screen ⤢

**ACCOUNT VERIFICATION**

    Next: Show User Details Page

### USER STORY: CONFIRM ACCOUNT CREATION

 As a user, I want to view a success page and receive a text message indicating that my account has been created successfully.

This story completes the account verification use case by indicating to the user that their account has been created and verified successfully. To implement this story, we need to:

- Display a page that indicates that the user account has been created and verified

/ app / views / users / show.html.erb

```
1  <h1><%= @user.name %></h1>
2  <p>Account Status: <% if @user.verified? %>Verified<% else -%>Not Verified<% end -%>
3  <% if !@user.verified? %>
4  <p>
5    <%= link_to "Verify your account now.", verify_path %>
6  </p>
7  <% end -%>
```

COMPANY

About Twilio

Our Nine Values

Our Leadership Principles

PRODUCTS

Programmable Voice

Elastic SIP Trunking

Programmable Video

PRICING

Voice Pricing

Messaging Pricing

SIP Trunking Pricing

USE CASES

Customer Stories

Showcase

Two-Factor Authentication

API & DOCS

Quickstarts

Tutorials

API Reference

| | | | |
|---|---|---|---|
| The Team | TaskRouter | Client Pricing | Appointment Reminders | Helper Libraries |
| Press & Media | Network Traversal Service | Network Traversal Pricing | Dispatch Notifications | Blog |
| Twilio.org | Programmable SMS | TaskRouter | ETA Alerts | Help |
| Careers | IP Messaging | Lookup | Automated Surveys | |
| | Authy | International Coverage | Masked Phone Numbers | |
| | Monitor | | Visual Estimates | |
| | Lookup | | Developer Network | |
| | Support Plans | | Webinars | |
| | | | White Papers | |

## INQUIRIES

Contact Press      Support

Press               Status   Sales   Technical   Community   Legal

© 2016 Twilio. All rights reserved.   |  Terms of Service   |  Privacy Policy

Ex. 9, p. 123

Twilio Docs | Account Verification with Authy with Ruby and Rails

PRODUCTS & PRICING    USE CASES    API & DOCS    NOT A DEVELOPER?    SIGN UP    LOG IN

TWILIO DOCS

Quickstart    Tutorials    API Reference    Helper Libraries

# ACCOUNT VERIFICATION WITH AUTHY

RUBY | RAILS    MORE LANGUAGES ⌄    GET THE CODE ⌄

When a new user signs up for your application, you want to make sure their contact information is accurate. You'd also like some assurance they are in fact a human being! You want to make sure that every ...



## Ruby Tutorial

View Full Screen ⤢

ACCOUNT VERIFICATION

       Next: Configuring Twilio

### SHOW USER DETAILS PAGE

This simple .erb template displays a user name and let's them know they've been verified.

Just a reminder that our router is automatically looking for a 'show.html.erb' template to render since we told it to use Resource Routing which automatically creates a `users/show/:id` route.

This should suffice for confirmation in the browser that the user has been verified. Let's see how we might send that text message next.

/ app / views / users / show.html.erb    📁

```erb
1  <h1><%= @user.name %></h1>
2  <p>Account Status: <% if @user.verified? %>Verified<% else -%>Not Verified<% end -%>
3  <% if !@user.verified? %>
4  <p>
5    <%= link_to "Verify your account now.", verify_path %>
6  </p>
7  <% end -%>
```

COMPANY

About Twilio

Our Nine Values

Our Leadership Principles

PRODUCTS

Programmable Voice

Elastic SIP Trunking

Programmable Video

PRICING

Voice Pricing

Messaging Pricing

SIP Trunking Pricing

USE CASES

Customer Stories

Showcase

Two-Factor Authentication

API & DOCS

Quickstarts

Tutorials

API Reference

Ex. 9, p. 124

| | | | |
|---|---|---|---|
| The Team | TaskRouter | Client Pricing | Appointment Reminders | Helper Libraries |
| Press & Media | Network Traversal Service | Network Traversal Pricing | Dispatch Notifications | Blog |
| Twilio.org | Programmable SMS | TaskRouter | ETA Alerts | Help |
| Careers | IP Messaging | Lookup | Automated Surveys | |
| | Authy | International Coverage | Masked Phone Numbers | |
| | Monitor | | Visual Estimates | |
| | Lookup | | Developer Network | |
| | Support Plans | | Webinars | |
| | | | White Papers | |

## INQUIRIES

Contact Press        Support

Press        Status    Sales    Technical    Community    Legal

© 2016 Twilio. All rights reserved.    |   Terms of Service    |    Privacy Policy

PRODUCTS & PRICING　　　USE CASES　　　API & DOCS　　　NOT A DEVELOPER?　　　　SIGN UP　　LOG IN

TWILIO DOCS

Quickstart　　Tutorials　　API Reference　　Helper Libraries

## ACCOUNT VERIFICATION WITH AUTHY

RUBY | RAILS　　　　MORE LANGUAGES ⌄　　GET THE CODE ⌄

When a new user signs up for your application, you want to make sure their contact information is accurate. You'd also like some assurance they are in fact a human being! You want to make sure that every ...



---

## Ruby Tutorial

View Full Screen ⤢

ACCOUNT VERIFICATION

☰　◀　▶

Next: Sending a Message: Creating a Twili...

### CONFIGURING TWILIO

Authy is awesome for abstracting SMS and handling 2FA and account verification, but we can't use it to send arbitrary text messages. Let's use the Twilio API directly to do that!

