# EXHIBIT 10

Search for questions, people, and topics     Sign In

TeleSign    Nexmo    Nexmo API    Twilio    SMS Gateways

Product and Services Comparisons

## What are the product comparisons of global SMS vendors such as Nexmo, Twilio, and TeleSign?

2 Answers

 **Alexander Berry**, Cloud Communication Specialist @ Nexmo
2.4k Views • Upvoted by Tony Jamous, Cloud messaging, wholesale SMS, international messaging termination, online payments, mobile paymen…
Alexander is a Most Viewed Writer in Twilio.

From a product range perspective Twilio and Nexmo sit in the 'Communication Space' which incorporates both Voice and SMS capabilities. Telesign sit more in the 'Identity' space with a footprint in SMS.

Looking at the SMS product specifically, all the companies in question offer the prerequisite Rest APIs which defines the new era of software interaction. So the differentiation there would not be seen as 'critical'.

One area where Telesign and Nexmo differentiate themselves is the nature in which they have aggressively expanded their list of Contractually agreed Direct Connections with Mobile Operators. SMS, however simple it appears, is difficult to execute on a global scale. Thus a decentralised approach with as few intermediaries as possible is the most effective may to maintain quality and accommodate local market idiosyncrasies. This strategy is also being recognised by the incumbent SS7 providers such as Infobip, who Scott mentioned.

As I work for Nexmo I am not able to really elaborate on how and why some of these companies succeed and others don't in global delivery, but knowledge, transparency, direct connections and support resulting in high performance are the key factors.

Written 4 Jul 2014 • View Upvotes • Answer requested by Mark Loques

### Related Questions
More Answers Below

How do Twilio and Nexmo compare?

Reviews of: Nexmo API

What is the addressable market size for companies such as Twilio, Callfire, Tropo, Plivo, Nexmo?

What are other free SMS api's like Nexmo?

Why did Nexmo decide to make outbound SMS messages within the US free?

 **Scott Goldman**, Co-founder and CEO of TextPower, Inc., a company that provides alerts and aut...
1.4k Views

I don't have a fair and accurate way of comparing these vendors as I have no experience with them. We use InfoBip for our international SMS gateway needs and have been very satisfied with their pricing and performance.

Written 21 Feb 2014 • View Upvotes • Answer requested by Mark Loques

### Related Questions
Why doesn't Nexmo offer MMS?

Who are good vendors to provide SMS authentication for a website login?

Which offer the best quality SMS (speedy and reliable) to clients globally?

### Related Questions

How do Twilio and Nexmo compare?

Reviews of: Nexmo API

What is the addressable market size for companies such as Twilio, Callfire, Tropo, Plivo, Nexmo?

What are other free SMS api's like Nexmo?

Why did Nexmo decide to make outbound SMS messages within the US free?

Why doesn't Nexmo offer MMS?

Who are good vendors to provide SMS authentication for a website login?

Which offer the best quality SMS (speedy and reliable) to clients globally?

Nexmo API: Can Facebook Places be used through sms?

Which vendors provide reliable SMS verification services globally?

Nexmo API: Can Facebook Places be used through sms?

Which vendors provide reliable SMS verification services globally?

Who are Twilio's advisors?

Is there a difference between Twilio and Tropo when it comes to SMS delivery?

What are some good and cheap SMS shortcode providers in the US?

Can I use Twilio, Plivo, or Nexmo to replace our existing SIP Trunk provider?

Is there an alternative to Twilio that allow users of your sms-sending-app to buy SMS credits directly?

Who are Twilio's competitors?

Startup and Private Valuations: What is Twilio's valuation?

Is there a cheaper alternative to Twilio?

Product and Services Comparisons: What's the difference between Forrst and Dribbble?

Product and Services Comparisons: What is the difference between Namesake and Quora?

## Top Stories

**Is Portuguese a dying language? If not, what will people speak in the next 50 years?**



Joseph Boyle
874 Views • Upvoted by Brian Collins, masters student of linguistics; primary focus is slavic phonology and morphology
Joseph is a Most Viewed Writer in Linguistics.

Portuguese language    is pretty dead in the Asian territories, Goa, Macau, Malacca, and Timor-Leste. The latter is trying to teach it in school again, but I doubt it will predominate in the long run. Guinea-Bissau is a small

Read More

**Are there any U.S. states you refuse to visit, and if so, why?**



Jon Mixon, Murican..I am
3.4k Views • Upvoted by Marcia Peterson Buckie, 3d generation American

No, there are not any states that I refuse to visit. In fact, with the exception of South Dakota, I have been to 49 of the 50. And I may go to South Dakota at the end of this year, completing the "set." Having said that, there areas of the United States that I would be unlikely to make specific trips to. This is because I don't think that the residents would be too welcoming to my presence,

Read More

**Is Bernie Sanders going to step out of the Democratic primaries?**



Marc Bodnick, Fmr Stanford PhD student, Political Science
10.4k Views • Upvoted by Stephanie Vardavas, Obama delegate, 2008 Democratic National Convention
Marc has 41 endorsements in Politics of the United States of America.

I think it's reasonable to guess that:
- Bernie Sanders doesn't think he's going to win the nomination.
- Bernie Sanders wants whoever is the Democratic Party nominee (presumably

Read More