# EXHIBIT 11

Home (/) » Technical Library (/page/SM:Wiki) »

# Implementing SMS-based Two-factor Authentication

21          ?          18

**UPDATED** January 2015

Two-factor authentication (2FA) is a more secure method to prove a user's identity and protect access to your Salesforce org. SMS-based 2FA requires your users to provide their password as well as an One-Time Password (OTP) code they received on their mobile device as additional proof of identity.

You can leverage Salesforce login flows and a third-party SMS/voice delivery service like Twilio or TeleSign to implement a SMS-based two-factor authentication (2FA) and identity verification flow. Sound hard? It's relatively easy to implement using a login flow. Let's break down the steps in the flow:

1. As the user logs in, the login flow generates a random one-time password code (OTP) and sends it via voice or text message to the user's phone.

2. The user provides the same OTP to your application.

3. Salesforce verifies the code.

4. The user accesses Salesforce successfully.

feedback

The basic SMS-based 2FA flow looks like this:



(/page/File:.LoginFlow_SMS-2FA_1.png)

- Record Lookup - Queries the user record to get their mobile phone number.
- SMS Plugin - An Apex class that generates the OTP and uses a third-party SMS delivery service to send it to the user's mobile.
- Screen - Prompt the users to provide the OTP they received on their phone.
- Decision - Compare the TOTP generated by the flow and the one that is provided by the user. If equal, the flow is complete and the user is redirected to the application. Otherwise, the flow

generates another code and asks the user to verify again.

In this tutorial, we use the Twilio Apex SDK to perform the SMS delivery operations. However, you can use any cloud-based SMS/voice vendor that has a public API to access its services.

1. Go to Setup->Create->Workflow & Approvals->Flows and create a new Flow

2. Create a LoginFlow_UserId input text variable. This is a login flow input variable that gets populated with the user's id during the login event.



[(/page/File:.LoginFlow_SMS-2FA_2.png)](/page/File:.LoginFlow_SMS-2FA_2.png)

3. Create the following text variables:
- Mobile - The user mobile number
- VerificationCode - The OTP generated by the Apex plugin
- Code - The OTP collected from the user
- Status - The status returned from plugin execution

4. Create a record lookup to query the User object based on the user id and store their mobile phone number in the Mobile input variable.

(/page/File:.LoginFlow_SMS-2FA_3.png)

5. Install the Twilio Apex SDK

https://github.com/twilio/twilio-salesforce (https://github.com/twilio/twilio-salesforce)

6. In Salesforce, go to Setup->Security Controls->Remote Site Settings and add the following URL:

https://api.twilio.com (https://api.twilio.com).

This allows the SMS plugin to perform outbound API calls to Twilio web services.



(/page/File:.LoginFlow_SMS-2FA_4.png)

7. Create the following Apex class

```
01  global class SMSPlugin implements Process.Plugin {
02
03  global Process.PluginDescribeResult describe() {
04
05      Process.PluginDescribeResult result = new
    Process.PluginDescribeResult();
06      result.tag='Identity';
```

Ex. 11, p. 134

```
08        result.description='Two factor authentication with SMS';
09
10        result.inputParameters = new
   List<Process.PluginDescribeResult.InputParameter> {
11             new Process.PluginDescribeResult.InputParameter('AccountSid',
   Process.PluginDescribeResult.ParameterType.STRING, true),
12             new Process.PluginDescribeResult.InputParameter('Token',
   Process.PluginDescribeResult.ParameterType.STRING, true),
13             new Process.PluginDescribeResult.InputParameter('To',
   Process.PluginDescribeResult.ParameterType.STRING, true),
14             new Process.PluginDescribeResult.InputParameter('From',
   Process.PluginDescribeResult.ParameterType.STRING, true),
15             new Process.PluginDescribeResult.InputParameter('Message',
   Process.PluginDescribeResult.ParameterType.STRING, true)
16        };
17
18        result.outputParameters = new
   List<Process.PluginDescribeResult.OutputParameter> {
19             new Process.PluginDescribeResult.Result.OutputParameter('Status',
   Process.PluginDescribeResult.ParameterType.STRING),
20             new Process.PluginDescribeResult.OutputParameter('VerificationCode',
   Process.PluginDescribeResult.ParameterType.STRING)
21        };
22
23        return result;
24
25  }
26
27
28  global Process.PluginResult invoke(Process.PluginRequest request) {
29
30      Map<String, Object> result = new Map<String, Object>();
31      String AccountSid = (String)request.inputParameters.get('AccountSid');
32      String token = (String)request.inputParameters.get('Token');
33      String To = (String)request.inputParameters.get('To');
34      String From_a = (String)request.inputParameters.get('From');
35      String Message = (String)request.inputParameters.get('Message');
36      if (Message == null) Message = 'Your verification code is: ';
37
38      TwilioRestClient client = new TwilioRestClient(AccountSid, Token);
39      TwilioSMS sms;
40
41      Integer rand = Math.round(Math.random()*100000);
42      String VerificationCode = string.valueOf(rand);
43      String Body = Message + VerificationCode;
44
45      Map<String,String> params = new Map<String,String> {
46          'To'   => To,
47          'From' => From_a,
48          'Body' => Body
49      };
50
51      try {
52          sms = client.getAccount().getSMSMessages().create(params);
53          result.put('Status', sms.getStatus());
54      } catch (Exception ex) {
55          result.put('Status', 'Failure');
56      }
57          result.put('VerificationCode', VerificationCode);
58        return new Process.PluginResult(result);
59    }
60  }
```

