# EXHIBIT 12

Case 2:16-cv-02106-PSG-SS Document 1-12 Filed 03/28/16 Page 1 of 11 Page ID #:153

# EXHIBIT C

Case 2:15-cv-03240-PSG-SS Document 118-5 Filed 03/28/16 Page 3 of 11 Page ID #:374

Docket No.: 082797-8001.US06
(PATENT)

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent Application of:
Gonen et al.

| | |
|---|---|
| Application No.: 14/678,815 | Confirmation No.: 2391 |
| Filed: April 3, 2015 | Art Unit: 2656 |
| For: REGISTRATION, VERIFICATION AND NOTIFICATION SYSTEM | Examiner: Maria El-Zoobi |

## AMENDMENT AND RESPONSE TO FINAL OFFICE ACTION UNDER 37 CFR 1.113

MS AF
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Madam:

In response to the Final Office Action mailed on August 12, 2015, please amend the above-identified U.S. patent application as follows:

### INTRODUCTORY COMMENTS

**Amendments to the Claims** are reflected in the listing of claims which begins on page 2 of this paper.

**Remarks/Arguments** begin on page 6 of this paper.

-1-

Application No.: 14/678,815 Docket No.: 082797-8001.US06
Response to Final Office Action dated August 12, 2015

# AMENDMENTS TO THE CLAIMS

Please amend the claims as follows:

1. (Original) A verification and notification method implemented by a computing system, the method comprising:
   receiving, from a user, information via a computing interface presented to the user as a result of an attempt by the user to access a service, the received information including a telephone number associated with the user;
   verifying the telephone number by:
      establishing a short message service (SMS) connection with the user using the received telephone number;
      communicating a verification code to the user through the SMS connection;
      receiving, via the computing interface, a submitted verification code that is entered by the user; and
      verifying the telephone number if the submitted verification code is the same as the communicated verification code;
   completing a registration of the user based on the received information and verified telephone number, wherein the completed registration enables the user to access the service;
   maintaining a record of one or more notification events associated with actions that require acknowledgement by the user;
   upon receiving an indication of an occurrence of an established notification event, transmitting a message addressed to the verified telephone number indicating the occurrence of the notification event; and
   receiving, from the user, an acknowledgement of an action associated with the established notification event.

-2-

Application No.: 14/678,815  
Response to Final Office Action dated August 12, 2015

Docket No.: 082797-8001.US06

2. (Original) The method of claim 1, wherein the telephone number is associated with a mobile phone.

3. (Original) The method of claim 1, wherein the notification event is a transaction.

4. (Original) The method of claim 1, wherein the notification event is established by a party associated with the service.

5. (Original) The method of claim 1, wherein the notification event is associated with activity related to a financial account associated with the user.

6. (Original) The method of claim 1, wherein the notification event is associated with a request to alter an account of the user.

7. (Original) The method of claim 1, further comprising charging a fee to the user based at least in part on the user being notified of the occurrence of the established notification event.

8. (Original) The method of claim 1, wherein the message indicating the occurrence of the notification event is an SMS message.

9. (Original) The method of claim 1, further comprising associating the telephone number with data indicating that the telephone number is verified.

10. (Original) A non-transitory computer-readable storage medium containing instructions that, when executed by a processor, cause the processor to perform a method of verification and notification, the method comprising:

    receiving, from a user, information via a computing interface presented to the user as a result of an attempt by the user to access a service, the received information including a telephone number associated with the user;

    verifying the telephone number by:

        establishing a telephonic connection with the user using the received telephone number;

        communicating a verification code to the user through the telephonic connection;

        receiving, via the computing interface, a submitted verification code that is entered by the user; and

        verifying the telephone number if the submitted verification code is the same as the communicated verification code;

    completing a registration of the user based on the received information and verified telephone number, wherein the completed registration enables the user to access the service;

    maintaining a record of one or more notification events associated with actions that require acknowledgement by the user;

    upon receiving an indication of an occurrence of an established notification event, transmitting a message addressed to the verified telephone number indicating the occurrence of the notification event; and

    receiving, from the user, an acknowledgement of an action associated with the established notification event.

11. (Original) The method of claim 10, wherein the telephone number is associated with a mobile phone.

Application No.: 14/678,815  Docket No.: 082797-8001.US06
Response to Final Office Action dated August 12, 2015

12. (Original) The method of claim 10, wherein the notification event is a transaction.

13. (Original) The method of claim 10, wherein the notification event is established by a party associated with the service.

14. (Original) The method of claim 10, wherein the notification event is associated with activity related to a financial account associated with the user.

15. (Original) The method of claim 10, wherein the notification event is associated with a request to alter an account of the user.

16. (Original) The method of claim 10, further comprising charging a fee to the user based at least in part on the user being notified of the occurrence of the established notification event.

17. (Original) The method of claim 10, wherein the message indicating the occurrence of the notification event is a short message service (SMS) message.

18. (Original) The method of claim 10, further comprising associating the telephone number with data indicating that the telephone number is verified.

-5-

Application No.: 14/678,815  Docket No.: 082797-8001.US06
Response to Final Office Action dated August 12, 2015

# REMARKS

Claims 1-18 were pending when the present Office Action was mailed on August 12, 2015 (the "Office Action"). In this response, no claims have been amended, canceled, or added. Accordingly, claims 1-18 are currently pending.

