# EXHIBIT 13

# EXHIBIT E

Case 2:16-cv-02106-PSG-SS Document 17-13 Filed 03/28/16 Page 3 of 6 Page ID #:387
Case 2:15-cv-03240-PSG-SS Document 118-7 Filed 02/22/16 Page 2 of 5 Page ID #:6387
#:166

| Doc code: IDS | | PTO/SB/08a (01-10) |
|---|---|---|
| Doc description: Information Disclosure Statement (IDS) Field | | Approved for use through 07/31/2012. OMB 0651-0031 |
| | | U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE |

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| | |
|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Not for submission under 37 CFR 1.99) | **Application Number**: 14/678,815 |
| | **Filing Date**: Apr 3, 2015 |
| | **First Named Inventor**: Shlomo Gonen |
| | **Art Unit**: 2656 |
| | **Examiner Name**: Maria El-Zoobi |
| | **Attorney Docket Number**: 082797-8001.US06 |

## U.S. PATENTS

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 4782519 | | 1988-11-01 | Patel, Rajendra et al. | |
| | 2 | 5881226 | | 1999-03-09 | Veneklase, Brian J. | |
| | 3 | 5995606 | | 1999-11-30 | Civanlar, Mehmet R., et al. | |
| | 4 | 6012144 | | 2000-01-04 | Pickett, Thomas E. | |
| | 5 | 6044471 | | 2000-03-28 | COLVIN, DAVID S. | |
| | 6 | 6058415 | | 2000-05-02 | POLCYN, MICHAEL J. | |
| | 7 | 6088683 | | 2000-07-11 | JALILI, REZA | |
| | 8 | 6097791 | | 2000-08-01 | Ladd, David J. et al. | |
| | 9 | 6167518 | | 2000-12-26 | PADGETT, ROBERT D., et al. | |
| | 10 | 6175626 | | 2001-01-16 | AUCSMITH, DAVID W., et al. | |
| | 11 | 6256512 | | 2001-07-03 | VERDONK, TIMOTHY C. | |
| | 12 | 6259909 | | 2001-07-10 | RATAYCZAK, GEORG et al. | |
| | 13 | 6563915 | | 2003-05-13 | SALIMANDO, STEVEN C. | |
| | 14 | 6574599 | | 2003-06-03 | LIM, KANG S., et al. | |
| | 15 | 6643363 | | 2003-11-04 | MIURA, NOBORU | |
| | 16 | 6934858 | | 2005-08-23 | Woodhill, James R. | |
| | 17 | 7043230 | | 2006-05-09 | Geddes, Martin et al. | |
| | 18 | 7054417 | | 2006-05-30 | Casey, Steven M. et al. | |
| | 19 | 7127051 | | 2006-10-24 | Bedingfield, James C. et al. | |
| | 20 | 7233790 | | 2007-06-19 | Kjellberg, Rikard M. et al. | |
| | 21 | 7251827 | | 2007-07-31 | Guo et al. | |
| | 22 | 7287270 | | 2007-10-23 | Kai | |
| | 23 | 7383572 | | 2008-06-03 | Rolfe, Andrew R. | |
| | 24 | 7389913 | | 2008-06-24 | Starrs, Ed | |
| | 25 | 7447662 | | 2008-11-04 | Gibson | |
| | 26 | 7574733 | | 2009-08-11 | Woodhill, James R. | |
| | 27 | 7870599 | | 2011-01-11 | Pemmaraju, Ram | |

Doc code: IDS   PTO/SB/08a (01-10)
Doc description: Information Disclosure Statement (IDS) Field   Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Not for submission under 37 CFR 1.99) | Application Number | 14/678,815 |
|---|---|---|
| | Filing Date | Apr 3, 2015 |
| | First Named Inventor | Shlomo Gonen |
| | Art Unit | 2656 |
| | Examiner Name | Maria El-Zoobi |
| | Attorney Docket Number | 082797-8001.US06 |

| | 28 | 7945034 | | 2011-05-17 | Gonen et al. | |
|---|---|---|---|---|---|---|
| | 29 | 8024567 | | 2011-09-20 | Han, Min-Gyu | |
| | 30 | 8302175 | | 2012-10-30 | Thoursie et al. | |
| | 31 | 8462920 | | 2013-06-11 | Gonen et al. | |
| | 32 | 8472590 | | 2013-06-25 | Curtis et al. | |
| | 33 | 8687038 | | 2014-04-01 | Gonen et al. | |

