# EXHIBIT 15

PRODUCTS & PRICING USE CASES API & DOCS NOT A DEVELOPER? SIGN UP LOG IN

# BUILD APPS THAT COMMUNICATE WITH EVERYONE IN THE WORLD

A Messaging, Voice, Video and Authentication API for every application

See Use Cases    Get a free API key

LEARN ABOUT THE API

       

GLOBAL BRANDS TRUST TWILIO



TWILIO IS A CLOUD COMMUNICATIONS PLATFORM

PROGRAMMABLE COMMUNICATIONS    Embed messaging, voice, video, and authentication in your apps with a simple and powerful API.

SUPER NETWORK    Reach anyone in the world with a quality experience as our distributed software manages routes through carriers and the Internet.

BUSINESS MODEL FOR INNOVATORS

Get started in less than 5 minutes. No upfront commitments. On-demand scale when you need it.

## VOICE & VIDEO

Enable apps to make voice or video calls around the globe and design workflows with programmatic call control.

EXPLORE VOICE & VIDEO

## MESSAGING

Send and receive global SMS, MMS, and IP messages from any app, and ensure deliverability using intelligent delivery features.

EXPLORE MESSAGING

## AUTHENTICATION

Two-factor authentication service to strengthen traditional login for websites, SaaS products, and mobile apps.

EXPLORE AUTHENTICATION

### EXPLORE WAYS TO MAKE YOUR COMMUNICATIONS GREAT

**TWO-FACTOR AUTHENTICATION**
Improve login security with SMS passcodes

**APPOINTMENT REMINDERS**
Reduce no-shows with text or voice reminders

**MASKED PHONE NUMBERS**
Protect private information on calls and texts

**CALL TRACKING**
Measure calls to ad campaigns and listings

**INSTANT LEAD ALERTS**
Expedite sales response for new inquiries

**CLICK-TO-CALL**
Cut hold times to zero for call centers

FIND THE USE CASE FOR YOUR NEED

**PIER 27** SF CA | **MAY 24 & 25** | **2016**   NEW SPEAKERS ADDED!

**THE DEVELOPER CONFERENCE for COMMUNICATIONS**

REGISTER NOW | $499 LIMITED TIME

EXPLORE THE SITE

### COMPANY

About Twilio

Our Nine Values

Our Leadership Principles

The Team

Press & Media

Twilio.org

Careers

### PRODUCTS

Programmable Voice

Elastic SIP Trunking

Programmable Video

TaskRouter

Network Traversal Service

Programmable SMS

IP Messaging

Authy

Monitor

Lookup

Support Plans

### PRICING

Voice Pricing

Messaging Pricing

SIP Trunking Pricing

Client Pricing

Network Traversal Pricing

TaskRouter

Lookup

International Coverage

### USE CASES

Customer Stories

Showcase

Two-Factor Authentication

Appointment Reminders

Dispatch Notifications

ETA Alerts

Automated Surveys

Masked Phone Numbers

Visual Estimates

Developer Network

Webinars

White Papers

### API & DOCS

Quickstarts

Tutorials

API Reference

Helper Libraries

Blog

Help

### INQUIRIES

Contact Press

Press

Status

**Are you a developer?**

○ Yes

○ Yes, but I am not in an engineering role

○ No

Not using Qualaroo yet?

© 2016 Twilio. All rights reserved