# EXHIBIT 16


(/)

# POWERFUL 2FA PROTECTION FOR EVERYONE

## TRUSTED SECURITY FOR USER IDENTITY.

**SIGN UP FREE (/SIGNUP/)**

OVERVIEW (/PRODUCT/)   **FEATURES (/PRODUCT/FEATURES/)**   OPTIONS (/PRODUCT/OPTIONS/)   PRICING (/PRODUCT/PRICING/)

## A POWERFUL COMBINATION OF AUTHENTICATION OPTIONS



### AUTHY ONECODE

Dynamic seven digit authentication one-time pass codes are generated on-demand, and delivered via SMS or text-to-speech phone calls to a registered number.

Ex. 16, p. 161

LEARN MORE (/PRODUCT/OPTIONS#ONECODE)



**AUTHY SOFTTOKEN**

Get a new seven digit authentication code every twenty seconds. Available via the Authy app for mobile, wearable, or desktop platforms.

**LEARN MORE (/PRODUCT/OPTIONS#SOFTTOKEN)**

(/)

Product (/product/)

App (/app/)

Developers (/developers/)

Blog (/blog/)

Resources (/resources/)

Dashboard (/login/)

**CONTACT SALES (/CONTACT-SALES/)**

**GET SUPPORT (/APP/#SUPPORT)**



### AUTHY ONETOUCH

Approve or deny the authentication request with a simple yes/no question. Push notifications alert on a previously authorized smartphone.

**LEARN MORE (/PRODUCT/OPTIONS#ONETOUCH)**

### GOOD FOR BUSINESS



### EXTRA LAYER OF TRUST

Passwords aren't enough anymore—use a second factor to confidently verify users' identity and protect your app or service from data loss, fraud, and malicious attacks.

Ex. 16, p. 163



### EASY TO IMPLEMENT

No special security know-how is required: get up and running with as little as 3 lines of code, complete development in 1/2 a sprint.

*Developer Documentation > (http://docs.authy.com/)*



### STRONG ROI, QUICK TIME TO VALUE

Take Authy for a test drive: your first 100 authentications are free.

*See our pricing structure > (/product/pricing/)*

## PROTECTION THAT PREVENTS LOSS



### VERIFY USERS AT REGISTRATION

Confirm devices are in the user's possession and get device details to identify risky registration.



Ex. 16, p. 164

## SAFELY ALLOW ACCESS AT LOGON

Prevent unauthorized access by securely authenticating the user with a second factor that is connected to the device.



## STEP UP AUTHENTICATION FOR HIGH-VALUE TRANSACTIONS

Prevent fraud during open sessions with re-authentication that confirms thetransaction/event is authorized.

# A BETTER USER EXPERIENCE



## AVAILABLE ON ANY DEVICE

Use Authy from any smartphone, tablet, desktop, and wearable. Add and synchronize multiple devices for convenient access and redundancy.



## EXTEND USER EXPERIENCE

Authy requires no training to use with small changes to the login and approval experience.

Ex. 16, p. 165



## SELF SERVICE FOR USER INDEPENDENCE

Built-in functionality allows users to easily handle common occurrences like adding a device, changing a phone number, or recovering data from a lost phone (instead of calling your Help Desk).

# OPERATIONAL EXCELLENCE



## POWERFUL TOOLS FOR YOUR DEVELOPERS

REST API, extensive code libraries, and complete documentation provide an easy path to implementing powerful 2FA.

*Developer Documentation >*



## ADMINISTER WITH CONFIDENCE

No special skills or training are required with a simple to use administrative dashboard that offers detailed visibility and granular control at every step.



Ex. 16, p. 166

**RELIABILITY & TRANSPARENCY**

Authy is the most-trusted option for two-factor authentication, with 99.999% uptime and 400ms API performance since launch.



## CLOUDFLARE USE CASE

Provide quick, safe access to sensitive data and processing.

LEARN MORE (/PRODUCT/CLOUDFLARE/)



## COINBASE USE CASE

Reduce fraud and prevent account takeovers.

LEARN MORE (/PRODUCT/COINBASE/)

SIGN UP NOW (/SIGNUP/)

**CONTACT SALES (/CONTACT-SALES/)**



Developer Documentation (http://docs.authy.com/)   Help! (/faq/)   Security Issues (/security-issues/)

Privacy Statements (/privacy-statements/)   Terms of Service (/terms-of-service/)

Product (/product/)   App (/app/)   Developers (/developers/)   Blog (/blog/)

Jobs (http://www.glassdoor.com/Job/Twilio-authy-Jobs-EI_IE410790.0,6_KO7,12.htm)   Press (/company/press/)

Contact Sales (/contact-sales/)   Get Support (/app/#support)

Authy, a Twilio service © 2015 Twilio Inc.

@authy (https://twitter.com/authy)   facebook.com/authysec (https://www.facebook.com/authysec?_rdr=p)

github.com/authy (https://github.com/authy)

linkedin.com/company/authy (https://www.linkedin.com/company/authy)