# EXHIBIT 18

PRODUCTS & PRICING    USE CASES    API & DOCS    NOT A DEVELOPER?    SIGN UP    LOG IN

# HELP CENTER

Talk to Sales    Ask the Community    Talk to Support    API Status

- Twilio Basics
- Billing & Pricing
- Voice
- Messaging
- Phone Numbers
- Porting
- Short Codes
- Twilio Client
- Twilio Connect

## How do I change the phone number I want to use for two factor authentication?

You can change the phone number you are using for two factor authentication by going to the User Settings page.

To navigate there, click on your Account name to reveal the 'Settings' drop down menu. Then click on your Username.

When changing the phone number you are using for two factor authentication, you will have to first delete the old phone number. Then go through the verification process again to add a new phone number. This step is prompted and required if you have two factor authentication enabled on your Account.

### Related articles

- Can't sign in with two factor authentication enabled on Twilio account or lost phone
- What happens when I enable two factor authentication?
- Authentication or login required for listening to recordings
- Change credit card on Twilio account
- Request for Authy Phone Change Denied?

| COMPANY | PRODUCTS | PRICING | USE CASES | API & DOCS |
|---|---|---|---|---|
| About Twilio | Programmable Voice | Voice Pricing | Customer Stories | Quickstarts |
| Our Nine Values | Elastic SIP Trunking | Messaging Pricing | Showcase | Tutorials |
| Our Leadership Principles | Programmable Video | SIP Trunking Pricing | Two-Factor Authentication | API Reference |
| The Team | TaskRouter | Client Pricing | Appointment Reminders | Helper Libraries |

3/16/2016 Twilio | How do I change the phone number I want to use for two-factor authentication?

Case 2:16-cv-02106-PSG-SS   Document 1-18   Filed 03/28/16   Page 3 of 3   Page ID #:191

| | | | | |
|---|---|---|---|---|
| Press & Media | Network Traversal Service | Network Traversal Pricing | Dispatch Notifications | Blog |
| Twilio.org | Programmable SMS | TaskRouter | ETA Alerts | Help |
| Careers | IP Messaging | Lookup | Automated Surveys | |
| | Authy | International Coverage | Masked Phone Numbers | |
| | Monitor | | Visual Estimates | |
| | Lookup | | Developer Network | |
| | Support Plans | | Webinars | |
| | | | White Papers | |

INQUIRIES

| | |
|---|---|
| Contact Press | Support |
| Press | Status   Sales   Technical   Community   Legal |

© 2016 Twilio. All rights reserved.   |   Terms of Service   |   Privacy Policy