# EXHIBIT 19

# TOTP API

Authy uses a REST API. The API is designed to use HTTP response codes to indicate status. The body of the response will also include more information.

- Both **JSON** and **XML** formats are supported by all API calls

- You **always** need to specify a  format  (json | xml)

- Any **/protected/** api call requires you to pass an  **api_key**  as a parameter

*The api_key can be obtained by logging into the Authy dashboard (https://dashboard.authy.com) and selecting the app for which you are authenticating users*

# Return Codes

The following status codes are used:

 200 : OK
   Response is correct. The body of the response will include the data requested.

 400 : Bad Request
   There was an error with the request. The body of the response will have more info.

 401 : Unauthorized

Ex. 19, p. 174

Token is invalid. If your API key is wrong a 401 will be generated. Please check the API key.

503 : Service Unavailable
There are multiple possible reasons for a HTTP 503 error.
- An internal Authy error.

- Your application is accessing an API call you don't have access to.

- API usage limit. If you reach API usage limits, a 503 will be returned. Please wait until you pass the limit and reattempt the call.

# Production API locations

Authy API server is at: https://api.authy.com

# Sandbox API

Authy has a sandbox API at: http://sandbox-api.authy.com
The sandbox can be used for automated testing. Please contact your Authy representative for further information on using the sandbox.

# Test hooks available on sandbox

1. Token Verification:
A HTTP 200 will always be served when /verify/{TOKEN} API is called, regardless of the value sent.

2. Device registration:
You may also register as many devices as needed on your tests, but please note the database is cleared on a periodic basis.

Ex. 19, p. 175

*Please always contact your Authy representative when working with the sandbox for proper guideance.*

Ex. 19, p. 176

# Enabling two-factor authentication for a user

Before you can secure a user's login you need to create an Authy user. Authy requires you send an email, cellphone and country code for each Authy user. In response you get an Authy ID which you must then store with your user's profile in your own application.

A user can have multiple e-mails but only one cellphone. Two separate api calls to register a user with the same cellphone and different e-mails will return the same `authy_id` and store both emails for that Authy user.

**NOTE: You need to store the `authy_id` against the user profile in your database or directory**: You will use this id everytime you are verifying the user's token.

---

POST **https://api.authy.com/protected/{FORMAT}/users/new?api_key ={KEY}**

---

## Parameters

| Name | Type | Description |
|------|------|-------------|
| api_key | String | Required. This is the private API key which is obtained from the Authy Dashboard (https://dashboard.authy.com). |
| send_install_link_via_sms | Boolean | Optional. Boolean (true or false) value to enable or disable the initial text message. This is enabled by default. |
| user[email] | String | Required. |
| user[cellphone] | String | Required. Primary key for the user. |
| user[country_code] | String | Required. Numeric calling country code of the country Eg: 1 for the US. 91 for India. 54 for Mexico. See: Country code list dropdown (https://github.com/authy/authy-form-helpers#get-the-countries-dropdown) |

## Response

| Name | Type | Description |
|------|------|-------------|
| user | User | Fields related to the created user. |

## Example

**NOTE: You can use dashes, periods, spaces or nothing to separate parts of the cell phone number.**

```
curl "http://sandbox-api.authy.com/protected/json/users/new?api_key=d57d919d11
e6b221c9bf6f7c882028f9" \
-d user[email]="user@domain.com" \
-d user[cellphone]="317-338-9302" \
-d user[country_code]="54"
```

Sample response

```
{
    "user": {
        "id":2
    }
}
```

**Request with errors**

```
curl "http://sandbox-api.authy.com/protected/json/users/new?api_key=d57d919d11
e6b221c9bf6f7c882028f9" \
-d user[email]="user.com" \
-d user[cellphone]="AAA-338-9302" \
-d user[country_code]="1"
```

**Sample response**

```
{
    "errors": {
        "email":"is invalid",
        "cellphone":"must be a valid cellphone number."
    }
}
```

# Requesting SMS codes

Once an Authy ID has been generated for a user, you can provide a two-factor stage to a login. If the user downloads and installs the Authy smartphone application, it will generate the codes required. However, for users that don't own a smartphone, Authy allows you to use text messages to send the one time passcode. By default this call will be ignored if the user has downloaded and registered the Authy smartphone application against their phone number. However this behaviour can be over-ridden.

