# EXHIBIT 20


(/)

# TUTORIALS

**DOWNLOAD AUTHY APP (/INSTALL/)**

**AUTHY APP (/TUTORIALS/)**   **GOOGLE AUTHENTICATOR (/TUTORIALS/HOW-USE-AUTHY-GOOGLE-AUTHENTICATOR/)**
**GMAIL VERIFICATION (/TUTORIALS/ENABLE-2-STEP-VERIFICATION-GMAIL/)**
**FACEBOOK AUTHENTICATION (/TUTORIALS/ADD-2-FACTOR-AUTHENTICATION-FACEBOOK/)**
**DROPBOX VERIFICATION (/TUTORIALS/ENABLE-TWO-STEP-VERIFICATION-DROPBOX/)**

Authy makes it really easy to use your smartphone for Two-Factor Authentication with your online accounts. We make it easy and straightforward for anyone to use Two-Factor Authentication.

## HOW TO REGISTER THE AUTHY APP

Adding Authy Tokens is very easy. Just enter your cellphone number and follow the steps below:


(/)
Product (/product/)
App (/app/)
Developers (/developers/)
Blog (/blog/)

Resources (/resources/)

Dashboard (/login/)

CONTACT SALES (/CONTACT-SALES/)

GET SUPPORT (/APP/#SUPPORT)




Enter your cellphone number here.



If you don't have an account, we'll ask for your e-mail to create one



Lastly, for security we'll use your number to send you a registration pin. You can get one via SMS or Phone Call.

## HOW TO ADD AUTHY TOKEN

Authy tokens are automatically synchronized. Just open the app and they will be downloaded automatically.

Privacy Statements (/privacy-statements/) Terms of Service (/terms-of-service/)

Product (/product/) App (/app/) Developers (/developers/) Blog (/blog/)

Jobs (http://www.glassdoor.com/Job/Twilio-authy-Jobs-EI_IE410790.0,6_KO7,12.htm) Press (/company/press/)

Contact Sales (/contact-sales/) Get Support (/app/#support)

Authy, a Twilio service © 2015 Twilio Inc.

*@authy (https://twitter.com/authy) facebook.com/authysec (https://www.facebook.com/authysec?_rdr=p)*

*github.com/authy (https://github.com/authy)*

*linkedin.com/company/authy (https://www.linkedin.com/company/authy)*