# EXHIBIT 21

Product (/product/)

App (/app/)

Developers (/developers/)

Blog (/blog/)

Resources (/resources/)

Dashboard (/login/)

CONTACT SALES (/CONTACT-SALES/)

GET SUPPORT (/APP/#SUPPORT)

# AUTHY & DROPBOX

DOWNLOAD AUTHY APP (/INSTALL/)

UTHENTICATOR (/TUTORIALS/HOW-USE-AUTHY-GOOGLE-AUTHENTICATOR/)

N (/TUTORIALS/ENABLE-2-STEP-VERIFICATION-GMAIL/)

FACEBOOK AUTHENTICATION (/TUTORIALS/ADD-2-FACTOR-AUTHENTICATION-FACEBOOK/)

DROPBOX VERIFICATION (/TUTORIALS/ENABLE-TWO-STEP-VERIFICATION-DROPBOX/)

## ENABLE TWO STEP VERIFICATION FOR DROPBOX

Enable a strong authentication for your Dropbox account and keep it safe from hackers and hijackers by adding an additional layer of security.

First of all, choose your flavor and install Authy on your mobile device if you haven't done so yet:


(https://itunes.apple.com/en/app/authy/id494168017?mt=8)


(https://play.google.com/store/apps/details?id=com.authy.authy&hl=en)

Activate two step verification for dropbox following the next simple steps:

**1** In Dropbox into to your accounts "Settings" go to "Security". Click "Enable" Two-step verification.



**2** Click "Get Started".



**3** Enter your dropbox password and click "Next".



**4** Select "Use a mobile app".



**5** You'll see a QRCode.



| | |
|---|---|
| **6** | Open the Authy App and click "+ Authenticator Account". Click Scan QRCode and scan the QRCode. |




| | |
|---|---|
| **7** | Enter the token shown on the Authy App for Dropbox and click "Next". |



| | |
|---|---|
| **8** | Enter your cellphone number as a backup. |



 **9** Write down and store the number securely, then click "Enable two-step verification".



Developer Documentation (http://docs.authy.com/)   Help! (/faq/)   Security Issues (/security-issues/)

Privacy Statements (/privacy-statements/)   Terms of Service (/terms-of-service/)

Product (/product/)   App (/app/)   Developers (/developers/)   Blog (/blog/)

Jobs (http://www.glassdoor.com/Job/Twilio-authy-Jobs-EI_IE410790.0.6_KO7.12.htm)   Press (/company/press/)

Contact Sales (/contact-sales/)   Get Support (/app/#support)

Authy, a Twilio service © 2015 Twilio Inc.

@authy (https://twitter.com/authy)   facebook.com/authysec (https://www.facebook.com/authysec?_rdr=p)

github.com/authy (https://github.com/authy)

linkedin.com/company/authy (https://www.linkedin.com/company/authy)