# EXHIBIT 22

PRODUCTS & PRICING    USE CASES    API & DOCS    NOT A DEVELOPER?    SIGN UP    LOG IN

TWILIO DOCS

Quickstart    **Tutorials**    API Reference    Helper Libraries

# TWO-FACTOR AUTHENTICATION WITH AUTHY

PHP | Laravel

**MORE LANGUAGES** ˅

C# | ASP.NET MVC

Java | Servlets

Node.js | Express

PHP | Laravel

Python | Flask

Ruby | Rails

**GET THE CODE** ˲

View on GitHub

Download Source

Deploy Now

**Two Factor Authentication (2FA)** helps keep you user accounts secure by validating two "factors" of identity. Most login systems only validate something your user knows, like a password. You can make it harder for evildoers to compromise a user account by also validating something a user has, like a mobile phone.

In this tutorial, we will show you how to validate both of these factors in a simple token-based login system. To make everything a bit simpler, we'll also be using Twilio-powered **Authy**. Authy helps handle all the moving parts associated with 2FA, including sending one-time passwords via text message to your users. Scroll down this page to get started!

˅

## PHP Tutorial

View Full Screen ↗

**TWO-FACTOR AUTHENTICATION WITH AUTHY**

Learn to implement two-factor authentication (2FA) in your web app with Twilio-powered Authy. 2FA helps further secure your users' data by validating more than just a password. This tutorial will show you the code to make it happen.

**START TUTORIAL**

/ app / User.php

```php
1   <?php namespace App;
2
3   use Authy\AuthyApi as AuthyApi;
4   use Illuminate\Auth\Authenticatable;
5   use Illuminate\Database\Eloquent\Model;
6   use Illuminate\Auth\Passwords\CanResetPassword;
7   use Illuminate\Contracts\Auth\Authenticatable as AuthenticatableContract;
8   use Illuminate\Contracts\Auth\CanResetPassword as CanResetPasswordContract;
9
10  class User extends Model implements AuthenticatableContract, CanResetPasswordContract {
11
12      use Authenticatable, CanResetPassword;
13
14      /**
15       * The database table used by the model.
16       *
17       * @var string
18       */
19      protected $table = 'users';
20
21      /**
22       * The attributes that are mass assignable.
23       *
24       * @var array
25       */
26      protected $fillable = ['name', 'email', 'password', 'phone_number', 'country_code'];
27
28      /**
29       * The attributes excluded from the model's JSON form.
30       *
31       * - ^
```

Ex. 22, p. 204

COMPANY

About Twilio

Our Nine Values

Our Leadership Principles

The Team

Press & Media

Twilio.org

Careers

PRODUCTS

Programmable Voice

Elastic SIP Trunking

Programmable Video

TaskRouter

Network Traversal Service

Programmable SMS

IP Messaging

Authy

Monitor

Lookup

Support Plans

PRICING

Voice Pricing

Messaging Pricing

SIP Trunking Pricing

Client Pricing

Network Traversal Pricing

TaskRouter

Lookup

International Coverage

USE CASES

Customer Stories

Showcase

Two-Factor Authentication

Appointment Reminders

Dispatch Notifications

ETA Alerts

Automated Surveys

Masked Phone Numbers

Visual Estimates

Developer Network

Webinars

White Papers

API & DOCS

Quickstarts

Tutorials

API Reference

Helper Libraries

Blog

Help

INQUIRIES

Contact Press          Support

Press                  Status    Sales    Technical    Community    Legal

© 2016 Twilio. All rights reserved.    |    Terms of Service    |    Privacy Policy

Ex. 22, p. 205

PRODUCTS & PRICING     USE CASES     API & DOCS     NOT A DEVELOPER?     SIGN UP     LOG IN

TWILIO DOCS                Quickstart     Tutorials     API Reference     Helper Libraries

# TWO-FACTOR AUTHENTICATION WITH AUTHY

PHP | LARAVEL       MORE LANGUAGES ▾     GET THE CODE ▾

Two Factor Authentication (2FA) helps keep you user accounts secure by validating two "factors" of identity. Most login systems only validate something your user knows, like a password. You can make it …



## PHP Tutorial

View Full Screen ⤢

TWO-FACTOR AUTHENTICATION WITH AUTHY

☰    ◀    ▶    Next: Configuring Authy

### ABOUT THIS APPLICATION

This PHPLaravel sample application is an example of typical login flow. To run this sample app yourself, download the code and follow the instructions on GitHub.

Adding two-factor authentication (2FA) to your web application increases the security of your user's data. Multi-factor authentication determines the identity of a user by validating once by logging into the app, and second by validating their mobile device.

