# EXHIBIT 23

PRODUCTS & PRICING USE CASES API & DOCS NOT A DEVELOPER? SIGN UP LOG IN

# ACCOUNT VERIFICATION WITH AUTHY

PYTHON | FLASK

MORE LANGUAGES ▼

C# | ASP.NET MVC

Java | Servlets

Node.js | Express

PHP | Laravel

Python | Flask

Ruby | Rails

GET THE CODE ▼

View on GitHub

Download Source

When a new user signs up for your application, you want to make sure their contact information is accurate. You'd also like some assurance they are in fact a human being! You want to make sure that every new user account in your system is an actual person you can serve.

There are many layers of security you can put in place to increase the quality of your signups, but one of the best is account verification via SMS. Before a registration is fully completed, your application sends the user a one-time passcode via SMS. The user then enters the code on your website to complete their registration.

In this tutorial, you'll learn how to implement account verification at the point of registration using Twilio-powered Authy. Scroll down this page to get started!

▼

TWILIO DOCS            Quickstart   Tutorial   API Reference   Helper Libraries       SIGN UP   LOG IN

View Full Screen ⤢

ACCOUNT VERIFICATION

     Next: Application configuration

rendering, and an extensible stack to process incoming requests.

Ready to implement user account verification in your application? Here's how it works at a high level:

1. The user begins the registration process by entering his/her data, including a phone number, into a signup form

2. The authentication system sends a one-time password to the user's mobile phone to verify their possession of that phone number

3. The user enters the one-time password into a form before completing registration

/ account_verification_flask / __init__.py

```
1  from flask import Flask
2  from flask.ext.login import LoginManager
3  from flask.ext.sqlalchemy import SQLAlchemy
4  from flask.ext.bcrypt import Bcrypt
5  from account_verification_flask.config import config_env_files
6
7  db = SQLAlchemy()
8  bcrypt = Bcrypt()
9  login_manager = LoginManager()
10
11
12 def create_app(config_name='development', p_db=db, p_bcrypt=bcrypt, p_login_manager=login_
13     new_app = Flask(__name__)
14     new_app.config.from_object(config_env_files[config_name])
15
16     p_db.init_app(new_app)
17     p_bcrypt.init_app(new_app)
18     p_login_manager.init_app(new_app)
19     p_login_manager.login_view = 'register'
20     return new_app
21
22
23 app = create_app()
24
25 import account_verification_flask.views
```

| COMPANY | PRODUCTS | PRICING | USE CASES | API & DOCS |
|---|---|---|---|---|
| About Twilio | Programmable Voice | Voice Pricing | Customer Stories | Quickstarts |
| Our Nine Values | Elastic SIP Trunking | Messaging Pricing | Showcase | Tutorials |
| Our Leadership Principles | Programmable Video | SIP Trunking Pricing | Two-Factor Authentication | API Reference |
| The Team | TaskRouter | Client Pricing | Appointment Reminders | Helper Libraries |
| Press & Media | Network Traversal Service | Network Traversal Pricing | Dispatch Notifications | Blog |
| Twilio.org | Programmable SMS | TaskRouter | ETA Alerts | Help |
| Careers | IP Messaging | Lookup | Automated Surveys | |
| | Authy | International Coverage | Masked Phone Numbers | |
| | Monitor | | Visual Estimates | |
| | Lookup | | Developer Network | |
| | Support Plans | | Webinars | |
| | | | White Papers | |

INQUIRIES

| Contact Press | Support | | | | |
|---|---|---|---|---|---|
| Press | Status | Sales | Technical | Community | Legal |

© 2016 Twilio. All rights reserved. | Terms of Service | Privacy Policy