# EXHIBIT 24



(/)

# AUTHY & GMAIL

**DOWNLOAD AUTHY APP (/INSTALL/)**

**HOW IT WORKS (/TUTORIALS/)**    **GOOGLE AUTHENTICATOR (/TUTORIALS/HOW-USE-AUTHY-GOOGLE-AUTHENTICATOR/)**

GMAIL VERIFICATION (/TUTORIALS/ENABLE-2-STEP-VERIFICATION-GMAIL/)

**FACEBOOK AUTHENTICATION (/TUTORIALS/ADD-2-FACTOR-AUTHENTICATION-FACEBOOK/)**

**DROPBOX VERIFICATION (/TUTORIALS/ENABLE-TWO-STEP-VERIFICATION-DROPBOX/)**

## ENABLE 2 STEP VERIFICATION FOR GMAIL ACCOUNTS

Enable a strong authentication for your gmail account and keep it safe from hackers and hijackers by adding an additional layer of security. Activate the two step verification using Authy by following the next simple process:

 Open Gmail and go to your account settings.



Ex. 24, p. 232



**2**  Then go to security. On 2-Step verification click "Settings".



**3**  Click "Start Setup".





(/)

Product (/product/)

App (/app/)

Ex. 24, p. 233

Developer (/)
Blog (/blog/)
Resources (/resources/)
Dashboard (/login/)
CONTACT SALES (/CONTACT-SALES/)
GET SUPPORT (/APP/#SUPPORT)

You'll get a text message on your cellphone with a code. Enter the code.





Click "Next".





**6** Click "Confirm".



**7** Click "Do this later."



⑧ Next to "Mobile application" select Android or iPhone.





**9**  Gmail will show you a QRCode.





**10**  Open the Authy App and on the sidebar click the "+ Authenticator Account". Click "Scan QR Code" and use your camera to scan it.



00:16



Ex. 24, p. 237

 Enter the "Token" that you see in the screen on "Code:", then click "Verify and Save". You're done.



Developer Documentation (http://docs.authy.com/)    Help! (/faq/)    Security Issues (/security-issues/)

Privacy Statements (/privacy-statements/)    Terms of Service (/terms-of-service/)

Product (/product/)    App (/app/)    Developers (/developers/)    Blog (/blog/)

Jobs (http://www.glassdoor.com/Job/Twilio-authy-Jobs-EI IE410790.0,6 KO7,12.htm)    Press (/company/press/)

Contact Sales (/contact-sales/)    Get Support (/app/#support)

Authy, a Twilio service © 2015 Twilio Inc.

@authy (https://twitter.com/authy)    facebook.com/authysec (https://www.facebook.com/authysec? rdr=p)

github.com/authy (https://github.com/authy)

linkedin.com/company/authy (https://www.linkedin.com/company/authy)