# EXHIBIT 25

PRODUCTS & PRICING     USE CASES     API & DOCS     NOT A DEVELOPER?     SIGN UP     LOG IN

HELP CENTER     Talk to Sales     Ask the Community     Talk to Support     API Status

← back to "Can't sign in with two factor authentication enabled on Twilio account or lost phone"

# 2FA Verification Step



| COMPANY | PRODUCTS | PRICING | USE CASES | API & DOCS |
|---|---|---|---|---|
| About Twilio | Programmable Voice | Voice Pricing | Customer Stories | Quickstarts |
| Our Nine Values | Elastic SIP Trunking | Messaging Pricing | Showcase | Tutorials |
| Our Leadership Principles | Programmable Video | SIP Trunking Pricing | Two-Factor Authentication | API Reference |
| The Team | TaskRouter | Client Pricing | Appointment Reminders | Helper Libraries |
| Press & Media | Network Traversal Service | Network Traversal Pricing | Dispatch Notifications | Blog |
| Twilio.org | Programmable SMS | TaskRouter | ETA Alerts | Help |
| Careers | IP Messaging | Lookup | Automated Surveys | |
| | Authy | International Coverage | Masked Phone Numbers | |
| | Monitor | | Visual Estimates | |
| | Lookup | | Developer Network | |
| | Support Plans | | Webinars | |
| | | | White Papers | |

## INQUIRIES

| Contact Press | Support |
| --- | --- |
| Press | Status  Sales  Technical  Community  Legal |

© 2016 Twilio. All rights reserved.    |    Terms of Service    |    Privacy Policy