# EXHIBIT 26



# POWERFUL PROTECTION FOR YOUR USERS

## ENSURE QUALITY REGISTRATION AND SAFE ACCESS

**START FREE TRIAL (/SIGNUP/)**

**OVERVIEW (/PRODUCT/)**   **FEATURES (/PRODUCT/FEATURES/)**   OPTIONS (/PRODUCT/OPTIONS/)   **PRICING (/PRODUCT/PRICING/)**



## AUTHY ONETOUCH

Ex. 26, p. 241

Our newest auth solution... and the easiest to use. Literally all you have to do is swipe once and authentication is complete—no code to enter anywhere. ONETOUCH is the future of two-factor authentication: more security, less hassle.

## HERE'S HOW IT WORKS

**Step 1**   Authy sends you a push notification

**Step 2**   Swipe to accept or deny access

**Step 3**   Connect fearlessly



### DEPLOYMENT OPTIONS

Offered as a mobile SDK or as a part of the Authy app.



### ATTACK PROOF

There are no codes to enter, so it's not susceptible to phishing or man-in-the-middle attacks.

[ (/) ]

- Product (/product/)
- App (/app/)
- Developers (/developers/)
- Blog (/blog/)
- Resources (/resources/)
- Dashboard (/login/)

**CONTACT SALES (/CONTACT-SALES/)**

**GET SUPPORT (/APP/#SUPPORT)**



## AUTHY SOFTTOKEN

One app for all 2FA-protected accounts. SOFTTOKEN produces a new One Time Passcode (OTP) every 20 seconds. Our top-rated 2FA app. Now available for all devices.

### HERE'S HOW IT WORKS

**Step 1**   Authy sends you a 7-digit code (token)

**Step 2**   Enter the code

**Step 3**   If you run out of time, just use the next token Authy generates

**Step 4**   Connect fearlessly



### SELF-SERVICE

Cloud backup protects users when they lose or misplace their devices. It also eliminates high support costs.

Ex. 26, p. 243



**SELF-MAINTENANCE**

Built-in health check capabilities ensure that the Authy app and server stay in sync and on top of potential security risks.



# AUTHY ONECODE

A one-time verification code is sent to your device via SMS (or an automated voice call). All you have to do is enter the code. Recommended for users who don't have the Authy app.

### HERE'S HOW IT WORKS

**Step 1**   Authy sends you a text

**Step 2**   If a threat is detected, Authy will alert you via text

**Step 3**   Connect fearlessly



**LOCALIZED EXPERIENCE**

SMS and voice messages can be customized based on your location and language.



**ROUTE CONNECTIVITY**

SMS and call completion assurance based on intelligent routing across our network of aggregators and carriers.

# ENSURE QUALITY REGISTRATIONS WITH POWERFUL, FLEXIBLE 2FA



**IDENTIFY AND ELIMINATE RISK**

From registration to day-to-day access, Authy provides safe passage for users every step of the way.



**ONE APP FOR ALL YOUR STUFF**

Different transactions require different security needs. Authy provides multiple ways for users to connect fearlessly in the digital world.



**ENSURE QUALITY REGISTRATION**

No bots allowed. When a device is registered online, Authy asks the user to confirm possession by entering a code. We employ multiple communication providers for redundancy and reliability.



**PHONE INTELLIGENCE**

Authy 2FA prevents fraud and abuse by tracking account details like phone type (mobile, landline, VOIP) and carrier (AT&T, Verizon, TelCel, Vodafone, etc). We also identify threats such as pre-pay or recently ported accounts.

Developer Documentation (http://docs.authy.com/)   Help! (/faq/)   Security Issues (/security-issues/)

Privacy Statements (/privacy-statements/)   Terms of Service (/terms-of-service/)

Product (/product/)   App (/app/)   Developers (/developers/)   Blog (/blog/)

Jobs (http://www.glassdoor.com/Job/Twilio-authy-Jobs-EI_IE410790.0,6_KO7,12.htm)   Press (/company/press/)

Contact Sales (/contact-sales/)   Get Support (/app/#support)

Authy, a Twilio service © 2015 Twilio Inc.

@authy (https://twitter.com/authy)   facebook.com/authysec (https://www.facebook.com/authysec?_rdr=p)

github.com/authy (https://github.com/authy)

linkedin.com/company/authy (https://www.linkedin.com/company/authy)