# EXHIBIT 27

[(/)](/)

# AUTHY & FACEBOOK

**DOWNLOAD AUTHY APP (/INSTALL/)**

**HOW IT WORKS (/TUTORIALS/)   GOOGLE AUTHENTICATOR (/TUTORIALS/HOW-USE-AUTHY-GOOGLE-AUTHENTICATOR/)**

**GMAIL VERIFICATION (/TUTORIALS/ENABLE-2-STEP-VERIFICATION-GMAIL/)**

FACEBOOK AUTHENTICATION (/TUTORIALS/ADD-2-FACTOR-AUTHENTICATION-FACEBOOK/)

**DROPBOX VERIFICATION (/TUTORIALS/ENABLE-TWO-STEP-VERIFICATION-DROPBOX/)**

## SETUP FACEBOOK TWO FACTOR AUTHENTICATION

Improve the security for your facebook account easily using 2 factor authentication and keep it safe from hackers and hijackers.

First of all, choose your flavor and install Authy on your mobile device if you haven't done so yet:


(https://itunes.apple.com/en/app/authy/id494168017?mt=8)


(https://play.google.com/store/apps/details?id=com.authy.authy&hl=en)

Activate the two step verification for facebook following the next simple steps:

**1** Open your Facebook and go to "Account Settings".



**2** On "Security Settings", in "Login Approvals" click "Edit".



3. Click "Get Started".



4. Enter a name and click "Add Browser".



5. Select "Android, iPhone or iPod Touch".




(/)

6. Enter your Cellphone number.



7. Wait for the verification code to arrive an enter it.



8. Click "Close".



 **9** Now click "Setup Code Generator".



 **10** Click "Having Trouble?" link.



 **11** Click "Get Key".



**12** Facebook will show you a 16 digits keys.



**13** Open the Authy App and click "+ Authenticator App". Click "Enter key manually".



**14** Enter the you see on the screen and click continue.

**15** Click "Finish".



Developer Documentation (http://docs.authy.com/)   Help! (/faq/)   Security Issues (/security-issues/)

Privacy Statements (/privacy-statements/)   Terms of Service (/terms-of-service/)

Product (/product/)   App (/app/)   Developers (/developers/)   Blog (/blog/)

Jobs (http://www.glassdoor.com/Job/Twilio-authy-Jobs-EI_IE410790.0,6_KO7,12.htm)   Press (/company/press/)

Contact Sales (/contact-sales/)   Get Support (/app/#support)

Authy, a Twilio service © 2015 Twilio Inc.

@authy (https://twitter.com/authy)   facebook.com/authysec (https://www.facebook.com/authysec?_rdr=p)

github.com/authy (https://github.com/authy)

linkedin.com/company/authy (https://www.linkedin.com/company/authy)