# EXHIBIT 28

Case 2:16-cv-02106-PSG-SS   Document 1-29   Filed 03/28/16   Page 2 of 25   Page ID #:283

PRODUCTS & PRICING     USE CASES     API & DOCS     NOT A DEVELOPER?     SIGN UP     LOG IN

TWILIO DOCS

Quickstart     Tutorials     API Reference     Helper Libraries

# TWO-FACTOR AUTHENTICATION WITH AUTHY

NODE.JS | EXPRESS    MORE LANGUAGES ⌄    GET THE CODE ⌄

Two Factor Authentication (2FA) helps keep you user accounts secure by validating two "factors" of identity. Most login systems only validate something your user knows, like a password. You can make it ...



## Node.js Tutorial

View Full Screen ⤢

### TWO-FACTOR AUTHENTICATION WITH AUTHY

Learn to implement two-factor authentication (2FA) in your web app with Twilio-powered Authy. 2FA helps further secure your users' data by validating more than just a password. This tutorial will show you the code to make it happen.

**START TUTORIAL**

/ api / onetouch.js

```javascript
1   var config = require('../config');
2   var querystring = require("querystring");
3   // Create authenticated Authy API client
4   var authy = require('authy')(config.authyApiKey);
5
6   // Extend the Authy module to send_approval_request
7   exports.send_approval_request = function (id,details,callback){
8       var url="/onetouch/json/users/"+querystring.escape(id)+"/approval_requests";
9       authy._request("post", "/onetouch/json/users/"+querystring.escape(id)+"/approval_reque
10          "details[Email Address]": details.email,
11          "message":details.message
12      }, callback);
13  };
```

COMPANY

About Twilio

Our Nine Values

Our Leadership Principles

PRODUCTS

Programmable Voice

Elastic SIP Trunking

Programmable Video

PRICING

Voice Pricing

Messaging Pricing

SIP Trunking Pricing

USE CASES

Customer Stories

Showcase

Two-Factor Authentication

API & DOCS

Quickstarts

Tutorials

API Reference

The Team                    TaskRouter                Client Pricing              Appointment Reminders        Helper Libraries

Press & Media               Network Traversal Service  Network Traversal Pricing   Dispatch Notifications       Blog

Twilio.org                  Programmable SMS           TaskRouter                  ETA Alerts                   Help

Careers                     IP Messaging              Lookup                      Automated Surveys

                            Authy                     International Coverage       Masked Phone Numbers

                            Monitor                                               Visual Estimates

                            Lookup                                                Developer Network

                            Support Plans                                         Webinars

                                                                                  White Papers

## INQUIRIES

Contact Press               Support

Press                       Status    Sales    Technical    Community    Legal

© 2016 Twilio. All rights reserved.   |   Terms of Service   |   Privacy Policy

PRODUCTS & PRICING    USE CASES    API & DOCS    NOT A DEVELOPER?    SIGN UP    LOG IN

TWILIO DOCS                                    Quickstart    **Tutorials**    API Reference    Helper Libraries

# TWO-FACTOR AUTHENTICATION WITH AUTHY

NODE.JS | EXPRESS    MORE LANGUAGES ▾    GET THE CODE ▾

Two Factor Authentication (2FA) helps keep you user accounts secure by validating two "factors" of identity. Most login systems only validate something your user knows, like a password. You can make it ...



## Node.js Tutorial

View Full Screen ⤢



**TWO-FACTOR AUTHENTICATION WITH AUTHY**

Next: Configuring Authy

### WHAT DOES THIS THING DO?

This Express.js sample application demonstrates how to build a login system that uses two factors of authentication to login users. Head to the application's README.md to see how to run the application locally.

Adding two-factor authentication (2FA) to your web application increases the security of your user's data. Multi-factor authentication determines the identity of a user by validating once by logging into the app, and second by validating their mobile device.

For the second factor, we will validate that the user has their mobile phone by either:

/ api / **onetouch.js**

```javascript
1   var config = require('../config');
2   var querystring = require("querystring");
3   // Create authenticated Authy API client
4   var authy = require('authy')(config.authyApiKey);
5
6   // Extend the Authy module to send_approval_request
7   exports.send_approval_request = function (id,details,callback){
8       var url="/onetouch/json/users/"+querystring.escape(id)+"/approval_requests";
9       authy._request("post", "/onetouch/json/users/"+querystring.escape(id)+"/approval_reque
10          "details[Email Address]": details.email,
11          "message":details.message
12      }, callback);
13  };
```

