# EXHIBIT 29

PRODUCTS & PRICING    USE CASES    API & DOCS    NOT A DEVELOPER?    SIGN UP    LOG IN

LEGAL    **Terms of Service**    Privacy    Transparency Report    Acceptable Use Policy    Trademark    SLA

# Twilio Terms of Service

*Last Updated February 1, 2016*

## Summary of Changes to Twilio's Terms of Service

We've updated our Terms of Service ("Terms"), which will be effective starting February 1, 2016. If you want to review our old Terms of Service, effective before February 1, 2016 click *here*.

## What we have NOT changed

We have not changed your ability to use our products and services. You may continue to access your Twilio account and use our products and services as you always have.

If you have a separate contract with Twilio covering your account and use of our services, these new Terms will not apply to you.

## What we HAVE changed

We have changed the format and tone of the Terms to make them easier to understand by taking out as much legalese as our lawyers will allow.

Here is a list of some of the bigger changes we want to point out to you:

**3. Your Account(s):** We have added language to explain the account creation process. For certain phone numbers (we'll let you know which), you must now provide an address.

**5. Our Use and Storage of Customer Data:** We have added a clearer definition of "customer data" and explained when we may be required to disclose it. We've also added a link to our update privacy notices. Check it out here.

**6. Restrictions:** (f) If you have purchased a short code through Twilio, then you had to indicate how you are going to use it and you may not change this use without Twilio's approval. We'll approve a change if we can, but it's not always up to us. (g) If you don't use the Twilio numbers in your account, we can reclaim them, although we will tell you before we do. (h) In general, you may port away your phone numbers as long as certain requirements are met.

**7. Export Controls:** You must now promise to comply with all export laws and regulations.

**8. Affiliates:** Your affiliates (e.g., subsidiaries, parent companies, etc.) may order Twilio services under these Terms.

**10.2. Suggestions and Contributions:** Please tell us what you think of our services, send us suggestions about improvements and additions, but please understand that we can use your feedback free of charge or any other obligations.

**11.2 Beta Service:** If you use any of our services while they are in a beta stage, you understand that they may have some bugs that still need to be worked out.

While we've done our best to make our Terms complete, readable, and understandable, you may still have additional questions. We get that. So, feel free to contact our support team at help@twilio.com.

Or, if you prefer, you may write to us at:

| Twilio Inc. | Twilio Ireland Limited, |
| 645 Harrison Street, Third Floor | 25-28 North Wall Quay |
| San Francisco, CA 94107 | Dublin 1, Ireland |

# Twilio Terms of Service

*Last Updated February 1, 2016*

Ahoy! And welcome to Twilio! Twilio is a cloud communications company. Our Services enable connectivity and the easy integration of telecommunications capabilities into software applications, including mobile, web-based and desktop applications.

Twilio provides its Services subject to the terms and conditions in this Terms of Service (**"Terms"**). When we refer to our **"Services"** in these Terms, we mean to include the whole enchilada -- our platform services, which includes all of our programs, features, functions and report formats, instructions, code samples, the TwiML markup language, on-line help files and technical documentation, our website, account portal, technical support, as well as any upgrades or updates to any of these, made generally available by us, and includes any of our SDKs, APIs or software provided to you in connection with your use of our services, and our connectivity services.

To be eligible to register for a Twilio account and use Twilio's Services, you must review and accept the terms of this Agreement by clicking on the "I Accept" button or other mechanism provided.
PLEASE REVIEW THESE TERMS CAREFULLY. ONCE ACCEPTED, THESE TERMS BECOME A BINDING LEGAL COMMITMENT BETWEEN YOU AND TWILIO. IF YOU DO NOT AGREE TO BE BOUND BY THESE TERMS, YOU SHOULD NOT CLICK THE "I ACCEPT" BUTTON AND YOU SHOULD NOT USE TWILIO'S SERVICES.

In this Agreement, "**we**," "**us**," "**our**" or "**Twilio**" will refer to Twilio Inc., 645 Harrison Street, Third Floor, San Francisco, CA 94107. And, the terms "**you**," "**your**" and "**Customer**" will refer to you. If you are registering for a Twilio account or using Twilio's services on behalf of an organization, you are agreeing to these terms for that organization and promising Twilio that you have the authority to bind that organization to these Terms (and, in which case, the terms "you" and "your" or "customer" will refer to that organization). The exception to this is if that organization has a separate contract with Twilio covering your account and use of our Services, in which case that contract will govern your account and use of Twilio's Services.

IMPORTANT NOTE: TWILIO DOESN'T PROVIDE WARRANTIES FOR ITS SERVICES, AND THESE TERMS LIMIT OUR LIABILITY TO YOU. For more details, go to Sections 11 and 13.

IN ADDITION, DISPUTES ABOUT THESE TERMS OR RELATING TO YOUR TWILIO ACCOUNT OR TWILIO'S SERVICES GENERALLY MUST BE RESOLVED BY BINDING ARBITRATION AND ON AN INDIVIDUAL BASIS ONLY. For more details, go to Section 17.

