# EXHIBIT 31

PRODUCTS & PRICING    USE CASES    API & DOCS    NOT A DEVELOPER?    | SIGN UP |    LOG IN

**LEGAL**    Terms of Service    Privacy    Transparency Report    Acceptable Use Policy    Trademark    SLA

*Note: You're currently viewing an outdated version of Twilio's Terms of Service. For the most recent version, click* here*.*

# Twilio Terms of Service

Twilio's service enables software developers to integrate telecommunications capabilities into their applications, including mobile, web-based and desktop applications. Twilio provides its services subject to the terms and conditions contained in these Terms of Service (this **"Agreement"**). To become eligible to use Twilio's services under this Agreement, you must review and accept the terms of this Agreement by clicking on the "I Accept" button or other mechanism provided.

Please review the terms of this Agreement carefully. Once accepted, this Agreement becomes a binding legal commitment. If you have any questions, you can reach the Twilio team at twilio.com/help/contact.

If you are a government user or otherwise accessing or using any Twilio service in a government capacity, this Amendment to Twilio Terms of Service shall apply to you.

## 1. Definitions

**"Customer"** means the individual accepting the terms of this Agreement or the entity such individual represents, as applicable.

**"Customer Application"** means a software application that interfaces with the Twilio Services and includes any services (web-based or other services) made available by Customer through that application.

**"Customer Data"** means data and other information made available to Twilio through the use of the Twilio Services under this Agreement, including call records, audio recordings, recording transcriptions, SMS records, and SMS message content.

**"Documentation"** means all of the instructions, code samples, the TwiMLMarkup language, on-line help files and technical documentation made available by Twilio for the Twilio Services.

**"Emergency Services"** means services that allow a user to connect with emergency services personnel or public safety answering points such as 911 or E911 services.

**"End User"** means an end user of a Customer Application.

**"Rate Schedule"** means the schedule of fees located at twilio.com/pricing-signup, as such may be updated from time to time.

**"SLA"** means the service level agreement located at twilio.com/legal/service-level-agreement, as such may be updated from time to time.

**"Support Terms"** means the terms of support located at twilio.com/support-plans, as such may be updated from time to time.

**"Twilio Acceptable Use Policy"** means certain terms and conditions relating to the use of the Twilio Services, available at twilio.com/legal/aup, as such may be updated from time to time.

"**Twilio API**" means an application-programming interface for the Twilio Services (or feature of the Twilio Services) provided to Customer by Twilio.

"**Twilio Properties**" means the Twilio website, Twilio API, Documentation, and technical support made available by Twilio to Customer in connection with the Twilio Services.

"**Twilio Services**" means the services provided by Twilio to Customer under this Agreement, including all programs, features, functions and report formats, and subsequent updates or upgrades of any of the foregoing made generally available by Twilio, including without limitation the Twilio APIs and any software provided to Customer in connection with its use of the Twilio Services.

## 2. Twilio Customer Program and Services

2.1 <u>Provision of Services.</u> Twilio will make the Twilio Services available to Customer in accordance with the SLA and, as applicable, the Support Terms. Subject to the terms and conditions of this Agreement, Twilio grants Customer a non-exclusive, revocable right to:

a. Use the Documentation and Twilio APIs as needed to develop Customer Applications;

b. Offer and make the Twilio Services available to End Users in connection with the use of each Customer Application, in accordance with the Documentation; and

c. Otherwise use the Twilio Properties solely in connection with and as necessary for Customer's activities hereunder.

2.2 <u>Data Storage.</u> Customer acknowledges that, unless expressly agreed otherwise in a writing signed by Customer and Twilio, data storage is not guaranteed by Twilio and agrees that Twilio shall not have any liability whatsoever for any damage, liabilities, losses (including any loss of data or profits) or any other consequences that Customer may incur with respect to the loss or deletion of Customer Data.

