# EXHIBIT 32

Twilio API Service Level Agreement

PRODUCTS & PRICING          USE CASES          API & DOCS          NOT A DEVELOPER?          SIGN UP          LOG IN

LEGAL                    Terms of Service       Privacy      Transparency Report      Acceptable Use Policy      Trademark      SLA

# Twilio API Service Level Agreement

Last Update: June 4, 2013

This Twilio API Service Level Agreement ("SLA") governs the use of the Twilio API under the terms of the Twilio Terms of Service (the "TOS") between Twilio, Inc. ("Twilio", "us" or "we") and users of the Twilio API ("you" or "Customer"). This SLA applies separately to each account using the Twilio API. Unless otherwise provided herein, this SLA is subject to the terms of the TOS and capitalized terms will have the meaning specified in the TOS. Twilio reserves the right to change the terms of this SLA in accordance with the TOS.

## 1. Service Commitment

Twilio will use commercially reasonable efforts to make the Twilio API available 99.95% of the time. In the event Twilio does not meet the goal of 99.95% API availability in a given calendar month ("Monthly Uptime Percentage"), you will be eligible to receive a Service Credit as described below.

## 2. Definitions

The following capitalized terms shall be given the meaning set forth below:

**2.1** "Unavailable Time" means the Twilio API is not available for use according to third party performance and monitoring services contracted by Twilio at its sole discretion (the "Monitoring Service"). The Monitoring Service reports of availability is currently available at status.twilio.com; provided that service issues or outages relating to any Exclusions (defined below) shall not be deemed as Unavailable Time.

**2.2** "Monthly Uptime Percentage" is calculated by subtracting from 100% the percentage of continuous 5 minute periods during the Service Month in which the Twilio API was in a state of "Unavailable Time" as identified by Monitoring Service

**2.3** A "Service Credit" is a dollar credit, calculated as set forth below, that Twilio may credit back to an eligible Customer account:

- For a calendar month where the Uptime Monthly Percentage, as identified by Monitoring Service, Twilio, at its sole discretion after confirming the nature and accuracy of the Unavailable Time, will credit Customer's account a percentage of that month's billings, as defined by this table:

| MONTHLY UPTIME PERCENTAGE | SERVICE CREDIT |
|---|---|
| <99.95% | 10% |

- Service Credit shall be issued to Customer's Twilio balance for future use only. No refunds or cash value will be provided. Service Credits may not be transferred or applied to any other account.

## 3. Credit Request and Payment Procedures

To apply for a Service Credit, the customer must submit a ticket via the Account Portal within 30 days of the month in which the Unavailable Time occurred. The ticket must include (i) "SLA Claim" as the subject of the ticket; (ii) the dates and times of the Unavailable Time for which you are requesting credit; and (iii) any applicable information that documents the claimed outage.

Ex. 32, p. 304

Twilio Service Level Agreement

## 4. Exclusions

Notwithstanding anything to the contrary, no Unavailable Time shall be deemed to have occurred with respect to any unavailability, suspension or termination of the Twilio API, or any other Twilio API performance issues, that (i) are caused by factors outside of Twilio's reasonable control, including, without limitation, any force majeure event, carrier related problems or issues, or Internet access or related problems beyond the demarcation point of Twilio or its direct hosting subcontractors (i.e beyond the point in the network where Twilio maintains access and control over the Twilio Services); (ii) result from any actions or inactions of Customer or any third party (other than Twilio's direct hosting subcontractor); (iii) result from Applications, equipment, software or other technology and/or third party equipment, software or other technology (other than third party equipment within Twilio's direct control); or (iv) arise from Twilio's suspension and termination of Customer's right to use the Twilio Services in accordance with the TOS, (v) scheduled maintenance; or (vi) problems or issues related to alpha, beta or not otherwise generally available Twilio features or products (collectively, the "Exclusions").

## 5. Sole Remedy

Service Credits shall be your sole and exclusive remedy for any unavailability or non-performance of the Twilio Services or other failure by us to provide the Twilio Services.

| COMPANY | PRODUCTS | PRICING | USE CASES | API & DOCS |
|---|---|---|---|---|
| About Twilio | Programmable Voice | Voice Pricing | Customer Stories | Quickstarts |
| Our Nine Values | Elastic SIP Trunking | Messaging Pricing | Showcase | Tutorials |
| Our Leadership Principles | Programmable Video | SIP Trunking Pricing | Two-Factor Authentication | API Reference |
| The Team | TaskRouter | Client Pricing | Appointment Reminders | Helper Libraries |
| Press & Media | Network Traversal Service | Network Traversal Pricing | Dispatch Notifications | Blog |
| Twilio.org | Programmable SMS | TaskRouter | ETA Alerts | Help |
| Careers | IP Messaging | Lookup | Automated Surveys | |
| | Authy | International Coverage | Masked Phone Numbers | |
| | Monitor | | Visual Estimates | |
| | Lookup | | Developer Network | |
| | Support Plans | | Webinars | |
| | | | White Papers | |

## INQUIRIES

Contact Press          Support

Press                  Status   Sales   Technical   Community   Legal

Ex. 32, p. 305

© 2016 Twilio. All rights reserved. | Terms of Service | Privacy Policy

Ex. 32, p. 306