# EXHIBIT 34

| PRODUCTS | PRICING | SOLUTIONS | API & DOCS | HELP | SIGNUP | LOGIN |

Elements    Customer Stories    Webinars    White Papers

## Protect your users and secure your apps with two-factor auth.

Verify a web user is who they say they are by sending a verification code over SMS.

Download the whitepaper »    or    try the how-to

## Add two-factor auth to any app.

Safeguard your business by integrating directly into your user workflow.

You write a few lines of code adding two-factor authentication to your app

When a user tries to log in, your app tells Twilio to send that person a voice or text message with a security pin

The user receives the message on their phone and enters the pin code into your app

### A better way to increase web security.

Online security experts will tell you that user passwords offer almost no protection at all. They are just too easy to crack or steal. That's why companies and organizations are increasingly adopting mobile two-factor authentication to strengthen passwords and

safeguard online information.

Mobile two-factor authentication uses phones to replace the traditional key fobs or software-based tokens that were commonly used for remote authentication. When a person tries to log into an online service, a security pin is sent to his or her mobile phone via voice or SMS message, rather than to the token.



### Build fast. Deploy faster.

With Twilio, mobile two-factor authentication can be quickly added to any app. A few lines of code is all it takes to dramatically increase security. There are no key fobs to purchase or software to install, and it costs just pennies per message.

"We're very confident in the solution we developed to protect sensitive information and prevent fraud, and we couldn't have done that successfully without Twilio on the back end."

Ariege Misherghi, Product Manager @ Intuit Online Payroll



### Secure online transactions.

As concern rises about online crime, businesses of all kinds are using mobile two-factor authentication to reinforce traditional passwords.

### Tax returns

Few documents contain as much sensitive information as tax returns - keep them safe with an added layer of access control.

### Online infrastructure

As critical infrastructure moves to the cloud, so does the interest in added layers of security. Let your Ops team sleep easier with two-factor auth.

### Online medical records

Ensure that no one has access to lab results and online medical records but a patient and their doctor.

## Talk to our sales team

For general sales inquiries, get in touch with our sales team to learn more about how Twilio can provide the solution you need.



Talk to sales
**OUR SALES TEAM IS HERE TO HELP**

## Leading companies rely on          .









| COMPANY | PRODUCTS | RESOURCES | COMMUNITY | SOLUTIONS | SUPPORT |
|---|---|---|---|---|---|
| About Us | Voice | API & Docs | Twilio Blog | Elements | Help Center |
| Team | Client | Security | Engineering Blog | Showcase | Status |
| Jobs | Messaging | International | Twilio.org | Partners | Talk to Sales |
| | | Open Source | | DOers | |

© 2009 - 2016 Twilio, Inc. All rights reserved. Patents Pending.   Terms of Service | Privacy Policy