# EXHIBIT 35

...

3/15/2016  Case 2:16-cv-02106-PSG-SS   Document 1-35   Filed 03/28/16   Page 2 of 3   Page ID
Twilio Docs: Account Verification with Authy with Python and Flask
#:351

PRODUCTS & PRICING   USE CASES   API & DOCS   NOT A DEVELOPER?   SIGN UP   LOG IN

TWILIO DOCS   Quickstart   Tutorials   API Reference   Helper Libraries

# ACCOUNT VERIFICATION WITH AUTHY

PYTHON | FLASK

MORE LANGUAGES ▾

C# | ASP.NET MVC

Java | Servlets

Node.js | Express

PHP | Laravel

Python | Flask

Ruby | Rails

GET THE CODE ▾

View on GitHub

Download Source

When a new user signs up for your application, you want to make sure their contact information is accurate. You'd also like some assurance they are in fact a human being! You want to make sure that every new user account in your system is an actual person you can serve.

There are many layers of security you can put in place to increase the quality of your signups, but one of the best is account verification via SMS. Before a registration is fully completed, your application sends the user a one-time passcode via SMS. The user then enters the code on your website to complete their registration.

In this tutorial, you'll learn how to implement account verification at the point of registration using Twilio-powered Authy. Scroll down this page to get started!

▼

## Python Tutorial

View Full Screen ⤢

ACCOUNT VERIFICATION

Learn to implement account verification in your web app with Twilio-powered Authy. Account verification helps you ensure your customer data is accurate and secure. This tutorial will show you the code to make it happen.

**START TUTORIAL**

/ account_verification_flask / __init__.py

```
1  from flask import Flask
2  from flask.ext.login import LoginManager
3  from flask.ext.sqlalchemy import SQLAlchemy
4  from flask.ext.bcrypt import Bcrypt
5  from account_verification_flask.config import config_env_files
6
7  db = SQLAlchemy()
8  bcrypt = Bcrypt()
9  login_manager = LoginManager()
10
11
12  def create_app(config_name='development', p_db=db, p_bcrypt=bcrypt, p_login_manager=login_
13      new_app = Flask(__name__)
14      new_app.config.from_object(config_env_files[config_name])
15
16      p_db.init_app(new_app)
17      p_bcrypt.init_app(new_app)
18      p_login_manager.init_app(new_app)
19      p_login_manager.login_view = 'register'
20      return new_app
21
22
23  app = create_app()
24
25  import account_verification_flask.views
```

| COMPANY | PRODUCTS | PRICING | USE CASES | API & DOCS |
| --- | --- | --- | --- | --- |
| About Twilio | Programmable Voice | Voice Pricing | Customer Stories | Quickstarts |
| Our Nine Values | Elastic SIP Trunking | Messaging Pricing | Showcase | Tutorials |
| Our Leadership Principles | Programmable Video | SIP Trunking Pricing | Two-Factor Authentication | API Reference |
| The Team | TaskRouter | Client Pricing | Appointment Reminders | Helper Libraries |
| Press & Media | Network Traversal Service | Network Traversal Pricing | Dispatch Notifications | Blog |
| Twilio.org | Programmable SMS | TaskRouter | ETA Alerts | Help |
| Careers | IP Messaging | Lookup | Automated Surveys | |
| | Authy | International Coverage | Masked Phone Numbers | |
| | Monitor | | Visual Estimates | |
| | Lookup | | Developer Network | |
| | Support Plans | | Webinars | |
| | | | White Papers | |

INQUIRIES

| Contact Press | Support | | | | |
| --- | --- | --- | --- | --- | --- |
| Press | Status | Sales | Technical | Community | Legal |

© 2016 Twilio. All rights reserved.  |  Terms of Service  |  Privacy Policy