# EXHIBIT 36

PRODUCTS & PRICING    USE CASES    API & DOCS    NOT A DEVELOPER?    SIGN UP    LOG IN

# TWO-FACTOR AUTHENTICATION (2FA)

## Strengthen or replace a username and password

Use SMS, automated calling, or a local app to receive dynamic codes for secure login, payment transactions, and more.

**Box**
Protects enterprise files

**GitHub**
Secures source code

Box adds a layer of security to protect documents and data stored by users. An out-of-band SMS is sent to a user's phone after login to make sure account access is protected.

WATCH VIDEO    TALK TO SALES

1 (415) 858-6273

Box authentication pin code: 867-530

### Secure with software and not key fobs

Protect accounts from weak passwords

No new hardware

Easy password reset

Deliver a one-time code via SMS

Send password reset requests

Eliminate unauthorized access by integrating 2FA (Two-Factor Authentication). Both primary password and user's mobile phone are needed to properly authenticate and get access.

to a user's personal mobile phone or automated call to a landline.

within the app's 2FA workflow. Reduce the time it takes locked-out users to regain access.

## How it works



**STEP 1: CODE GENERATED**  &lt; PREV  |  NEXT &gt;

Generate a one-time code that meets your security requirements. Your app makes an HTTP request to Twilio.

**Building blocks**

**SMS**   Send one-time security passcodes to a user's phone.

**VOICE**   Use text-to-speech as a failover or alternative delivery method.

## SHORT CODES

Employ a 5-digit short code to ensure fast delivery at scale.

## AUTHY

Utilize a ready-made 2FA solution to augment usernames and passwords.

## Why Twilio

### SMS delivery status and failover

Detailed status information is provided about message delivery, allowing automated failover delivery logic for security passcodes. Send failover messages through text-to-speech or SMS.

### Easy to build and use

Integrate second-factor authentication into any login or registration workflow in any programming language. Customize the user experience with your design and security requirements.

### Flexibility for SMS, voice, or apps

Give users multiple ways to authenticate with global SMS, phone call verification, and an app for every major mobile and desktop OS. Use Authy as an end-to-end solution or build a custom solution.

### Global reach

Deliver messages to mobile phones anywhere in the world and localize communication with SMS in any written language. Use text-to-speech (TTS) in twenty-six dialects.

### Pay-as-you-go

Send security tokens in a text and/or phone call without upfront investments. Pay per-minute for phone calls and per message for SMS.

### Authy

Out-of-the-box, two-factor authentication solutions with Authy offer full 2FA services with SMS, voice, Soft Token, and Push authentication as well as multi-device support.

TWILIO 101

How to

```
$client = new Services_Twilio($accountsid, $authtoken);
// Prepare the message with the password embedded
$content = "Your passcode is ".$passcode
$method = ($method == "sms") ? "sms_messages" : "calls";

// Send the message via SMS or Voice
$item = $client->account->$method->create(
    $fromNumber, // The Twilio number we're sending from
    $phoneNum, // The user's phone number
    $content
);
```

Build it yourself

We can't wait to see what you build

Talk to sales                                           Learn about Authy

| COMPANY | PRODUCTS | PRICING | USE CASES | API & DOCS |
|---|---|---|---|---|
| About Twilio | Programmable Voice | Voice Pricing | Customer Stories | Quickstarts |

| | | | | |
|---|---|---|---|---|
| Our Nine Values | Elastic SIP Trunking | Messaging Pricing | Showcase | Tutorials |
| Our Leadership Principles | Programmable Video | SIP Trunking Pricing | Two-Factor Authentication | API Reference |
| The Team | TaskRouter | Client Pricing | Appointment Reminders | Helper Libraries |
| Press & Media | Network Traversal Service | Network Traversal Pricing | Dispatch Notifications | Blog |
| Twilio.org | Programmable SMS | TaskRouter | ETA Alerts | Help |
| Careers | IP Messaging | Lookup | Automated Surveys | |
| | Authy | International Coverage | Masked Phone Numbers | |
| | Monitor | | Visual Estimates | |
| | Lookup | | Developer Network | |
| | Support Plans | | Webinars | |
| | | | White Papers | |

## INQUIRIES

| | |
|---|---|
| Contact Press | Support |
| Press | Status   Sales   Technical   Community   Legal |

© 2016 Twilio. All rights reserved.   |   Terms of Service   |   Privacy Policy