# EXHIBIT 37

PRODUCTS & PRICING    USE CASES    API & DOCS    NOT A DEVELOPER?    SIGN UP    LOG IN

# USE CASES

Explore how to integrate Twilio

See how to integrate communications into your business.

## Customers & Partners

### Customer Stories

Explore success stories from customers who have built their business around agile, flexible communications.

### Partner Showcase

Explore partners that integrate the Twilio API into a variety of solutions, from customer support to sales and security.

## Use Cases

### Two-Factor Authentication

Add strong authentication to your app with second-factor passwords sent to a user's phone via SMS or Voice for an extra layer of security.

### Appointment Reminders

SMS and Voice appointment reminders can be automated and customized to reduce no-shows and be directly embedded in your existing reservation systems.

### Dispatch Notifications

Coordination with the field can be a headache. Use automated SMS and Voice Dispatch Notifications from your existing service management system and increase precision.

### ETA Alerts

Dynamic arrival estimates and arrival confirmations, directly integrated with an existing GPS, field service, and order tracking system means informed, available customers.

### Automated Surveys

Receive customer feedback easily with Automated Voice or SMS Surveys directly integrated with your

### Masked Phone Numbers

Let technicians and customers use their own phone numbers masked for secure and logged calling and

existing CRM and customer databases.

texting. No more mobile app download requirements.

### Visual Estimates

Customers can send MMS messages to technicians and customer service teams with images of what needs to be resolved, embedded into work order details.

### Instant Lead Alerts

Use text messages and voice to alert sales reps of new leads from existing web-lead, order management, and CRM systems.

### Call Tracking

Instantly provision and assign local phone numbers to ad campaigns for metrics, real-time call and message routing, and live lead distribution.

## Explore the ecosystem

### DOers

Find a developer near you to help you build a custom Twilio-powered application in the language that fits your technology stack.

### Partner Program

Explore the features and benefits of becoming a Twilio Solution Partner, and start the application process.



TWILIO 101

**Twilio 101: Migrating to the Cloud**

Twilio is architected to scale seamlessly to suit your need.

   

## Reach Globally

Tap new markets and reach existing markets more effectively.

## Scale Massively

Expand usage as necessary, scaling from zero to thousands in seconds.

## Increase Elasticity

Respond to fast-changing business needs with a platform built for iteration.

## Control Costs

No upfront hardware or software. No contracts. Pay only for what you use.

---

TALK TO TWILIO SALES

A Twilio Sales Representative can help find the partner solution that suits you best, or connect you with a developer to help build your integration.

Talk to Sales



### Leading Companies Trust Twilio

See the stories of customers who have built, deployed, and succeeded on Twilio.

  UBER Sprint 

View More

### COMPANY

About Twilio

Our Nine Values

Our Leadership Principles

The Team

Press & Media

Twilio.org

Careers

### PRODUCTS

Programmable Voice

Elastic SIP Trunking

Programmable Video

TaskRouter

Network Traversal Service

Programmable SMS

IP Messaging

Authy

Monitor

Lookup

Support Plans

### PRICING

Voice Pricing

Messaging Pricing

SIP Trunking Pricing

Client Pricing

Network Traversal Pricing

TaskRouter

Lookup

International Coverage

### USE CASES

Customer Stories

Showcase

Two-Factor Authentication

Appointment Reminders

Dispatch Notifications

ETA Alerts

Automated Surveys

Masked Phone Numbers

Visual Estimates

Developer Network

Webinars

White Papers

### API & DOCS

Quickstarts

Tutorials

API Reference

Helper Libraries

Blog

Help

### INQUIRIES

Contact Press        Support

Press                Status   Sales   Technical   Community   Legal

© 2016 Twilio. All rights reserved.   |   Terms of Service   |   Privacy Policy