# EXHIBIT 38



Product (/product/)

App (/app/)

Developers (/developers/)

Blog (/blog/)

Resources (/resources/)

Dashboard (/login/)

CONTACT SALES (/CONTACT-SALES/)

GET SUPPORT (/APP/#SUPPORT)



## WHITE PAPER

# BUY OR BUILD YOUR APP SECURITY? WHY NOT BOTH!

When building any software application, making it secure is a top priority. But security software is very complex and very risky to build yourself. Do you task your development team to design this or buy from a vendor?

This whitepaper walks you through the reasons why trying to build your own 2FA solution from scratch is expensive, time consuming and very risky. The document talks about the challenges of development through maintaining, operating and supporting two-factor authentication in your application. Finally we cover how building a 2FA solution requires security development expertise.

But buying software can often limit your control over the user experience and the integration into your application logic. That's why exposing two-factor authentication as a cloud API service gives you the best of both worlds. You have a fully featured 2FA API to integrate into your application, but the complex security code and infrastructure is managed for you.

Authy is a leading 2FA cloud service delivered by a flexible API and is used by companies like Dell, VMWare, Coinbase, FitBit, CloudFlare, Twitch.tv and SendGrid. Download this whitepaper now to really get a good understanding of why you can buy AND build the best strong authentication for your business.

## GET THE FULL WHITE PAPER

FIRST NAME*

**LAST NAME**<sup>*</sup>

**EMAIL ADDRESS**<sup>*</sup>

**PHONE NUMBER**<sup>*</sup>

**COUNTRY**<sup>*</sup>

--Please Select-- ▼

**COMPANY**<sup>*</sup>

SUBMIT

---

SEE ALL (/RESOURCES/)

Developer Documentation (http://docs.authy.com/)   Help! (/faq/)   Security Issues (/security-issues/)

Privacy Statements (/privacy-statements/)   Terms of Service (/terms-of-service/)

Product (/product/)   App (/app/)   Developers (/developers/)   Blog (/blog/)

Jobs (http://www.glassdoor.com/Job/Twilio-authy-Jobs-EI_IE410790.0,6_KO7,12.htm)   Press (/company/press/)

Contact Sales (/contact-sales/)    Get Support (/app/#support)

Authy, a Twilio service © 2015 Twilio Inc.

@authy (https://twitter.com/authy)    facebook.com/authysec (https://www.facebook.com/authysec?_rdr=p)

github.com/authy (https://github.com/authy)

linkedin.com/company/authy (https://www.linkedin.com/company/authy)