Tony M. Diab (SBN: 277343)
tdiab@shb.com
SHOOK, HARDY & BACON L.L.P.
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, California 92614
Telephone: 949-475-1500
Facsimile: 949-475-0016

Attorneys for Plaintiff
TELESIGN CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TELESIGN CORPORATION,<br><br>          Plaintiff,<br><br>     vs.<br><br>TWILIO, INC.,<br><br>          Defendant. | Case No.<br><br>**PLAINTIFF TELESIGN CORPORATION'S NOTICE OF INTERESTED PARTIES** |

Pursuant to United States District Court for the Central District of California Local Rules, Rule 7.1-1, the undersigned counsel of record for Plaintiff TeleSign Corporation, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

    (a)    TeleSign Corporation, plaintiff;

    (b)    TeleSign Holdings, parent company of TeleSign Corporation;

    (c)    Gary Miller, Jesse Camacho, Mary Peal, and Tony Diab of Shook Hardy & Bacon, LLP, attorneys for plaintiff TeleSign Corporation.; and

322212 V1

NOTICE OF INTERESTED PARTIES

1     (d)   Twilio, Inc., defendant;

Dated: March 28, 2016            Respectfully submitted,

                                          SHOOK, HARDY & BACON L.L.P.

                                          By: *Tony M. Diab*
                                                Tony M. Diab
                                                   Attorneys for Plaintiff
                                                   TELESIGN CORPORATION

322212 V1