Tony M. Diab (SBN: 277343)
tdiab@shb.com
SHOOK, HARDY & BACON L.L.P.
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, California 92614
Telephone: 949-475-1500
Facsimile: 949-475-0016

Attorneys for Plaintiff
TELESIGN CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TELESIGN CORPORATION , | ) Case No. |
| Plaintiff, | ) **PLAINTIFF TELESIGN** |
| | ) **CORPORATION'S CORPORATE** |
| vs. | ) **DISCLOSURE STATEMENT** |
| TWILIO, INC. , | ) |
| Defendant. | ) |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiff TeleSign Corporation hereby submits the following corporate disclosure statement: TeleSign Corporation is wholly-owned by TeleSign Holdings; no publicly held corporation owns 10% or more of TeleSign Holdings' stock. A supplemental disclosure statement will be filed upon any change in this information.

Dated: March 28, 2016                    Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: _Tony M. Diab_____
Tony M. Diab
Attorneys for Plaintiff
TELESIGN CORPORATION

CORPORATE DISCLOSURE STATEMENT