Case 2:16-cv-02106-PSG-SS   Document 6   Filed 03/28/16   Page 1 of 2   Page ID #:384

| | |
|---|---|
| 1 | Tony M. Diab (SBN: 277343) |
| 2 | tdiab@shb.com<br>SHOOK, HARDY & BACON L.L.P. |
| 3 | Jamboree Center<br>5 Park Plaza, Suite 1600 |
| 4 | Irvine, California 92614<br>Telephone: 949-475-1500 |
| 5 | Facsimile: 949-475-0016 |
| 6 | Attorneys for Plaintiff<br>TELESIGN CORPORATION |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TELESIGN CORPORATION, | ) | Case No. |
| Plaintiff, | ) ) | **PLAINTIFF TELESIGN CORPORATION'S NOTICE OF RELATED CASES** |
| vs. | ) ) | |
| TWILIO, INC., | ) ) | |
| Defendant. | ) | |

Pursuant to United States District Court for the Central District of California Local Rule 83-1.3.1, Plaintiff Telesign Corporation hereby gives notice of the following case currently pending in the United States District Court for the Central District of California:

*TeleSign Corporation v. Twilio, Inc.*, Case No. 2:15-cv-03240-PSG-SS

TeleSign is not certain that the Court will consider the present case and the currently-pending case listed above as "related" under L.R. 83-1.3.1, but files this Notice out of an abundance of caution.

Dated: March 28, 2016                    Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

322217 V1

1
2
3   By: *Tony M. Diab*
4       Tony M. Diab
5         Attorneys for Plaintiff
6         TELESIGN CORPORATION

322217 V1