Tony M. Diab (SBN: 277343)
tdiab@shb.com
SHOOK, HARDY & BACON L.L.P.
5 Park Plaza, Suite 1600
Irvine, California 92614
Telephone: (949) 475-1500
Facsimile: (949) 475-0016

Attorneys for Plaintiff Telesign Corporation.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TELESIGN CORPORATION,<br><br>            Plaintiff,<br><br>     vs.<br><br>TWILIO, INC.,<br><br>            Defendant. | Case No.  2:16-cv-02106-RGK-JEM<br><br>Judge:  Hon. R. Gary Klausner<br><br>**EXHIBIT 40 TO COMPLAINT (DKT. 1)**<br><br>Complaint filed:  March 28, 2016 |

Dated:  March 29, 2016                    _/s/ Tony M. Diab_
                                  Tony M. Diab
                                  tdiab@shb.com
                                  Shook Hardy & Bacon L.L.P.

EXHIBIT 40 TO COMPLAINT (DKT. 1)
CASE NO.  2:16-cv-02106-RGK-JEM

322536 V1

# Exhibit 40

US009300792B2

(12) **United States Patent**     (10) **Patent No.:**    **US 9,300,792 B2**

Gonen et al.        (45) **Date of Patent:**     *Mar. 29, 2016

(54) **REGISTRATION, VERIFICATION AND NOTIFICATION SYSTEM**

(71) Applicant: **TeleSign Corporation**, Marina Del Rey, CA (US)

(72) Inventors: **Shlomo Gonen**, Calabasas, CA (US); **Jonathan A. Gonen**, Calabasas, CA (US); **Alon Gonen**, Haifa (IL); **Danny Rosen**, Valley Village, CA (US)

(73) Assignee: **TeleSign Corporation**, Marina del Rey, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **14/678,815**

(22) Filed: **Apr. 3, 2015**

(65) **Prior Publication Data**

US 2015/0215889 A1    Jul. 30, 2015

**Related U.S. Application Data**

(60) Continuation of application No. 14/584,852, filed on Dec. 29, 2014, now Pat. No. 9,049,286, which is a division of application No. 14/207,411, filed on Mar. 12, 2014, now Pat. No. 9,106,738, which is a continuation of application No. 13/915,589, filed on Jun. 11, 2013, now Pat. No. 8,687,038, which is a continuation of application No. 11/538,989, filed on Oct. 5, 2006, now Pat. No. 8,462,920, which is a continuation-in-part of application No. 11/034,421, filed on Jan. 11, 2005, now abandoned.

(51) **Int. Cl.**
    *H04M 15/06*      (2006.01)
    *H04M 3/38*       (2006.01)
    (Continued)

(52) **U.S. Cl.**
    CPC ................. *H04M 3/38* (2013.01); *H04L 63/08* (2013.01); *H04L 63/0876* (2013.01); *H04M 15/00* (2013.01); *H04M 15/70* (2013.01); *H04M 15/715* (2013.01); *H04M 15/72* (2013.01); *H04M 15/721* (2013.01); *H04M*

*15/858* (2013.01); *H04W 4/14* (2013.01); *H04W 12/06* (2013.01); *H04W 12/10* (2013.01); *H04W 60/00* (2013.01); *H04W 68/00* (2013.01);

(Continued)

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,782,519 A    11/1988    Patel et al.
5,881,226 A     3/1999    Veneklase

(Continued)

FOREIGN PATENT DOCUMENTS

WO       9519593      7/1995

OTHER PUBLICATIONS

"Final Office Action for U.S. Appl. No. 11/034,421, Mail Date Aug. 25, 2006, 8 pages."

(Continued)

*Primary Examiner* — Maria El-Zoobi

(74) *Attorney, Agent, or Firm* — Perkins Coie LLP

(57)        **ABSTRACT**

A verification and notification system. The system receives information including a telephone number from a user during an attempt by the user to access a service. The telephone number is verified by establishing a short message service (SMS) connection with the user using the received telephone number, and receiving a submitted verification code entered by the user. The received information and verified telephone number are used to complete the registration process and enable the user to access the service. Upon the occurrence of a notification event, an indication of the occurrence of the notification event is transmitted to the verified telephone number. The system receives an acknowledgement of an action associated with the notification event from the user.

**18 Claims, 10 Drawing Sheets**



## US 9,300,792 B2
Page 2

(51) **Int. Cl.**

| | |
|---|---|
| *H04L 29/06* | (2006.01) |
| *H04M 15/00* | (2006.01) |
| *H04W 4/14* | (2009.01) |
| *H04W 12/06* | (2009.01) |
| *H04W 12/10* | (2009.01) |
| *H04W 60/00* | (2009.01) |
| *H04W 68/00* | (2009.01) |

(52) **U.S. Cl.**
CPC ................ *H04M2215/7027* (2013.01); *H04M 2215/7036* (2013.01); *H04M 2215/7045* (2013.01)

