# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Telesign Corporation | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 2:16-cv-02106 RGK(JEMx) |
| v. | |
| Twilio, Inc. | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 14-03 (RELATED CASES) |
| DEFENDANT(S). | |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 14-03.

_4/1/16_                                                    _Philip S. Gutierrez_
Date                                                         United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____
_____
_____
_____

_____                                              _____
Date                                                        United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case   _2:15-cv-03240 PSG(SSx)_   and the present case:

- ☐ A. Arise from the same or closely related transactions, happenings or events; or
- ☑ B. Call for determination of the same or substantially related or similar questions of law and fact; or
- ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- ☐ D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery maters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge ___McDermott___ to Magistrate Judge ___Segal___.

On all documents subsequently filed in this case, please substitute the initials ___PSG(SSx)___ after the case number in place of the initials of the prior judge, so that the case number will read ___2:16-cv-02106 PSG(SSx)___. This is very important because the documents are routed to the assigned judges by means of these initials

cc: ☐ Previous Judge   ☐ Statistics Clerk

CV-34 (06/14)                    ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 14-03 (Related Cases)