COOLEY LLP
THOMAS J. FRIEL, JR. (80065)
(TFRIEL@COOLEY.COM)
REUBEN H. CHEN (228725)
(RCHEN@COOLEY.COM)
CARRIE J. RICHEY (270825)
(CRICHEY@COOLEY.COM)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:   (650) 843-5000
Facsimile:    (650) 849-7400

Attorneys for Defendant
Twilio Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TELESIGN CORPORATION,<br><br>              Plaintiff,<br><br>      v.<br><br>TWILIO INC.,<br><br>              Defendant. | Case No.  2:16-cv-02106-PSG-SS<br><br>**NOTICE OF APPEARANCE** |

Defendant Twilio Inc. files this Notice of Appearance and hereby notifies the Court that Thomas J. Friel, Jr., of Cooley LLP, 3175 Hanover Street, Palo Alto, California 94304-1130, telephone number (650) 843-5000 is appearing on behalf of Twilio Inc. in the above-referenced matter.

Dated:  April 7, 2016

COOLEY LLP
THOMAS J. FRIEL, JR. (80065)
REUBEN H. CHEN (228725)
CARRIE J. RICHEY (270825)


*/s/ Thomas J. Friel, Jr.*
Thomas J. Friel, Jr. (80065)
Attorneys for Defendant
Twilio Inc.

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1.