COOLEY LLP
THOMAS J. FRIEL, JR. (80065)
(TFRIEL@COOLEY.COM)
REUBEN H. CHEN (228725)
(RCHEN@COOLEY.COM)
CARRIE J. RICHEY (270825)
(CRICHEY@COOLEY.COM)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

Attorneys for Defendant
Twilio Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TELESIGN CORPORATION, | Case No. 2:16-cv-02106-PSG-SS |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| TWILIO INC., | |
| Defendant. | |

Defendant Twilio Inc. files this Notice of Appearance and hereby notifies the Court that Reuben H. Chen of Cooley LLP, 3175 Hanover Street, Palo Alto, California 94304-1130, telephone number (650) 843-5000 is appearing on behalf of Twilio Inc. in the above-referenced matter.

Dated: April 7, 2016

COOLEY LLP
THOMAS J. FRIEL, JR. (80065)
REUBEN H. CHEN (228725)
CARRIE J. RICHEY (270825)

*/s/ Reuben H. Chen*
Reuben H. Chen (228725)
Attorneys for Defendant
Twilio Inc.