COOLEY LLP
THOMAS J. FRIEL, JR. (80065)
(TFRIEL@COOLEY.COM)
REUBEN H. CHEN (228725)
(RCHEN@COOLEY.COM)
CARRIE J. RICHEY (270825)
(CRICHEY@COOLEY.COM)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

Attorneys for Defendant
Twilio Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TELESIGN CORPORATION,<br><br>                    Plaintiff,<br><br>        v.<br><br>TWILIO INC.,<br><br>                    Defendant. | Case No. 2:16-cv-02106-PSG-SS<br><br>**NOTICE OF APPEARANCE** |

Defendant Twilio Inc. files this Notice of Appearance and hereby notifies the Court that Carrie J. Richey of Cooley LLP, 3175 Hanover Street, Palo Alto, California 94304-1130, telephone number (650) 843-5000 is appearing on behalf of Twilio Inc. in the above-referenced matter.

Dated: April 7, 2016

COOLEY LLP
THOMAS J. FRIEL, JR. (80065)
REUBEN H. CHEN (228725)
CARRIE J. RICHEY (270825)


*/s/ Carrie J. Richey*
Carrie J. Richey (270825)
Attorneys for Defendant
Twilio Inc.

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1.

NOTICE OF APPEARANCE
2:16-CV-02106-PSG-SS