COOLEY LLP
THOMAS J. FRIEL, JR. (80065)
(TFRIEL@COOLEY.COM)
REUBEN H. CHEN (228725)
(RCHEN@COOLEY.COM)
CARRIE J. RICHEY (270825)
(CRICHEY@COOLEY.COM)
DENA CHEN (286452)
(DCHEN@COOLEY.COM)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

Attorneys for Defendant
Twilio Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TELESIGN CORPORATION, | Case No. 2:16-cv-02106-PSG-SS |
| Plaintiff, | |
| v. | **DECLARATION OF WAYNE O. STACY IN SUPPORT OF DEFENDANT TWILIO INC.'S *EX PARTE* APPLICATION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT** |
| TWILIO INC., | |
| Defendant. | |
| | Honorable Philip S. Gutierrez |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

DECL. OF W. O. STACY ISO TWILIO'S N
*EX PARTE* APP. FOR ENLARGE. OF TIME TO
RESP. COMPLAINT 2:16-CV-2106-PSG-SS

I, Wayne O. Stacy, declare:

1.     I am an attorney at the law firm Cooley LLP and counsel for Defendant Twilio Inc. ("Twilio"). I declare that the following statement is true to the best of my knowledge, information, and belief, and that if called upon to testify, I could and would competently testify thereto.

2.     On April 1, 2016, I emailed TeleSign's counsel to obtain a 30-day extension to respond to the complaint.

3.     On April 6, 2016, TeleSign's counsel stated it would consider a one-week extension if Twilio agreed to file an Answer and not any other responsive pleading to the complaint.

4.     On April 6, 2016, the parties met and conferred over the proposed enlargement of time to respond to the complaint. Twilio's counsel sought a 30-day extension.   TeleSign's counsel refused, but stated it would allow a one-week extension if Twilio agreed to only file an answer to the complaint and no other responsive pleading.  The parties discussed Twilio filing an *ex parte* application for an enlargement of time to respond to the complaint. TeleSign's counsel informed me that it would oppose the *ex parte* application.

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1

DECL. OF W. O.STACY ISO TWILIO'S N
*EX PARTE* APP. FOR ENLARGE. OF TIME TO
RESP. COMPLAINT 2:16-CV-2106-PSG-SS

1        I declare under penalty of perjury that the foregoing is true and correct.

2    Executed on April 7, 2016, in Broomfield, Colorado.

3

4

5                          Wayne O. Stacy

6    129849437 v1

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2

DECL. OF W. O. STACY ISO TWILIO'S N
EX PARTE APP. FOR ENLARGE. OF TIME TO
RESP. COMPLAINT 2:16-CV-2106-PSG-SS