COOLEY LLP
THOMAS J. FRIEL, JR. (80065)
(TFRIEL@COOLEY.COM)
REUBEN H. CHEN (228725)
(RCHEN@COOLEY.COM)
CARRIE J. RICHEY (270825)
(CRICHEY@COOLEY.COM)
DENA CHEN (286452)
(DCHEN@COOLEY.COM)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:  (650) 843-5000
Facsimile:   (650) 849-7400

Attorneys for Defendant
Twilio Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TELESIGN CORPORATION,<br><br>           Plaintiff,<br><br>   v.<br><br>TWILIO INC.,<br><br>           Defendant. | Case No.  2:16-cv-02106-PSG-SS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT TWILIO INC.'S** *EX PARTE* **APPLICATION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT**<br><br>Honorable Philip S. Gutierrez |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

[PROPOSED] ORDER RE *EX PARTE* APP. FOR
ENLARG. OF TIME TO RESPOND TO COMPLAINT
2:16-CV-2106-PSG-SS

1  The Court has reviewed the papers regarding Defendant Twilio Inc.'s *ex parte* application for enlargement of time to respond to the complaint, and finds that *ex parte* relief is justified. In light of the 41 page complaint with 162-paragraphs and 39 exhibits TeleSign Corporation filed, the date to respond to the complaint is hereby **ENLARGED** by 30-days from April 21 to May 23, 2016.

**IT IS SO ORDERED.**

Dated: _____ .

Honorable Philip S. Gutierrez
United States District Judge
.

129853819 v1

ATTORNEYS AT LAW
PALO ALTO

1

[PROPOSED] ORDER RE *EX PARTE* APP. FOR ENLARG. OF TIME TO RESPOND TO COMPLAINT
2:16-CV-2106-PSG-SS