Tony M. Diab (SBN 277343)
(tdiab@shb.com)
SHOOK, HARDY & BACON L.L.P.
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, California 92614
Telephone:  949.475.1500
Facsimile:   949.475.0016

Attorneys for Plaintiff
TELESIGN CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TELESIGN CORPORATION,<br><br>　　　　　PLAINTIFF,<br><br>v.<br><br>TWILIO, INC.,<br><br>　　　　　DEFENDANT. | Case No. 2:16-cv-2106-PSG-SS<br><br>**DECLARATION OF TONY M. DIAB IN RESPONSE TO TELESIGN'S OPPOSITION TO TWILIO'S *EX PARTE* APPLICATION (ECF No. 18)**<br><br>Honorable Philip S. Gutierrez |

I, Tony M. Diab, declare:

1. I am an attorney at the law firm Shook, Hardy & Bacon LLP and counsel for TeleSign.

2. I have been informed that co-counsel Mary Jane Peal emailed a courtesy copy of the Complaint in this litigation to counsel for Twilio (Mr. Wayne Stacey) a few minutes after it was filed.

3. Exhibit A is a true and correct copy of an email thread between counsel for TeleSign and counsel for Twilio confirming the identification of Twilio products relevant to TeleSign's infringement allegations in TeleSign I, .

4. Exhibit B is a true and correct copy of an email thread between counsel for TeleSign and counsel for Twilio regarding Twilio's extension request.

5. I have been informed by Mary Jane Peal that Twilio's counsel opened the telephonic meet-and-confer on April 6, 2016 by stating: "This will be a short call."

I declare under penalty of perjury that the statements above are true to the best of my knowledge, information and belief.  If called upon to testify I could and would testify.

Executed on April 8, 2016, at Irvine, California

                                                          /s/ Tony M. Diab
                                                          Tony M. Diab