# Exhibit A

**Peal, Mary J. (SHB)**

| | |
|---|---|
| From: | Camacho, Jesse (SHB) |
| Sent: | Tuesday, February 09, 2016 3:04 PM |
| To: | Stacy, Wayne |
| Cc: | z/Twilio-TeleSign; Peal, Mary J. (SHB); Arnold, Cari R. (SHB); IPLitigation; Miller, Gary M. (SHB) |
| Subject: | RE: confirmation of products for which we are collecting documents |

Wayne, Here are sample citations.

| Item | Exemplary citation(s) (not exhaustive). |
|---|---|
| Authy OneCode | Exhibit A, pg. 31 ("'SoftToken,' 'OneTouch,' and 'OneCode,'(and accompanying text) at TLS_00000222-226") |
| Authy SoftToken | Exhibit A, pg. 31 ("'SoftToken,' 'OneTouch,' and 'OneCode,'(and accompanying text) at TLS_00000222-226") |
| Authy OneTouch (including APIs) | Exhibit A, pg. 30 ("*TLS_00000781 starting at 14:07.*"); Exhibit A, pg. 31 ("'*SoftToken,' 'OneTouch,' and 'OneCode,'(and accompanying text) at TLS_00000222-226*") |
| Authy 2FA, including Authy Authentication, Authy Verification (including APIs), and Authy Phone Intelligence (including APIs) | Exhibit A, pg. 1 ("*TLS_00000081-100," "TLS_00000074-80*"); Exhibit A, pg. 2 ("*TLS_00000192-198*"); Exhibit A, pg. 2 ("*'…it 'should find or create a user'…,' '…@user = Authy::API.register_user(…,' and '…it 'should fail to validate a given token if the user is not registered'…' at TLS_00000035-37; 'Before you can secure a user's login you need to create an Authy user. Authy requires you send an email, cellphone and country code for each Authy user…' at TLS_00000081-100; 'Adding new user' (and accompanying text) at TLS_00000063-68'*"); Exhibit A, pg. 17 ("*TLS_00000613-617*") |
| Authy Mobile and Desktop Apps | Exhibit A, pg. 30 ("*TLS_00000781 starting at 14:07.*"); Exhibit A, pg. 3 ("*TLS_00000207-211*") |
| Authy REST APIs, including Authy TOTP API (and pre-built helper libraries--Ruby, Python, PHP, .NET, Node.JS, Java, etc.) | Exhibit A, pg. 9 ("*TLS_00000796-819*"); Exhibit A, pg. 13 ("*TLS_00000074-80*"); Exhibit A, pg. 14 ("*TLS_00000069-73*"); Exhibit A, pg. 15 ("*'userStatus' and 'phoneInfo' at TLS_00000133-137*"); Exhibit A, pg. 28 ("*TLS_00000484-511*") |
| Any custom Authy embodiments | Exhibit A, pg. 33 ("*'I don't know if you guys are familiar with CoinBase, but **they've been using this…our technology to disallow VoIP numbers for the past year**, and **that's when we saw a lot of their fraud go virtually to almost zero**, when they started enabling this technology.' TLS_00000781 at 3:38-6:01.*") |
| Lookup | Exhibit A, pg. 15 ("*'Twilio Lookup is a REST API that can…' and 'Valid Phone Numbers' (and accompanying description) and example response (e.g., 'country_code,' 'carrier {…},'and 'type') at TLS_00000637-649*") |
| SMS, to the extent it could be used to send a message containing a verification code and/or TOTP or instructions for how a recipient could obtain the same. | Exhibit A, pg. 19 ("*TLS_00000613-617*"); Exhibit A, pg. 20 ("*'…a six-digit security code sent to your phone either through a call or an SMS message…' at TLS_00000576-578*") |

1

| | |
|---|---|
| MMS, to the extent it could be used to send a message containing a verification code and/or TOTP or instructions for how a recipient could obtain the same. | Exhibit A, pg. 19 ("*TLS_00000600-602*") |
| Voice, to the extent it could be used to send an automated message containing a verification code and/or TOTP or instructions for how a recipient could obtain the same. | Exhibit A, pg. 5 ("*TLS_00000650-654*"); Exhibit A, pg. 19 ("*TLS_00000613-617*"); Exhibit A, pg. 20 ("*'…a six-digit security code sent to your phone either through a call or an SMS message…' at TLS_00000576-578*") |
| SMS Toll Free, to the extent it could be used to send a message containing a verification code and/or TOTP or instructions for how a recipient could obtain the same. | Exhibit A, pg. 5 ("*TLS_00000480-483*") |
| Short Codes, to the extent it could be used to send a message containing a verification code and/or TOTP or instructions for how a recipient could obtain the same. | Exhibit A, pg. 5 ("*TLS_00000429-431*") |
| Elastic SIP Trunking, to the extent it analyzes a connection and/or route to "maximize the quality of every call." (Link to quoted reference.) | Exhibit A, pg. 20 ("*Discussions of failure mitigation and call routing in TLS_00000785*"); Exhibit A, pg. 64 ("*TLS_00000781 starting at 10:49.*"); Exhibit A, pg. 65 ("*TLS_00000650-654,*" "*TLS_00000192-198*") |
| TwiML (especially related to automated messages), to the extent it could be used to send an automated message containing a verification code and/or TOTP or instructions for how a recipient could obtain the same. Also, to the extent it could be used to capture an inbound verification code and/or TOTP submitted by an end user over a voice connection. | Exhibit A, pg. 19 ("*TLS_00000613-617*") |
| Twilio REST API, as it could be used to support/enable any of the above Twilio products. | Exhibit A, pg. 21 ("*'initiateSms' at TLS_00000603-612; 'requestSms,' 'phoneCall,' and 'phone verification' at TLS_00000133-137*"); Exhibit A, pg. 21 ("*TLS_00000417-421*") |
| Helper libraries, as it could be used to support/enable any of the above Twilio products. | Exhibit A, pg. 21 ("*TLS_00000417-421*" – e.g., "Helper Libraries") |
| MFA for Twilio customer accounts (this might be the same as or overlapped with the bullet above) | Exhibit A, pg. 1 ("*TLS_00000576-578*") |
| Carrier route quality evaluations (https://www.twilio.com/platform/resiliency) | Exhibit A, pg. 20 ("*Discussions of failure mitigation and call routing in TLS_00000785*"); Exhibit A, pg. 64 ("*TLS_00000781 starting at 10:49.*"); Exhibit A, pg. 65 ("*TLS_00000650-654,*" "*TLS_00000192-198*") |

