# Exhibit B

**Peal, Mary J. (SHB)**

---

| | |
|---|---|
| **From:** | Stacy, Wayne <wstacy@cooley.com> |
| **Sent:** | Wednesday, April 06, 2016 11:08 AM |
| **To:** | Peal, Mary J. (SHB) |
| **Cc:** | Camacho, Jesse (SHB); Miller, Gary M. (SHB); IPLitigation; z/Twilio-TeleSign; Diab, Tony M. (SHB) |
| **Subject:** | RE: TeleSign Corp. v. Twilio, Inc., Case No. 16-2106 (ECF No. 1) |

Please schedule the meet and confer.  We reject your proposal.

**Wayne O. Stacy**
Cooley LLP
Direct: 720.566.4125 • Cell: 303.949.0643
Bio: www.cooley.com/wstacy • Practice: www.cooley.com/litigation

Adjunct Professor, University of Colorado School of Law
Adjunct Professor, University of Denver School of Law

---

**From:** Peal, Mary J. (SHB) [mailto:MPEAL@shb.com]
**Sent:** Wednesday, April 06, 2016 9:57 AM
**To:** Stacy, Wayne
**Cc:** Camacho, Jesse (SHB); Miller, Gary M. (SHB); IPLitigation; z/Twilio-TeleSign; Diab, Tony M. (SHB)
**Subject:** RE: TeleSign Corp. v. Twilio, Inc., Case No. 16-2106 (ECF No. 1)

Wayne,

Your email, including its "demand," is not well received.  You sent a vague response to our request for more information at 4:39 PM.  At 7:42 AM the next day, you attempt to frame the record as failing to respond to you.  On top of this, you are threatening a fees motion for what amounts to having to comply with the Federal Rules of Civil Procedure.  We do not think any motion would be a good use of the Court's time, and here's why:
- Your response deadline is set by the Fed. R. Civ. P.
- In TeleSign I, we did not object to a 30-day extension, on top of delaying service to allow Twilio time to investigate.
- Twilio has had notice of TeleSign I's allegations for almost a year, since April 30, 2015.
- This case involves a child patent with the same specification as two of the patents-in-suit in TeleSign I.
- Your reason for requesting an extension contemplates Twilio filing an Answer, but you have not represented that you will be filing an Answer.
- We went through a similar situation in the first case, agreed to a one-month extension, but then Twilio filed a Rule 12 motion that was disconnected from the Complaint's substantive infringement allegations and delayed aspects of the proceeding.
- If Twilio plans on filing a Rule 12 motion, that will not turn on our Complaint's allegations.
- TeleSign and Twilio are competitors.
- The competition between the companies is increasing.
- Our client has been seeking redress for almost a year.
- We intend to seek as early a trial date as possible.
- Your ability to reply to our instant allegations is eased given the diligence you've performed in TeleSign I.
- We feel as though our compromises or opening positions made with an eye toward comprises in TeleSign I were ultimately used against us, such as our proposed schedule, and the comments Twilio made in its Stay briefing.  Thus, are concerned that Twilio might use an extension grant against us.
- In case there was any confusion from TeleSign I, we welcomed and will welcome a fast trial date, particularly in view the companies' competition.  We want this fact clear from the outset and on the record.

1

If Twilio will be filing an actual Answer (as opposed to a Rule 12 motion), and agrees to not use our lack of objection against us in any way, then we can further investigate the option of a one-week extension to further investigate our allegations.

One of the reasons we sent you copies of the complaint just minutes after we filed it was so that you'd have as early notice as possible. But given the history of TeleSign I and your diligence in that regard, a 30-day extension would unnecessarily delay the proceedings.

We can meet-and-confer at 3:00 central today. During that time, please be prepared to discuss specifics regarding your request.

Mary Jane Peal
816-559-2594 | mpeal@shb.com

---

**From:** Stacy, Wayne [mailto:wstacy@cooley.com]
**Sent:** Wednesday, April 06, 2016 7:42 AM
**To:** Peal, Mary J. (SHB)
**Cc:** Camacho, Jesse (SHB); Miller, Gary M. (SHB); IPLitigation; z/Twilio-TeleSign
**Subject:** RE: TeleSign Corp. v. Twilio, Inc., Case No. 16-2106 (ECF No. 1)

Mary,

We responded to your request. You have failed to respond to us. It appears that Telesign, through its counsel, is trying to delay granting a simple extension request for the purpose of strategic advantage. We demand a meet and confer this morning. We intend to file a motion for an extension and possibly a fee request for the motion.

If you refuse to meet and confer, we will inform the court.

**Wayne O. Stacy**
Cooley LLP
Direct: 720.566.4125 • Cell: 303.949.0643
Bio: www.cooley.com/wstacy • Practice: www.cooley.com/litigation

Adjunct Professor, University of Colorado School of Law
Adjunct Professor, University of Denver School of Law

---

**From:** Peal, Mary J. (SHB) [mailto:MPEAL@shb.com]
**Sent:** Tuesday, April 05, 2016 3:29 PM
**To:** Stacy, Wayne
**Cc:** Camacho, Jesse (SHB); Miller, Gary M. (SHB); IPLitigation; z/Twilio-TeleSign
**Subject:** RE: TeleSign Corp. v. Twilio, Inc., Case No. 16-2106 (ECF No. 1)

Wayne, Given the overlap with TeleSign I, if you are asking for an extension, could you please provide some details why.

