# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 5 Park Plaza, Suite 1600, Irvine, California 92614.

On April 8, 2016 I served on the interested parties in said action the within:

**RESPONSE TO TWILIO'S *EX PARTE* APPLICATION (ECF NO. 18) REGARDING TWILIO'S REQUEST FOR AN EXTENSION TO FILE A RESPONSIVE PLEADING**

by placing a true copy thereof in a sealed envelope(s) addressed as stated on the attached mailing list.

☐ (MAIL) I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

☐ (E-MAIL) I caused such document(s) to be served via email on the interested parties at their e-mail addresses listed.

☒ (FAX) I caused such document(s) to be served via facsimile on the interested parties at their facsimile number listed below.

☐ (HAND DELIVERY) By placing a true and correct copy of the above document(s) in a sealed envelope addressed as indicated above and causing such envelope(s) to be delivered by hand to the addressee(s) designated.

☒ (ELECTRONIC FILING) I provided the document(s) listed above electronically through the CM/ECF system pursuant to the instructions set forth in the Local Rules for the United States District Court for the Central District of California.

☐ (BY FEDERAL EXPRESS, AN OVERNIGHT DELIVERY SERVICE) By placing a true and correct copy of the above document(s) in a sealed envelope addressed as indicated above and causing such envelope(s) to be delivered to the FEDERAL EXPRESS Service Center, to be delivered by their next business day delivery service to the addressee designated.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on April 8, 2016, at Irvine, California.

| Tony M. Diab | */Tony M. Diab/* |
|---|---|
| (Type or print name) | (Signature) |

324019 v1

| | |
|---|---|
| 1 | **SERVICE LIST** |
| 2 | *TeleSign Corporation v. Twilio, Inc.* |
| 3 | UDSC Case No: 2:16-cv-02106-PSG-SS |

Thomas J. Friel, Jr.
Ruben H. Chen
Carrie J. Richey
Dena Chen
COOLEY LLP
3175 Hanover Street
Palo Alto, CA  94304-1130

Tel:  650-843-5000
Fax:  650-849-7400
**Attorneys for Defendant**

324019 v1