Name and address:
Wayne O. Stacy
COOLEY LLP
380 Interlocken Crescent, Suite 900
Broomfield, CO 80021
(720) 566-4000
wstacy@cooley.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| TELESIGN CORPORATION, | CASE NUMBER |
|---|---|
| Plaintiff(s) v. | 2:16-CV-2106-PSG-SS |
| TWILIO INC., | (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s). | |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Stacy, Wayne O.                                   of   COOLEY LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*         380 Interlocken Cescent
(720) 566-4000          (720) 566-4099                Suite 900
*Telephone Number*      *Fax Number*                  Broomfield, CO 80021
wstacy@cooley.com                                    *Firm Name & Address*
*E-Mail Address*

for permission to appear and participate in this case on behalf of

Twilio Inc.

Name(s) of Party(ies) Represented        ☐ Plaintiff   ☒ Defendant   ☐ Other: _____

and designating as Local Counsel

Chen, Reuben H.                                   of   COOLEY LLP
*Designee's Name (Last Name, First Name & Middle Initial)*         1333 2nd Street, Suite 400
228725                  650-843-5000                  Santa Monica, CA 90401-4100
*Designee's Cal. Bar Number*   *Telephone Number*
                        6590849-7400                  *Firm Name & Address*
                        *Fax Number*                  rchen@cooley.com
                                                      *E-Mail Address*

hereby ORDERS the Application be:

☐ GRANTED.
☐ DENIED. Fee shall be returned by the Clerk.
☐ DENIED, for failure to pay the required fee.

Dated _____

_____
U.S. District Judge/U.S. Magistrate Judge