Tony M. Diab (SBN 277343)
tdiab@shb.com
SHOOK, HARDY & BACON L.L.P.
Jamboree Center, 5 Park Plaza, Suite 1600
Irvine, CA 92614
Tel: 949-475-1500
Fax: 949-475-0016

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TELESIGN CORPORATION<br><br>Plaintiff(s)<br><br>v.<br><br>TWILIO, INC.<br><br>Defendant(s). | CASE NUMBER<br><br>2:16-cv-02106-PSG-SS<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HACE VICE* |

**The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case** *Pro Hac Vice* **filed by**

Miller, Gary M.                                        of      Shook, Hardy & Bacon L.L.P.
*Applicant=s Name (Last Name, First Name & Middle Initial)*      111 S. Wacker Drive
                                                                 Chicago, IL 60606
312-704-7700            312-558-1195
*Telephone Number*       *Fax Number*

mpeal@shb.com
*E-Mail Address*                                              *Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

TeleSign Corporation

*Name(s) of Party(ies) Represented*        ✓ *Plaintiff*    ☐ *Defendant*    ☐ *Other:*

**and designating as Local Counsel**

Diab, Tony M.                                         of      Shook, Hardy & Bacon L.L.P.
*Designee's Name (Last Name, First Name & Middle Initial)*       Jamboree Center
                                                                 5 Park Plaza, Suite 1600
277343                   949-475-1500                            Irvine, CA 92614
*Designee's Cal. Bar Number*    *Telephone Number*

                         949-475-0016
                         *Fax Number*                            *Firm Name & Address*

                                                                 tdiab@shb.com
                                                                 *E-Mail Address*

**hereby ORDERS the Application be:**

☐ **GRANTED**.
☐ **DENIED.** Fee shall be returned by the Clerk.
☐ **DENIED.** For failure to pay the required fee.

**Dated** _____

                                                              **U.S. District Judge/U.S. Magistrate Judge**