Tony M. Diab (SBN 277343)
tdiab@shb.com
SHOOK, HARDY & BACON L.L.P.
Jamboree Center, 5 Park Plaza, Suite 1600
Irvine, CA 92614
Tel: 949-475-1500
Fax: 949-475-0016

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TELESIGN CORPORATION<br><br>Plaintiff(s)<br><br>v.<br><br>TWILIO, INC.<br><br>Defendant(s). | CASE NUMBER<br><br>2:16-cv-02106-PSG-SS<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HACE VICE* |

**The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Camacho, Jesse J.       of     Shook, Hardy & Bacon L.L.P.
*Applicant=s Name (Last Name, First Name & Middle Initial)*     2555 Grand Boulevard
                                                                Kansas City, MO 64108
816-474-6550        816-421-5547
*Telephone Number*    *Fax Number*

jcamacho@shb.com
*E-Mail Address*                    *Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

TeleSign Corporation

*Name(s) of Party(ies) Represented*    ✓ Plaintiff    ☐ Defendant    ☐ Other:

**and designating as Local Counsel**

Diab, Tony M.       of     Shook, Hardy & Bacon L.L.P.
*Designee's Name (Last Name, First Name & Middle Initial)*    Jamboree Center
                                                              5 Park Plaza, Suite 1600
277343           949-475-1500                                 Irvine, CA 92614
*Designee's Cal. Bar Number*   *Telephone Number*

                 949-475-0016
                 *Fax Number*                *Firm Name & Address*

                                             tdiab@shb.com
                                             *E-Mail Address*

**hereby ORDERS the Application be:**

☐ **GRANTED**.
☐ **DENIED.** Fee shall be returned by the Clerk.
☐ **DENIED.** For failure to pay the required fee.

**Dated** _____

                                             **U.S. District Judge/U.S. Magistrate Judge**