Tony M. Diab (SBN 277343)
tdiab@shb.com
SHOOK, HARDY & BACON L.L.P.
Jamboree Center, 5 Park Plaza, Suite 1600
Irvine, CA 92614
Tel: 949-475-1500
Fax: 949-475-0016

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TELESIGN CORPORATION<br><br>Plaintiff(s)<br>v.<br><br>TWILIO, INC.<br><br>Defendant(s). | CASE NUMBER<br><br>2:16-cv-02106-PSG-SS<br><br>(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HACE VICE* |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Camacho, Jesse J.          of    Shook, Hardy & Bacon L.L.P.
_Applicant's Name (Last Name, First Name & Middle Initial)_   2555 Grand Boulevard
                                                               Kansas City, MO 64108
816-474-6550       816-421-5547
_Telephone Number_   _Fax Number_
jcamacho@shb.com
_E-Mail Address_    _Firm Name & Address_

for permission to appear and participate in this case on behalf of

TeleSign Corporation

_Name(s) of Party(ies) Represented_    ✓ Plaintiff   ☐ Defendant   ☐ Other:_____

and designating as Local Counsel

Diab, Tony M.                of   Shook, Hardy & Bacon L.L.P.
_Designee's Name (Last Name, First Name & Middle Initial)_   Jamboree Center
                                                              5 Park Plaza, Suite 1600
277343             949-475-1500                               Irvine, CA 92614
_Designee's Cal. Bar Number_   _Telephone Number_

949-475-0016
_Fax Number_                   _Firm Name & Address_

tdiab@shb.com
                               _E-Mail Address_

hereby ORDERS the Application be:
☒ GRANTED.
☐ DENIED. Fee shall be returned by the Clerk.
☐ DENIED. For failure to pay the required fee.

Dated  4/22/16

_____
U.S. District Judge/U.S. Magistrate Judge