UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| TELESIGN CORPORATION | CASE NUMBER |
| --- | --- |
| PLAINTIFF(S) v. | 2:16-cv-02106-PSG-SS |
| TWILIO, INC. | APPLICATION FOR REFUND OF FEES; ORDER THEREON |
| DEFENDANT(S) | |

Please complete all fields in Section I. If you are requesting a refund of fees paid online using pay.gov, also complete Section II. Then electronically file the completed form using the Application for Refund of Fees event in CM/ECF.

## SECTION I

Name of Applicant: Telesign Corporation
Amount Paid: $ 325.00
Requested Refund Amount: $ 325.00
Document Title and Docket #: App for PHV, First filing did not go through
Transaction Date: April 20, 2016
Receipt Number:
(If paid by cash/check only)

**Reason for refund request:**

[x] Duplicate or unnecessary payment submitted

[ ] Overpayment of a required filing fee

[ ] Pro hac vice application denied

[ ] Other:

## SECTION II  (Complete only if you are requesting a refund of fees paid online using pay.gov. This information can be found in the pay.gov screen receipt or confirmation email.)

Account Holder Name: Terry Becker
Pay.gov Tracking ID: 25R645FL
Agency Tracking ID: 0973-17679765

*For Court Use Only*

**Fiscal Department**

[ ] Refund issued

[ ] Application referred to United States District/Magistrate Judge for ruling; it is recommended that the Application be:

  [ ] GRANTED

  [ ] DENIED pursuant to the policy of the Judicial Conference of the United States (*Guide to Judiciary Policy*, Vol. 4, Chap. 6, § 650)

IT IS ORDERED that the application for refund of fees is:

[ ] GRANTED    [ ] DENIED

_____
United States District/Magistrate Judge

G-124 (01/14)   APPLICATION FOR REFUND OF FEES; ORDER THEREON