Name and address:
Wayne O. Stacy
COOLEY LLP
380 Interlocken Crescent, Suite 900
Broomfield, CO 80021
(720) 566-4000
wstacy@cooley.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| TELESIGN CORPORATION, | CASE NUMBER |
|---|---|
| Plaintiff(s), | 2:16-CV-2106-PSG-SS |
| v. | |
| TWILIO INC., | ~~(PROPOSED)~~ ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s). | |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Stacy, Wayne O.
Applicant's Name (Last Name, First Name & Middle Initial)

of

COOLEY LLP
380 Interlocken Cescent
Suite 900
Broomfield, CO 80021
Firm Name & Address

(720) 566-4000       (720) 566-4099
Telephone Number    Fax Number

wstacy@cooley.com
E-Mail Address

for permission to appear and participate in this case on behalf of

Twilio Inc.

Name(s) of Party(ies) Represented     ☐ Plaintiff  ☒ Defendant  ☐ Other:

and designating as Local Counsel

Chen, Reuben H.
Designee's Name (Last Name, First Name & Middle Initial)

of

COOLEY LLP
1333 2nd Street, Suite 400
Santa Monica, CA 90401-4100
Firm Name & Address

228725
Designee's Cal. Bar Number

650-843-5000
Telephone Number

6590849-7400
Fax Number

rchen@cooley.com
E-Mail Address

hereby ORDERS the Application be:

☒ GRANTED.
☐ DENIED. Fee shall be returned by the Clerk.
☐ DENIED, for failure to pay the required fee.

Dated  4/22/16

U.S. District Judge/U.S. Magistrate Judge