Tony M. Diab (SBN 277343)
tdiab@shb.com
SHOOK, HARDY & BACON L.L.P.
Jamboree Center, 5 Park Plaza, Suite 1600
Irvine, CA 92614
Tel: 949-475-1500
Fax: 949-475-0016

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TELESIGN CORPORATION | Plaintiff(s) | CASE NUMBER<br>2:16-cv-02106-PSG-SS |
| v. | | |
| TWILIO, INC. | Defendant(s). | (~~PROPOSED~~) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HACE VICE* |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Miller, Gary M.            of    Shook, Hardy & Bacon L.L.P.
Applicant's Name (Last Name, First Name & Middle Initial)    111 S. Wacker Drive
                                   Chicago, IL 60606
312-704-7700         312-558-1195
Telephone Number     Fax Number
mpeal@shb.com
E-Mail Address                        Firm Name & Address

for permission to appear and participate in this case on behalf of

TeleSign Corporation

Name(s) of Party(ies) Represented     ✓ Plaintiff   ☐ Defendant   ☐ Other:_____

and designating as Local Counsel

Diab, Tony M.              of    Shook, Hardy & Bacon L.L.P.
Designee's Name (Last Name, First Name & Middle Initial)    Jamboree Center
                                   5 Park Plaza, Suite 1600
277343              949-475-1500         Irvine, CA 92614
Designee's Cal. Bar Number     Telephone Number

                    949-475-0016
                    Fax Number            Firm Name & Address

                                   tdiab@shb.com
                                   E-Mail Address

hereby ORDERS the Application be:
☒ GRANTED.
☐ DENIED. Fee shall be returned by the Clerk.
☐ DENIED. For failure to pay the required fee.

Dated ____4/22/16____

                                   _____
                                   U.S. District Judge/U.S. Magistrate Judge