Tony M. Diab (SBN 277343)
tdiab@shb.com
SHOOK, HARDY & BACON L.L.P.
Jamboree Center, 5 Park Plaza, Suite 1600
Irvine, CA 92614
Tel: 949-475-1500
Fax: 949-475-0016

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TELESIGN CORPORATION<br><br>Plaintiff(s)<br>v.<br><br>TWILIO, INC.<br><br>Defendant(s). | CASE NUMBER<br><br>2:16-cv-02106-PSG-SS<br><br>(~~PROPOSED~~) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HACE VICE* |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Peal, Mary J.                                                    of    Shook, Hardy & Bacon L.L.P.
_____          2555 Grand Boulevard
*Applicant=s Name (Last Name, First Name & Middle Initial)*      Kansas City, MO 64108

816-474-6550                     816-421-5547
*Telephone Number*              *Fax Number*

mpeal@shb.com
_____
*E-Mail Address*                                                  *Firm Name & Address*

for permission to appear and participate in this case on behalf of

TeleSign Corporation
_____

_____

Name(s) of Party(ies) Represented        ✓ Plaintiff    ☐ Defendant    ☐ Other:_____

and designating as Local Counsel

Diab, Tony M.                                                    of    Shook, Hardy & Bacon L.L.P.
_____          Jamboree Center
*Designee's Name (Last Name, First Name & Middle Initial)*       5 Park Plaza, Suite 1600
                                                                  Irvine, CA 92614
277343                           949-475-1500
*Designee's Cal. Bar Number*    *Telephone Number*

                                 949-475-0016
                                 *Fax Number*                    *Firm Name & Address*

                                                                  tdiab@shb.com
                                                                  _____
                                                                  *E-Mail Address*

hereby ORDERS the Application be:
☒ GRANTED.
☐ DENIED. Fee shall be returned by the Clerk.
☐ DENIED. For failure to pay the required fee.

Dated    4/22/16

                                                        _____
                                                        **U.S. District Judge/U.S. Magistrate Judge**