Gary Miller (*pro hac vice*)
(gmiller@shb.com)
Jesse Camacho (*pro hac vice*)
(jcamacho@shb.com)
Mary Jane Peal (*pro hac vice*)
(mpeal@shb.com)
Tony M. Diab (SBN 277343)
(tdiab@shb.com)
SHOOK, HARDY & BACON L.L.P.
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, California 92614
Telephone:  949.475.1500
Facsimile:   949.475.0016

Attorneys for Plaintiff
TELESIGN CORPORATION

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TELESIGN CORPORATION,<br><br>            Plaintiff,<br><br>v.<br><br>TWILIO, INC.,<br><br>          Defendant. | Case No. 2:16-cv-02106-PSG-SS<br><br>**TELESIGN'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF TELESIGN'S OPPOSITION TO TWILIO'S MOTION TO DISMISS**<br><br>Date:  August 1, 2016<br>Time:  1:30 PM<br>Crtm:  880<br><br>**Honorable Philip S. Gutierrez** |

TELESIGN'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT
OF TELESIGN'S OPPOSITION TO TWILIO'S MOTION TO DISMISS

7625962

## I.    INTRODUCTION

TeleSign respectfully requests that the Court take judicial notice, pursuant to Federal Rule of Evidence 201, of the documents attached hereto as Exhibit A to TeleSign's Request for Judicial Notice, in support of TeleSign's Opposition to Twilio's Motion for to Dismiss.

## II.    LEGAL STANDARD

The Federal Rules of Evidence state that the Court "may judicially notice a fact that is not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned."  Fed. R. Evid. 201(b).  Courts "must take judicial notice if a party requests it and the court is supplied with the necessary information."  Fed. R. Evid. 201(c)(2).

## III.    THE COURT MAY TAKE JUDICIAL NOTICE OF PUBLIC GOVERNMENT AGENCY FILINGS.

Exhibit A to TeleSign's Request for Judicial Notice is a true and correct copy of Twilio's Amendment No. 1 to Form S-1, filed with the Securities and Exchange Commission on June 13, 2016.  Exhibit A is a publicly-available document, available directly from the Securities and Exchange Commission and generally known and accessible in this jurisdiction.  The exhibit can be verified through the information contained on the face of the document and through public records.  The existence and content is not reasonably subject to dispute.  *See*, *e.g.*, NetApp, Inc. v. Nimble Storage, 41 F. Supp. 3d 816, 824 (N.D. Cal. 2014) (granting judicial notice of defendant's filing with the Securities and Exchange Commission during consideration of a motion to dismiss).  Therefore, TeleSign requests that the Court take judicial notice of Exhibit A in support of TeleSign's Opposition to Twilio's Motion to Dismiss.

TELESIGN'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF TELESIGN'S OPPOSITION TO TWILIO'S MOTION TO DISMISS

7625962

1  Dated:  July 11, 2016              Signed:/s/  Mary Jane Peal

2                                     Gary Miller

3                                     (gmiller@shb.com)
                                      Shook, Hardy & Bacon L.L.P.
4                                     111 S. Wacker Dr.
                                      Chicago, IL 60606
5                                     Telephone:  312.704.7700
                                      Facsimile:  312.558.1195
6

7                                     Jesse Camacho

8                                     (jcamacho@shb.com)
                                      Mary Jane Peal
9                                     (mpeal@shb.com)
                                      Shook, Hardy & Bacon L.L.P.
10                                    2555 Grand Blvd.
                                      Kansas City, MO 64108
11                                    Telephone:  816.474.6550
                                      Facsimile:  816.421.5547
12

13                                    Tony M. Diab

14                                    (tdiab@shb.com)
                                      Shook, Hardy & Bacon L.L.P.
15                                    Jamboree Center
                                      5 Park Plaza, Suite 1600
16                                    Irvine, California 92614
                                      Telephone:   949.475.1500
17                                    Facsimile:   949.475.0016
18

19                                    Attorneys for Plaintiff

20                                    TELESIGN CORPORATION

21

22

23

24

25

26

27                                       2
28       TELESIGN'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT
         OF TELESIGN'S OPPOSITION TO TWILIO'S MOTION TO DISMISS

7625962

[This page intentionally left blank.]

TELESIGN'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT
OF TELESIGN'S OPPOSITION TO TWILIO'S MOTION TO DISMISS

7625962

[This page intentionally left blank.]

4

TELESIGN'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT
OF TELESIGN'S OPPOSITION TO TWILIO'S MOTION TO DISMISS

7625962