In order to use the 'twilio-ruby' helper library we just need to include it in our Gemfile.

But first, we need to configure our Twilio account. We'll need three things:

- Our Twilio account SID

- Our Twilio auth token

- A Twilio number in our account that can send text messages

/ Gemfile　　　　　　　　　　　　　　📁

```
25
26   # Use ActiveModel has_secure_password
27   gem 'bcrypt', '~> 3.1.7'
28
29   # Use Authy for sending token
30   gem 'authy'
31
32   # Use Twilio to send confirmation message
33   gem 'twilio-ruby'
34
35   # Use Unicorn as the app server
36   gem 'unicorn'
37
38   group :production do
39     gem 'rails_12factor'
40   end
41
42   group :development, :test do
43     # Call 'byebug' anywhere in the code to stop execution and get a debugger console
44     gem 'byebug'
45
46     # Access an IRB console on exception pages or by using <%= console %> in views
47     gem 'web-console', '~> 2.0'
48
49     # Spring speeds up development by keeping your application running in the background.
50     gem 'spring'
51
52     # Mocha for mocking
53     gem 'mocha'
54   end
```

---

COMPANY

About Twilio

Our Nine Values

Our Leadership Principles

PRODUCTS

Programmable Voice

Elastic SIP Trunking

Programmable Video

PRICING

Voice Pricing

Messaging Pricing

SIP Trunking Pricing

USE CASES

Customer Stories

Showcase

Two-Factor Authentication

API & DOCS

Quickstarts

Tutorials

API Reference

Ex. 9, p. 126

| The Team | TaskRouter | Client Pricing | Appointment Reminders | Helper Libraries |
|---|---|---|---|---|
| Press & Media | Network Traversal Service | Network Traversal Pricing | Dispatch Notifications | Blog |
| Twilio.org | Programmable SMS | TaskRouter | ETA Alerts | Help |
| Careers | IP Messaging | Lookup | Automated Surveys | |
| | Authy | International Coverage | Masked Phone Numbers | |
| | Monitor | | Visual Estimates | |
| | Lookup | | Developer Network | |
| | Support Plans | | Webinars | |
| | | | White Papers | |

### INQUIRIES

Contact Press  Support

Press  Status  Sales  Technical  Community  Legal

© 2016 Twilio. All rights reserved.  |  Terms of Service  |  Privacy Policy

PRODUCTS & PRICING     USE CASES     API & DOCS     NOT A DEVELOPER?     SIGN UP    LOG IN

TWILIO DOCS                                  Quickstart     **Tutorials**     API Reference     Helper Libraries

# ACCOUNT VERIFICATION WITH AUTHY

RUBY | RAILS        MORE LANGUAGES ⌄      GET THE CODE ⌄

When a new user signs up for your application, you want to make sure their contact information is accurate. You'd also like some assurance they are in fact a human being! You want to make sure that every ...



---

## Ruby Tutorial

View Full Screen ⤢

**ACCOUNT VERIFICATION**

      

Next: Sending a Message: Updating the Con...

### SENDING A MESSAGE: USING THE TWILIO CLIENT

Much as we did for our Authy client, we create a single instance of the Twilio REST API helper, called `@client` in this example.

Then all we need to do to send an sms is use the built in `messages.create()` to send an SMS to the user's phone. Notice we are combing `country_code` and `phone_number` to make sure we support international numbers.

Let's finish up in the controller, where we actually use this functionality.

/ app / controllers / users_controller.rb

```ruby
56      end
57
58      def resend
59        @user = current_user
60        Authy::API.request_sms(id: @user.authy_id)
61        flash[:notice] = "Verification code re-sent"
62        redirect_to verify_path
63      end
64
65      private
66
67      def send_message(message)
68        @user = current_user
69        twilio_number = ENV['TWILIO_NUMBER']
70        @client = Twilio::REST::Client.new ENV['TWILIO_ACCOUNT_SID'], ENV['TWILIO_AUTH_TOKEN']
71        message = @client.account.messages.create(
72          :from => twilio_number,
73          :to => @user.country_code+@user.phone_number,
74          :body => message
75        )
76        puts message.to
77      end
78
79      def user_params
80        params.require(:user).permit(
81          :email, :password, :name, :country_code, :phone_number
82        )
83      end
84
85    end
```

---

COMPANY

About Twilio

Our Nine Values

Our Leadership Principles

PRODUCTS

Programmable Voice

Elastic SIP Trunking

Programmable Video

PRICING

Voice Pricing

Messaging Pricing

SIP Trunking Pricing

USE CASES

Customer Stories

Showcase

Two-Factor Authentication

API & DOCS

Quickstarts

Tutorials

API Reference

Ex. 9, p. 128

| The Team | TaskRouter | Client Pricing | Appointment Reminders | Helper Libraries |
|---|---|---|---|---|
| Press & Media | Network Traversal Service | Network Traversal Pricing | Dispatch Notifications | Blog |
| Twilio.org | Programmable SMS | TaskRouter | ETA Alerts | Help |
| Careers | IP Messaging | Lookup | Automated Surveys | |
| | Authy | International Coverage | Masked Phone Numbers | |
| | Monitor | | Visual Estimates | |
| | Lookup | | Developer Network | |
| | Support Plans | | Webinars | |
| | | | White Papers | |

## INQUIRIES

| Contact Press | Support | | | | |
|---|---|---|---|---|---|
| Press | Status | Sales | Technical | Community | Legal |

© 2016 Twilio. All rights reserved.    |   Terms of Service   |   Privacy Policy