Ex. 11, p. 135

8. Create an SMS plugin that generates an OTP and sends it via SMS to the user's mobile number.

The plugin takes the following inputs:

- AccountSid* -Twilio Account SID (username)
- Token* - Twilio Auth Token (password)
- From - The SMS From number
- Message - The message that will be sent to the user along with the verification code
- To - The user's mobile phone

*Get from your Twilio Account



(/page/File:.LoginFlow_SMS-2FA_5.png)

The plugin returns the following values;

- Status - Status of the SMS delivery operation
- VerificationCode - The verification code that is generated and sent to the user



(/page/File:.LoginFlow_SMS-2FA_6.png)

9. Create a screen element that prompts the user to enter the verification code received on their mobile phone.



(/page/File:.LoginFlow_SMS-2FA_7.png)

10. Create a decision element with the following two outcomes:

- Valid - The generated verification code equals the code provided by the user
- Invalid - The default outcome that is used when the Valid condition is not met



(/page/File:.LoginFlow_SMS-2FA_8.png)

11. Save and activate the flow.

12. Go to Security->Login Flow and connect the flow to a user profile.



(/page/File:.LoginFlow_SMS-2FA_9.png)

**Note:** Don't associate a login flow with your sys admin profile until you are sure that the Login flow works properly. Otherwise, if it fails, you won't be able to log in to your org. The best practice is to create a dedicated test user with a test profile.

13. Log out and log in with a user that belongs to the profile you linked in the previous step.



(/page/File:.LoginFlow_SMS-2FA_10.png)

In a real world scenario, you may want to extend this basic flow and add more customization, validation and policies. Here are some ideas:

- Branding - Add your corporate logo and message to the verification screen.

- Validation - Verify if the user record includes a phone number, otherwise prompt the user to enter one.

- Retries - If the OTP code provided by the user is wrong, this login flow generates a new OTP code and sends it again to the user. You may want to allow a limited number of retries or even temporarily block the user from login after a number of unsuccessful verification attempts.

- Policies - If the user has registered his landline phone but not his mobile phone number, send the OTP over voice message rather than SMS. Alternatively, if the user's phone and mobile numbers are not registered with Salesforce, send the OTP code over email or challenge the user with a different second factor of authentication such as the built-in salesforce time-based OTP or a hardware-based OTP such as Yubikey (https://appexchange.salesforce.com/listingDetail? listingId=a0N3000000B5I12EAB&tab=r).

Want to learn more about login flows? See help (https://help.salesforce.com/apex/HTViewHelpDoc?id=security_login_flow.htm&language=en_US) or check out this article: https://developer.salesforce.com/page/Login-Flows (https://developer.salesforce.com/page/Login-Flows)

## Technical Library

Documentation (/index.php/Documentation)
Tools (/index.php/Tools)
Integration (/index.php/Integration)
App Logic (/index.php/App_Logic)
User Interface (/index.php/User_Interface)
Database (/index.php/Database)
Security (/index.php/Security)
Web Sites (/index.php/Websites)
Mobile (/mobile)
App Distribution (/index.php/App_Distribution)
Newsletter (/index.php/News)

Release Information (http://developer.force.com/releases)

## RSS Feeds

Featured Content (http://feeds.feedburner.com/force/featuredcontent)
Blog (http://feeds.feedburner.com/SforceBlog)
Discussion Boards (//developer.salesforce.com/forums/ForumsRSS)

## Get started

Salesforce App Cloud (/platform)

Force.com (/gettingstarted)

Heroku (https://devcenter.heroku.com/start)

## Salesforce Dev Centers

Heroku Dev Center (http://devcenter.heroku.com/)

Code @ ExactTarget (http://code.exacttarget.com/)

Desk.com </developers> (http://dev.desk.com/)

Pardot Developer Site (http://developer.pardot.com/)

## Developer resources

Mobile Services (/mobile)

Force.com Docs

Force.com Downloads (/page/Tools)

Heroku Docs

Heroku Downloads (http://toolbelt.heroku.com/)

Learn Salesforce with Trailhead (/trailhead?
utm_campaign=trailhead&utm_source=website&utm_medium=dsc_footer)

## Community

Developer Forums (/forums)

Salesforce Developer Events (/calendar)

Webinars (/content/type/Webinar)

## Learn more

Salesforce AppExchange (/appexchange)

Salesforce Platform Overview (//www.salesforce.com/platform/overview/)

Salesforce.com Help Portal (//help.salesforce.com/)

© Copyright 2000-2016 salesforce.com, inc. All rights reserved. Various trademarks held by their respective owners.
Salesforce.com, inc. The Landmark @ One Market, Suite 300, San Francisco, CA 94105, United States

Privacy Statement (//www.salesforce.com/company/privacy.jsp) ID #:152

Security Statement (//www.salesforce.com/company/security.jsp)

Terms of Use (/files/tos/Developerforce_TOU_20101119.pdf)

⊟Feedback

About Us (http://www.salesforce.com/company/)

Language: English



(https://www.facebook.com/salesforcedevs)    (https://twitter.com/#!/salesforcedevs)

(https://plus.google.com/118327959233932983591)

(https://www.linkedin.com/groups/Developer-Force-Forcecom-Community-3774731)

(https://www.youtube.com/user/DeveloperForce)