### I. Response to the Double Patenting Rejection of Claims 1-18

Claims 1-18 were provisionally rejected as unpatentable on the ground of non-statutory double patenting over claims 1-23 of copending U.S. Patent Application No. 14/207,411. The double-patenting rejection was maintained over a previously-filed terminal disclaimer that was deemed improper by the Office, which stated that the wrong form has been used. (Office Action, p. 2.) In response, a terminal disclaimer regarding the '411 application was filed on August 21, 2015, using the requested form PTO/AIA/25. In view of the foregoing, the applicants request that the double patenting rejection of claims 1-18 be withdrawn.

### II. Conclusion

The applicants submit that the application is in condition for allowance. If the Examiner has any questions or believes a telephone conference would expedite prosecution of this application, the Examiner is encouraged to contact the undersigned at (206) 359-3129.

-6-

Application No.: 14/678,815            Docket No.: 082797-8001.US06
Response to Final Office Action dated August 12, 2015

Please charge any underpayment or credit any overpayment to our Deposit Account No. 50-0665, under Order No. 082797-8001.US06 from which the undersigned is authorized to draw.

Dated: <u>2 October 2015</u>          Respectfully submitted,

                     By  /Stephen Bishop/
                          Stephen Bishop
                          Registration No.: 38,829

Perkins Coie LLP
P.O. Box 1247
Seattle, WA 98111-1247
Phone: (206) 359-8000

Attorneys for Applicant

-7-

| Index of Claims | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 14678815 | GONEN ET AL. |
| | Examiner | Art Unit |
| | MARIA EL-ZOOBI | 2656 |

| ✓ | Rejected | - | Cancelled | N | Non-Elected | A | Appeal |
|---|---|---|---|---|---|---|---|
| = | Allowed | ÷ | Restricted | I | Interference | O | Objected |

☒ Claims renumbered in the same order as presented by applicant    ☐ CPA    ☒ T.D.    ☐ R.1.47

| CLAIM | | DATE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 06/16/2015 | 08/07/2015 | 10/13/2015 | | | | | | |
| 1 | 1 | ✓ | ✓ | = | | | | | | |
| 2 | 2 | ✓ | ✓ | = | | | | | | |
| 3 | 3 | ✓ | ✓ | = | | | | | | |
| 4 | 4 | ✓ | ✓ | = | | | | | | |
| 5 | 5 | ✓ | ✓ | = | | | | | | |
| 6 | 6 | ✓ | ✓ | = | | | | | | |
| 7 | 7 | ✓ | ✓ | = | | | | | | |
| 8 | 8 | ✓ | ✓ | = | | | | | | |
| 9 | 9 | ✓ | ✓ | = | | | | | | |
| 10 | 10 | ✓ | ✓ | = | | | | | | |
| 11 | 11 | ✓ | ✓ | = | | | | | | |
| 12 | 12 | ✓ | ✓ | = | | | | | | |
| 13 | 13 | ✓ | ✓ | = | | | | | | |
| 14 | 14 | ✓ | ✓ | = | | | | | | |
| 15 | 15 | ✓ | ✓ | = | | | | | | |
| 16 | 16 | ✓ | ✓ | = | | | | | | |
| 17 | 17 | ✓ | ✓ | = | | | | | | |
| 18 | 18 | ✓ | ✓ | = | | | | | | |

U.S. Patent and Trademark Office

Part of Paper No. : 20151013

EXHIBIT C
000049

| Index of Claims | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 14678815 | GONEN ET AL. |
| | Examiner | Art Unit |
| | MARIA EL-ZOOBI | 2656 |

| ✓ | Rejected | - | Cancelled | N | Non-Elected | A | Appeal |
|---|---|---|---|---|---|---|---|
| = | Allowed | ÷ | Restricted | I | Interference | O | Objected |

☐ Claims renumbered in the same order as presented by applicant  ☐ CPA  ☐ T.D.  ☐ R.1.47

| CLAIM | | DATE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 06/16/2015 | 08/07/2015 | 10/13/2015 | 02/16/2016 | | | | | |
| 1 | 1 | ✓ | ✓ | = | = | | | | | |
| 2 | 2 | ✓ | ✓ | = | = | | | | | |
| 3 | 3 | ✓ | ✓ | = | = | | | | | |
| 4 | 4 | ✓ | ✓ | = | = | | | | | |
| 5 | 5 | ✓ | ✓ | = | = | | | | | |
| 6 | 6 | ✓ | ✓ | = | = | | | | | |
| 7 | 7 | ✓ | ✓ | = | = | | | | | |
| 8 | 8 | ✓ | ✓ | = | = | | | | | |
| 9 | 9 | ✓ | ✓ | = | = | | | | | |
| 10 | 10 | ✓ | ✓ | = | = | | | | | |
| 11 | 11 | ✓ | ✓ | = | = | | | | | |
| 12 | 12 | ✓ | ✓ | = | = | | | | | |
| 13 | 13 | ✓ | ✓ | = | = | | | | | |
| 14 | 14 | ✓ | ✓ | = | = | | | | | |
| 15 | 15 | ✓ | ✓ | = | = | | | | | |
| 16 | 16 | ✓ | ✓ | = | = | | | | | |
| 17 | 17 | ✓ | ✓ | = | = | | | | | |
| 18 | 18 | ✓ | ✓ | = | = | | | | | |

U.S. Patent and Trademark Office

Part of Paper No. : 20160216A

Ex. 12, p. 151

EXHIBIT C

000050