| U.S. PATENT APPLICATION PUBLICATIONS ||||||
|---|---|---|---|---|---|
| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
| | 1 | 20010032192 | | 2001-10-18 | Putta et al. | |
| | 2 | 20030191712 | | 2003-10-09 | Ohmae, Kenichi | |
| | 3 | 20040254890 | | 2004-12-16 | Sancho, Enrique David et al. | |
| | 4 | 20060153346 | | 2006-07-13 | Gonen et al. | |
| | 5 | 20090328177 | | 2009-12-31 | Frey et al. | |
| | 6 | 20100287606 | | 2010-11-11 | MACHANI | |
| | 7 | 20130139239 | | 2013-05-30 | JILLINGS, STEVEN | |
| | 8 | 20130272512 | | 2013-10-17 | Gonen et al. | |

| FOREIGN PATENT DOCUMENTS |||||||
|---|---|---|---|---|---|---|---|
| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2] | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[5] |
| | 1** | 9519593 | WO | | 1995-07-20 | Kew, Michael J., et al. | | |

| NON-PATENT LITERATURE DOCUMENTS |||
|---|---|---|
| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |

Doc code: IDS  
Doc description: Information Disclosure Statement (IDS) Field

PTO/SB/08a (01-10)  
Approved for use through 07/31/2012. OMB 0651-0031  
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE  
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| | Application Number | 14/678,815 |
| | Filing Date | Apr 3, 2015 |
| | First Named Inventor | Shlomo Gonen |
| | Art Unit | 2656 |
| | Examiner Name | Maria El-Zoobi |
| | Attorney Docket Number | 082797-8001.US06 |

| | | | |
|---|---|---|---|
| | 1 ** | "Final Office Action for U.S. Application No. 11/034,421, Examiner S.Sing, Mail Date 08/25/2006, 8 pages." | |
| | 2 ** | "Final Office Action for U.S. Application No. 11/163,788, Examiner S. Sing, Mail Date 04/26/2010, 12 pages." | |
| | 3 ** | "Final Office Action for U.S. Application No. 11/538,989, Examiner S. Simon, Mail Date 02/03/2012, 25 pages." | |
| | 4 ** | "Non Final Office Action for U.S. Application No. 11/034,421, Examiner S. Sing, Mail Date 01/10/2006, 16 pages." | |
| | 5 ** | "Non Final Office Action for U.S. Application No. 11/163,788, Examiner S. Sing, Mail Date 10/14/2010, 6 pages." | |
| | 6 ** | "Non Final Office Action for U.S. Application No. 11/163,788, Examiner S. Sing, Mail Date 11/05/2009, 13 pages." | |
| | 7 ** | "Non Final Office Action for U.S. Application No. 11/538,989, Examiner S. Sing, Mail Date 06/29/2011, 24 pages." | |
| | 8 ** | "Non Final Office Action for U.S. Application No. 13/689,646, Examiner A. Abyaheh, Mail Date 05/09/2014, 11 pages." | |
| | 9 ** | "Non Final Office Action for U.S. Application No. 13/915,589, Examiner M. El-Zoobi, Mail Date 11/01/2013, 9 pages" | |
| | 10 ** | "Non-Final Office Action for U.S. Patent Application No. 11/538,989, Mail Date 2/13/2013, Examiner S. Sing, 14 pages." | |
| | 11 ** | "Notice of Allowance for U.S. Application No. 11/163,788, Examiner S. Sing, Mail Date 03/11/2011, 5 pages." | |
| | 12 ** | "Notice of Allowance for U.S. Application No. 13/915,589, Examiner M. El-Zoobi, Mail Date 01/27/2014, 11 pages." | |
| | 13 ** | "Notice of Allowance, U.S. Patent Application No. 11/538,989, Mail Date 4/26/2013, Examiner S. Sing, 6 pages." | |
| | 14 ** | International Search Report for International Application PCT/US05/13730, Mail Date Jan. 31, 2006, 4 pages | |
| | 15 ** | "Peter Tapling, "Highly Auditable Self-Service Life-Cycle Management for Electronic Security Credentials," 2003 Annual Computer Security Applications Conference, Las Vegas, Nevada, 2003, 26 pages." | |
| | 16 ** | "Rose Maciejewski, "Authentify Showcases Rapidly Deployable Two-Factor Online Authentication System," 28th Annual Computer Security Institute Conference, Chicago, IL, October 23, 2001, 2 pages." | |

| EXAMINER SIGNATURE |
|---|

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /M.E./

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Field

PTO/SB/08a (01-10)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Not for submission under 37 CFR 1.99) | Application Number | 14/678,815 |
|---|---|---|
| | Filing Date | Apr 3, 2015 |
| | First Named Inventor | Shlomo Gonen |
| | Art Unit | 2656 |
| | Examiner Name | Maria El-Zoobi |
| | Attorney Docket Number | 082797-8001.US06 |

| Examiner Signature | /Maria El-zoobi/ | Date Considered | 08/07/2015 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document.
[4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

LEGAL126786866.2

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /M.E./

Ex. 13, p. 156

EXHIBIT E
000056