## Custom Actions

You can pass `action=` and `action_message=` (optional) to send a code that is only valid for the given action.

This is useful if you require codes to perform different actions on your app, for example, you can pass `action=login&action_message="Login code"` when sending a login code.

When using this option you **have to** pass the same `action` when verifying the code.

---

GET **https://api.authy.com/protected/{FORMAT}/sms/{AUTHY_ID}?api_key={KEY}**

---

## Parameters

| Name | Type | Description |
|---|---|---|
| api_key | String | Required. The api key which can be obtained from the Authy dashboard (https://dashboard.authy.com). |
| action | String | Optional. The action or context we are trying to validate. |
| action_message | String | Optional. Message for the specific action. |
| force | Boolean | Optional, defaults to false. When `true` it sends the message even if the user is using the mobile app. You can configure the default behaviour using your Authy Dashboard account. |

## Response

| Name | Type | Description |
|------|------|-------------|
| success | Boolean | Returns true if the request was successful. |
| message | String | A message indicating what happened with the request. |
| cellphone | String | The phone number used to send the message. |
| ignored | Boolean | True if the request was ignored. |
| device | String | The name of the most recent device used by the user. This is only returned when the SMS was ignored. |

# Example

### Sending a code via SMS

```
curl -i "http://sandbox-api.authy.com/protected/json/sms/46712?api_key=d57d919
d11e6b221c9bf6f7c882028f9"
```

### Sample response

```
{
    "success":true,
    "message":"SMS token was sent",
    "cellphone":"+1-XXX-XXX-XX02"
}
```

### Text message send request on a user using the Authy app

```
curl -i "http://sandbox-api.authy.com/protected/json/sms/1?api_key=d57d919d11e
6b221c9bf6f7c882028f9"
```

### Sample response

Ex. 19, p. 181

```
{
    "message":"Ignored: SMS is not needed for smartphones. Pass force=true if
you want to actually send it anyway.",
    "cellphone":"+1-XXX-XXX-XX02",
    "device":"android",
    "ignored":true,
    "success":true
}
```

You can pass in a  force=true  parameter to this api. This will force
the SMS to be send even if the user is using the Authy App.

```
curl "http://sandbox-api.authy.com/protected/json/sms/1?api_key=d57d919d11e6b2
21c9bf6f7c882028f&force=true"
```

## Sample response

```
{
    "success":true,
    "message": "SMS token was sent"
}
```

## Custom action example

```
curl "http://sandbox-api.authy.com/protected/json/sms/1?api_key=d57d919d11e6b2
21c9bf6f7c882028f&action=change_preferences"
```

## Sample response

```
{
    "success":true,
    "message":"SMS token was sent"
}
```

# Phone Call Tokens

For users that don't own a smartphone, and are having trouble with SMS
Tokens,
Authy allows you to use phone calls instead.

Ex. 19, p. 182

This call will be ignored if the user is using the Authy Mobile

---

| GET | **https://api.authy.com/protected/{FORMAT}/call/{AUTHY_ID}?api_key={KEY}** |

---

## Parameters

| Name | Type | Description |
|------|------|-------------|
| api_key | String | The app's api key. |
| action | String | The action or context we are trying to validate. |
| action_message | String | Optional message for the specific action. |
| force | Boolean | Defaults to false. When  true  it sends the message even if the user is using the mobile app. You can configure the default behaviour using your Authy Dashboard account. |