For the second factor, we will validate that the user has their mobile phone by either:

- Sending them a OneTouch push notification to their mobile Authy app or

/ app / User.php 📁

```php
1   <?php namespace App;
2
3   use Authy\AuthyApi as AuthyApi;
4   use Illuminate\Auth\Authenticatable;
5   use Illuminate\Database\Eloquent\Model;
6   use Illuminate\Auth\Passwords\CanResetPassword;
7   use Illuminate\Contracts\Auth\Authenticatable as AuthenticatableContract;
8   use Illuminate\Contracts\Auth\CanResetPassword as CanResetPasswordContract;
9
10  class User extends Model implements AuthenticatableContract, CanResetPasswordContract {
11
12      use Authenticatable, CanResetPassword;
13
14      /**
15       * The database table used by the model.
16       *
17       * @var string
18       */
19      protected $table = 'users';
20
21      /**
22       * The attributes that are mass assignable.
23       *
24       * @var array
25       */
26      protected $fillable = ['name', 'email', 'password', 'phone_number', 'country_code'];
27
28      /**
29       * The attributes excluded from the model's JSON form.
30       *
31       * ·
```

COMPANY

About Twilio

Our Nine Values

Our Leadership Principles

PRODUCTS

Programmable Voice

Elastic SIP Trunking

Programmable Video

PRICING

Voice Pricing

Messaging Pricing

SIP Trunking Pricing

USE CASES

Customer Stories

Showcase

Two-Factor Authentication

API & DOCS

Quickstarts

Tutorials

API Reference

Ex. 22, p. 206

| The Team | TaskRouter | Client Pricing | Appointment Reminders | Helper Libraries |
| Press & Media | Network Traversal Service | Network Traversal Pricing | Dispatch Notifications | Blog |
| Twilio.org | Programmable SMS | TaskRouter | ETA Alerts | Help |
| Careers | IP Messaging | Lookup | Automated Surveys | |
| | Authy | International Coverage | Masked Phone Numbers | |
| | Monitor | | Visual Estimates | |
| | Lookup | | Developer Network | |
| | Support Plans | | Webinars | |
| | | | White Papers | |

## INQUIRIES

| Contact Press | Support |
| Press | Status    Sales    Technical    Community    Legal |

© 2016 Twilio. All rights reserved.    |   Terms of Service   |   Privacy Policy

Case 2:16-cv-02106-PSG-SS    Document 1-22    Filed 03/28/16    Page 6 of 27    Page ID #:230

PRODUCTS & PRICING     USE CASES     API & DOCS     NOT A DEVELOPER?     SIGN UP     LOG IN

TWILIO DOCS        Quickstart    Tutorials    API Reference    Helper Libraries

# TWO-FACTOR AUTHENTICATION WITH AUTHY

PHP | LARAVEL      MORE LANGUAGES ⌄     GET THE CODE ⌄

Two Factor Authentication (2FA) helps keep you user accounts secure by validating two "factors" of identity. Most login systems only validate something your user knows, like a password. You can make it ...



## PHP Tutorial

View Full Screen ⤢

### TWO-FACTOR AUTHENTICATION WITH AUTHY

☰   ◀   ▶    Next: What Goes Into a Login System?

#### CONFIGURING AUTHY

If you haven't already, now is the time to sign up for Authy. Create your first application, naming it whatever you wish. After you create your application, your "production" API key will be visible on your dashboard:

```
/ .env.local.php                                    📁

1   <?php
2
3   return array(
4
5       'APP_DEBUG' => true,
6       'AUTHY_TOKEN' => getenv('AUTHY_TOKEN') || 'your authy key here',
7
8   );
```

COMPANY
About Twilio
Our Nine Values
Our Leadership Principles

PRODUCTS
Programmable Voice
Elastic SIP Trunking
Programmable Video

PRICING
Voice Pricing
Messaging Pricing
SIP Trunking Pricing

USE CASES
Customer Stories
Showcase
Two-Factor Authentication

API & DOCS
Quickstarts
Tutorials
API Reference

Ex. 22, p. 208

| The Team | TaskRouter | Client Pricing | Appointment Reminders | Helper Libraries |
| --- | --- | --- | --- | --- |
| Press & Media | Network Traversal Service | Network Traversal Pricing | Dispatch Notifications | Blog |
| Twilio.org | Programmable SMS | TaskRouter | ETA Alerts | Help |
| Careers | IP Messaging | Lookup | Automated Surveys | |
| | Authy | International Coverage | Masked Phone Numbers | |
| | Monitor | | Visual Estimates | |
| | Lookup | | Developer Network | |
| | Support Plans | | Webinars | |
| | | | White Papers | |

## INQUIRIES

| Contact Press | Support |
| --- | --- |
| Press | Status    Sales    Technical    Community    Legal |

© 2016 Twilio. All rights reserved.    |    Terms of Service    |    Privacy Policy

PRODUCTS & PRICING    USE CASES    API & DOCS    NOT A DEVELOPER?    SIGN UP    LOG IN

# TWO-FACTOR AUTHENTICATION WITH AUTHY

PHP | LARAVEL    MORE LANGUAGES ⌄    GET THE CODE ⌄

Two Factor Authentication (2FA) helps keep you user accounts secure by validating two "factors" of identity. Most login systems only validate something your user knows, like a password. You can make it …

TWILIO DOCS    Quickstart    Tutorials    API Reference    Helper Libraries    SIGN UP    LOG IN

## PHP Tutorial

View Full Screen ⤢

TWO-FACTOR AUTHENTICATION WITH AUTHY

  

Next: Logging in with Authy OneTouch

... a new User is created we also register the User with Authy.

All Authy needs to get a user set up for your application is the email, phone number and country code. In order to do two-factor authentication, we need to make sure we ask for these things at the point of sign up.

Once we register the User with Authy we get an `id` back that we will store as the user's `authyId`. This is very important since it's how we will verify the identity of our User with Authy.