COMPANY

About Twilio

Our Nine Values

Our Leadership Principles

PRODUCTS

Programmable Voice

Elastic SIP Trunking

Programmable Video

PRICING

Voice Pricing

Messaging Pricing

SIP Trunking Pricing

USE CASES

Customer Stories

Showcase

Two-Factor Authentication

API & DOCS

Quickstarts

Tutorials

API Reference

| | | | |
|---|---|---|---|
| The Team | TaskRouter | Client Pricing | Appointment Reminders | Helper Libraries |
| Press & Media | Network Traversal Service | Network Traversal Pricing | Dispatch Notifications | Blog |
| Twilio.org | Programmable SMS | TaskRouter | ETA Alerts | Help |
| Careers | IP Messaging | Lookup | Automated Surveys | |
| | Authy | International Coverage | Masked Phone Numbers | |
| | Monitor | | Visual Estimates | |
| | Lookup | | Developer Network | |
| | Support Plans | | Webinars | |
| | | | White Papers | |

## INQUIRIES

Contact Press     Support

Press         Status   Sales   Technical   Community   Legal

© 2016 Twilio. All rights reserved.   |   Terms of Service   |   Privacy Policy

PRODUCTS & PRICING    USE CASES    API & DOCS    NOT A DEVELOPER?    SIGN UP    LOG IN

TWILIO DOCS      Quickstart    Tutorials    API Reference    Helper Libraries

# TWO-FACTOR AUTHENTICATION WITH AUTHY

NODE.JS | EXPRESS    MORE LANGUAGES ⌄    GET THE CODE ⌄

Two Factor Authentication (2FA) helps keep you user accounts secure by validating two "factors" of identity. Most login systems only validate something your user knows, like a password. You can make it ...



---

## Node.js Tutorial

View Full Screen ⤢

**TWO-FACTOR AUTHENTICATION WITH AUTHY**

☰   ◀   ▶    Next: Registering a User with Authy

### CONFIGURING AUTHY

If you haven't already, now is the time to sign up for Authy. Create your first application, naming it whatever you wish. After you create your application, your "production" API key will be visible on your dashboard:

/ config.js

```
1  module.exports = {
2      // HTTP port
3      port: process.env.PORT || 3000,
4
5      // Production Authy API key
6      authyApiKey: process.env.AUTHY_API_KEY,
7
8      // MongoDB connection string - MONGO_URL is for local dev,
9      // MONGOLAB_URI is for the MongoLab add-on for Heroku deployment
10     mongoUrl: process.env.MONGOLAB_URI || process.env.MONGO_URL
11 };
```



---

COMPANY

About Twilio

Our Nine Values

Our Leadership Principles

PRODUCTS

Programmable Voice

Elastic SIP Trunking

Programmable Video

PRICING

Voice Pricing

Messaging Pricing

SIP Trunking Pricing

USE CASES

Customer Stories

Showcase

Two-Factor Authentication

API & DOCS

Quickstarts

Tutorials

API Reference

| The Team | TaskRouter | Client Pricing | Appointment Reminders | Helper Libraries |
|---|---|---|---|---|
| Press & Media | Network Traversal Service | Network Traversal Pricing | Dispatch Notifications | Blog |
| Twilio.org | Programmable SMS | TaskRouter | ETA Alerts | Help |
| Careers | IP Messaging | Lookup | Automated Surveys | |
| | Authy | International Coverage | Masked Phone Numbers | |
| | Monitor | | Visual Estimates | |
| | Lookup | | Developer Network | |
| | Support Plans | | Webinars | |
| | | | White Papers | |

## INQUIRIES

| Contact Press | Support | | | | |
|---|---|---|---|---|---|
| Press | Status | Sales | Technical | Community | Legal |

© 2016 Twilio. All rights reserved.   |   Terms of Service   |   Privacy Policy

Ex. 28, p. 260

PRODUCTS & PRICING    USE CASES    API & DOCS    NOT A DEVELOPER?    SIGN UP    LOG IN

TWILIO DOCS

Quickstart    Tutorials    API Reference    Helper Libraries

# TWO-FACTOR AUTHENTICATION WITH AUTHY

NODE.JS | EXPRESS    MORE LANGUAGES ⌄    GET THE CODE ⌄

Two Factor Authentication (2FA) helps keep you user accounts secure by validating two "factors" of identity. Most login systems only validate something your user knows, like a password. You can make it …



## Node.js Tutorial

View Full Screen ⤢

**TWO-FACTOR AUTHENTICATION WITH AUTHY**

  

Next: Logging in with Authy OneTouch

### REGISTERING A USER WITH AUTHY

When a new User is created we also register the User with Authy.

All Authy needs to get a user set up for your application is the email, phone number and country code. In order to do two-factor authentication, we need to make sure we ask for these things at the point of sign up.

Once we register the User with Authy we get an `id` back that we will store as the user's `authyId`. This is very important since it's how we will verify the identity of our User with Authy.