If you have any questions, you can reach the Twilio team at twilio.com/help/contact.

If you are a U.S. federal government user or otherwise accessing or using any Twilio service in a U.S. federal government capacity, this Amendment to these Terms applies to you.

1. Changes to These Terms
2. Changes to Our Services

3. Your Account(s)
4. Access and Use of Our Services
5. Our Use and Storage of Customer Data
6. Restrictions
7. Export Controls
8. Affiliates
9. Fees, Payment Terms, Taxes
10. Ownership and Confidentiality
11. Warranties and Disclaimers
12. Indemnification
13. Exclusion of Damages; Limitations of Liability
14. Termination of These Terms
15. Survival
16. General
17. Agreement to Arbitrate
18. Fun

## 1. Changes to These Terms

We may revise these Terms from time to time. If we do, those revised Terms will supersede prior versions. Unless we say otherwise, revisions will be effective upon the effective date indicated at the top of these Terms. We will provide you advance notice of any material revisions. This notice will be provided via the account portal and/or via an email to the email address we have on file. For other revisions, we will update the effective date of these Terms at the top of the page. We encourage you to check the effective date of these Terms whenever you visit Twilio's website or account portal. Your continued access or use of our Services constitutes your acceptance of any revisions. If you don't agree to the revisions, you should stop using Twilio's Services and we are not obligated to provide you with the Services.

## 2. Changes to Our Services

The features and functions of our Services, including our APIs, and Twilio's service level agreement (SLA), may change over time. It is your responsibility to ensure that calls or requests you make to our Services are compatible with our then-current Services. Although we try to avoid making changes to our Services that are not backwards compatible, if any such changes become necessary, we will use reasonable efforts to let you know at least sixty (60) days prior to implementing those changes.

## 3. Your Account(s)

To use our Services, you will be asked to create an account. As part of the account creation process, you'll be asked to provide your email address, create a password, and verify that you're a human being by providing a telephone number to which we'll send you a verification code to enter into the form. Until you apply for an account, your access to our Services will be limited to what is available to the general public. When registering an account, you must provide true, accurate, current and complete information about yourself as requested during the account creation process. You must also keep that information true, accurate, current and complete after you create your account. You may also create multiple accounts as well as sub-accounts.

You are solely responsible for all use (whether or not authorized) of our Services under your account(s) and subaccount(s), including for the quality and integrity of your customer data and each of your applications. You are also solely responsible for all use and for all acts and omissions of anyone that has access to your application ("**End Users**"). You agree to take all reasonable precautions to prevent unauthorized access to or use of our Services and will notify us promptly of any unauthorized access or use. We will not be liable for any loss or damage arising from unauthorized use of your account.

For the purchase of any phone number for which Twilio is required to have an address for you on record, it is your obligation to provide us with an accurate and current address to associate with that number. You are responsible for updating that address within fifteen

(15) days of a change of address.

## 4. Access and Use of Our Services

We will make our Services available to you in accordance with our SLA, which may be updated from time to time.

You may use our Services, on a non-exclusive basis, solely in strict compliance with these Terms and the Twilio's Acceptable Use Policy ("AUP"), which may be updated from time to time, and applicable law, including:

> (a) Using our Services as needed to develop your software applications that interface with our Services ("Your Applications") or provide Services through Your Applications,
> (b) Making our Services available to End Users of Your Applications in connection with the use of each of Your Applications, and
> (c) Otherwise using our Services solely in connection with and as necessary for your activities under these Terms.

## 5. Our Use and Storage of Customer Data

You acknowledge that you have read Twilio's Privacy Policy and understand that it sets forth how we will collect, store, and use your Customer Data. Customer Data consists information made available to us through your use our services under these Terms, which includes information like your name, contact information, billing records, call or messaging logs, and traffic routing information, as well as the content of communications sent through integration with our Services, such as audio recordings, message bodies, and call recording transcriptions. If you do not agree Twilio's Privacy Policy, you must stop using our services.

Except as agreed by Twilio and you in writing, Twilio may periodically delete your Customer Data. Further, data storage is not guaranteed by us and you agree that we will not have any liability whatsoever for any damage, liabilities, losses, or any other consequences that you may incur relating to the loss or deletion of Customer Data.

You further acknowledge and agree that we may access or disclose Customer Data, including content of communications, if: (i) we believe that disclosure is reasonably necessary to comply with any applicable law, regulation, legal process or government request, (ii) to enforce our agreements and policies, (iii) to protect the security or integrity of our services and products, (iv) to protect ourselves, our other customers, or the public from harm or illegal activities, or (v) to respond to an emergency which we believe in good faith requires us to disclose data to assist in preventing a death or serious bodily injury.

## 6. Restrictions

We are excited to see what you build with our Services. But, you should know there are some restrictions on what you can do with them.