2.3 <u>Use of Twilio Services.</u> Customer will be solely responsible for all use (whether or not authorized) of the Twilio Services and Documentation under its account, including for the quality and integrity of Customer Data and each Customer Application. Customer will ensure that it has a written agreement with each End User ("**End User Agreement**") that enables Twilio to use all Customer Data as necessary to provide the Services and that protects Twilio's rights to the same extent as the terms of this Agreement. The End User Agreement must include terms concerning restrictions on use, protection of proprietary rights, disclaimer of warranties and limitations of liability. Twilio agrees that, subject to the foregoing requirements, the End User Agreement need not specifically refer to Twilio. Customer will promptly notify Twilio if it becomes aware of any breach of the terms of the End User Agreement that may affect Twilio. Customer will take all reasonable precautions to prevent unauthorized access to or use of the Twilio Services and notify Twilio promptly of any such unauthorized access or use.

2.4 <u>Restrictions.</u>

a. Except as expressly provided in Section 2.1 (Provision of Services), Customer will not transfer, resell, lease, license or otherwise make available the Twilio Services to third parties. In any event, Customer will not offer the Twilio Services on a standalone basis. Customer will not use the Twilio Services to access or allow access to Emergency Services. Customer will ensure that the Twilio Services provided hereunder are used in accordance with all applicable laws, regulations and third party rights, as well as the terms of this Agreement, including Twilio's Acceptable Use Policy, which is hereby incorporated into this Agreement. Specifically and without limitation, Customer will ensure that Twilio is entitled to use the Customer Data as needed to provide the Twilio Services and will not use the Twilio Services in any manner that violates any data protection statute, regulation, order or similar law. Except as allowed by applicable law, with respect to any software provided to Customer hereunder, Customer will not reverse engineer, decompile, disassemble or otherwise create, attempt to create or derive, or permit or assist any third party to create or derive the source code of such software.

b. Twilio reserves the right to reclaim any phone number from Customer's account and return that number to the relevant numbering

Ex. 31, p. 296

plan if Customer does not send sufficient traffic over that phone number such that the phone number is unitilized or underutilized, as defined by any local, federal, and/or national regulatory agency and/or governmental organization with oversight over the relevant phone number and numbering plan. In the event that Twilio seeks to reclaim one or more phone numbers from Customer's account, Twilio will provide at least two weeks' written notice to Customer (via email) that Twilio is reclaiming one or more phone numbers, unless Twilio is otherwise prevented from doing so by the applicable regulatory agency or governmental organization

**2.5** Changes to Service. Customer acknowledges that the features and functions of the Twilio Services, including the Twilio APIs, and the terms of the SLA may change over time. It is Customer's responsibility to ensure that calls or requests Customer makes to the Twilio Services are compatible with then-current Twilio APIs. Although Twilio endeavors to avoid changes to the Twilio APIs that are not backwards compatible, if any such changes become necessary, Twilio will use reasonable efforts to notify Customer at least 60 days prior to implementation and to provide information required for Customer to continue to use the Services.

### 3. Fees

**3.1** Fees. Customer agrees to pay the usage fees set forth in the Rate Schedule. In addition, if applicable, Customer agrees to pay any applicable support fees in connection with Customer's order of any support services pursuant to the Support Terms.

**3.2** Net of Taxes. Unless otherwise stated in the Rate Schedule, all applicable federal, state or local taxes and all use, sales, commercial, gross receipts, privilege, surcharges, or other similar taxes, license fees and surcharges, whether charged to or against Twilio, will be payable by Customer. Customer will not withhold any taxes from any amounts due to Twilio.

**3.3** Invoicing. Subject to certain credit requirements as determined by Twilio, Twilio may agree to allow Customer to pay amounts due hereunder in arrears. In such event, Customer will make all of the payments due hereunder within 30 days of the date of the invoice. If Customer is overdue on any payment and fails to cure such non-payment within 10 days of written notice of the non-payment, then Twilio may assess and Customer will pay a late fee of the lesser of 1% per month or the maximum amount allowable by law.

**3.4** Disputes. Customer will notify Twilio in writing in the event Customer disputes any portion of any fees paid or payable by Customer under this Agreement. Customer will use reasonable efforts to provide such notice to Twilio within 60 days of the applicable charge and the parties will work together to resolve the applicable dispute promptly. Upon expiration of the 60-day period described in this Section, Customer will not be entitled to dispute any fees paid or payable by Customer.