(56) **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,995,606 A | 11/1999 | Civanlar et al. | |
| 6,012,144 A | 1/2000 | Pickett | |
| 6,044,471 A | 3/2000 | Colvin | |
| 6,058,415 A | 5/2000 | Polcyn | |
| 6,088,683 A | 7/2000 | Jalili | |
| 6,097,791 A | 8/2000 | Ladd et al. | |
| 6,167,518 A | 12/2000 | Padgett et al. | |
| 6,175,626 B1 | 1/2001 | Aucsmith et al. | |
| 6,256,512 B1 | 7/2001 | Verdonk | |
| 6,259,909 B1 | 7/2001 | Ratayczak et al. | |
| 6,563,915 B1 | 5/2003 | Salimando | |
| 6,574,599 B1 | 6/2003 | Lim et al. | |
| 6,643,363 B1 | 11/2003 | Miura | |
| 6,934,858 B2 | 8/2005 | Woodhill | |
| 7,043,230 B1 | 5/2006 | Geddes et al. | |
| 7,054,417 B2 | 5/2006 | Casey et al. | |
| 7,127,051 B2 | 10/2006 | Bedingfield et al. | |
| 7,233,790 B2 | 6/2007 | Kjellberg et al. | |
| 7,251,827 B1 | 7/2007 | Guo et al. | |
| 7,287,270 B2 | 10/2007 | Kai | |
| 7,383,572 B2 | 6/2008 | Rolfe | |
| 7,389,913 B2 | 6/2008 | Starrs | |
| 7,395,333 B1 * | 7/2008 | Saulpaugh .......... H04L 63/0807 | 709/203 |
| 7,447,662 B2 | 11/2008 | Gibson | |
| 7,574,733 B2 | 8/2009 | Woodhill | |
| 7,870,599 B2 | 1/2011 | Pemmaraju | |
| 7,945,034 B2 | 5/2011 | Gonen et al. | |
| 8,024,567 B2 | 9/2011 | Han | |
| 8,135,796 B1 * | 3/2012 | Slaughter ............... G06F 9/465 | 709/217 |
| 8,302,175 B2 | 10/2012 | Thoursie et al. | |
| 8,462,920 B2 | 6/2013 | Gonen et al. | |
| 8,472,590 B1 | 6/2013 | Curtis et al. | |
| 8,687,038 B2 | 4/2014 | Gonen et al. | |
| 8,781,975 B2 | 7/2014 | Bennett et al. | |
| 2001/0032192 A1 | 10/2001 | Putta et al. | |
| 2003/0191712 A1 | 10/2003 | Ohmae | |
| 2004/0172454 A1 * | 9/2004 | Appelman ............... G06F 9/542 | 709/206 |
| 2004/0254890 A1 | 12/2004 | Sancho et al. | |
| 2006/0153346 A1 | 7/2006 | Gonen et al. | |
| 2007/0280959 A1 * | 12/2007 | Meury ................... A61K 35/19 | 424/198.1 |
| 2007/0293240 A1 * | 12/2007 | Drennan .............. H04L 12/189 | 455/456.1 |
| 2007/0299915 A1 * | 12/2007 | Shraim ................ G06Q 10/107 | 709/206 |
| 2009/0328177 A1 | 12/2009 | Frey et al. | |
| 2010/0287606 A1 | 11/2010 | Machani | |
| 2012/0282887 A1 * | 11/2012 | Khoo .................... G08G 1/205 | 455/404.2 |
| 2013/0139239 A1 | 5/2013 | Jillings | |
| 2013/0272152 A1 | 10/2013 | Gonen et al. | |
| 2015/0088982 A1 * | 3/2015 | Johnson ................ H04L 67/34 | 709/203 |

### OTHER PUBLICATIONS

"Final Office Action for U.S. Appl. No. 11/163,788, Mail Date Apr. 26, 2010, 12 pages."
"Final Office Action for U.S. Appl. No. 11/538,989, Mail Date Feb. 3, 2012, 25 pages."
"Non Final Office Action for U.S. Appl. No. 11/034,421, Mail Date Jan. 10, 2006, 16 pages."
"Non Final Office Action for U.S. Appl. No. 11/163,788, Mail Date Oct. 14, 2010, 6 pages."
"Non Final Office Action for U.S. Appl. No. 11/163,788, Mail Date Nov. 5, 2009, 13 pages."
"Non Final Office Action for U.S. Appl. No. 11/538,989, Mail Date Jun. 29, 2011, 24 pages."
"Non Final Office Action for U.S. Appl. No. 13/689,646, Mail Date May 9, 2014, 15 pages."
"Non Final Office Action for U.S. Appl. No. 13/915,589, Mail Date Nov. 1, 2013, 9 pages."
"Non-Final Office Action for U.S. Appl. No. 11/538,989, Mail Date Feb. 13, 2013, 14 pages."
"Notice of Allowance for U.S. Appl. No. 11/163,788, Mail Date Mar. 11, 2011, 5 pages."
"Notice of Allowance for U.S. Appl. No. 13/915,589, Mail Date Jan. 27, 2014, 11 pages."
"Notice of Allowance, U.S. Appl. No. 11/538,989, Mail Date Apr. 26, 2013, 6 pages."
International Search Report for International Application PCT/US05/13730, Mail Date Jan. 31, 2006, 4 pages.
"Peter Tapling, "Highly Auditable Self-Service Life-Cycle Management for Electronic Security Credentials," 2003 Annual Computer Security Applications Conference, Las Vegas, Nevada, 2003, 26 pages."
"Rose Maciejewski, "Authentify Showcases Rapidly Deployable Two-Factor Online Authentication System," 28th Annual Computer Security Institute Conference, Chicago, IL, Oct. 23, 2001, 2 pages."
Petition for Inter Partes Review of U.S. Pat. No. 8,462,920; Inter Partes Review No. 2016-00450, date of certificate of service: Jan. 11, 2016 (66 pages).
Petition for Inter Partes Review of U.S. Pat. No. 8,687,038; Inter Partes Review No. 2016-00451, date of certificate of service: Jan. 11, 2016 (68 pages).
Defendant Twilio Inc.'s Motion for Judgment on the Pleadings that the Patents-in-suit are Invalid Under 35 U.S.C. 101; Case No. 2:15-cv-03240-PSG-SS, filed Jan. 5, 2016 (48 pages).