Jesse
816-559-2173 | 12005 | jcamacho@shb.com

**From:** Stacy, Wayne [mailto:wstacy@cooley.com]
**Sent:** Monday, February 8, 2016 1:41 PM
**To:** Camacho, Jesse (SHB); Miller, Gary M. (SHB)

2

**Cc:** z/Twilio-TeleSign; Peal, Mary J. (SHB); Arnold, Cari R. (SHB); IPLitigation
**Subject:** RE: confirmation of products for which we are collecting documents

Please provide the cites to your charts.

**Wayne O. Stacy**
Cooley LLP
Direct: 720.566.4125 • Cell: 303.949.0643
Bio: www.cooley.com/wstacy • Practice: www.cooley.com/litigation

Adjunct Professor, University of Colorado School of Law
Adjunct Professor, University of Denver School of Law

---

**From:** Camacho, Jesse (SHB) [mailto:JCAMACHO@shb.com]
**Sent:** Monday, February 08, 2016 12:14 PM
**To:** Stacy, Wayne; Miller, Gary M. (SHB)
**Cc:** z/Twilio-TeleSign; Peal, Mary J. (SHB); Arnold, Cari R. (SHB); IPLitigation
**Subject:** RE: confirmation of products for which we are collecting documents

Wayne, Your list does not look complete. We were completing review when your list came through. Here is our list from TeleSign's contentions. It uses publicly facing terminology, so we are not sure how much it overlaps with your list. Our current understanding is that information should be collected based on the list below.

- Authy Related
    - Authy OneCode
    - Authy SoftToken
    - Authy OneTouch (including APIs)
    - Authy 2FA, including Authy Authentication, Authy Verification (including APIs), and Authy Phone Intelligence (including APIs)
    - Authy Mobile and Desktop Apps
    - Authy REST APIs, including Authy TOTP API (and pre-built helper libraries--Ruby, Python, PHP, .NET, Node.JS, Java, etc.)
    - Authy for Wordpress 2FA Plugin
    - Authy SSH 2FA
    - Authy OpenVPN 2FA
    - Any custom Authy embodiments
- Twilio
    - Lookup
    - SMS, to the extent it could be used to send a message containing a verification code and/or TOTP or instructions for how a recipient could obtain the same.
    - MMS, to the extent it could be used to send a message containing a verification code and/or TOTP or instructions for how a recipient could obtain the same.
    - Voice, to the extent it could be used to send an automated message containing a verification code and/or TOTP or instructions for how a recipient could obtain the same.
    - IP Messaging, to the extent it could be used to send a message containing a verification code and/or TOTP or instructions for how a recipient could obtain the same.
    - Short Codes, to the extent it could be used to send a message containing a verification code and/or TOTP or instructions for how a recipient could obtain the same.
    - Programmable Call Recording, to the extent it could be used to capture an inbound verification code and/or TOTP submitted by an end user over a voice connection.
    - Elastic SIP Trunking, to the extent it analyzes a connection and/or route to "maximize the quality of every call." (Link to quoted reference.)
    - TwiML (especially related to automated messages), to the extent it could be used to send an automated message containing a verification code and/or TOTP or instructions for how a recipient could obtain the

      same. Also, to the extent it could be used to capture an inbound verification code and/or TOTP submitted by an end user over a voice connection.
- Twilio REST API, as it could be used to support/enable any of the above Twilio products.
- Helper libraries, as it could be used to support/enable any of the above Twilio products.
- Layered security for "secure communications in the cloud" (especially the use of MFA)
- MFA for Twilio customer accounts (this might be the same as or overlapped with the bullet above)
- Carrier route quality evaluations (https://www.twilio.com/platform/resiliency)

Jesse
816-559-2173 | 12005 | jcamacho@shb.com

**From:** Stacy, Wayne [mailto:wstacy@cooley.com]
**Sent:** Monday, February 8, 2016 10:35 AM
**To:** Miller, Gary M. (SHB); Camacho, Jesse (SHB)
**Cc:** z/Twilio-TeleSign
**Subject:** confirmation of products for which we are collecting documents

We've reviewed the infringement contentions and believe these are the products that you mention. We will collect documents based on these products only.

2FA powered by Twilio SMS
2FA powered by Twilio Voice
Twilio Lookup
Twilio.com account portal
Authy OneTouch
Authy 2FA App
Authy OneCode
Authy SoftToken
Authy OneTouch
Authy Phone Intelligence


**Wayne O. Stacy**
Cooley LLP
Direct: 720.566.4125 • Cell: 303.949.0643
Bio: www.cooley.com/wstacy • Practice: www.cooley.com/litigation

Adjunct Professor, University of Colorado School of Law
Adjunct Professor, University of Denver School of Law

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

Mail Gate made the following annotations on Mon Feb 08 2016 13:13:45

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.