Mary Jane Peal
816-559-2594 | mpeal@shb.com

---

**From:** Stacy, Wayne [mailto:wstacy@cooley.com]
**Sent:** Friday, April 01, 2016 2:45 PM
**To:** Peal, Mary J. (SHB)
**Cc:** Camacho, Jesse (SHB); Miller, Gary M. (SHB); IPLitigation; z/Twilio-TeleSign
**Subject:** RE: TeleSign Corp. v. Twilio, Inc., Case No. 16-2106 (ECF No. 1)

I understand that you elected not to provide a service waiver form as we requested. Please confirm that you will provide a 30 day extension to respond to the complaint.

Wayne Stacy
Cooley LLP

(c) 303.949.0643
(w) 720.566.4125

---

**From:** Peal, Mary J. (SHB) [mailto:MPEAL@shb.com]
**Sent:** Tuesday, March 29, 2016 11:50 AM
**To:** Stacy, Wayne <wstacy@cooley.com>
**Cc:** Camacho, Jesse (SHB) <JCAMACHO@shb.com>; Miller, Gary M. (SHB) <GMILLER@shb.com>; IPLitigation <IPLitigation@shb.com>
**Subject:** RE: TeleSign Corp. v. Twilio, Inc., Case No. 16-2106 (ECF No. 1)

Wayne: I sent the exhibits to the Complaint in Case No. 16-2106 in the email below (in case it was too large to come through). The exhibits are also available on PACER. Thank you.

---

**From:** Peal, Mary J. (SHB)
**Sent:** Tuesday, March 29, 2016 10:47 AM
**To:** 'Stacy, Wayne'
**Cc:** Camacho, Jesse (SHB); Miller, Gary M. (SHB); IPLitigation
**Subject:** RE: TeleSign Corp. v. Twilio, Inc., Case No. 16-2106 (ECF No. 1)

Wayne: Attached are Exhibits 1-39 to the Complaint in Case No. 16-2106. Thank you.

---

**From:** Peal, Mary J. (SHB)
**Sent:** Tuesday, March 29, 2016 8:36 AM
**To:** 'Stacy, Wayne'
**Cc:** Camacho, Jesse (SHB); Miller, Gary M. (SHB); IPLitigation
**Subject:** RE: TeleSign Corp. v. Twilio, Inc., Case No. 16-2106 (ECF No. 1)

We will send you the 39 exhibits today. We just wanted to save time on both ends if the answer was no.

---

**From:** Stacy, Wayne [mailto:wstacy@cooley.com]
**Sent:** Tuesday, March 29, 2016 8:31 AM
**To:** Peal, Mary J. (SHB)
**Cc:** Camacho, Jesse (SHB); Miller, Gary M. (SHB); IPLitigation
**Subject:** RE: TeleSign Corp. v. Twilio, Inc., Case No. 16-2106 (ECF No. 1)

Are you really refusing to send the exhibits? You are telling me that you made a deliberate choice to withhold the exhibits until I agree to accept service.

Wayne Stacy
Cooley LLP

(c) 303.949.0643
(w) 720.566.4125

---

**From:** Peal, Mary J. (SHB) [mailto:MPEAL@shb.com]
**Sent:** Tuesday, March 29, 2016 9:23 AM

3

**To:** Stacy, Wayne <wstacy@cooley.com>
**Cc:** Camacho, Jesse (SHB) <JCAMACHO@shb.com>; Miller, Gary M. (SHB) <GMILLER@shb.com>; IPLitigation <IPLitigation@shb.com>
**Subject:** RE: TeleSign Corp. v. Twilio, Inc., Case No. 16-2106 (ECF No. 1)

We wanted to confirm you will accept service before sending the exhibits.  Will you accept service of the Complaint on behalf of Twilio?

Thank you,
Mary Jane

**From:** Stacy, Wayne [mailto:wstacy@cooley.com]
**Sent:** Tuesday, March 29, 2016 8:21 AM
**To:** Peal, Mary J. (SHB)
**Cc:** Camacho, Jesse (SHB); Miller, Gary M. (SHB); IPLitigation
**Subject:** RE: TeleSign Corp. v. Twilio, Inc., Case No. 16-2106 (ECF No. 1)

No exhibits attached.

Wayne Stacy
Cooley LLP

(c) 303.949.0643
(w) 720.566.4125

**From:** Peal, Mary J. (SHB) [mailto:MPEAL@shb.com]
**Sent:** Tuesday, March 29, 2016 12:24 AM
**To:** Stacy, Wayne <wstacy@cooley.com>
**Cc:** Camacho, Jesse (SHB) <JCAMACHO@shb.com>; Miller, Gary M. (SHB) <GMILLER@shb.com>; IPLitigation <IPLitigation@shb.com>
**Subject:** TeleSign Corp. v. Twilio, Inc., Case No. 16-2106 (ECF No. 1)

Wayne,  TeleSign filed the attached Complaint.  Will you accept service on behalf of Twilio?

Thank you,
Mary Jane

Mary Jane Peal
816-559-2594 | mpeal@shb.com


Mail Gate made the following annotations on Mon Mar 28 2016 23:23:48

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

Mail Gate made the following annotations on Tue Mar 29 2016 08:23:15

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

Mail Gate made the following annotations on Tue Mar 29 2016 10:50:01

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

Mail Gate made the following annotations on Tue Apr 05 2016 16:28:48

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

Mail Gate made the following annotations on Wed Apr 06 2016 10:57:22

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.