## Response

| Name | Type | Description |
|------|------|-------------|
| success | Boolean | Returns true if the request was successful. |
| message | String | A message indicating what happened with the request. |
| cellphone | String | The phone number used to send the message. |
| ignored | Boolean | True if the request was ignored. |
| device | String | The name of the most recent device used by the user. This is only returned when the SMS was ignored. |

## Example

Requesting a code via Phone Call

```
curl -i "http://sandbox-api.authy.com/protected/json/call/2?api_key=d57d919d11
e6b221c9bf6f7c882028f9"
```

## Sample response

```
{
    "success":true,
    "message":"Call started...",
    "cellphone":"+1-XXX-XXX-XX02"
}
```

## Phone call request on a user using the Authy app

```
curl -i "http://sandbox-api.authy.com/protected/json/call/1?api_key=d57d919d11
e6b221c9bf6f7c882028f9"
```

## Sample response

```
{
    "message":"Call ignored. User is using App Tokens and this call is not nec
essary. Pass force=true if you still want to call users that are using the App
.",
    "cellphone":"+1-XXX-XXX-XX02",
    "device":"android",
    "ignored":true,
    "success":true
}
```

You can pass  force=true  as parameter to this api. This will force
the PHONE CALL to started even if the user is using the Authy App.

```
curl -i "http://sandbox-api.authy.com/protected/json/call/1?api_key=d57d919d11
e6b221c9bf6f7c882028f&force=true"
```

## Sample response

```
{
    "success": true,
    "message":"Call started."
}
```

# Verifying a token

To verify a token simply pass in the token that the user entered and the authy id of the user (which should have stored in your database when you registered the user above). Authy will use HTTP status codes for the response.

**To prevent user from being locked out, until the user succesfully logins once using Authy this call will return 200 or valid token**
If you wish to verify token regardless, see below to see how to force verification.
**HTTP 200 means valid token and HTTP 401 means invalid token**

> `GET` **https://api.authy.com/protected/{FORMAT}/verify/{TOKEN}/{AU THY_ID}?api_key={KEY}**

## Parameters

| Name | Type | Description |
|------|------|-------------|
| token | String | the token you are verifying |
| authy_id | Integer | the authy id that was sent back when registering the users device |
| api_key | String | Your private API key |

## Response

| Name | Type | Description |
|------|------|-------------|
| token | String | it returns "is valid" if the code was valid or "is invalid" if the token is invalid. |
| success | String | "true" if the code was valid. Please note this field is a String and not a Boolean. |

Ex. 19, p. 185

# Example

## Valid request

```
curl -i "http://sandbox-api.authy.com/protected/json/verify/0000000/1?api_key=
d57d919d11e6b221c9bf6f7c882028f9"
```

## Response

```
{
    "token": "is valid",
    "success": "true"
}
```

## Invalid request

```
curl -i "http://sandbox-api.authy.com/protected/json/verify/1234567/1?api_key=
d57d919d11e6b221c9bf6f7c882028f9"
```

## Response

```
{
    "success": "false",
    "errors": {
        "token":"is invalid"
    }
}
```

## Forcing Validation

if user has not finished registration any token always works.

```
curl -i "http://sandbox-api.authy.com/protected/json/verify/939393/3?api_key=d
57d919d11e6b221c9bf6f7c882028f9"
```

## Response

```
{
    "token":"Not checked. User has not yet finished the registration process.
Pass force=true to this API to check regardless (more secure)."
}
```

## Forced verification on unregistered user

```
{
    "errors": {
        "token":"is invalid"
    }
}
```

**Custom Actions**

When using custom actions to send SMS you have to pass `action=` to validate the code.

For more information see `Custom Actions` under the SMS Tokens sections.

```
{
    "token": "is valid"
}
```

# Deleting User

If you want to remove users from your application you can use the delete API.