**See Also:**

- Enabling a User with Authy

- Getting started with Eloquent ORM

/ app / User.php    📁

```
32      */
33      protected $hidden = ['password', 'remember_token', 'authy_status', 'authy_id'];
34
35      public function register_authy() {
36          $authy_api = new AuthyApi(getenv('AUTHY_TOKEN'));
37          $user = $authy_api->registerUser($this->email, $this->phone_number, $this->country_c
38
39          if($user->ok()) {
40              $this->authy_id = $user->id();
41              $this->save();
42              return true;
43          } else {
44              // something went wrong
45              return false;
46          }
47      }
48
49      public function sendOneTouch($message) {
50          // reset oneTouch status
51          if($this->authy_status != 'unverified') {
52              $this->authy_status = 'unverified';
53              $this->save();
54          }
55          debug($this->authy_status);
56
57          $params = array(
58              'api_key'=>getenv('AUTHY_TOKEN'),
59              'message'=>$message,
60              'details[Email]'=>$this->email,
61          );
62
```

COMPANY

About Twilio

Our Nine Values

PRODUCTS

Programmable Voice

Elastic SIP Trunking

PRICING

Voice Pricing

Messaging Pricing

USE CASES

Customer Stories

Showcase

API & DOCS

Quickstarts

Tutorials

Ex. 22, p. 210

| Our Leadership Principles | Programmable Video | SIP Trunking Pricing | Two-Factor Authentication | API Reference |
| The Team | TaskRouter | Client Pricing | Appointment Reminders | Helper Libraries |
| Press & Media | Network Traversal Service | Network Traversal Pricing | Dispatch Notifications | Blog |
| Twilio.org | Programmable SMS | TaskRouter | ETA Alerts | Help |
| Careers | IP Messaging | Lookup | Automated Surveys | |
| | Authy | International Coverage | Masked Phone Numbers | |
| | Monitor | | Visual Estimates | |
| | Lookup | | Developer Network | |
| | Support Plans | | Webinars | |
| | | | White Papers | |

## INQUIRIES

Contact Press            Support

Press            Status    Sales    Technical    Community    Legal

© 2016 Twilio. All rights reserved.   |   Terms of Service   |   Privacy Policy

PRODUCTS & PRICING     USE CASES     API & DOCS     NOT A DEVELOPER?     [SIGN UP]     LOG IN

TWILIO DOCS                                        Quickstart     Tutorials     API Reference     Helper Libraries

# TWO-FACTOR AUTHENTICATION WITH AUTHY

PHP | LARAVEL          MORE LANGUAGES ⌄        GET THE CODE ⌄

Two Factor Authentication (2FA) helps keep you user accounts secure by validating two "factors" of identity. Most login systems only validate something your user knows, like a password. You can make it …

▼

---

## PHP Tutorial

View Full Screen ⤢

TWO-FACTOR AUTHENTICATION WITH AUTHY

  

Next: Sending the OneTouch Request

### LOGGING IN WITH AUTHY ONETOUCH

When a User attempts to log in to our website, we will ask them for a second form of identification. Let's take a look at Authy's OneTouch verification first.



OneTouch works like so:

- We attempt to send a User a *OneTouch Approval Request*

- If the User has OneTouch enabled, we will get a _____ message back

/ app / Http / Controllers / Auth / AuthController.php     📁

```
40      $this->middleware('guest', ['except' => 'getLogout']);
41    }
42
43    public function postLogin(Request $request) {
44      $credentials = $request->only('email','password');
45      if(Auth::validate($credentials)) {
46        $user = User::where('email', '=', $request->input('email'))->firstOrFail();
47        $status = $user->sendOneTouch('Request to Login to Twilio demo app');
48        Session::set('password_validated', true);
49        Session::set('id', $user->id);
50        return response($status);
51      } else {
52        return redirect('/auth/login')->withErrors([
53          'email' => 'The email and password combination you entered is incorrect.',
54        ]);
55      }
56    }
57
58    public function getTwofactor() {
59      return view('auth/twofactor');
60    }
61
62    public function postTwofactor(Request $request) {
63      if(!Session::get('password_validated') || !Session::get('id')) {
64        return redirect('/auth/login');
65      }
66
67      if(isset($_POST['token'])) {
68        $user = User::find(Session::get('id'));
69        if($user->verifyToken($request->input('token'))) {
70          Auth::login($user);
```

---

COMPANY

About Twilio

Our Nine Values

Our Leadership Principles

PRODUCTS

Programmable Voice

Elastic SIP Trunking

Programmable Video

PRICING

Voice Pricing

Messaging Pricing

SIP Trunking Pricing

USE CASES

Customer Stories

Showcase

Two-Factor Authentication

API & DOCS

Quickstarts

Tutorials

API Reference

| The Team | TaskRouter | Client Pricing | Appointment Reminders | Helper Libraries |
| Press & Media | Network Traversal Service | Network Traversal Pricing | Dispatch Notifications | Blog |
| Twilio.org | Programmable SMS | TaskRouter | ETA Alerts | Help |
| Careers | IP Messaging | Lookup | Automated Surveys | |
| | Authy | International Coverage | Masked Phone Numbers | |
| | Monitor | | Visual Estimates | |
| | Lookup | | Developer Network | |
| | Support Plans | | Webinars | |
| | | | White Papers | |

## INQUIRIES

Contact Press · Support

Press · Status · Sales · Technical · Community · Legal

© 2016 Twilio. All rights reserved.   |  Terms of Service   |   Privacy Policy

Two-Factor Authentication with Authy with PHP and Laravel

PRODUCTS & PRICING      USE CASES      API & DOCS      NOT A DEVELOPER?      SIGN UP      LOG IN

TWILIO DOCS                                    Quickstart      Tutorials      API Reference      Helper Libraries

# TWO-FACTOR AUTHENTICATION WITH AUTHY

PHP | LARAVEL          MORE LANGUAGES ⌄      GET THE CODE ⌄

Two Factor Authentication (2FA) helps keep you user accounts secure by validating two "factors" of identity. Most login systems only validate something your user knows, like a password. You can make it ...