See Also:

/ models / User.js

```
60            });
61        });
62
63        if (!self.authyId) {
64            // Register this user if it's a new user
65            authy.register_user(self.email, self.phone, self.countryCode,
66                function(err, response) {
67                if(err){
68                    response.json(err);
69                    return;
70                }
71                self.authyId = response.user.id;
72                self.save(function(err, doc) {
73                    if (err || !doc) return next(err);
74                    self = doc;
75                });
76            });
77        };
78    });
79
80    // Test candidate password
81    UserSchema.methods.comparePassword = function(candidatePassword, cb) {
82        var self = this;
83        bcrypt.compare(candidatePassword, self.password, function(err, isMatch) {
84            if (err) return cb(err);
85            cb(null, isMatch);
86        });
87    };
88
89    // Send a OneTouch request to this user
90    UserSchema.methods.sendOneTouch = function(cb) {
```

COMPANY
About Twilio
Our Nine Values
Our Leadership Principles

PRODUCTS
Programmable Voice
Elastic SIP Trunking
Programmable Video

PRICING
Voice Pricing
Messaging Pricing
SIP Trunking Pricing

USE CASES
Customer Stories
Showcase
Two-Factor Authentication

API & DOCS
Quickstarts
Tutorials
API Reference

3/27/2016 Twilio Docs. Two-factor Authentication with Authy, Node.js and Express

Case 2:16-cv-02106-PSG-SS Document 1-29 Filed 03/28/16 Page 9 of 25 Page ID #:290

| The Team | TaskRouter | Client Pricing | Appointment Reminders | Helper Libraries |
| Press & Media | Network Traversal Service | Network Traversal Pricing | Dispatch Notifications | Blog |
| Twilio.org | Programmable SMS | TaskRouter | ETA Alerts | Help |
| Careers | IP Messaging | Lookup | Automated Surveys | |
| | Authy | International Coverage | Masked Phone Numbers | |
| | Monitor | | Visual Estimates | |
| | Lookup | | Developer Network | |
| | Support Plans | | Webinars | |
| | | | White Papers | |

**INQUIRIES**

Contact Press       Support

Press       Status    Sales    Technical    Community    Legal

© 2016 Twilio. All rights reserved.   |   Terms of Service   |   Privacy Policy

Twilio Docs: Two-Factor Authentication with Authy with Node.js and Express

PRODUCTS & PRICING      USE CASES      API & DOCS      NOT A DEVELOPER?      [SIGN UP]    LOG IN

TWILIO DOCS                                    Quickstart    Tutorials    API Reference    Helper Libraries

# TWO-FACTOR AUTHENTICATION WITH AUTHY

Two Factor Authentication (2FA) helps keep you user accounts secure by validating two "factors" of identity. Most login systems only validate something your user knows, like a password. You can make it ...

NODE.JS | EXPRESS      MORE LANGUAGES ⌄      GET THE CODE ⌄

▼

---

## Node.js Tutorial

View Full Screen ⤢

  

TWO-FACTOR AUTHENTICATION WITH AUTHY

≣   ◀   ▶      Next: Sending the OneTouch Request

### LOGGING IN WITH AUTHY ONETOUCH

When a User attempts to log in to our website, we will ask them for a second form of identification. Let's take a look at Authy's OneTouch verification first.



OneTouch works like so:

- We attempt to send a User a OneTouch Approval Request
- If the User has OneTouch enabled, we will get a _____ message back

/ api / sessions.js                               📁

```
4    var ok = require('./response_utils').ok;
5
6    // Create a new session, first testing username/password combo
7    exports.create = function(request, response) {
8        var email = request.body.email;
9        var candidatePassword = request.body.password;
10
11       // Look for a user by the given username
12       User.findOne({
13           email: email
14       }, function(err, user) {
15           if (err || !user) return invalid();
16
17           // We have a user for that username, test password
18           user.comparePassword(candidatePassword, function(err, match) {
19               if (err || !match) return invalid();
20               return valid(user);
21           });
22       });
23
24       // respond with a 403 for a login error
25       function invalid() {
26           error(response, 403, 'Invalid username/password combination.');
27       }
28
29       // respond with a new session for a valid password, and send a OneTouch request
30       function valid(user) {
31           Session.createSessionForUser(user, false, function(err, sess, authyResponse) {
32               if (err || !sess) {
33                   error(response, 500,
34                       'Error creating session - please log in again.');
```

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

---

COMPANY                PRODUCTS                  PRICING                  USE CASES                    API & DOCS

About Twilio           Programmable Voice        Voice Pricing            Customer Stories             Quickstarts

Our Nine Values        Elastic SIP Trunking      Messaging Pricing        Showcase                     Tutorials

Our Leadership Principles   Programmable Video    SIP Trunking Pricing     Two-Factor Authentication    API Reference