> (a) Except as provided in Section 4 (Access and Use of Our Services), you agree not to transfer, resell, lease, license or otherwise make available our Services to third parties or offer them on a standalone basis.
> (b) You will not attempt to use our Services to access or allow access to Emergency Services.
> (c) You will ensure that our Services are used in accordance with all applicable Law and third party rights, as well as these Terms and the Twilio AUP, as amended from time to time.
> (d) You will ensure that we are entitled to use your Customer Data, including content of communications, as needed to provide our Services and will not use our Services in any manner that violates any applicable law.
> (e) Except as allowed by applicable law, you will not reverse engineer, decompile, disassemble or otherwise create, attempt to create or derive, or permit or assist anyone else to create or derive the source code of any software provided in connection with our Services.
> (f) If you have purchased a short code, then you will not change your use of that short code from the use stated in your application to the carrier for approval of the short code without first obtaining an amendment to your application or re-applying to the carrier for approval of the short code under the new use.
> (g) We reserve the right to reclaim any phone number from your account and return that number to the relevant numbering plan if

you do not send sufficient traffic over that phone number such that the phone number is unutilized or underutilized, as defined by any local, federal, and/or national regulatory agency and/or governmental organization with oversight over the relevant phone number and numbering plan. If we seek to reclaim a phone number from your account, excluding suspended and trial accounts, we will send you an email at least two (2) weeks' in advance telling you that we are reclaiming the phone number, unless we're otherwise prevented from doing so by the applicable regulatory agency or governmental organization. We also reserve the right to reclaim phone numbers from accounts suspended for failure to pay and/or suspended for suspected fraud, and to reclaim phone numbers in free trial accounts that are unutilized for more than thirty (30) days.

(h) You acknowledge that we are the "customer of record" for all phone numbers provided as part of our Services. As the customer of record, Twilio has certain rights with respect to porting phone numbers. You understand and agree that you may use the phone numbers provided as part of our Services subject to these Terms and until the end of the Terms Period (as defined in Section 14.1 (Terms Period)). Unless otherwise required by law, we reserve the right to refuse to allow you to port away any phone number in our sole discretion. Regardless, we may allow you to port away phone numbers, so long as you (1) have an upgraded account in good standing, and (2) have either ported in or purchased the phone number more than 90 days prior to the port-away date.

## 7. Export Controls

Our Services, including any software we may provide in connection with those Services, may be subject to applicable U.S. export control laws and economic sanctions regulations. In receiving this software or our Services, you agree to comply strictly with all domestic and international export laws and economic sanctions regulations as they apply to this software and our Services, and to the extent consistent with these Terms, to obtain any necessary license or other authorization to export, reexport, or transfer such software or our other aspects of our Services. These laws include restrictions on destinations, End Users, and end use. Without limitation, you may not transfer any such software or other aspect of our Service without U.S. government authorization to any entity on a U.S. government exclusion list (e.g., the Department of Commerce's List of Denied Persons, Entity, or Unverified List, and the Treasury Department's List of Specially Designated Nationals and Consolidated Sanctions List). You represent that you are not on a U.S. government exclusion list or under the control of or an agent for any entity on such a list, and you further warrant that you will immediately discontinue use of our software and Services if you become placed on any such list or under the control of or an agent for any entity placed on such a list.

## 8. Affiliates

Affiliates are any entity or person that controls you, is controlled by you, or under common control with you, such as a subsidiary, parent company, or employee. (Similarly, if we refer to our affiliates, we mean an entity or person that controls us, is controlled by us or is under common control with us.) If applicable to you, your affiliates may order Services directly from us under these Terms, provided that all of your affiliate's activities are subject to these Terms. You will be responsible for the acts and omissions of your affiliates in connection with each affiliate's use of our Services.

## 9. Fees, Payment Terms, Taxes

9.1 Fees. You agree to pay the usage fees set forth in your "**Rate Schedule**" (which is either our standard schedule of fees, as may be updated from time to time, and/or any other order forms for our Services ordered by you and accepted in writing by us). In addition, you agree to pay any applicable support fees in connection with your order of any support services pursuant to our Support Terms.

9.2 Taxes. Unless otherwise stated in your Rate Schedule, you are responsible for and shall pay all applicable taxes. This includes all federal, state and local taxes, fees, charges, surcharges or other similar exactions, imposed on or with respect to our Services whether these taxes are imposed directly on you or on Twilio and include, but are not limited to, sales and use taxes, utility user's fees, excise taxes, VAT, any other business and occupations taxes, 911 taxes, franchise fees and universal service fund fees or taxes. For purposes of this section, taxes do not include any taxes that are imposed on or measured by the net income, property tax or payroll taxes of Twilio. You understand and agree that the detail of taxes charged will be made available to you through Twilio's customer portal as a csv file for download for a period of twelve (12) months after such taxes are incurred.

If you're exempt from any taxes for any reason, send an email to our tax department at legalnotices@twilio.com with an executed,

signed and dated valid exemption certificate. Once our tax department has received and approved your exemption certificate, we will exempt you from those taxes on a going-forward basis. If, for any reason a taxing jurisdiction determines that you are not exempt from those taxes and assesses those taxes, you agree to pay Twilio those taxes, plus any applicable interest or penalties.