**3.5** Suspension. Customer acknowledges that, in the event Customer's usage exceeds the amounts prepaid by Customer or any other failure to pay amounts due as described in this Section 3, Twilio will be entitled suspend the Twilio Services associated with Customer's account without prior notice to Customer. Twilo will not have any liability whatsoever for any damage, liabilities, losses (including any loss of data or profits) or any other consequences that Customer may incur with respect to any suspension of Twilio Services pursuant to this Section 3.

**3.6** Reporting. In the event Customer applies for and is accepted into Twilio's Partner Program, Customer will have certain reporting obligations in connection with the Partner Program. In addition to any other terms of Twilio's Partner Program, within 30 days of the end of each calendar quarter Customer will provide to Twilio a quarterly activity report in Twilio's then current standard form and format. Such reporting will include, at a minimum, the names of End Users of the Customer Application and the Twilio Services usage attributable to each such End User in the applicable quarter.

### 4. Ownership And Confidentiality

**4.1** Ownership Rights. As between the parties, Twilio exclusively owns and reserves all right, title and interest in and to the Twilio Services, Twilio Properties and Twilio's Confidential Information. As between the parties, Customer exclusively owns and reserves all right, title and interest in and to the Customer Data, Customer Applications and Customer's Confidential Information.

**4.2** Use of Licensor Marks. Subject to the terms of this Agreement, each party (the **"Licensor"**) grants to the other party (the

Ex. 31, p. 297

"**Licensee**") the right to use and display Licensor's name and marks (the "**Licensor Marks**") on its website and in other promotional materials related to its activities under this Agreement. All such use of the Licensor Marks will be in accordance with the Licensor's usage guidelines and will inure to the benefit of Licensor. Licensee will not use, register or take other action with respect to any of the Licensor Marks, except to the extent authorized in advance and in writing by Licensor. In its efforts, Licensee will always use the then-current Licensor Marks and will not add to, delete from or modify any of Licensor Marks. Licensee will not, at any time, misrepresent its relationship with Licensor. Licensee and will not present itself as an affiliate or other legal agent of Licensor. The license described in this Section will terminate automatically in the event of any termination of this Agreement.

4.3 <u>Confidentiality.</u>

a. <u>Definition.</u> "**Confidential Information**" means any information or data, regardless of whether it is in tangible form, disclosed by either party that is marked or otherwise designated as confidential or proprietary or that should otherwise be reasonably understood to be confidential given the nature of the information and the circumstances surrounding disclosure. "Confidential Information" does not include any information which: (i) is publicly available through no fault of receiving party; (ii) was properly known to receiving party, without restriction, prior to disclosure by the disclosing party; (iii) was properly disclosed to receiving party, without restriction, by another person without violation of disclosing party's rights; or (iv) is independently developed by the receiving party without use of or reference to the disclosing party's Confidential Information

b. <u>Use and Disclosure.</u> Each party agrees that it will use the Confidential Information of the other party solely in accordance with the provisions of this Agreement and it will not disclose such information to any third party without the other party's prior written consent, except as otherwise permitted hereunder. Each party agrees to exercise due care in protecting the Confidential Information from unauthorized use and disclosure. Each party may disclose the Confidential Information of the other party, in whole or in part to its employees, representatives, actual or potential investors and subcontractors who have a need to know and are legally bound to keep such information confidential consistent with the terms of this Section. Either party may disclose the Confidential Information of the other party as required by law, upon prior written notice to the other party (where allowed by law); provided that such party will use its reasonable efforts to minimize such disclosure to the extent permitted by applicable law.

4.4 <u>Injunctive Relief.</u> The Parties expressly acknowledge and agree that no adequate remedy exists at law for an actual or threatened breach of this Section and that, in the event of an actual or threatened breach of the provisions of this Section, the non-breaching party will be entitled to seek immediate injunctive and other equitable relief, without waiving any other rights or remedies available to it. Each party will promptly notify the other in writing if it becomes aware of any violations of the confidentiality obligations set forth in this Section.