* cited by examiner



FIG. 1



FIG. 2

Verification Start
300
User fills out an on-line web registration and is prompted to enter his phone number
302
User prompted to enter phone number and clicks "Next" to continue, to complete registration
304
User is advised that the automated system will now call his telephone number entered for verification, or an SMS will be sent to the number entered
306
Phone rings or SMS message received
No
Yes
308
User answers the phone (or reads SMS), get a greeting and a code to enter onto the "On-line-web Registration and Verification" form
310
User enters the code correctly
No
Please try again (user allowed limited attempts)
Yes
314
Registration is complete user gets message: "You have been verified and can now log in"
Verification End

FIG. 3



Verification Start
400
User fills out an on-line web registration and is prompted to enter his phone number
402
User given a 3 digit code that needs to be entered on the phone key pad when called
404
Phone rings
No
Yes
User answers the phone, gets a greeting and prompted: "Enter Code Now"
408
406
Registration not accepted
User enters the code correctly
No
Please try again (user allowed limited attempts)
410
412
Yes
Registration is complete user gets message: "You have been verified and can now log in"
414
Verification End

FIG. 4



Verification Start
500
User fills out an on-line web registration, enters his phone number and told that he is now getting an SMS message
502
The SMS prompts the user to call a telephone number to receive a "Code" in order to complete the on-line registration
504
User calls
No
506
Registration is not accepted
Yes
User gets a code
508
512
Please try again, (user allowed limited attempts)
User enters code correctly into on-line web registration form
No
510
Yes
Registration is complete user gets message: "You have been verified and can now log in"
514
Verification End

FIG. 5



Verification Start
600
User fills out an on-line web registration, enters his phone number and told that he is now getting an SMS message
602
The SMS provides a "code" and prompts the user to call a telephone number to enter the "Code" in order to complete the on-line registration
604
User calls
No
606
Registration is not accepted
Yes
608
User enters code correctly
No
Please try again. (user allowed limited attempts)
610
Yes
612
Registration is complete. User gets message: "You have been verified and can now log in"
Verification End

FIG. 6



FIG. 7



FIG. 8



900
User Registers for an Account
902
During Registration, user enters telephone numbers where he/she can be reached
904
Phone numbers are stored in user's account
906
User logs into account
908
User attempts to make a transaction
910
User attempts to modify account information
User is required to become telephone verified
912
User must receive verification call at one of the phone numbers previously stored in account
914
918
Repeat attempt to phone verify a finite number of times
No
User completes phone verification
916
Yes
920
Process completed

FIG. 9



Verification Call Initiated
1000
User needs to be reached at extension ?
1002
Yes
No
Operator will answer phone ?
1006
Yes
1008
Call picked up
No
1012
Call picked up
Automated message plays requesting that call be transfered to user's extension
1010
1014
Extension dialed, including pause, pound (#), star(*), etc.
Verification message played
1004
End-User enters PIN number given in verification message into website
1016
1018
Correct PIN number ?
No
End-User may retry verification a finite number of times
1020
Yes
1022
Process completed

FIG. 10

US 9,300,792 B2

**1**

## REGISTRATION, VERIFICATION AND NOTIFICATION SYSTEM

### CROSS-REFERENCE TO RELATED APPLICATION(S)

This application is a continuation application of U.S. patent application Ser. No. 14/584,852, entitled "REGISTRATION, VERIFICATION AND NOTIFICATION SYSTEM", filed Dec. 29, 2014, which is a divisional application of U.S. patent application Ser. No. 14/207,411, entitled "REGISTRATION, VERIFICATION AND NOTIFICATION SYSTEM", filed Mar. 12, 2014, which is a continuation application of U.S. patent application Ser. No. 13/915,589 (now U.S. Pat. No. 8,687,038), entitled "REGISTRATION, VERIFICATION AND NOTIFICATION SYSTEM", filed Jun. 11, 2013, which is a continuation application of U.S. patent application Ser. No. 11/538,989 (now U.S. Pat. No. 8,462,920), entitled "REGISTRATION, VERIFICATION AND NOTIFICATION SYSTEM", filed Oct. 5, 2006, which is a continuation-in-part of U.S. patent application Ser. No. 11/034,421, entitled "ON-LINE AUTHENTICATION REGISTRATION SYSTEM", filed Jan. 11, 2005, all of which are incorporated herein by reference in their entireties.

### BACKGROUND

The present invention generally relates to on-line or web-site registration. More particularly, the present invention relates to a process for verifying an on-line registration by a telephone connection separate from the on-line connection between the web-site and potential registrant. The present invention also relates to a process for notifying registrants of predetermined events using information obtained during the registration process.

With the increasing popularity of the Internet, and web-site surfing and usage, both commercial and personal, it has become increasingly popular to require users to register at the web-site in order to obtain information from the web-site, order goods through the web-site, etc. In some instances, the owners of the web-site wish to use the registration information to selectively target promotions, advertisements, etc. to the registrant and thus get a secondary gain in addition to having the registrant visit the web-site or use the services provided through the web-site. In other instances, the registrant's registration information is not used whatsoever, but instead, the registration information is kept completely confidential and is used only for the purposes of allowing the registrant to enter the web-site and obtain information or goods and services through the web-site.

Authentication is fundamental to every Internet transaction. Individuals and businesses who wish to engage in trade on-line must authenticate themselves by reliably establishing their identity, and presenting credentials as proof of that identity. However, when doing business on the Internet, potential registrants often register with untraceable or false e-mail addresses and phone numbers. This can compromise the intended purpose of the registration, create a breach of security and constitute fraud on the web-site owners.

Aside from Internet transactions, individuals and businesses may wish to have a notification procedure in place. For example, to prevent fraud or identity theft, either the business or individual may wish to be alerted to certain events. For example, a consumer may wish to be notified every time a withdrawal or more than one thousand dollars is requested from his checking account, or charged to his credit card. A

**2**

business may wish to notify a consumer when more than five transactions post to a consumer's account within twenty-four hours. When credit cards, account numbers, and the like are stolen, these accounts are quickly drained of cash or credit over a short period of time. This can be largely avoided by notifying the account owner of these acts or even seeking his or her authorization before permitting such transactions to occur. Of course, this limits the financial liability for both the bank, as well as the consumer. There are other instances when such notification can be helpful, such as being alerted to when a teenage son or daughter charges more than $500.00 on their credit card, when automatic deposits occur, etc. There are also instances which are not financially based in which notification could benefit both the consumer as well as the business. For example, the consumer may want to be alerted to news information, updated sports scores, etc.

Accordingly, there is a continuing need for a method of verifying a registrant's identity, such as through the registrant's telephone number. There is also a continuing need for a method to notify a registrant, such as through the registrant's telephone number, of events which are established either by the individual registrant or the company through which the registrant is conducting services. The present invention fulfills these needs and provides other related advantages.