> POST **https://api.authy.com/protected/{FORMAT}/users/{USER ID}/delete?api_key={KEY}**

## Parameters

| Name | Type | Description |
|------|------|-------------|
| user_ip | String | The ip requesting to delete the user |

## Response

| Name | Type | Description |
|------|------|-------------|
| success | Bool | True if the user was deleted. |
| message | String | A messaging indicating the result of the operation. |

## Example

```
{
    "message": "User was added to remove.",
    "success": true
}
```

# Register User Activities

Optionally you can register some of the activities that your user do on your
application. This helps us to identify fraudulent behaviours.
For example if you register that a user reset his password and then he tries to
change his phone with Authy we can know that something weird is happening.

Allowed types:

password_reset
banned
unbanned
cookie_login

POST  https://api.authy.com/protected/{FORMAT}/users/{USER ID}/re
gister_activity?api_key={KEY}

## Parameters

| Name | Type | Description |
|------|------|-------------|
| data | Hash | Hash of data that you want to associate with this activity. |
| type | String | Activity type. See below for more details. |
| user_ip | String | IP of the user that is doing the request. Both IPv4 and IPv6 are supported. |

## Response

| Name | Type | Description |
|------|------|-------------|
| message | String | A message indicating the result of the operation. |
| success | Bool | True if the result was successful. |

## Example

```
{
    "message": "Activity was created."
}
```

# Application Details

This call will retrieve the application details such as:

1. Name:
2. Plan:
3. SMS-enabled

You can use this call to know if the App has or not SMS enabled.

> GET   **https://api.authy.com/protected/{FORMAT}/app/details?api_key ={KEY}**

## Parameters

| Name | Type | Description |
|------|------|-------------|
| user_ip | String | IP of the user requesting to see the application details. Optional. |

## Response

| Name | Type | Description |
|------|------|-------------|
| app | App | Object with information about the application. |
| success | Bool | True if the request was successful. |
| message | String | A message indicating the result of the operation. |

## Example

```
{
    "app": {
        "name":"Authy Docs",
        "plan":"sandbox",
        "sms_enabled":false,
        "white_label":false
    },
    "message":"Application information.",
    "success":true
}
```

# User Status

This call will retrieve user details such as:

1. country_code
2. phone number: last 4 digits of phone number.
3. devices: List of devices, options are: android, android_tablet, ios, authy_chrome, sms
4. registered:  true  when the Authy Mobile/Desktop App was registered.
5. confirmed:  true  when the user has used a valid code before.

> GET   **http://api.authy.com/protected/{FORMAT}/users/{USER ID}/status?api_key={KEY}**

Ex. 19, p. 190

## Parameters

| Name | Type | Description |
|------|------|-------------|
| user_ip | String | IP of the user requesting to see the application details. Optional. |

## Response

| Name | Type | Description |
|------|------|-------------|
| status | Dictionary | Status contains information about the user. |
| message | String | A message indicating the result of the operation. |
| success | Bool | True if the request was successful. |

## Example

```
{
    "status": {
        "authy_id":2,
        "confirmed":true,
        "registered":true,
        "country_code":1,
        "phone_number":"XXX-XXX-9302",
        "devices": [
            "authy_chrome",
            "android"
        ]
    },
    "message":"User status.",
    "success":true
}
```

# Application Stats

This call will retrieve the application stats by month in an Array.
You can use this call to know App Quotas.

GET    https://api.authy.com/protected/{FORMAT}/app/stats?api_key={KEY}

## Parameters

| Name | Type | Description |
|------|------|-------------|
| user_ip | String | IP of the user requesting to see the application details. Optional. |

## Response

| Name | Type | Description |
|------|------|-------------|
| stats | Array | Array of Stats objects. |
| message | String | A message indicating the result of the operation. |
| success | Bool | True if the request was successful. |

## Example

```
{
    "stats": [
        {"sms_count":0,"users_count":0,"month":"January","year":2013},
        {"sms_count":0,"users_count":0,"month":"October","year":2012},
        {"sms_count":0,"users_count":1,"month":"November","year":2012}
    ],
    "message":"Monthly statistics.","success":true
}
```

Ex. 19, p. 193