## PHP Tutorial

View Full Screen ⬈

TWO-FACTOR AUTHENTICATION WITH AUTHY                    / app / User.php

Next: Configuring the OneTouch callback

### SENDING THE ONETOUCH REQUEST

When our User logs in we immediately attempt to verify their identity with OneTouch. We will fallback gracefully if they don't have a OneTouch device, but we don't know until we try.

Authy lets us pass details with our OneTouch request, including a message, a logo and any other details we want to send. We could easily send any number of details by appending

`details['some_detail']` . You could imagine a scenario where we send a OneTouch request to approve a money transfer:

```
46        }
47    }
48
49    public function sendOneTouch($message) {
50        // reset oneTouch status
51        if($this->authy_status != 'unverified') {
52            $this->authy_status = 'unverified';
53            $this->save();
54        }
55        debug($this->authy_status);
56
57        $params = array(
58            'api_key'=>getenv('AUTHY_TOKEN'),
59            'message'=>$message,
60            'details[Email]'=>$this->email,
61        );
62
63        $defaults = array(
64            CURLOPT_URL => "https://api.authy.com/onetouch/json/users/$this->authy_id/approval
65            CURLOPT_POST => true,
66            CURLOPT_POSTFIELDS => $params,
67        );
68
69        $ch = curl_init();
70        curl_setopt_array($ch, $defaults);
71        $output = curl_exec($ch);
72        curl_close($ch);
73        $json = json_decode($output);
74
75        return $json;
76    `
```

```
$params = array(
    'message' => "Request to send money to Jar
```

COMPANY                 PRODUCTS                PRICING                 USE CASES               API & DOCS

About Twilio            Programmable Voice      Voice Pricing           Customer Stories        Quickstarts

Our Nine Values         Elastic SIP Trunking    Messaging Pricing       Showcase                Tutorials

Our Leadership Principles   Programmable Video   SIP Trunking Pricing    Two-Factor Authentication   API Reference

Ex. 22, p. 214

Case 2:16-cv-02106-PSG-SS Document 22 Filed 03/28/16 Page 13 of 27 Page ID #:237

| The Team | TaskRouter | Client Pricing | Appointment Reminders | Helper Libraries |
| --- | --- | --- | --- | --- |
| Press & Media | Network Traversal Service | Network Traversal Pricing | Dispatch Notifications | Blog |
| Twilio.org | Programmable SMS | TaskRouter | ETA Alerts | Help |
| Careers | IP Messaging | Lookup | Automated Surveys | |
| | Authy | International Coverage | Masked Phone Numbers | |
| | Monitor | | Visual Estimates | |
| | Lookup | | Developer Network | |
| | Support Plans | | Webinars | |
| | | | White Papers | |

**INQUIRIES**

Contact Press          Support

Press          Status   Sales   Technical   Community   Legal

© 2016 Twilio. All rights reserved.   |  Terms of Service   |   Privacy Policy

Ex. 22, p. 215

PRODUCTS & PRICING          USE CASES          API & DOCS          NOT A DEVELOPER?          SIGN UP          LOG IN

TWILIO DOCS                                              Quickstart      Tutorials      API Reference      Helper Libraries

# TWO-FACTOR AUTHENTICATION WITH AUTHY

PHP | LARAVEL          MORE LANGUAGES ▾          GET THE CODE ▸

Two Factor Authentication (2FA) helps keep you user accounts secure by validating two "factors" of identity. Most login systems only validate something your user knows, like a password. You can make it ...



---

## PHP Tutorial

View Full Screen ⤢

TWO-FACTOR AUTHENTICATION WITH AUTHY

☰   ◀   ▶     Next: Handling Two-Factor Asyncronously

### CONFIGURING THE ONETOUCH CALLBACK

In order for our app to know what the User did after we sent the OneTouch request, we need to register a callback endpoint with Authy.

Here in our callback, we look up the user using the `authy_id` sent with the Authy POST request. Ideally at this point we would probably use a websocket to let our

/ app / Http / Controllers / Auth / AuthyController.php                                📁

```php
33     /**
34      * Show the application welcome screen to the user.
35      *
36      * @return Response
37      */
38
39     // Public webhook for Authy
40     public function callback(Request $request) {
41         $authy_id = $request->input('authy_id');
42         $user = User::where('authy_id', '=', $authy_id)->firstOrFail();
43         if(isset($user)) {
44             $user->authy_status = $request->input('status');
45             $user->save();
46             return "ok";
47         } else {
48             return "invalid";
49         }
50     }
51
52     // Check status of user
53     public function status(Request $request) {
54         $user = User::find(Session::get('id'));
55         $status = $user->authy_status;
56         if($status == 'approved') {
57             Auth::login($user);
58         }
59         return response()->json(['status' => $status, 'response' => Session::get('request')]
60     }
61 }
62 }
```



---

COMPANY                    PRODUCTS                     PRICING                    USE CASES                          API & DOCS