Ex. 28, p. 263

| The Team | TaskRouter | Client Pricing | Appointment Reminders | Helper Libraries |
| Press & Media | Network Traversal Service | Network Traversal Pricing | Dispatch Notifications | Blog |
| Twilio.org | Programmable SMS | TaskRouter | ETA Alerts | Help |
| Careers | IP Messaging | Lookup | Automated Surveys | |
| | Authy | International Coverage | Masked Phone Numbers | |
| | Monitor | | Visual Estimates | |
| | Lookup | | Developer Network | |
| | Support Plans | | Webinars | |
| | | | White Papers | |

## INQUIRIES

Contact Press          Support

Press          Status   Sales   Technical   Community   Legal

© 2016 Twilio. All rights reserved.   |   Terms of Service   |   Privacy Policy

Ex. 28, p. 264

PRODUCTS & PRICING    USE CASES    API & DOCS    NOT A DEVELOPER?    SIGN UP    LOG IN

TWILIO DOCS      Quickstart    Tutorials    API Reference    Helper Libraries

# TWO-FACTOR AUTHENTICATION WITH AUTHY

NODE.JS | EXPRESS    MORE LANGUAGES ▾    GET THE CODE ▾

Two Factor Authentication (2FA) helps keep you user accounts secure by validating two "factors" of identity. Most login systems only validate something your user knows, like a password. You can make it ...



## Node.js Tutorial

View Full Screen ⤢

**TWO-FACTOR AUTHENTICATION WITH AUTHY**

☰    ◀    ▶    Next: Configuring the OneTouch callback

### SENDING THE ONETOUCH REQUEST

When our User logs in we immediately attempt to verify their identity with OneTouch. We will fallback gracefully if they don't have a OneTouch device, but we don't know until we try.

Authy lets us pass details with our OneTouch request, including a message, a logo and any other details we want to send. We could easily send any number of details by appending

`details['some_detail']` . You could imagine a scenario where we send a OneTouch request to approve a money transfer:

`details= {`
   `message= "Request to send money to J`

/ models / User.js    📁

```
 86        }});
 87    };
 88
 89    // Send a OneTouch request to this user
 90    UserSchema.methods.sendOneTouch = function(cb) {
 91        var self = this;
 92        self.authyStatus = 'unverified';
 93        self.save();
 94
 95        onetouch.send_approval_request(self.authyId, {
 96            message: 'Request to Login to Twilio demo app',
 97            email: self.email
 98        }, function(err, authyres){
 99            if (err && err.success != undefined) {
100                authyres = err;
101                err = null;
102            }
103            cb.call(self, err, authyres);
104        });
105    };
106
107    // Send a 2FA token to this user
108    UserSchema.methods.sendAuthyToken = function(cb) {
109        var self = this;
110
111        authy.request_sms(self.authyId, function(err, response) {
112            cb.call(self, err);
113        });
114    };
115
116    // Test a 2FA token
117
```

COMPANY
About Twilio
Our Nine Values
Our Leadership Principles

PRODUCTS
Programmable Voice
Elastic SIP Trunking
Programmable Video

PRICING
Voice Pricing
Messaging Pricing
SIP Trunking Pricing

USE CASES
Customer Stories
Showcase
Two-Factor Authentication

API & DOCS
Quickstarts
Tutorials
API Reference

Ex. 28, p. 265

3/27/2016
Two-Factor Authentication with Authy, Node.js and Express
Case 2:16-cv-02106-PSG-SS Document 28 Filed 03/28/16 Page 13 of 25 Page ID #:294

| The Team | TaskRouter | Client Pricing | Appointment Reminders | Helper Libraries |
| Press & Media | Network Traversal Service | Network Traversal Pricing | Dispatch Notifications | Blog |
| Twilio.org | Programmable SMS | TaskRouter | ETA Alerts | Help |
| Careers | IP Messaging | Lookup | Automated Surveys | |
| | Authy | International Coverage | Masked Phone Numbers | |
| | Monitor | | Visual Estimates | |
| | Lookup | | Developer Network | |
| | Support Plans | | Webinars | |
| | | | White Papers | |

## INQUIRIES

| Contact Press | Support |
| Press | Status  Sales  Technical  Community  Legal |

© 2016 Twilio. All rights reserved.   |   Terms of Service   |   Privacy Policy

Ex. 28, p. 266

PRODUCTS & PRICING     USE CASES     API & DOCS     NOT A DEVELOPER?     | SIGN UP |   LOG IN

TWILIO DOCS                                          Quickstart    Tutorials    API Reference    Helper Libraries

# TWO-FACTOR AUTHENTICATION WITH AUTHY

NODE.JS | EXPRESS    MORE LANGUAGES ⌄    GET THE CODE ⌄

Two Factor Authentication (2FA) helps keep you user accounts secure by validating two "factors" of identity. Most login systems only validate something your user knows, like a password. You can make it ...