9.3 Payment Terms. Subject to certain credit requirements as determined by us, we may let you pay amounts due under these Terms in arrears. If we let you to do that, you will make all of the payments due hereunder within thirty (30) days of the date of the invoice.

Unless you and Twilio agree otherwise in writing, all fees due under these Terms are payable in United States dollars. Payment obligations can't be canceled and fees paid are non-refundable. Subject to Section 9.4 (Fee Disputes), if you are overdue on any payment and fail to pay within ten (10) business days of a written notice of your overdue payment, then we may assess and you must pay a late fee. The late fee will be either 1.5% per month, or the maximum amount allowable by law, whichever is less. Subject to Section 9.4 (Fee Disputes) and following the overdue notice, we may also suspend our Services to your account until you pay the amount you are overdue plus the late fee.

9.4 Fee Disputes. You must notify us in writing if you dispute any portion of any fees paid or payable by you under this Agreement. You must provide that written notice to us within sixty (60) days of the applicable charge and we will work together with you to resolve the applicable dispute promptly. If you do not provide us with this written notice of your fee dispute within this 60 day period, you will not be entitled to dispute any fees paid or payable by you.

9.5 Suspension. If your use of our Services exceeds the amounts prepaid by you or of if you fail to pay any amounts due by you under Section 9 of the Agreement, we may suspend our Services associated with your account without prior notice to you. We will have no liability for any damage, liabilities, losses (including any loss of data or profits) or any other consequences that you may incur with connection with any suspension of our services pursuant to this section.

## 10. Ownership and Confidentiality

10.1 General. As between you and Twilio, we exclusively own and reserve all right, title and interest in and to our Services. As between you and Twilio, you exclusively own and reserve all right, title and interest in Your Applications and the content of any communications sent through integration with our Services.

10.2 Suggestions and Contributions. We welcome your feedback on our Services. But please know that by submitting suggestions or other feedback about our Services ("**Contributions**") you agree that: (1) we are not under any obligation of confidentiality with respect to your Contributions; (2) we may use or disclose (or choose not to use or disclose) your Contributions for any purpose and in any way; (3) you irrevocably, non-exclusively license to us rights to exploit your Contributions; and (4) you are not entitled to any compensation or reimbursement of any kind from us under any circumstances for your Contributions.

10.3 Use of Marks. Subject to these Terms, we both grant each other the right to use and display each other's name and logo (the Licensor Marks) on our respective websites and in other promotional materials solely in connection with each of our respective activities under these Terms. All of this use of the Licensor Marks will be in accordance with the each other's applicable usage guidelines and will inure to the benefit of Licensor. The one of us using the other's Licensor Marks under this subsection will not use, register or take other action with respect to any of the Licensor Marks, except to the extent allowed in advance in writing by the one of us whose Licensor Marks are being used. In using the Licensor Marks under this subsection, the one of us using the other's Licensor Marks will always use the then-current Licensor Marks and will not add to, delete from or modify any of Licensor Marks. The one of us using the other's Licensor Marks will not, at any time, misrepresent the relationship between us. The one using the other's Licensor Marks will not present itself as an affiliate or other legal agent of the one of us whose Licensor Marks are being used. The rights to use and display each other's Licensor Marks under this subjection will end automatically in the event these Terms terminate.

10.4 Confidentiality. "**Confidential Information**" means any information or data, regardless of whether it is in tangible form, disclosed by either party that is marked or otherwise designated as confidential or proprietary or that should otherwise be reasonably understood to be confidential given the nature of the information and the circumstances surrounding disclosure. "Confidential Information" does not

include any information which: (i) is publicly available through no fault of receiving party; (ii) was properly known to receiving party, without restriction, prior to disclosure by the disclosing party; (iii) was properly disclosed to receiving party, without restriction, by another person without violation of disclosing party's rights; or (iv) is independently developed by the receiving party without use of or reference to the disclosing party's Confidential Information

Each party agrees that it will use the Confidential Information of the other party solely in accordance with the provisions of this Agreement and it will not disclose such information to any third party without the other party's prior written consent, except as otherwise permitted hereunder. Each party agrees to exercise due care in protecting the Confidential Information from unauthorized use and disclosure. Each party may disclose the Confidential Information of the other party, in whole or in part to its employees, representatives, actual or potential investors and subcontractors who have a need to know and are legally bound to keep such information confidential consistent with the terms of this Section. Either party may disclose the Confidential Information of the other party as required by law, upon prior written notice to the other party (where allowed by law); provided that such party will use its reasonable efforts to minimize such disclosure to the extent permitted by applicable law.

10.5 Injunctive Relief. The parties expressly acknowledge and agree that no adequate remedy exists at law for an actual or threatened breach of this Section 10 and that, in the event of an actual or threatened breach of the provisions of this Section, the non-breaching party will be entitled to seek immediate injunctive and other equitable relief, without waiving any other rights or remedies available to it. Each party will promptly notify the other in writing if it becomes aware of any violations of the confidentiality obligations set forth in this Section.