**5. Disclaimer**

TWILIO HEREBY DISCLAIMS ANY AND ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO WARRANTIES OF MERCHANTABILITY, TITLE, NON-INFRINGEMENT, AND FITNESS FOR A PARTICULAR PURPOSE AND WARRANTIES RELATED TO THIRD PARTY EQUIPMENT, MATERIAL, SERVICES OR SOFTWARE. TWILIO'S SERVICES AND PROPERTIES ARE PROVIDED "AS IS" TO THE FULLEST EXTENT PERMITTED BY LAW. TO THE EXTENT SUCH DISCLAIMER CONFLICTS WITH APPLICABLE LAW, THE SCOPE AND DURATION OF ANY APPLICABLE WARRANTY WILL BE THE MINIMUM PERMITTED UNDER SUCH LAW.

**6. Exclusion of Damages; Limitation Of Liability**

UNDER NO CIRCUMSTANCES AND UNDER NO LEGAL THEORY, WHETHER IN TORT, CONTRACT, OR OTHERWISE, WILL TWILIO BE LIABLE TO CUSTOMER FOR ANY INDIRECT, SPECIAL, INCIDENTAL, CONSEQUENTIAL OR PUNITIVE DAMAGES OF ANY CHARACTER, INCLUDING, WITHOUT LIMITATION, DAMAGES FOR LOSS OF GOODWILL, LOST PROFITS, LOST SALES OR BUSINESS, WORK STOPPAGE, COMPUTER FAILURE OR MALFUNCTION, LOST DATA, OR FOR ANY AND ALL OTHER DAMAGES OR LOSSES, EVEN IF TWILIO HAS BEEN ADVISED, KNEW OR SHOULD HAVE KNOWN OF THE POSSIBILITY OF SUCH DAMAGES.

UNDER NO CIRCUMSTANCES AND UNDER NO LEGAL THEORY, WHETHER IN TORT, CONTRACT, OR OTHERWISE, WILL TWILIO BE LIABLE TO CUSTOMER FOR ANY DIRECT DAMAGES, COSTS, OR LIABILITIES IN EXCESS OF THE AMOUNTS PAID BY CUSTOMER

Ex. 31, p. 298

DURING THE TWELVE MONTHS PRECEDING THE INCIDENT OR CLAIM.

THE PROVISIONS OF THIS SECTION ALLOCATE THE RISKS UNDER THIS AGREEMENT BETWEEN THE PARTIES, AND THE PARTIES HAVE RELIED ON THE LIMITATIONS SET FORTH HEREIN IN DETERMINING WHETHER TO ENTER INTO THIS AGREEMENT.

THE TWILIO SERVICES ARE NOT INTENDED TO SUPPORT OR CARRY EMERGENCY CALLS TO ANY EMERGENCY SERVICES. NEITHER TWILIO NOR ITS REPRESENTATIVES WILL BE LIABLE UNDER ANY LEGAL OR EQUITABLE THEORY FOR ANY CLAIM, DAMAGE, OR LOSS (AND CUSTOMER WILL HOLD TWILIO HARMLESS AGAINST ANY AND ALL SUCH CLAIMS) ARISING FROM OR RELATING TO THE INABILITY TO USE THE TWILIO SERVICES TO CONTACT EMERGENCY SERVICES.

### 7. Termination

**7.1** Term. The term of this Agreement will commence on the date this Agreement is accepted by Customer and continue for a period of twelve months. This Agreement will automatically renew for additional one-year terms unless either party provides notice of non-renewal no less than 60 days prior to the end of a renewal term.**

**7.2** Termination. Either party may terminate this Agreement for any reason upon 180 days written notice to the other party. Either party may also terminate this Agreement in the event the other party commits any material breach of this Agreement and fails to remedy such breach within 5 days after written notice of such breach. Twilio may also suspend the Twilio Services immediately upon notice for cause if: (a) Customer violates (or gives Twilio reason to believe it has violated) any provision of the Twilio Acceptable Use Policy; (b) there is an unusual spike or increase in Customer's use of the Twilio Services for which there is reason to believe such traffic or use is fraudulent or negatively impacting the operating capability of the Twilio Services; (c) Twilio determines, in its sole discretion, that its provision of any of the Twilio Services is prohibited by applicable law, or has become impractical or unfeasible for any legal or regulatory reason; or (d) subject to applicable law, upon Customer's liquidation, commencement of dissolution proceedings, disposal of Customer assets or change of control, a failure to continue business, assignment for the benefit of creditors, or if Customer become the subject of bankruptcy or similar proceeding.**