### SUMMARY

The present invention resides in a process for verifying the identity of a registrant, as well as using the registration information to notify the registrant of events that are either established by the registrant or the business through which the registrant has registered. Generally, the process comprises providing a registration form to a registrant, who at least partially completes the registration form. At least one registration electronic contact is provided by the registrant. The registrant is then verified, such as by establishing a connection with the registrant via a vis at least one registrant contact. A verification code is then communicated to the registrant. The verification code is then input by the registrant into an on-line form or a telephone verification system.

In a particularly preferred embodiment, the registration form is provided in a web-site. The registrant is informed via the web-site that an electronic message is being sent to the registrant via the electronic contact, which is typically a telephone number. The electronic message may comprise a short message service (SMS) message received by registrant's telephone, or a voice message. The electronic message includes either the verification code or a verification system telephone number for the registrant to call to receive the verification code. Although the system typically establishes a telephonic connection with the registrant via the registrant's telephone number, the invention contemplates providing a system telephone number for the registrant to call to obtain this information. The verification code is then input by telephone using voice or keypad entry, or entered into a form on the web-site.

During the registration and verification process, the information provided by the registrant in the registration form may be compared to a database containing personally identifying information. For example, such personal identifying information can include registrant's names, telephone numbers, addresses, e-mail addresses, social security numbers, etc., to verify and authenticate that the registrant is who he or she represents themselves to be.

After registration, notification events are established. Establishing the notification events can be done by either the registrant and/or the business or other third party utilizing the

US 9,300,792 B2

3

system and process of the present invention. Such notification events may comprise a news event, or a request to access or alter registrant's account. For example, registrant's account may comprise a financial account. Upon the occurrence of a previously established notification event, the registrant is notified by establishing a connection with the registrant, typically by contacting the registrant through a telephonic connection with the registrant via at least one registrant telephone number provided by the registrant during the registration process.

The system of the present invention is designed so as to detect an answering machine message, and delay a predetermined amount of time before playing an automated message concerning the notification. If this occurs during the registration process, or a reverification process, the automated message includes the verification code.

If the telephone number provided by the registrant is not a direct-line number, or is a PBX number, the registrant during the registration process indicates that the telephone number requires an extension and whether a live operator will answer a call. In the event that a live operator answers the call, an automated message is played directing the live operator to dial the extension of the registrant. Afterwards, a pause for a predetermined amount of time occurs before an automated message is played which includes either the verification code or notifying the registrant of the occurrence of a preestablished event. However, if a live operator does not answer the call, after a pause, the extension is automatically dialed. After another pause, an automated message is played, including either the verification code or notification of the occurrence of the event.

The registrant may be required to reverify, as described above, before permitting access or alteration of the registrant's account or receiving notification of the occurrence of the preestablished event. The registrant may be charged for the notification.

Other features and advantages of the present invention will become apparent from the following more detailed description, taken in conjunction with the accompanying drawings which illustrate, by way of example, the principles of the invention.

BRIEF DESCRIPTION OF THE DRAWINGS

The accompanying drawings illustrate the invention. In such drawings:

FIG. 1 is a flow chart depicting the general steps taken in accordance with the verification process of the present invention;

FIG. 2 is another flow chart depicting the steps of the verification process of the present invention;

FIG. 3 is a flow chart depicting the steps of one embodiment of the present invention;

FIG. 4 is a flow chart depicting the steps taken in another embodiment of the present invention;

FIG. 5 is a flow chart depicting the steps taken in yet another embodiment of the present invention;

FIG. 6 is a flow chart depicting the steps taken in still another embodiment of the present invention;

FIG. 7 is a flow chart depicting the steps taken in another embodiment of the present invention;

FIG. 8 is a flow chart depicting the steps in yet another embodiment of the present invention;

FIG. 9 is a flow chart depicting the steps taken in accordance with the present invention for registering and verifying a registrant as a prelude to notification; and

4

FIG. 10 is a flow chart depicting the steps taken in accordance with the present invention when the registrant is not contacted directly, but through an operator or automated message system.

DETAILED DESCRIPTION

As shown in the accompanying drawings, for purposes of illustration, the present invention resides in a process for verifying the identity of a registrant, and utilizing the verification and/or registration information to notify the registrant of predetermined events established by either the registrant or the business.

In a particularly preferred embodiment, as illustrated in FIG. 1, the registration process involves an on-line registration form accessed through a web-site. However, it will be appreciated by those skilled in the art that the registration form nor process need involve an on-line form. The verification and notification processes, as will be more fully described herein, could be achieved through other registration forms, such as a handwritten form. The registrant is contacted via an electronic contact, such as a telephone number. One premise of the present invention is that it is difficult to filter, stop, or penetrate a telephonic voice call, whereas other means of communication, including, but not limited to, text messaging, e-mail, etc., can be intercepted, stopped, automatically filtered, trashed, or deleted by a third party.

As used herein, a registrant or user is one filling out the registration form in order to register with the web-site or business. The registrant is typically a consumer, which can be an individual, but can also be companies, organizations, governments, etc. Typically, the registrant is registering with another business, which may also comprise an individual, company, or organization or government. For example, the registrant or consumer could be an individual attempting to access a web-site and set up an account with a financial institution. The various identities, types and the like of the consumer and business are varied, as is the purpose of registration and verification.

As illustrated in FIG. 1, the end-user or registrant begins the verification process (100), by filling out a form (102). Typically, this form is provided at a web-site. If the user does not complete the form (104), the user receives notification that they did not complete telephone verification (106). However, if the user does fill out the form, he or she is allowed to log in (108). The user is routed to, or is able to access, a page that requests telephone verification (110). The user then attempts telephone verification (112), as will be more fully described herein.

With reference to FIG. 2, in one registration embodiment, an on-line registration form is provided to a potential registrant at a web-site (200) i.e., a first communication connection. The registrant at least partially completes a portion of the registration form (202). At the web-site, the registrant is prompted to supply his telephone number (204), or a verification system telephone number is supplied to the registrant and the registrant is prompted to call this number (206). A telephonic connection, i.e., a second communication connection, is established between the registrant and the verification system (208). During the registration process, a registration code is communicated to the registrant (210), i.e., through the second communication connection. The registration code is then input into the on-line registration form, or otherwise at the web-site, i.e., through the first communication connection (212). The verification and authentication is completed and the user is allowed to log into the web-site.