About Twilio               Programmable Voice           Voice Pricing              Customer Stories                   Quickstarts

Our Nine Values            Elastic SIP Trunking         Messaging Pricing         Showcase                           Tutorials

Our Leadership Principles  Programmable Video           SIP Trunking Pricing      Two-Factor Authentication          API Reference

Ex. 22, p. 216

| The Team | TaskRouter | Client Pricing | Appointment Reminders | Helper Libraries |
| Press & Media | Network Traversal Service | Network Traversal Pricing | Dispatch Notifications | Blog |
| Twilio.org | Programmable SMS | TaskRouter | ETA Alerts | Help |
| Careers | IP Messaging | Lookup | Automated Surveys | |
| | Authy | International Coverage | Masked Phone Numbers | |
| | Monitor | | Visual Estimates | |
| | Lookup | | Developer Network | |
| | Support Plans | | Webinars | |
| | | | White Papers | |

INQUIRIES

Contact Press          Support

Press          Status     Sales     Technical     Community     Legal

© 2016 Twilio. All rights reserved.    |   Terms of Service    |   Privacy Policy

Ex. 22, p. 217

Two Factor Docs — Two Factor Authentication with Authy over 2FA PHP and Laravel

PRODUCTS & PRICING     USE CASES     API & DOCS     NOT A DEVELOPER?     SIGN UP     LOG IN

TWILIO DOCS        Quickstart    Tutorials    API Reference    Helper Libraries

# TWO-FACTOR AUTHENTICATION WITH AUTHY

PHP | LARAVEL     MORE LANGUAGES ⌄     GET THE CODE ⌄

Two Factor Authentication (2FA) helps keep you user accounts secure by validating two "factors" of identity. Most login systems only validate something your user knows, like a password. You can make it …



## PHP Tutorial

View Full Screen ⤢

---

### TWO-FACTOR AUTHENTICATION WITH AUTHY

  

Next: Falling back to Token

#### HANDLING TWO-FACTOR ASYNCRONOUSLY

In order for two-factor authentication to be seamless, it is best done asynchronously so that the user doesn't even know it's happening.

We've already taken a look at what's happening on the server side, so let's step in front of the cameras now and see how our JavaScript is interacting with those server endpoints.

First we hijack the login form submit and pass the data to our `sessions/create` controller using Ajax. Depending on how that endpoint responds we will either ask the User for token or await their OneTouch response.

/ public / js / sessions.js

```javascript
1   $(document).ready(function() {
2     console.log('loaded');
3     $('#login-form').submit(function(e) {
4       e.preventDefault();
5       formData = $(e.currentTarget).serialize();
6       attemptOneTouchVerification(formData);
7     })
8
9     var attemptOneTouchVerification = function(form) {
10      $.post( "/auth/login", form, function(data) {
11        var data = JSON.parse(data.replace(/1/g, ""));
12        $('#authy-modal').modal({backdrop:'static','show'});
13        if (data.success) {
14          $('.auth-ot').fadeIn();
15          checkForOneTouch();
16        } else {
17          $('.auth-token').fadeIn();
18        }
19      });
20    };
21
22    var checkForOneTouch = function() {
23      $.get( "/authy/status", function(data) {
24
25        if (data.status == 'approved') {
26          window.location.href = "/home";
27        } else if (data.status == 'denied') {
28          showTokenForm();
29          triggerSMSToken();
30        } else {
31          setTimeout(checkForOneTouch, 2000);
```

---

COMPANY

About Twilio

Our Nine Values

Our Leadership Principles

PRODUCTS

Programmable Voice

Elastic SIP Trunking

Programmable Video

PRICING

Voice Pricing

Messaging Pricing

SIP Trunking Pricing

USE CASES

Customer Stories

Showcase

Two-Factor Authentication

API & DOCS

Quickstarts

Tutorials

API Reference

Ex. 22, p. 218

3/27/2016
Two-Factor Authentication with Authy, Laravel and Twilio - Twilio Docs
Case 2:16-cv-02106-PSG-SS   Document 22   Filed 03/28/16   Page 17 of 27   Page ID #:241

| | | | |
|---|---|---|---|
| The Team | TaskRouter | Client Pricing | Appointment Reminders | Helper Libraries |
| Press & Media | Network Traversal Service | Network Traversal Pricing | Dispatch Notifications | Blog |
| Twilio.org | Programmable SMS | TaskRouter | ETA Alerts | Help |
| Careers | IP Messaging | Lookup | Automated Surveys | |
| | Authy | International Coverage | Masked Phone Numbers | |
| | Monitor | | Visual Estimates | |
| | Lookup | | Developer Network | |
| | Support Plans | | Webinars | |
| | | | White Papers | |

## INQUIRIES

Contact Press        Support

Press        Status   Sales   Technical   Community   Legal

© 2016 Twilio. All rights reserved.   |   Terms of Service   |   Privacy Policy

PRODUCTS & PRICING    USE CASES    API & DOCS    NOT A DEVELOPER?    SIGN UP    LOG IN

TWILIO DOCS      Quickstart   Tutorials   API Reference   Helper Libraries

# TWO-FACTOR AUTHENTICATION WITH AUTHY

PHP | LARAVEL    MORE LANGUAGES ▾   GET THE CODE ▾

Two Factor Authentication (2FA) helps keep you user accounts secure by validating two "factors" of identity. Most login systems only validate something your user knows, like a password. You can make it ...