---

## Node.js Tutorial

View Full Screen ⤢

### TWO-FACTOR AUTHENTICATION WITH AUTHY

☰    ◀    ▶    Next: Handling Two-Factor Asyncronously

### CONFIGURING THE ONETOUCH CALLBACK

In order for our app to know what the User did after we sent the OneTouch request, we need to register a callback endpoint with Authy.



Here in our callback, we look up the user using the `authy_id` sent with the Authy POST request. Ideally at this point we would probably use a websocket to let our

/ api / sessions.js                              🗀

```
54        });
55    };
56
57    // Public webhook for Authy to POST to
58    exports.authyCallback = function(request, response) {
59        var authyId = request.body.authy_id;
60
61        // Look for a user with the authy_id supplies
62        User.findOne({
63            authyId: authyId
64        }, function(err, user) {
65            if (err || !user) return invalid();
66            user.authyStatus = request.body.status;
67            user.save();
68        });
69        response.end();
70    };
71
72    // Internal endpoint for checking the status of OneTouch
73    exports.authyStatus = function(request, response) {
74        var status = (request.user) ? request.user.authyStatus : 'unverified';
75        if (status == 'approved') {
76            request.session.confirmed = true;
77            request.session.save(function(err) {
78                if (err) return error(response, 500,
79                    'There was an error validating your session.');
80            });
81        }
82        if (!request.session) {
83            return error(response, 404, 'No valid session found for this user.');
84        }
```

---

COMPANY                  PRODUCTS                PRICING                USE CASES                    API & DOCS

About Twilio             Programmable Voice      Voice Pricing          Customer Stories             Quickstarts

Our Nine Values          Elastic SIP Trunking    Messaging Pricing      Showcase                     Tutorials

Our Leadership Principles Programmable Video     SIP Trunking Pricing   Two-Factor Authentication    API Reference

Ex. 28, p. 267

Case 2:16-cv-02106-PSG-SS   Document 1-28   Filed 03/28/16   Page 15 of 25   Page ID #:296

| | | | |
|---|---|---|---|
| The Team | TaskRouter | Client Pricing | Appointment Reminders | Helper Libraries |
| Press & Media | Network Traversal Service | Network Traversal Pricing | Dispatch Notifications | Blog |
| Twilio.org | Programmable SMS | TaskRouter | ETA Alerts | Help |
| Careers | IP Messaging | Lookup | Automated Surveys | |
| | Authy | International Coverage | Masked Phone Numbers | |
| | Monitor | | Visual Estimates | |
| | Lookup | | Developer Network | |
| | Support Plans | | Webinars | |
| | | | White Papers | |

## INQUIRIES

Contact Press     Support

Press       Status   Sales   Technical   Community   Legal

© 2016 Twilio. All rights reserved.   |   Terms of Service   |   Privacy Policy

Ex. 28, p. 268

Twilio Docs: Two Factor Authentication with Authy (Node.js and Express)

PRODUCTS & PRICING    USE CASES    API & DOCS    NOT A DEVELOPER?    [SIGN UP]    LOG IN

TWILIO DOCS          Quickstart    **Tutorials**    API Reference    Helper Libraries

# TWO-FACTOR AUTHENTICATION WITH AUTHY

NODE.JS | EXPRESS    MORE LANGUAGES ⌄    GET THE CODE ⌄

Two Factor Authentication (2FA) helps keep you user accounts secure by validating two "factors" of identity. Most login systems only validate something your user knows, like a password. You can make it ...

▼

---

## Node.js Tutorial

View Full Screen ↗

/ public / app / views / Login.js    🗀

**TWO-FACTOR AUTHENTICATION WITH AUTHY**

   Next: Falling back to Token

### HANDLING TWO-FACTOR ASYNCRONOUSLY

*Our user interface for this example is a single page application written using Backbone and jQuery.*

We've already taken a look at what's happening on the server side, so let's step in front of the cameras and see how our JavaScript is interacting with those server endpoints.

First we hijack the login form submit and pass the data to our `/session` controller using Ajax. Depending on how that endpoint responds we will either ask the User for a token or await their OneTouch response.