## 11. Warranties and Disclaimers

11.1 NO WARRANTY. WITHOUT LIMITING TWILIO'S EXPRESS WARRANTIES AND OBLIGATIONS UNDER THESE TERMS, TWILIO HEREBY DISCLAIMS ANY AND ALL OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO WARRANTIES OF MERCHANTABILITY, TITLE, NON-INFRINGEMENT, AND FITNESS FOR A PARTICULAR PURPOSE AND WARRANTIES RELATED TO THIRD-PARTY EQUIPMENT, MATERIAL, SERVICES OR SOFTWARE. EXCEPT FOR THE EXPRESS WARRANTIES SET FORTH IN THIS SECTION 10 AND TWILIO'S SLA (AND SUPPORT TERMS), TWILIO'S SERVICES ARE PROVIDED "AS IS" TO THE FULLEST EXTENT PERMITTED BY LAW. TO THE EXTENT THIS DISCLAIMER CONFLICTS WITH APPLICABLE LAW, THE SCOPE AND DURATION OF ANY APPLICABLE WARRANTY WILL BE THE MINIMUM PERMITTED UNDER THAT LAW.

11.2 BETA SERVICES. FROM TIME TO TIME, YOU MAY HAVE THE OPTION TO PARTICIPATE IN A PROGRAM WITH TWILIO WHERE YOU GET TO USE ALPHA OR BETA SERVICES, PRODUCTS, FEATURES AND DOCUMENTATION ("**BETA SERVICES**") OFFERED BY US. THESE BETA SERVICES ARE NOT GENERALLY AVAILABLE AND MAY CONTAIN BUGS, ERRORS, DEFECTS OR HARMFUL COMPONENTS. ACCORDINGLY, WE ARE PROVIDING THE BETA SERVICES TO YOU "AS IS." WE MAKE NO WARRANTIES OF ANY KIND WITH RESPECT TO THE BETA SERVICES, WHETHER EXPRESS, IMPLIED, STATUTORY OR OTHERWISE, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR NON-INFRINGEMENT. NOTWITHSTANDING ANY PUBLISHED DOCUMENTATION THAT STATES OTHERWISE, TWILIO DOES NOT WARRANT THAT THE BETA SERVICES WILL BE ERROR-FREE OR THAT THEY WILL MEET ANY SPECIFIED SERVICE LEVEL, OR WILL OPERATE WITHOUT INTERRUPTIONS OR DOWNTIME.

## 12. Indemnification

You will defend, indemnify and hold Twilio and its affiliates harmless against any actual or threatened claim, loss, liability, proceeding, third-party discovery demand, governmental investigation or enforcement action arising out of or relating to your activities under these Terms or your acts or omissions in connection with the provision of Your Application, including, without limitation, any intellectual property claims relating to the Your Application and any violation by you or your End Users of the terms of Section 6 (Restrictions) ("**Claim**"). We and our affiliates will cooperate as fully as reasonably required in the defense of any Claim, at your expense. We reserve the right, at your expense, to retain separate counsel for ourselves in connection with any Claim or, if you have not responded reasonably to the applicable Claim, to assume the exclusive defense and control of any Claim in which you are a named party and that is otherwise subject to indemnification under this Section 12 (Indemnification). You will pay all costs, reasonable attorneys' fees and any settlement amounts or damages awarded against us in connection with any Claim. You will also be liable to us for any costs and attorneys' fees we incur to successfully establish or enforce our right to indemnification under this Section.

## 13. Exclusion of Damages; Limitations of Liability

EXCEPT FOR LIABILITY ARISING FROM VIOLATIONS OF SECTIONS 6 (RESTRICTIONS), 10 (OWNERSHIP) OR 12 (INDEMNIFICATION), UNDER NO CIRCUMSTANCES AND UNDER NO LEGAL THEORY, WHETHER IN TORT, CONTRACT, OR OTHERWISE, WILL TWILIO BE LIABLE TO YOU FOR ANY INDIRECT, SPECIAL, INCIDENTAL, CONSEQUENTIAL OR PUNITIVE DAMAGES OF ANY CHARACTER, INCLUDING, WITHOUT LIMITATION, DAMAGES FOR LOSS OF GOODWILL, LOST PROFITS, LOST SALES OR BUSINESS, WORK STOPPAGE, COMPUTER FAILURE OR MALFUNCTION, LOST DATA, OR FOR ANY AND ALL OTHER DAMAGES OR LOSSES, EVEN IF WE HAD BEEN ADVISED, KNEW OR SHOULD HAVE KNOWN OF THE POSSIBILITY OF SUCH DAMAGES. EXCEPT AS DESCRIBED IN THIS SECTION 13, UNDER NO CIRCUMSTANCES AND UNDER NO LEGAL THEORY, WHETHER IN TORT, CONTRACT, OR OTHERWISE, WILL TWILIO BE LIABLE TO YOU FOR ANY DIRECT DAMAGES, COSTS OR LIABILITIES IN EXCESS OF THE AMOUNTS PAID BY YOU DURING THE TWELVE (12) MONTHS PRECEDING THE INCIDENT OR CLAIM.