**7.3** Survival. Upon termination or expiration of this Agreement, Customer's payment obligations, the terms of this Section 7.3 and the terms of the following Sections will survive: Section 2.2 (Data Storage), Section 2.3 (Use of Twilio Services), Section 2.4 (Restrictions), Section 4 (Ownership and Confidentiality), Section 5 (Disclaimer), Section 6 (Exclusion of Damages; Limitation of Liability), Section 8 (Indemnification; Disputes) and Section 9 (General).**

### 8. Indemnification; Disputes

**8.1** Indemnification by Customer. Customer will defend, indemnify and hold Twilio harmless against any actual or threatened claim, loss, liability, proceeding, third-party discovery demand, governmental investigation or enforcement action arising out of or relating to Customer's activities under this Agreement or Customer's acts or omissions in connection with the provision of the Customer Application, including without limitation, any intellectual property claims relating to the Customer Application and any violation by Customer or its End Users of the terms of Section 2.4 (Restrictions) (**"Claim"**). Twilio will cooperate as fully as reasonably required in the defense of any Claim, at Customer's expense. Twilio reserves the right, at Customer's expense, to retain separate counsel for Twilio or, if Customer has not responded reasonably to the applicable Claim, to assume the exclusive defense and control of any matter in which Customer is a named party and that is otherwise subject to indemnification under this Section. Customer will pay all costs, reasonable attorneys' fees and any settlement amounts or damages awarded against Twilio in connection with any Claim. Customer will also be liable to Twilio for any costs and attorneys' fees Twilio incurs to successfully establish or enforce its right to indemnification under this Section.

**8.2** Governing Law. Except as provided in Section 8.3, this Agreement will be governed by the laws of the State of California, exclusive of its rules governing choice of law and conflict of laws. This Agreement will not be governed by the United Nations Convention on Contracts for the International Sale of Goods.

**8.3** Arbitration. Except as provided in this Section, any dispute arising under this Agreement will be determined by binding arbitration

in San Francisco, California in accordance with the provisions of the Federal Arbitration Act, 9. U.S.C. §§1-16, as amended (the "Federal Arbitration Act").

a. <u>Details.</u> The arbitration will be governed by the then-current terms of the Commercial Arbitration Rules (the **"Rules"**) of the American Arbitration Association (the **"AAA"**) and will be held with a single arbitrator appointed in accordance with the Rules. The award of the arbitrator will be based on the evidence admitted and the substantive law of the State of California and the United States, as applicable, and will contain an award for each issue and counterclaim. The award will provide in writing the factual findings and legal reasoning for such award. The arbitrator will not be entitled to modify the terms of this Agreement. Except as provided in the Federal Arbitration Act, the arbitration award will be final and binding on the parties. Judgment may be entered in any court of competent jurisdiction. Each party will be entitled to obtain a copy of non-privileged relevant documents in the possession or control of the other party and to take a reasonable number of depositions. All such discovery will be in accordance with procedures approved by the arbitrator. This Section 8.3 does not alter in any way the statute of limitations that would apply to any claims or counterclaims asserted by either party. Under this Arbitration provision, both parties hereby give up the right to resolve any controversy or claim arising out of or relating to this Agreement by a judge and/or a jury. Prior to filing any arbitration, both parties jointly agree to seek to resolve any dispute between us by mediation conducted by the AAA, with all mediator fees and expenses paid equally by the parties.
Each party also agrees not to participate as a class representative or class member in any class action litigation, any class arbitration or any consolidation of individual arbitrations against each other. The parties specifically agree to the binding nature of the arbitration.

b. <u>Injunctive Relief.</u> Notwithstanding any provision in this Section to the contrary, Twilio may seek injunctive relief in any court having jurisdiction over the parties to enjoin or prevent any action you take or threaten to take in violation of the terms of this Agreement.