US 9,300,792 B2

5

As described above, a present problem with on-line registrations is that the registrant often registers with untraceable and false e-mail addresses and telephone numbers. The present invention provides a process for verifying an on-line registration, or at least the true identity of the registrant's telephone number so as to provide an additional layer of security and reduce fraud. Thus, the registrant receives the registration code (210) through the telephone connection and is required to input the registration code into the verification system (212) through the on-line registration form or otherwise at the web-site. Not only does this method allow the user to be verified, but it also prevents fraud by requiring the registrant to enter the verification code back into the web-site connection where he/she completed the registration form (202). In the event of consumer or potential registrant verification failure, it is assumed that the registrant who is not verified through the verification system or through manual means is fraudulent. Therefore, the business may elect to contact the consumer to determine why the consumer verification failed. This contact may be completed by automated or manual means of communication between the business and the consumer, including, but not limited to, automatically generated e-mail, manually generated e-mail, manually or automatically generated telephone calls, text messaging, etc.

With reference now to FIG. 3, in another embodiment, the verification process begins by the registrant at least partially completing the on-line web registration form (300) on the web site. At the web-site, the registrant is prompted to enter the registrant's telephone number (302). The registrant is advised that the automated system will now call his telephone number in search for verification (304). If the phone does not ring, indicating that the potential registrant has provided an untraceable or false telephone number, the user is once again prompted to enter his telephone number (302). However, if the phone rings and a connection is established between the registrant and a verification system (306), the registrant answers the telephone and obtains a greeting and a registration code to enter into the on-line web-site registration and verification form (308). The registrant is then given the opportunity to enter the registration code, typically a three digit code, into the on-line registration form (310) on the website. If the registrant does not correctly enter the code, the registrant is given another opportunity to do so (312). Typically, the registrant will be given a limited number of attempts to enter the registration code. This prevents potential registrants from attempting to enter a registration code by trial and error without providing the correct telephone number in order to obtain the correct registration code via telephone. However, if the registrant enters the code correctly, the registration is complete and the registrant obtains a message, such as "you have been verified and can now log in" (314) or the like. The registrant is then given access to the web-site or the services of the web-site for which registration is required. The authentication and verification process is concluded.

With reference now to FIG. 4, yet another verification and authentication process embodying the present invention is illustrated. The registrant completes, at least partially, an on-line web registration form, and during the registration process is prompted to enter his telephone number (400) on the web-site. The registrant is then given, at the web-site, a registration code that needs to be entered by phone when the registrant is called (402). A telephonic connection is then established by calling the telephone number provided by the registrant (404). If the phone does not ring and a telephonic connection is not established, the registration is not accepted (406), and the registrant may then be prompted again to register his telephone number (400).

6

However, if the phone rings and a telephonic connection is established, the registrant answers the phone and gets a greeting which includes a prompting to enter the registration code obtained at the web-site (408) through the telephone connection. The registrant is then given the opportunity to enter the registration code by telephone (410), such as by speaking into the phone such that the verification system of the invention is enabled with speech recognition software, or by entering the code via keypad or the like. If the registration code is not entered correctly (412), the user or the registrant is given another opportunity to correctly enter the code. Preferably, as described above, the registrant is given a limited number of opportunities to insert the registration code correctly, such as two or three attempts, before the telephonic connection is disconnected and the registrant must begin the registration process over again. This is primarily to conserve system resources. However, if the registrant correctly enters the code via telephone, the registration is complete and the registrant typically obtains a message such as "you have been verified and can now log in" (414) or the like indicating that the authentication and verification process has ended and that the registrant is given access to the web-site for the particular services for which registration was initiated.

With reference now to FIG. 5, in yet another process for verifying an on-line registration embodying the present invention is shown. The registrant at least partially completes an on-line web registration form and is prompted to enter his telephone number, on the web-site. Typically, in this embodiment, the registrant is informed at the web-site that he is now getting an electronic message. In a particularly preferred embodiment, the electronic message is a Short Message Service (SMS) message which is a service for sending messages of up to a predetermined number of characters to mobile phones, such as those that use the Global System for Mobile (GSM) or CFMA communication to a telephone or the like. Although the electronic message can also comprise an e-mail message, instant message, page, or the like, SMS messages are preferred as they do not require that the mobile phone be active and within the range, and can be held for a number of days until the phone is active and within range. The SMS messages can be sent to digital phones from a web-site equipped with appropriate software and hardware such as PC Link, or even from one digital phone to another.

After the registrant has at least partially filled out the on-line web registration form, and entered his telephone number (500) on the web-site, the electronic message is sent to the registrant via telephone, prompting him to call a telephone number to receive a registration code in order to complete the on-line registration (502). The registrant is then given the opportunity to call the verification system (504). If the registrant does not, the registration is not accepted (506), and the registration and verification process ends. However, if the registrant calls the number given in the electronic message, the registrant is communicated a registration code (508), through the telephone connection. After obtaining the registration code, the registrant is given the opportunity to input the registration code correctly into the on-line web registration form (510), through the web-site. If the registrant does not correctly enter the registration code, the registrant is typically given additional opportunities to do so again (512). Preferably, as described above, the registrant is allowed a limited number of attempts to correctly enter the registration code. Typically, the registration code is short, such as three characters, so as to provide hundreds if not thousands of possible registration codes, but which is easy to write down and remember when properly obtained.

US 9,300,792 B2

7

8

If the registrant correctly enters the registration code into the on-line registration form at the web-site, registration is complete and the registrant typically obtains message such as "you have been verified and can now log in" (**514**), which ends the verification and authentication process and enables the registrant to access the web-site or services provided to the web-site for which registration is required.