## PHP Tutorial

View Full Screen ⤢

### TWO-FACTOR AUTHENTICATION WITH AUTHY

     Next: Sending a 2FA Token

**FALLING BACK TO TOKEN**

Here is the endpoint that our javascript is polling. It is waiting for the user status to be either 'Approved' or 'Denied'. If the User has approved the OneTouch request, will log them in using Laravel's built in Auth functionality.

If the request was denied we will ask the User to log in with a Token.

**See Also:**

• Laravel: JSON Responses

/ app / Http / Controllers / Auth / AuthyController.php 🗀

```
33    /**
34     * Show the application welcome screen to the user.
35     *
36     * @return Response
37     */
38
39    // Public webhook for Authy
40    public function callback(Request $request) {
41        $authy_id = $request->input('authy_id');
42        $user = User::where('authy_id', '=', $authy_id)->firstOrFail();
43        if(isset($user)) {
44            $user->authy_status = $request->input('status');
45            $user->save();
46            return "ok";
47        } else {
48            return "invalid";
49        }
50    }
51
52    // Check status of user
53    public function status(Request $request) {
54        $user = User::find(Session::get('id'));
55        $status = $user->authy_status;
56        if($status == 'approved') {
57            Auth::login($user);
58        }
59        return response()->json(['status' => $status, 'response' => Session::get('request')]
60    }
61
62    }
```

COMPANY    PRODUCTS    PRICING    USE CASES    API & DOCS

About Twilio   Programmable Voice   Voice Pricing   Customer Stories   Quickstarts

Our Nine Values   Elastic SIP Trunking   Messaging Pricing   Showcase   Tutorials

Our Leadership Principles   Programmable Video   SIP Trunking Pricing   Two-Factor Authentication   API Reference

Case 2:16-cv-02106-PSG-SS    Document 22    Filed 03/28/16    Page 19 of 27    Page ID #:243

| | | | |
|---|---|---|---|
| The Team | TaskRouter | Client Pricing | Appointment Reminders |
| Press & Media | Network Traversal Service | Network Traversal Pricing | Dispatch Notifications |
| Twilio.org | Programmable SMS | TaskRouter | ETA Alerts |
| Careers | IP Messaging | Lookup | Automated Surveys |
| | Authy | International Coverage | Masked Phone Numbers |
| | Monitor | | Visual Estimates |
| | Lookup | | Developer Network |
| | Support Plans | | Webinars |
| | | | White Papers |

| | |
|---|---|
| Helper Libraries | |
| Blog | |
| Help | |

## INQUIRIES

Contact Press      Support

Press             Status    Sales    Technical    Community    Legal

© 2016 Twilio. All rights reserved.   |   Terms of Service   |   Privacy Policy

PRODUCTS & PRICING     USE CASES     API & DOCS     NOT A DEVELOPER?     SIGN UP     LOG IN

TWILIO DOCS                                    Quickstart     Tutorials     API Reference     Helper Libraries

# TWO-FACTOR AUTHENTICATION WITH AUTHY

PHP | LARAVEL          MORE LANGUAGES ⌄          GET THE CODE ⌄

Two Factor Authentication (2FA) helps keep you user accounts secure by validating two "factors" of identity. Most login systems only validate something your user knows, like a password. You can make it ...



---

## PHP Tutorial

View Full Screen ⤢

### TWO-FACTOR AUTHENTICATION WITH AUTHY

☰     ◀     ▶     Next: Validate the Code: Step 1

### SENDING A 2FA TOKEN



Once there is an Authy user ID associated with our user model, we can request that an SMS verification token be sent out to the user's phone. Authy supports token validation in their mobile app as well, so if our user has the app it will default to sending a push notification instead of an SMS.

We can call this method on the user instance multiple times if needed, which is what happens every time the user clicks

/ app / User.php

```php
66      CURLOPT_POSTFIELDS => $params,
67    );
68
69    $ch = curl_init();
70    curl_setopt_array($ch, $defaults);
71    $output = curl_exec($ch);
72    curl_close($ch);
73    $json = json_decode($output);
74
75    return $json;
76  }
77
78  public function sendToken() {
79    $authy_api = new AuthyApi(getenv('AUTHY_TOKEN'));
80    $sms = $authy_api->requestSms($this->authy_id);
81
82    return $sms->ok();
83  }
84
85  public function verifyToken($token) {
86    $authy_api = new AuthyApi(getenv('AUTHY_TOKEN'));
87    $verification = $authy_api->verifyToken($this->authy_id, $token);
88
89    if($verification->ok()) {
90      return true;
91    } else {
92      return false;
93    }
94  }
95 }
```

---

**COMPANY**

About Twilio

Our Nine Values

Our Leadership Principles

**PRODUCTS**

Programmable Voice

Elastic SIP Trunking

Programmable Video

**PRICING**

Voice Pricing

Messaging Pricing

SIP Trunking Pricing

**USE CASES**

Customer Stories

Showcase

Two-Factor Authentication

**API & DOCS**

Quickstarts

Tutorials

API Reference

| The Team | TaskRouter | Client Pricing | Appointment Reminders | Helper Libraries |
| Press & Media | Network Traversal Service | Network Traversal Pricing | Dispatch Notifications | Blog |
| Twilio.org | Programmable SMS | TaskRouter | ETA Alerts | Help |
| Careers | IP Messaging | Lookup | Automated Surveys | |
| | Authy | International Coverage | Masked Phone Numbers | |
| | Monitor | | Visual Estimates | |
| | Lookup | | Developer Network | |
| | Support Plans | | Webinars | |
| | | | White Papers | |