If we expect a OneTouch response, we will

```
1   (function() {
2       app.views.LoginView = app.views.BaseView.extend({
3           // name of the template file to load from the server
4           templateName: 'login',
5
6           // UI events
7           events: {
8               'submit #loginForm': 'login'
9           },
10
11          initialize: function() {
12              var self = this;
13              // default behavior, render page into #page section
14              app.router.on('route:login', function() {
15                  self.render();
16              });
17          },
18
19          // Hit login service
20          login: function(e) {
21              var self = this;
22
23              e.preventDefault();
24              app.set('message', null);
25              $.ajax('/session', {
26                  method: 'POST',
27                  data: {
28                      email: self.$('#email').val(),
29                      password: self.$('#password').val()
30                  }
31              }).done(function(data) {
```

---

COMPANY

About Twilio

Our Nine Values

Our Leadership Principles

PRODUCTS

Programmable Voice

Elastic SIP Trunking

Programmable Video

PRICING

Voice Pricing

Messaging Pricing

SIP Trunking Pricing

USE CASES

Customer Stories

Showcase

Two-Factor Authentication

API & DOCS

Quickstarts

Tutorials

API Reference

Ex. 28, p. 269

| The Team | TaskRouter | Client Pricing | Appointment Reminders | Helper Libraries |
|---|---|---|---|---|
| Press & Media | Network Traversal Service | Network Traversal Pricing | Dispatch Notifications | Blog |
| Twilio.org | Programmable SMS | TaskRouter | ETA Alerts | Help |
| Careers | IP Messaging | Lookup | Automated Surveys | |
| | Authy | International Coverage | Masked Phone Numbers | |
| | Monitor | | Visual Estimates | |
| | Lookup | | Developer Network | |
| | Support Plans | | Webinars | |
| | | | White Papers | |

**INQUIRIES**

| Contact Press | Support | | | | |
|---|---|---|---|---|---|
| Press | Status | Sales | Technical | Community | Legal |

© 2016 Twilio. All rights reserved.   |   Terms of Service   |   Privacy Policy

Twilio Docs: Two-Factor Authentication with Authy with Node.js and Express

PRODUCTS & PRICING     USE CASES     API & DOCS     NOT A DEVELOPER?     SIGN UP     LOG IN

TWILIO DOCS        Quickstart    Tutorials    API Reference    Helper Libraries

# TWO-FACTOR AUTHENTICATION WITH AUTHY

NODE.JS | EXPRESS     MORE LANGUAGES ⌄     GET THE CODE ⌄

Two Factor Authentication (2FA) helps keep you user accounts secure by validating two "factors" of identity. Most login systems only validate something your user knows, like a password. You can make it …



---

## Node.js Tutorial

View Full Screen ⤢

**TWO-FACTOR AUTHENTICATION WITH AUTHY**

      Next: Sending a 2FA Token

### FALLING BACK TO TOKEN

Here is the endpoint that our javascript is polling. It is waiting for the user status to be either 'Approved' or 'Denied'. If the User has approved the OneTouch request, we will save their session as `confirmed`, which officially logs them in.

If the request was denied we render the `/verify` page and ask the User to log in with a Token.

Now let's take a look at how we handle two-factor with tokens.

/ api / sessions.js 🗀

```
69        response.end();
70    };
71
72    // Internal endpoint for checking the status of OneTouch
73    exports.authyStatus = function(request, response) {
74        var status = (request.user) ? request.user.authyStatus : 'unverified';
75        if (status == 'approved') {
76            request.session.confirmed = true;
77            request.session.save(function(err) {
78                if (err) return error(response, 500,
79                    'There was an error validating your session.');
80            });
81        }
82        if (!request.session) {
83            return error(response, 404, 'No valid session found for this user.');
84        } else {
85            response.send({ status: status });
86        }
87    };
88
89    // Validate a 2FA token
90    exports.verify = function(request, response) {
91        var oneTimeCode = request.body.code;
92
93        if (!request.session || !request.user) {
94            return error(response, 404, 'No valid session found for this token.');
95        }
96
97        // verify entered authy code
98        request.user.verifyAuthyToken(oneTimeCode, function(err) {
99
```

---

**COMPANY**
About Twilio
Our Nine Values
Our Leadership Principles

**PRODUCTS**
Programmable Voice
Elastic SIP Trunking
Programmable Video

**PRICING**
Voice Pricing
Messaging Pricing
SIP Trunking Pricing

**USE CASES**
Customer Stories
Showcase
Two-Factor Authentication

**API & DOCS**
Quickstarts
Tutorials
API Reference

Ex. 28, p. 271

| The Team | TaskRouter | Client Pricing | Appointment Reminders | Helper Libraries |
|---|---|---|---|---|
| Press & Media | Network Traversal Service | Network Traversal Pricing | Dispatch Notifications | Blog |
| Twilio.org | Programmable SMS | TaskRouter | ETA Alerts | Help |
| Careers | IP Messaging | Lookup | Automated Surveys | |
| | Authy | International Coverage | Masked Phone Numbers | |
| | Monitor | | Visual Estimates | |
| | Lookup | | Developer Network | |
| | Support Plans | | Webinars | |
| | | | White Papers | |