THE PROVISIONS OF THIS SECTION 13 ALLOCATE THE RISKS UNDER THIS AGREEMENT BETWEEN THE PARTIES, AND THE PARTIES HAVE RELIED ON THE LIMITATIONS SET FORTH HEREIN IN DETERMINING WHETHER TO ENTER INTO THIS AGREEMENT.

TWILIO'S SERVICES ARE NOT INTENDED TO SUPPORT OR CARRY EMERGENCY CALLS TO ANY EMERGENCY SERVICES. NEITHER TWILIO NOR ITS REPRESENTATIVES WILL BE LIABLE UNDER ANY LEGAL OR EQUITABLE THEORY FOR ANY CLAIM, DAMAGE, OR LOSS (AND CUSTOMER WILL HOLD TWILIO HARMLESS AGAINST ANY AND ALL SUCH CLAIMS) ARISING FROM OR RELATING TO THE INABILITY TO USE OUR SERVICES TO CONTACT EMERGENCY SERVICES.

## 14. Termination of These Terms

14.1 Terms Period. The period of these Terms will commence on the date these Terms are accepted by you and continue for for twelve months. This is called the **Initial Period**. These Terms will automatically renew for additional one-year periods (each, a "**Renewal Period**"), unless either you or Twilio provides notice of non-renewal at least thirty (30) days prior to the end of the Initial Period or a Renewal Period. The Initial Period and all Renewal Periods will be referred to in this agreement as the "Terms Period".

14.2 Termination and Suspension of Services. Either party may terminate these Terms for any reason upon 60 days written notice to the other party. Either party may also terminate these Terms in the event the other party commits any material breach of these Terms and fails to fix that breach within 5 days after written notice of that breach. If we terminate these Terms due to your material breach, we may terminate or suspend your account(s) as well.

In addition to suspension of our services for non-payment of fees as described in Section 9.5 (Suspension), we may also suspend our Services immediately for cause if: (a) you violate (or give us reason to believe you have violated) the Twilio AUP; (b) there is reason to believe the traffic created from your use of our Services or your use of our Services is fraudulent or negatively impacting the operating capability of our Services; (c) we determine, in our sole discretion, that providing our Services is prohibited by law, or it has become impractical or unfeasible for any legal or regulatory reason to provide our Services; or (d) subject to applicable law, upon your liquidation, commencement of dissolution proceedings, disposal of your assets or change of control, a failure to continue business, assignment for the benefit of creditors, or if you become the subject of bankruptcy or similar proceeding. If we suspend our Services to your account, we will make a reasonable attempt to notify you.

## 15. Survival

Upon termination or expiration of these Terms, your payment obligations, the terms of this Section 15, and the terms of the following Sections will survive (i.e. still apply): Section 5 (Our Use and Storage of Customer Data), Section 6 (Restrictions), Section 10 (Ownership and Confidentiality), Section 11 (Warranties and Disclaimer), Section 12 (Indemnification), Section 13 (Exclusion of Damages; Limitation of Liability) and Section 16 (General).

## 16. General

16.1 Compliance with Laws. Both you and Twilio will comply with the applicable law relating to each of our respective activities under these Terms, including privacy and data protection laws and applicable rules established by the Federal Communications Commission.

16.2 No Waiver. Twilio's failure to enforce at any time any provision of these Terms or our AUP does not waive our right to do so later. And, if we do expressly waive any provision of these Terms or our AUP, that does not mean it is waived for all time in the future. Any waiver must be in writing and signed by and us to be legally binding.

16.3 Assignment. You will not assign or otherwise transfer these Terms, in whole or in part, without our prior written consent. Any attempt to assign, delegate, or transfer these Terms will be null and void. Subject to the this, these Terms will be binding on both you and Twilio and each of our successors and assigns.

16.4 Relationship. You and Twilio are independent contractors in the performance of each and every part of these Terms. Nothing in these Terms is intended to create or shall be construed as creating an employer-employee relationship or a partnership, agency, joint venture, or franchise. You and Twilio will be solely responsible for all of our respective employees and agents and our respective labor costs and expenses arising in connection with our respective employees and agents. You and Twilio will also be solely responsible for any and all claims, liabilities or damages or debts of any type that may arise on account of each of our respective activities, or those of each of our respective employees or agents, in the performance of these Terms. Neither you nor Twilio has the authority to commit the other of us in any way and will not attempt to do so or imply that it has the right to do so.

16.5 Unenforceability. Except as described in Section 17 (Agreement to Arbitrate), if any provision of these Terms is held by a court or other tribunal of competent jurisdiction to be unenforceable, that provision will be limited or eliminated to the minimum extent necessary to make it enforceable and, in any event, the rest of these Terms will continue in full force and effect.