c. <u>Individual Basis Only.</u> It is the intent of the parties to require any claims or controversies between them to be submitted to arbitration on an individual basis only. CLAIMS SUBJECT TO THIS ARBITRATION PROVISION MAY NOT BE JOINED OR CONSOLIDATED IN ARBITRATION WITH ANY CLAIM OF ANY OTHER PERSON OR BE ARBITRATED ON A CLASS BASIS, IN A REPRESENTATIVE CAPACITY ON BEHALF OF THE GENERAL PUBLIC OR ON BEHALF OF ANY OTHER PERSON, UNLESS OTHERWISE AGREED TO BY THE PARTIES IN WRITING.

## 9. General

9.1 <u>Assignment.</u> Customer will not assign or otherwise transfer this Agreement, in whole or in part, without Twilio's prior written consent. Any attempted assignment, delegation, or transfer in violation hereof will be null and void.

9.2 <u>Amendment.</u> Twilio may amend this Agreement from time to time, in which case the new Agreement will supersede prior versions. Twilio will notify Customer not less than 10 days prior to the effective date of any such amendment and Customer's continued use of the Twilio Services following the effective date of any such amendment may be relied upon by Twilio as Customer's consent to any such amendment. Twilio's failure to enforce at any time any provision of this Agreement does not constitute a waiver of that provision or of any other provision of the Agreement.

9.3 For Customers that reside in Germany, the following shall apply for amendments and modifications of this Agreement: Twilio may amend or modify this Agreement from time to time, in which case the new Agreement will supersede prior versions. Twilio will notify Customer via e-mail not less than 30 days prior to the effective date of any such amendment or modification and will inform Customer about the intended amendments or modifications. If Customer does not object to the amendment or modification within 30 days from aforementioned notice, such non-objection may be relied upon by Twilio as Customer's consent to any such amendment. Twilio will inform the Customer about its right to object and the consequences of non-objection with the aforementioned notice.

9.4 <u>Waiver.</u> Any waiver of any breach or default by either party will not constitute a waiver of any other right or any subsequent breach or default. Failure or delay by either party to enforce any provision of this Agreement will not be deemed a waiver of future enforcement of that or any other provision.

**9.5** Relationship. Each party is an independent contractor in the performance of each and every part of this Agreement. Each party will be solely responsible for all of its employees and agents and its labor costs and expenses arising in connection therewith and for any and all claims, liabilities or damages or debts of any type whatsoever that may arise on account of its activities, or those of its employees or agents, in the performance of this Agreement. Customer does not have the authority to commit Twilio in any way and will not attempt to do so or imply that it has the right to do so.

**9.6** Unenforceability. In the event that any provision of this Agreement is held by a court or other tribunal of competent jurisdiction to be unenforceable, such provision will be limited or eliminated to the minimum extent necessary to render such provision enforceable and, in any event, the remainder of this Agreement will continue in full force and effect.

**9.7** Notices. Any notice required or permitted to be given hereunder will be given in writing to the receiving party by personal delivery, certified mail, return receipt requested, by email with proof of receipt, or by overnight delivery. Twilio may use Customer's current address, as provided by Customer in connection with billing and payment activities. Twilio's current address may be found on its website.

**9.8** Other Terms. This Agreement supersedes all prior and contemporaneous proposals, statements, sales materials or presentations and agreements, oral and written. No oral or written information or advice given by Twilio, its agents or employees will create a warranty or in any way increase the scope of the warranties in this Agreement. There will be no force or effect to any different terms of any related purchase order or similar form even if signed by the parties after the date hereof, except pursuant to an amendment to this Agreement in accordance with 9.2 above.

**9.9** Force Majeure. A party is not liable under this Agreement for non-performance caused by events or conditions beyond that party's control (each, a "Force Majeure Event") if the party makes reasonable efforts to perform. Either party may terminate this Agreement on written notice to the other party if the Force Majeure Event continues more than 30 days.

**9.10** Fun. Customer understands and acknowledges that developing voice applications should be fun and easy, and by using the Twilio Service, Customer agrees to let its imagination run wild.