With reference now to FIG. **6**, a similar process to that of FIG. **5** is illustrated. In order to begin the verification and authentication process, the registrant is first presented an on-line registration form at the web-site, and during the registration process is prompted to enter his telephone number, through the web-site. Preferably, the registrant is informed that he will be getting an electronic message shortly (**600**), i.e., through the telephone. Similar to that described above, the message is preferably an SMS message, but can comprise other types of message services, such as e-mail messages, instant messaging, voice messaging, etc.

In this embodiment, the electronic message provides the registrant a registration code and prompts the registrant to call a verification system telephone number to enter the registration code in order to complete the on-line registration (**602**). The registrant is then given an opportunity to call the telephone number (**604**). If the registrant does not call the telephone number (**606**), the registration is unaccepted and the registration process ends. However, if the registrant does call the telephone number provided in the electronic message, the registrant is given the opportunity to enter the code correctly via telephone (**608**). This can occur in a variety of ways. Typically, the system will be enabled with speech recognition software or the like such that the registrant can simply speak the registration code into the telephone when calling the number. However, the system can also be devised such that the telephone keypad or the like is used to enter the previously communicated registration code. If the registrant does not correctly enter the code (**610**), the registrant is typically given a limited number of additional attempts to correctly enter the registration code. However, if the registrant correctly enters the registration code by telephone, registration is completed and the registrant typically obtains a message such as "you have been verified and can now log in" (**612**), thereby ending the verification and authentication process and enabling the registrant to complete the registration process, log into the web-site or obtain the necessary services that the registration requires.

With reference now to FIG. **7**, yet another embodiment of the process of the present invention is shown. In order to initiate the registration, verification and authentication process, the registrant first at least partially completes or fills out an on-line web-site registration form, and is given a registration code at that time (**700**), through the web-site. The registrant is prompted to call a telephone number provided at the web-site to complete the verification (**702**).

The registrant is then given the opportunity to call the verification system telephone number previously provided at the web-site (**704**). If the registrant does not call the telephone number, the registration is not accepted (**706**) and the registration process ends. However, if the registrant does call and establish a telephonic connection between himself and the verification system, the registrant gets a greeting and is prompted to "enter registration code now" (**708**) or the like.

The registrant then enters the registration code provided at the web-site via telephone (**710**). If the registrant does so incorrectly (**712**) the registrant is given additional opportunities to do so. However, such opportunities are usually limited, as described above. If the registrant does enter the code correctly, such as by voice or keypad entry using the telephone,

the registration is complete and the registrant typically obtains a message such as "you have been verified and can now log in" (**714**) so as to end the verification and authentication process. With the registration complete and the telephone number of the registrant verified, the registrant is given access to the web-site, or services offered through the web-site for which registration was acquired.

With reference now to FIG. **8**, yet another embodiment of the process of the present invention is shown wherein in order to begin the registration and verification process, the registrant at least partially fills out an on-line registration form at a web-site. The registrant is prompted to call a telephone number of a verification system in order to receive a registration code in order to complete the on-line registration (**800**). The verification system telephone number is provided to the registrant at the web-site.

The registrant then calls the verification system telephone number (**802**). If the registrant does not (**804**), the registration is not accepted and the registration process ends. However, if the registrant does call the given verification system telephone number, the registrant is given a registration code (**806**), through the telephone connection.

The registrant then uses the registration code communicated by telephone and is given the opportunity to correctly enter the registration code into the on-line web registration form (**808**) at the web-site. If the registration code is not correctly entered, the registrant is typically given additional attempts to correctly do so (**810**). However, these attempts are typically limited in number so as to prevent fraud as unscrupulous registrants might attempt to randomly enter a registration code into the registration form at the web-site in an attempt to gain access without actually calling the verification system telephone number. It will be appreciated that by calling the verification system telephone number, the registrant's telephone number can typically be obtained by caller identification or the like. If the registrant correctly enters the registration code into the on-line registration form, registration is completed and the registrant obtains a message, typically, to the effect of "you have been verified and can now log in" (**812**), thus ending the verification and registration process.

Those skilled in the art will appreciate that in all of the previously described embodiments, a telephone connection is established between the verification system and the potential registrant in order to either obtain a registration code or to input a registration code. This method of telephone verification, in real-time, provides an additional layer of security, and thereby reduces fraud. The system can be automated so as to work twenty-four hours a day without the need to train employees or have staff on hand in order to create the telephone connection and complete registration.

The verification system, particularly during a registration process, may be used in conjunction with third party databases which contain personally identifiable information about consumers. The information given by the consumer, such as name, age, address, telephone number, social security number, etc., may be matched with this third party database to ensure the integrity of the information and the identity of the potential registrant. In such instances, the verification system may compare the third party database with the provided information before providing a verification code or placing a verification call to the potential registrant.

The present invention not only provides a method of verifying a potential registrant, such as through his or her telephone number by establishing connection on-line with the registrant as well as via a telephone connection, it is also designed and configured so as to provide notifications, alerts, information, etc., as established by either the registrant or

9

10

business. Such notifications, alerts, etc., are achieved through
the information provided by the registrant during the regis-
tration process, typically via the registrant provided tele-
phone number. However, it will be appreciated by those
skilled in the art that other notification means are possible,
such as via e-mail, text messaging, or the like.

With reference now to FIG. 9, in one embodiment, a user
registers for an account (900), such as by filling out a regis-
tration form, which can be done as described above. During
the registration process, the user enters one or more telephone
numbers where he or she can be reached (902). Such numbers
are stored in the user's account (904), and can be used in the
verification process, as well as an alert or notification process.

For example, if the user logs into his or her account (906),
attempts to make a transaction (908), or attempts to modify
account information (910), the user may be notified or even
required to become telephone verified (912). This can be
established previously by the business, so as to prevent fraud
on the business, or by the user/registrant in order to protect his
or her identity and account status. For example, the process of
the present invention can be used to thwart identity thieves
otherwise trying to make an unauthorized transaction, obtain
personal identifying information or account information, or
modify account information to their benefit.