### INQUIRIES

| Contact Press | Support | | | |
| Press | Status | Sales | Technical | Community | Legal |

© 2016 Twilio. All rights reserved.   |   Terms of Service   |   Privacy Policy

Two-Factor Authentication with Authy, PHP, and Laravel

PRODUCTS & PRICING    USE CASES    API & DOCS    NOT A DEVELOPER?    SIGN UP    LOG IN

TWILIO DOCS

Quickstart    **Tutorials**    API Reference    Helper Libraries

# TWO-FACTOR AUTHENTICATION WITH AUTHY

PHP | LARAVEL    **MORE LANGUAGES ▾**    **GET THE CODE ▾**

Two Factor Authentication (2FA) helps keep you user accounts secure by validating two "factors" of identity. Most login systems only validate something your user knows, like a password. You can make it ...



## PHP Tutorial

View Full Screen ⤢

---

**TWO-FACTOR AUTHENTICATION WITH AUTHY**

☰   ◀   ▶

Next: Validate the Code: Step 2

### VALIDATING THE CODE ON THE CONTROLLER



Back in our controller, we grab the 2nd-factor token that was submitted by the user. Before we decide what to do with this token we check to see if the User is part of a validated `Session`. Once we get the all clear we then check that token by calling

`verifyToken()` on the User model.

This is a great opportunity to dive-in to the verifyToken() function.

/ app / Http / Controllers / Auth / AuthController.php 📁

```php
59        return view('auth/twofactor');
60    }
61
62    public function postTwofactor(Request $request) {
63        if(!Session::get('password_validated') || !Session::get('id')) {
64            return redirect('/auth/login');
65        }
66
67        if(isset($_POST['token'])) {
68            $user = User::find(Session::get('id'));
69            if($user->verifyToken($request->input('token'))) {
70                Auth::login($user);
71                return redirect()->intended('/home');
72            } else {
73                return redirect('/auth/twofactor')->withErrors([
74                    'token' => 'The token you entered is incorrect',
75                ]);
76            }
77        }
78    }
79
80    public function postRegister(Request $request) {
81
82        $validator = $this->registrar->validator($request->all());
83        if ($validator->fails())
84        {
85            $this->throwValidationException(
86                $request, $validator
87            );
88        }
89        $user = $this->registrar->create($request->all());
```

------------------------------------------------

| COMPANY | PRODUCTS | PRICING | USE CASES | API & DOCS |
|---|---|---|---|---|
| About Twilio | Programmable Voice | Voice Pricing | Customer Stories | Quickstarts |
| Our Nine Values | Elastic SIP Trunking | Messaging Pricing | Showcase | Tutorials |
| Our Leadership Principles | Programmable Video | SIP Trunking Pricing | Two-Factor Authentication | API Reference |

Ex. 22, p. 224

3/27/2016
Case 2:16-cv-02106-PSG-SS   Document 22   Filed 03/28/16   Page 23 of 27   Page ID #:247
Two-Factor Authentication with Authy, PHP and Laravel

| The Team | TaskRouter | Client Pricing | Appointment Reminders | Helper Libraries |
|---|---|---|---|---|
| Press & Media | Network Traversal Service | Network Traversal Pricing | Dispatch Notifications | Blog |
| Twilio.org | Programmable SMS | TaskRouter | ETA Alerts | Help |
| Careers | IP Messaging | Lookup | Automated Surveys | |
| | Authy | International Coverage | Masked Phone Numbers | |
| | Monitor | | Visual Estimates | |
| | Lookup | | Developer Network | |
| | Support Plans | | Webinars | |
| | | | White Papers | |

## INQUIRIES

| Contact Press | Support |
|---|---|
| Press | Status   Sales   Technical   Community   Legal |

© 2016 Twilio. All rights reserved.   |   Terms of Service   |   Privacy Policy

Ex. 22, p. 225

Two-Factor Authentication with Authy, PHP, Laravel and Laravel

PRODUCTS & PRICING    USE CASES    API & DOCS    NOT A DEVELOPER?    SIGN UP    LOG IN

TWILIO DOCS      Quickstart    Tutorials    API Reference    Helper Libraries

# TWO-FACTOR AUTHENTICATION WITH AUTHY

PHP | LARAVEL    MORE LANGUAGES ⌄    GET THE CODE ⌄

Two Factor Authentication (2FA) helps keep you user accounts secure by validating two "factors" of identity. Most login systems only validate something your user knows, like a password. You can make it ...



## PHP Tutorial

View Full Screen ⤢

**TWO-FACTOR AUTHENTICATION WITH AUTHY**

≣   ◀   ▶   Next: Where to next?

**VALIDATING THE CODE WITH AUTHY**



Authy makes it very simple for us to validate the code our user submitted. All we need to do is check with Authy that the code they sent was the same code they entered in our form. To do this our User model simply passes it's `authy_id` and the `$token` to Authy.

And voilah, we have a User who is valid over two-factors of authentication.