## INQUIRIES

Contact Press            Support

Press                    Status   Sales   Technical   Community   Legal

© 2016 Twilio. All rights reserved.   |   Terms of Service   |   Privacy Policy

Ex. 28, p. 272

Twilio Docs: Two Factor Authentication with Authy Node.js and Express

PRODUCTS & PRICING     USE CASES     API & DOCS     NOT A DEVELOPER?     [ SIGN UP ]    LOG IN

TWILIO DOCS                        Quickstart    **Tutorials**    API Reference    Helper Libraries

# TWO-FACTOR AUTHENTICATION WITH AUTHY

NODE.JS | EXPRESS     MORE LANGUAGES ⌄     GET THE CODE ⌄

Two Factor Authentication (2FA) helps keep you user accounts secure by validating two "factors" of identity. Most login systems only validate something your user knows, like a password. You can make it …



---

## Node.js Tutorial

View Full Screen ⤢

**TWO-FACTOR AUTHENTICATION WITH AUTHY**

☰   ◄   ►    Next: Validating the Code

### SENDING A 2FA TOKEN



Once there is an Authy user ID associated with our user model, we can request that an SMS verification token be sent out to the user's phone. Authy supports token validation in their mobile app as well, so if our user has the app it will default to sending a push notification instead of an SMS.

We can call this method on the user instance multiple times if needed, which is what happens every time the user clicks

/ models / User.js             📁

```
 95    onetouch.send_approval_request(self.authyId, {
 96        message: 'Request to Login to Twilio demo app',
 97        email: self.email
 98    }, function(err, authyres){
 99        if (err && err.success != undefined) {
100            authyres = err;
101            err = null;
102        }
103        cb.call(self, err, authyres);
104    });
105 };
106
107 // Send a 2FA token to this user
108 UserSchema.methods.sendAuthyToken = function(cb) {
109    var self = this;
110
111    authy.request_sms(self.authyId, function(err, response) {
112        cb.call(self, err);
113    });
114 };
115
116 // Test a 2FA token
117 UserSchema.methods.verifyAuthyToken = function(otp, cb) {
118    var self = this;
119    authy.verify(self.authyId, otp, function(err, response) {
120        cb.call(self, err, response);
121    });
122 };
123
124 // Export user model
125 module.exports = mongoose.model('User', UserSchema);
```

---

| COMPANY | PRODUCTS | PRICING | USE CASES | API & DOCS |
|---|---|---|---|---|
| About Twilio | Programmable Voice | Voice Pricing | Customer Stories | Quickstarts |
| Our Nine Values | Elastic SIP Trunking | Messaging Pricing | Showcase | Tutorials |
| Our Leadership Principles | Programmable Video | SIP Trunking Pricing | Two-Factor Authentication | API Reference |

Ex. 28, p. 273

The Team                    TaskRouter                   Client Pricing                  Appointment Reminders         Helper Libraries

Press & Media               Network Traversal Service    Network Traversal Pricing       Dispatch Notifications        Blog

Twilio.org                  Programmable SMS             TaskRouter                       ETA Alerts                    Help

Careers                     IP Messaging                 Lookup                           Automated Surveys

                            Authy                        International Coverage           Masked Phone Numbers

                            Monitor                                                       Visual Estimates

                            Lookup                                                        Developer Network

                            Support Plans                                                 Webinars

                                                                                          White Papers

## INQUIRIES

Contact Press               Support

Press                       Status    Sales    Technical    Community    Legal

© 2016 Twilio. All rights reserved.   |   Terms of Service   |   Privacy Policy

PRODUCTS & PRICING    USE CASES    API & DOCS    NOT A DEVELOPER?    SIGN UP    LOG IN

TWILIO DOCS

Quickstart    Tutorials    API Reference    Helper Libraries

# TWO-FACTOR AUTHENTICATION WITH AUTHY

NODE.JS | EXPRESS    MORE LANGUAGES ⌄    GET THE CODE ⌄

Two Factor Authentication (2FA) helps keep you user accounts secure by validating two "factors" of identity. Most login systems only validate something your user knows, like a password. You can make it ...



## Node.js Tutorial

View Full Screen ⬈



TWO-FACTOR AUTHENTICATION WITH AUTHY

Next: Where to next?

### VALIDATING THE CODE

Back in our Express route handler, we grab the code that was submitted from the form to validate. We have Connect middleware function that executes before this handler and adds a `user` property to the `request` object that contains a Mongoose model instance representing the user associated with this session. We use `verifyAuthyToken` on the `User` model to check if the code submitted by the user is legit.