16.6 Notices. Any notice required or permitted to be given under these Terms will be given in writing to the receiving party by personal delivery, certified mail, return receipt requested, overnight delivery by a nationally recognized carrier or by email upon confirmation of receipt. Notices to Twilio shall be copied to legalnotices@twilio.com, Attn: General Counsel.

16.7 Entire Agreement. Except as provided in these Terms and any attachments to these Terms, these Terms supersede all prior and contemporaneous proposals, statements, sales materials or presentations and agreements, oral and written. No oral or written information or advice given by Twilio, its agents or employees will create a warranty or in any way increase the scope of the warranties in these Terms.

16.8 Force Majeure. No failure, delay or default in performance of any obligation of a party shall constitute an event of default or breach of these Terms to the extent that such failure to perform, delay or default arises out of a cause, existing or future, that is beyond the control and without negligence of such party, including action or inaction of governmental, civil or military authority; fire; strike, lockout or other labor dispute; flood, terrorist act; war; riot; theft; earthquake and other natural disaster. The party affected by such cause shall take all reasonable actions to minimize the consequences of any such cause.

16.9 Government Terms. We provide our Services, including related software and technology, for ultimate federal government end use solely in accordance with the terms of these Terms. If you (or any of your End Users) are an agency, department, or other entity of any government, the use, duplication, reproduction, release, modification, disclosure, or transfer of our services, or any related documentation of any kind, including technical data, software, and manuals, is restricted by these Terms. All other use is prohibited and no rights other than those provided in these Terms are conferred. Our services were developed fully at private expense.

16.10 Governing Law and Venue. The enforceability and interpretation of Section 17 (Agreement to Arbitrate) will be determined the Federal Arbitration Act (including its procedural provisions). Apart from Section 17, these Terms will be governed by and interpreted according to the laws of the State of California without regard to conflicts of laws and principles that would cause laws of another jurisdiction to apply. These Terms will not be governed by the United Nations Convention on Contracts for the International Sale of Goods. Except as provided in Section 17 (Arbitration), any legal suit, action or proceeding arising out of or related to these Terms or our Services shall be instituted in either the state or federal courts of San Francisco, California, and we each consent to the personal jurisdiction of these courts.

## 17. Agreement to Arbitrate

Before bringing a formal legal case, please first try contacting our Customer Support. Most disputes can be resolved that way.

17.1 <u>We Both Agree to Arbitrate</u>. If we can't resolve our dispute through our customer support, you or any of your affiliates on one hand and Twilio and any of Twilio's affiliates on the other hand, all agree to resolve any dispute arising under these Terms, or Privacy Notices, or in relation to our Services by binding arbitration in San Francisco, California, or in another location that we have both agreed to.

This applies to all claims under any legal theory, unless the claim fits in one the exceptions below in Subsection 17.2 (Exceptions to Agreement to Arbitrate). It also applies even after you have stopped using your Twilio account or have deleted it. If we have a dispute about whether this agreement to arbitrate can be enforced or applies to our dispute, we all agree that the arbitrator will decide that, too.

**Under this Section 17 (Agreement to Arbitrate), you understand that you and your affiliates and Twilio and its affiliates are giving up the right to have a judge and/or jury resolve any controversy or claim arising out of or relating to these Terms or Twilio's Services.**

17.2 <u>Exceptions to Agreement to Arbitrate</u>. You and your affiliates on one hand, and Twilio and its affiliates on the other hand, agree that we will go to court to resolve disputes relating to:

(1) Your, your affiliate's, Twilio's or Twilio's affiliates intellectual property (e.g., trademarks, trade dress, domain names, trade secrets, copyrights or patents); or

(2) Your violation of Twilio's AUP.

Also, any of us can bring a claim in small claims court either in San Francisco, California, or the county where you live, or some other place we both agree on, if it qualifies to be brought in that court.

In addition, if any of us brings a claim in court that should be arbitrated or any of us refuses to arbitrate a claim that should be arbitrated, the other of us can ask a court to force us to go to arbitration to resolve the claim (i.e., compel arbitration). Any of us may also ask a court to halt a court proceeding while an arbitration proceeding is ongoing.

17.3 <u>Details of Arbitration Procedure</u>. Prior to filing any arbitration, both parties jointly agree to seek to resolve any dispute between us by mediation conducted by the American Arbitration Association (AAA), with all mediator fees and expenses paid equally by the parties. If mediation is not successful, either party may initiate an arbitration proceeding with AAA. You can look at AAA's rules and procedures on their website http://www.adr.org or you can call them at 1-800-778-7879.

The arbitration will be governed by the then-current version of AAA's Commercial Arbitration Rules (the "Rules") and will be held with a single arbitrator appointed in accordance with the Rules. To the extent any thing described in this Section 17 conflicts with the Rules, the language of this Section 17 applies.

Each of us will be entitled to get a copy of non-privileged relevant documents in the possession or control of the other party and to take a reasonable number of depositions. All such discovery will be in accordance with procedures approved by the arbitrator. This Section 17 does not alter in any way the statute of limitations that would apply to any claims or counterclaims asserted by either party.