**9.11** Government Terms. Twilio provides the Twilio Services, including related software and technology, for ultimate federal government end use solely in accordance with the terms of this Agreement. If Customer (or any of its customers) is an agency, department, or other entity of any government, the use, duplication, reproduction, release, modification, disclosure, or transfer of the Twilio Services, or any related documentation of any kind, including technical data, software, and manuals, is restricted by the terms of this Agreement. All other use is prohibited and no rights than those provided in this Agreement are conferred. The Twilio Services were developed fully at private expense.

---

### For Customers who reside in the European Union only:

A. EC Data Protection Agreement. If Customer desires to enter into an EC Data Protection Agreement with Twilio, Customer may do so by following this link after entering into this Agreement.

B. Customer will ensure that its **End User Agreement** enables Twilio to use all Customer Data as necessary to provide the Services.

C. The primary characteristics of the Services, as agreed upon between Customer and Twilio will remain available to Customers during the Term of this Agreement.

D. For Customers who reside in Germany, the following shall apply in relation to Warranties.

a. Twilio warrants that for a period of 12 months from that date on which Customer enters into this Agreement, the Services will

Ex. 31, p. 301

materially comply with the specifications as agreed upon between Customer and Twilio;

b. Any and all further warranties are excluded.

E. Despite Section 3.4 above, Customers will have a reasonable period from the date of any charge to dispute such charge.

F. The following shall apply in relation to the limitation of liability:

a. The Parties shall only be fully liable for intent and gross negligence as well as damages caused by injury to life, body or health;

b. In an event of slight negligence, the Parties shall be liable only for breaches of a material contractual obligation (cardinal duty). A "cardinal duty" in the sense of this provision is an obligation whose fulfillment makes the processing of this Agreement possible in the first place and on the fulfillment of which the other Party may therefore generally rely;

c. In any of the above mentioned cases, the Parties shall not be liable for any lack of commercial success, lost profits and indirect damages

d. Liability in accordance with the above clauses shall be limited to the typical, foreseeable damages: and

e. Except where otherwise stated in this Agreement, the Parties shall not be liable for any loss or damage or any costs, expenses or other claims including without limitation loss of profit, business, revenue, goodwill or anticipated savings, loss of any data or information and/or special or indirect loss or consequential loss or otherwise which arise out of or in connection with this Agreement

G. Twilio may amend or modify this Agreement from time to time, in which case the new Agreement will supersede prior versions. Twilio will notify Customer via e-mail not less than 30 days prior to the effective date of any such amendment or modification and will inform Customer about the intended amendments or modifications. If Customer does not object to the amendment or modification within 30 days from aforementioned notice, such non-objection may be relied upon by Twilio as Customer's consent to any such amendment. Twilio will inform the Customer about its right to object and the consequences of non-objection with the aforementioned notice.

Last Updated: December 2014

--------------------------------------------------------

| COMPANY | PRODUCTS | PRICING | USE CASES | API & DOCS |
|---------|----------|---------|-----------|------------|
| About Twilio | Programmable Voice | Voice Pricing | Customer Stories | Quickstarts |
| Our Nine Values | Elastic SIP Trunking | Messaging Pricing | Showcase | Tutorials |
| Our Leadership Principles | Programmable Video | SIP Trunking Pricing | Two-Factor Authentication | API Reference |
| The Team | TaskRouter | Client Pricing | Appointment Reminders | Helper Libraries |
| Press & Media | Network Traversal Service | Network Traversal Pricing | Dispatch Notifications | Blog |

| | | | | |
|---|---|---|---|---|
| Twilio.org | Programmable SMS | TaskRouter | ETA Alerts | Help |
| Careers | IP Messaging | Lookup | Automated Surveys | |
| | Authy | International Coverage | Masked Phone Numbers | |
| | Monitor | | Visual Estimates | |
| | Lookup | | Developer Network | |
| | Support Plans | | Webinars | |
| | | | White Papers | |

## INQUIRIES

| | |
|---|---|
| Contact Press | Support |
| Press | Status   Sales   Technical   Community   Legal |

© 2016 Twilio. All rights reserved.   |  Terms of Service  |  Privacy Policy  _____

Ex. 31, p. 303