If a previously established event occurs, then the system
will notify and/or verify the user. The user must receive a
verification call at one of the phone numbers previously
stored in the account (914). That is, a telephonic connection
with the registrant is established, and an electronic message is
sent. Electronic message includes the verification code, or
provides means to obtain the verification code, such as a
telephone number for the registrant to call to obtain the veri-
fication code. The electronic message may comprise an elec-
tronic message, such as a SMS (short message service) mes-
sage received by registrant's telephone. Of course, the
message can comprise a voice message alerting the user of the
event. The user then completes the telephone verification
(916), such as by entering the verification code into a form in
a web-site or via the user's telephone using voice or keypad
entry. This verifies the identity of the registrant/user, and
provides confirmation of receipt of the information and,
where necessary, authorization for the event to occur, such as
access to the account, etc. If the code is incorrectly entered
into the web-site or by phone, repeat attempts are allowed, but
typically only a finite number of times so as to prevent auto-
mated dialers and the like from fraudulently entering an
access code (918). However, once the verification and autho-
rization is completed, the process is complete (920).

The system may be configured such so as to detect an
answering machine message, and delay a predetermined
amount of time before playing an automated message. Typi-
cally, however, during the registration process, the potential
registrant/user indicates whether the provided telephone
numbers are a direct line telephone number, or an indirect
line, such as one answered by a receptionist or operator, or
handled through an automated system, such as an PBX sys-
tem.

In such instance, when a verification call is initiated (1000),
as illustrated in FIG. 10, the system determines whether the
user needs to be reached at an extension (1002). If not, the
verification message is played once the telephone line is
picked up (1004).

However, if the user needs to be reached at an extension,
the system then determines whether an operator will answer
the phone (1006). If so, when the call is picked up (1008), an
automated message plays requesting that the call be trans-
ferred to the user's extension (1010). After directing the live

operator to dial the extension, the call is paused for a prede-
termined amount of time. Then, the verification message is
played (1004), which includes either the verification code
and/or occurrence of the notification event.

If an operator does not answer the phone, but rather is an
automated system, once the call is picked up (1012), the
extension is automatically dialed, including any necessary
pauses, additional numbers, such as pound or star signs, etc.
(1014). Upon reaching the user's telephone line or message
machine, the verification message is played automatically
(1004).

In the instance where the verification message includes the
verification code or personal identification number (PIN), the
end user enters the PIN number given in the verification
message into a web-site (1016). Of course, the user can also
be asked to call a telephone number to enter the code, or even
enter the code while on the line with the system. The system
then determines whether the entered code is correct (1018)
and, if not, the user is typically allowed to retry a finite
number of times (1020), as discussed above. However, if the
code is entered correctly, the process is completed (1022), and
the user is verified either during the registration process, has
confirmed receipt of the alert or information sought, or has
authorized the transaction to occur.

During the registration process, when the user or consumer
fills out a form, but is not able to or chooses not to phone
verify using the verification system at the time of filling out
the form, the system will preferably allow the consumer to
reverify at a later time using a method that may include, but is
not limited to, permitting the consumer to log into the web-
site under the previous chosen user name, password, etc. The
consumer's previously provided information, including
address, telephone number, etc., will be stored in the system
so the consumer does not need to reenter the information and
can automatically be redirected to a page that will allow the
consumer to attempt verification. The consumer must then
phone verify, as described above, before they are able to
access any area of the web-site that requires the user verifi-
cation. Alternatively, an e-mail can be generated and sent to
the consumer when there is a verification failure. The e-mail
will contain a link to a page on the business' website where
the consumer may reattempt to phone verify. The consumer
previously entered information, such as name, address, user
name, password, etc., will be stored in the business' system so
the consumer need not have to reenter this information. The
consumer must then phone verify before they are able to
access any area of the web-site that requires user verification.

The verification system can be used at any point during a
business transaction. For example, a merchant may verify a
user before allowing the user to reach a transaction page. The
merchant may also verify the user upon submission of a
transaction, or after a transaction has been submitted. The
merchant may verify after the transaction has been submitted
to prevent hindering the completion of the transaction. None-
theless, the verification system of the present invention is
implemented in such a way as to make a fraudulent transac-
tion more difficult by requiring a fraudulent user to gain
access through the registrant's phone. This method of fraud
prevention can be achieved, as indicated above, by collecting
the consumer's phone numbers and storing these as part of the
consumer's account. The business may choose to not allow
the consumer to alter phone numbers associated with the
consumer's account after initially collecting the numbers
from the consumer, or require a safeguard process such as
going through another registration process in order to add or
change telephone numbers. Thus, when a consumer attempts
to make certain transactions, as specified by either the con-

US 9,300,792 B2

<table>
<tr><td>11</td><td>12</td></tr>
</table>

sumer or the business, the consumer may be notified or alerted in a variety of way. For example, all the phone numbers on record may be called to alert or notify the consumer of the transaction, or to verify a consumer's transaction. However, a single phone number, such as a preferred phone number, may be set as the default number to call and alert or notify the consumer of the transaction. The consumer may be given the opportunity to choose which phone number is called and set as the default number.

The alert/notification aspect of the present invention can be implemented in a wide variety of scenarios. For example, with respect to ATM transactions, the business or consumer may wish the consumer to be informed of a transaction that meets certain qualifications, as previously set by the business or consumer. For example, the consumer may wish to be notified every time a withdrawal of more than one thousand dollars is requested from his or her checking account. Or, the business may wish to notify the consumer when more than five transactions post to the consumer's account within twenty-four hours. Other financial transactions can also be monitored and the consumer alerted. For example, with respect to credit card transactions, a consumer who is a parent may wish to be notified when the consumer's child makes a purchase or more than amount specified by the business or consumer. The business or consumer may wish to have a notification sent when the financial account is accessed, or sought to be altered in any way. The consumer may wish to be alerted by the business when a bank transaction occurs that meets certain qualifications. For example, a consumer may wish to be informed of his checking account balance every Friday at noon, when automatic withdrawals or payments are made, etc.