/ app / User.php      📁

```php
66        CURLOPT_POSTFIELDS => $params,
67    );
68
69    $ch = curl_init();
70    curl_setopt_array($ch, $defaults);
71    $output = curl_exec($ch);
72    curl_close($ch);
73    $json = json_decode($output);
74
75    return $json;
76  }
77
78  public function sendToken() {
79    $authy_api = new AuthyApi(getenv('AUTHY_TOKEN'));
80    $sms = $authy_api->requestSms($this->authy_id);
81
82    return $sms->ok();
83  }
84
85  public function verifyToken($token) {
86    $authy_api = new AuthyApi(getenv('AUTHY_TOKEN'));
87    $verification = $authy_api->verifyToken($this->authy_id, $token);
88
89    if($verification->ok()) {
90      return true;
91    } else {
92      return false;
93    }
94  }
95 }
```

**COMPANY**
About Twilio
Our Nine Values
Our Leadership Principles

**PRODUCTS**
Programmable Voice
Elastic SIP Trunking
Programmable Video

**PRICING**
Voice Pricing
Messaging Pricing
SIP Trunking Pricing

**USE CASES**
Customer Stories
Showcase
Two-Factor Authentication

**API & DOCS**
Quickstarts
Tutorials
API Reference

Ex. 22, p. 226

Case 2:16-cv-02106-PSG-SS    Document 22    Filed 03/28/16    Page 25 of 27    Page ID #:249

| | | | |
|---|---|---|---|
| The Team | TaskRouter | Client Pricing | Appointment Reminders |
| Press & Media | Network Traversal Service | Network Traversal Pricing | Dispatch Notifications |
| Twilio.org | Programmable SMS | TaskRouter | ETA Alerts |
| Careers | IP Messaging | Lookup | Automated Surveys |
| | Authy | International Coverage | Masked Phone Numbers |
| | Monitor | | Visual Estimates |
| | Lookup | | Developer Network |
| | Support Plans | | Webinars |
| | | | White Papers |

| | | | |
|---|---|---|---|
| | | | Helper Libraries |
| | | | Blog |
| | | | Help |

**INQUIRIES**

Contact Press     Support

Press          Status    Sales    Technical    Community    Legal

© 2016 Twilio. All rights reserved.    |   Terms of Service   |   Privacy Policy

PRODUCTS & PRICING　　USE CASES　　API & DOCS　　NOT A DEVELOPER?　　SIGN UP　　LOG IN

TWILIO DOCS

Quickstart　　Tutorials　　API Reference　　Helper Libraries

# TWO-FACTOR AUTHENTICATION WITH AUTHY

Two Factor Authentication (2FA) helps keep you user accounts secure by validating two "factors" of identity. Most login systems only validate something your user knows, like a password. You can make it ...

PHP | LARAVEL       MORE LANGUAGES ⌄      GET THE CODE ⌄



## PHP Tutorial

View Full Screen ⤢

### TWO-FACTOR AUTHENTICATION WITH AUTHY

☰  ◀  ▶    You did it! Good for you :)

### WHERE TO NEXT?

That's it! We've just implemented two-factor auth using three different methods and the latest in Authy technology.

If you're a PHP developer working with Twilio, you might want to check out these other tutorials.

**Call Tracking**

Measure the effectiveness of different marketing campaigns with unique phone numbers.

**Server Notifications via SMS**

Faster than e-mail and less likely to get blocked, text messages are great for timely alerts and notifications. Learn how to send

/ app / User.php                                                  📁

```
66        CURLOPT_POSTFIELDS => $params,
67      );
68
69      $ch = curl_init();
70      curl_setopt_array($ch, $defaults);
71      $output = curl_exec($ch);
72      curl_close($ch);
73      $json = json_decode($output);
74
75      return $json;
76    }
77
78    public function sendToken() {
79      $authy_api = new AuthyApi(getenv('AUTHY_TOKEN'));
80      $sms = $authy_api->requestSms($this->authy_id);
81
82      return $sms->ok();
83    }
84
85    public function verifyToken($token) {
86      $authy_api = new AuthyApi(getenv('AUTHY_TOKEN'));
87      $verification = $authy_api->verifyToken($this->authy_id, $token);
88
89      if($verification->ok()) {
90        return true;
91      } else {
92        return false;
93      }
94    }
95  }
```

| COMPANY | PRODUCTS | PRICING | USE CASES | API & DOCS |
|---|---|---|---|---|
| About Twilio | Programmable Voice | Voice Pricing | Customer Stories | Quickstarts |
| Our Nine Values | Elastic SIP Trunking | Messaging Pricing | Showcase | Tutorials |
| Our Leadership Principles | Programmable Video | SIP Trunking Pricing | Two-Factor Authentication | API Reference |

Ex. 22, p. 228

| | | | |
|---|---|---|---|
| The Team | TaskRouter | Client Pricing | Appointment Reminders | Helper Libraries |
| Press & Media | Network Traversal Service | Network Traversal Pricing | Dispatch Notifications | Blog |
| Twilio.org | Programmable SMS | TaskRouter | ETA Alerts | Help |
| Careers | IP Messaging | Lookup | Automated Surveys | |
| | Authy | International Coverage | Masked Phone Numbers | |
| | Monitor | | Visual Estimates | |
| | Lookup | | Developer Network | |
| | Support Plans | | Webinars | |
| | | | White Papers | |

## INQUIRIES

Contact Press          Support

Press          Status   Sales   Technical   Community   Legal

© 2016 Twilio. All rights reserved.   |   Terms of Service   |   Privacy Policy