/ api / sessions.js

```
86        }
87    };
88
89    // Validate a 2FA token
90    exports.verify = function(request, response) {
91        var oneTimeCode = request.body.code;
92
93        if (!request.session || !request.user) {
94            return error(response, 404, 'No valid session found for this token.');
95        }
96
97        // verify entered authy code
98        request.user.verifyAuthyToken(oneTimeCode, function(err) {
99            if (err) return error(response, 401, 'Invalid confirmation code.');
100
101           // otherwise we're good! Validate the session
102           request.session.confirmed = true;
103           request.session.save(function(err) {
104               if (err) return error(response, 500,
105                   'There was an error validating your session.');
106
107               response.send({
108                   token: request.session.token
109               });
110           });
111       });
112   };
113
114   // Resend validation code
115   exports.resend = function(request, response) {
116       if (!request.user) return error(response, 404,
```

COMPANY
About Twilio
Our Nine Values
Our Leadership Principles

PRODUCTS
Programmable Voice
Elastic SIP Trunking
Programmable Video

PRICING
Voice Pricing
Messaging Pricing
SIP Trunking Pricing

USE CASES
Customer Stories
Showcase
Two-Factor Authentication

API & DOCS
Quickstarts
Tutorials
API Reference

| | | | |
|---|---|---|---|
| The Team | TaskRouter | Client Pricing | Appointment Reminders | Helper Libraries |
| Press & Media | Network Traversal Service | Network Traversal Pricing | Dispatch Notifications | Blog |
| Twilio.org | Programmable SMS | TaskRouter | ETA Alerts | Help |
| Careers | IP Messaging | Lookup | Automated Surveys | |
| | Authy | International Coverage | Masked Phone Numbers | |
| | Monitor | | Visual Estimates | |
| | Lookup | | Developer Network | |
| | Support Plans | | Webinars | |
| | | | White Papers | |

### INQUIRIES

Contact Press          Support

Press          Status    Sales    Technical    Community    Legal

© 2016 Twilio. All rights reserved.    |    Terms of Service    |    Privacy Policy

PRODUCTS & PRICING  USE CASES  API & DOCS  NOT A DEVELOPER?  SIGN UP  LOG IN

TWILIO DOCS                    Quickstart    Tutorials    API Reference    Helper Libraries

# TWO-FACTOR AUTHENTICATION WITH AUTHY

NODE.JS | EXPRESS    MORE LANGUAGES ▾    GET THE CODE ▾

Two Factor Authentication (2FA) helps keep you user accounts secure by validating two "factors" of identity. Most login systems only validate something your user knows, like a password. You can make it ...



---

## Node.js Tutorial

View Full Screen ⤢

**TWO-FACTOR AUTHENTICATION WITH AUTHY**

     You did it! Good for you :)

and the latest in Authy technology.

If you're a Node.js developer working with Twilio, you might want to check out these other tutorials.

**Account Verification**

Increase the security of your login system by verifying a user's mobile phone.

**Server Notifications via SMS**

Faster than e-mail and less likely to get blocked, text messages are great for timely alerts and notifications. Learn how to send out SMS (and MMS) notifications to a list of server administrators.

**DID THIS HELP?**

Thanks for checking out this tutorial! If you

/ models / Session.js

```javascript
1   var mongoose = require('mongoose');
2   var uuid = require('node-uuid');
3   var User = require('./User');
4
5   // Define session model schema
6   var SessionSchema = new mongoose.Schema({
7     userId: {
8       type: String,
9       required: true
10    },
11    token: {
12      type: String,
13      required: true,
14      unique: true
15    },
16    confirmed: {
17      type: Boolean,
18      default: false
19    }
20  });
21
22  // Create a session for the given user
23  SessionSchema.statics.createSessionForUser = function(user, conf, cb) {
24    var newSession = new Session({
25      userId: user._id,
26      confirmed: conf,
27      token: uuid.v1()
28    });
29    // we need to do the 2FA step first
30    if (!conf) {
31      user.sendOneTouch(function(err, authyResponse) {
```

---

**COMPANY**
About Twilio
Our Nine Values
Our Leadership Principles

**PRODUCTS**
Programmable Voice
Elastic SIP Trunking
Programmable Video

**PRICING**
Voice Pricing
Messaging Pricing
SIP Trunking Pricing

**USE CASES**
Customer Stories
Showcase
Two-Factor Authentication

**API & DOCS**
Quickstarts
Tutorials
API Reference

Ex. 28, p. 277

The Team

Press & Media

Twilio.org

Careers

TaskRouter

Network Traversal Service

Programmable SMS

IP Messaging

Authy

Monitor

Lookup

Support Plans

Client Pricing

Network Traversal Pricing

TaskRouter

Lookup

International Coverage

Appointment Reminders

Dispatch Notifications

ETA Alerts

Automated Surveys

Masked Phone Numbers

Visual Estimates

Developer Network

Webinars

White Papers

Helper Libraries

Blog

Help

## INQUIRIES

Contact Press

Press

Support

Status  Sales  Technical  Community  Legal

© 2016 Twilio. All rights reserved.  |  Terms of Service  |  Privacy Policy