The arbitrator's award will be based on the evidence admitted and the substantive law of the State of California and the United States, as applicable, and will contain an award for each issue and counterclaim. The award will provide in writing the factual findings and legal reasoning for such award. The arbitrator will not be entitled to modify these Terms.

Except as provided in the Federal Arbitration Act, the arbitration award will be final and binding on the parties. Judgment may be entered in any court of competent jurisdiction.

17.4 <u>Class Action Waiver</u>. Both you and your affiliates, on one hand, and Twilio and its affiliates on the other hand, agree that any claims or controversies between us must be brought against each other on an individual basis only. That means neither you and your affiliates on one hand nor Twilio and its affiliates on the other hand can bring a claim as a plaintiff or class member in a class action, consolidated action, or representative action. The arbitrator cannot combine more than one person's or entity's claims into a single case, and cannot preside over any consolidated, class or representative proceeding (unless we agree otherwise). And, the arbitrator's decision or award in one person's or entity's case can only impact the person or entity that brought the claim, not other Twilio customers, and cannot be used to decide other disputes with other customers.

If a court decides that this Subsection 17.4 (Class Action Waiver) is not enforceable or valid, then the entire Section 17 (Agreement to Arbitrate) will be null and void (i.e., go away). But, the rest of the Terms will still apply.

## 18. Fun

You understand and acknowledge that developing applications should be fun and easy, and by using our Services, you agree to let your imagination run wild.

### For Customers who reside in the European Union only:

A. EC Data Protection Agreement. Twilio customers in the European Union wishing to execute standard contractual clauses with Twilio for transfer of personal data from the European Union may do so by following the instructions on the appropriate set of standard contractual clauses available by following the relevant link below:

    Link to Twilio Customer Model Clauses
    Link to Authy Customer Model Clauses

B. You will ensure that Twilio is enabled to use all Customer Data as necessary to provide the Services.

C. The primary characteristics of the Services, as agreed upon between you and Twilio will remain available to you during the Terms Period.

D. For Customers who reside in Germany, the following shall apply in relation to Warranties.

    a. Twilio warrants that for a period of 12 months from that date on which you enter into this Agreement, the Services will materially comply with the specifications as agreed upon between you and Twilio;

    b. Any and all further warranties are excluded.

E. Despite Section 9.4 (Disputes) above, you will have a reasonable period from the date of any charge to dispute such charge.

F. The following shall apply in relation to the limitation of liability:

    a. The Parties shall only be fully liable for intent and gross negligence as well as damages caused by injury to life, body or health;

    b. In an event of slight negligence, the Parties shall be liable only for breaches of a material contractual obligation (cardinal duty). A "cardinal duty" in the sense of this provision is an obligation whose fulfillment makes the processing of this Agreement possible in the first place and on the fulfillment of which the other Party may therefore generally rely;

    c. In any of the above mentioned cases, the Parties shall not be liable for any lack of commercial success, lost profits and indirect damages

d. Liability in accordance with the above clauses shall be limited to the typical, foreseeable damages: and

e. Except where otherwise stated in this Agreement, the Parties shall not be liable for any loss or damage or any costs, expenses or other claims including without limitation loss of profit, business, revenue, goodwill or anticipated savings, loss of any data or information and/or special or indirect loss or consequential loss or otherwise which arise out of or in connection with this Agreement

G. Twilio may amend or modify this Agreement from time to time, in which case the new Agreement will supersede prior versions. Twilio will notify Customer via e-mail not less than 30 days prior to the effective date of any such amendment or modification and will inform you about the intended amendments or modifications. If you do not object to the amendment or modification within 30 days from aforementioned notice, such non-objection may be relied upon by Twilio as your consent to any such amendment. Twilio will inform you about your right to object and the consequences of non-objection with the aforementioned notice.

## COMPANY

About Twilio

Our Nine Values

Our Leadership Principles

The Team

Press & Media

Twilio.org

Careers

## PRODUCTS

Programmable Voice

Elastic SIP Trunking

Programmable Video

TaskRouter

Network Traversal Service

Programmable SMS

IP Messaging

Authy

Monitor

Lookup

Support Plans

## PRICING

Voice Pricing

Messaging Pricing

SIP Trunking Pricing

Client Pricing

Network Traversal Pricing

TaskRouter

Lookup

International Coverage

## USE CASES

Customer Stories

Showcase

Two-Factor Authentication

Appointment Reminders

Dispatch Notifications

ETA Alerts

Automated Surveys

Masked Phone Numbers

Visual Estimates

Developer Network

Webinars

White Papers

## API & DOCS

Quickstarts

Tutorials

API Reference

Helper Libraries

Blog

Help

## INQUIRIES

Contact Press

Press

Support

Status    Sales    Technical    Community    Legal

© 2016 Twilio. All rights reserved.    |   Terms of Service    |    Privacy Policy

Ex. 29, p. 291