The present invention is not limited to notifying a user of events that occur with respect to a financial account. Instead, alerts or notifications can be given to the user for any reason. For example, the time of delivery of an item to the consumer can be automated in such a fashion. Sports scores or other user information can be relayed to the user as dictated by the business or user. The user may be informed of airline flight changes, traffic conditions, weather conditions, change in stock markets, status of credit reports, etc.

The verification can be imposed either by the business or consumer. The business may allow the consumer to "opt-in" to the system and charge the consumer each time the verification system is used. This creates a new string of revenue for the business. However, this also provides a service to the consumer. In certain circumstances, the business may require the user to use the verification system, and charge the consumer each time the verification system is used. This can be done, for example, to protect the business from financial losses due to identity theft, account information misappropriation, etc. For example, a credit card company may require that cardholders use the verification system, and be notified when certain suspect transactions occur, such as charging more than $500.00 in a single transaction, in order to limit the financial liability to the credit card company.

The business can choose to implement the verification system of the present invention with a call delay capability. This allows the consumer to choose when to receive the verification phone call. The business may allow the consumer to choose from various options, including, call in 10 minutes, call every 5 minutes if the line is busy, call every 10 minutes for up to three attempts, call me now, etc., during the registration process, or even during the notification process if the line is busy. This can be established during the registration process, as decided between the consumer and the business

The business may also elect to automatically or manually require consumers to reverify after initial verification. This reverification process may occur at times, including, but not limited to, certain intervals of time, such as once every month. This can be done in order to ensure the integrity of the information. For example, this may be used to verify that the consumer can still be reached at the given telephone number. This process may also occur when a consumer requests another consumer to be verified, or even if the consumer chooses to be reverified at certain intervals, for example, to rest assured that the system is tracking their account.

The business, under certain circumstances, may elect to accumulate a database of verified members for use with various purposes. This database can comprise the third party database described above which could be used during the registration process to verify or authenticate the identity of the potential registrants. Such a database may also be used for marketing purposes, including, but not limited to, mass text messaging, mass verbal messaging, mass verbal calls, or any other way of communicating with a consumer directly through the telephone. This may be completed through automated systems, manual calling, or messaging.

With the advent of the CAN-SPAM Act of August 2004, a disclaimer may be provided when a consumer uses the verification system that notifies the consumer that the business may sent text message advertisements or notifications to the consumer's telephone unless he or she opts out. Once this permission is established, the business may then send commercial text messages at a time and quantity of its choosing until the consumer notifies the business that he or she wants to opt out in accordance with the CANSPAM Act. Businesses may use a community database of verified numbers to generate revenue by storing or selling numbers for third parties, as well as for their own use.

Although several embodiments have been described in detail for purposes of illustration, various modifications may be made without departing from the scope and spirit of the invention. Accordingly, the invention is not be limited, except as by the appended claims.

We claim:

1. A verification and notification method implemented by a computing system, the method comprising:

receiving, from a user, information via a computing interface presented to the user as a result of an attempt by the user to access a service, the received information including a telephone number associated with the user;

verifying the telephone number by:

    establishing a short message service (SMS) connection with the user using the received telephone number;

    communicating a verification code to the user through the SMS connection;

    receiving, via the computing interface, a submitted verification code that is entered by the user; and

    verifying the telephone number if the submitted verification code is the same as the communicated verification code;

completing a registration of the user based on the received information and verified telephone number, wherein the completed registration enables the user to access the service;

maintaining a record of one or more notification events associated with actions that require acknowledgement by the user;

upon receiving an indication of an occurrence of an established notification event, transmitting a message addressed to the verified telephone number indicating the occurrence of the notification event; and

US 9,300,792 B2

| 13 | 14 |

receiving, from the user, an acknowledgement of an action associated with the established notification event.

**2.** The method of claim **1**, wherein the telephone number is associated with a mobile phone.

**3.** The method of claim **1**, wherein the notification event is a transaction.

**4.** The method of claim **1**, wherein the notification event is established by a party associated with the service.

**5.** The method of claim **1**, wherein the notification event is associated with activity related to a financial account associated with the user.

**6.** The method of claim **1**, wherein the notification event is associated with a request to alter an account of the user.

**7.** The method of claim **1**, further comprising charging a fee to the user based at least in part on the user being notified of the occurrence of the established notification event.

**8.** The method of claim **1**, wherein the message indicating the occurrence of the notification event is an SMS message.

**9.** The method of claim **1**, further comprising associating the telephone number with data indicating that the telephone number is verified.

**10.** A non-transitory computer-readable storage medium containing instructions that, when executed by a processor, cause the processor to perform a method of verification and notification, the method comprising:

receiving, from a user, information via a computing interface presented to the user as a result of an attempt by the user to access a service, the received information including a telephone number associated with the user;

verifying the telephone number by:

establishing a telephonic connection with the user using the received telephone number;

communicating a verification code to the user through the telephonic connection;

receiving, via the computing interface, a submitted verification code that is entered by the user; and

verifying the telephone number if the submitted verification code is the same as the communicated verification code;

completing a registration of the user based on the received information and verified telephone number, wherein the completed registration enables the user to access the service;

maintaining a record of one or more notification events associated with actions that require acknowledgement by the user;

upon receiving an indication of an occurrence of an established notification event, transmitting a message addressed to the verified telephone number indicating the occurrence of the notification event; and

receiving, from the user, an acknowledgement of an action associated with the established notification event.

**11.** The method of claim **10**, wherein the telephone number is associated with a mobile phone.

**12.** The method of claim **10**, wherein the notification event is a transaction.

**13.** The method of claim **10**, wherein the notification event is established by a party associated with the service.

**14.** The method of claim **10**, wherein the notification event is associated with activity related to a financial account associated with the user.

**15.** The method of claim **10**, wherein the notification event is associated with a request to alter an account of the user.

**16.** The method of claim **10**, further comprising charging a fee to the user based at least in part on the user being notified of the occurrence of the established notification event.

**17.** The method of claim **10**, wherein the message indicating the occurrence of the notification event is a short message service (SMS) message.

**18.** The method of claim **10**, further comprising associating the telephone number with data indicating that the telephone number is verified.

* * * * *