Gary Miller (*pro hac vice*)
(gmiller@shb.com)
Jesse Camacho (*pro hac vice*)
(jcamacho@shb.com)
Mary Jane Peal (*pro hac vice*)
(mpeal@shb.com)
Tony M. Diab (SBN 277343)
(tdiab@shb.com)
SHOOK, HARDY & BACON L.L.P.
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, California 92614
Telephone:  949.475.1500
Facsimile:   949.475.0016

Attorneys for Plaintiff
TELESIGN CORPORATION

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TELESIGN CORPORATION,<br><br>          PLAINTIFF,<br>v.<br>TWILIO, INC.,<br>          DEFENDANT. | Case No. 2:16-cv-02106-PSG-SS<br><br>**PEAL DECLARATION IN SUPPORT OF TELESIGN'S OPPOSITION TO TWILIO'S MOTION TO DISMISS**<br><br>Honorable Philip S. Gutierrez |

I, Mary J. Peal, declare:

1.   I am an attorney at the law firm Shook, Hardy & Bacon LLP and counsel for TeleSign.

2.   Exhibit B is a true and correct copy of *Uniloc USA, Inc., et al. v. Avaya Inc., et al.*, No. 15-1168 (E.D. Tex. May 13, 2016), ECF No. 48.

3.   Exhibit C is a true and correct copy of *Textile Network, Inc. v. California Webbing Mills, Inc.*, No. 15-1756 (D. Colo. Feb. 23, 2016), ECF No. 37.

4. Exhibit D is a true and correct copy of *Nu-You Technologies, LLC v. Eltoweissy et al.*, No. 15-3434 (N.D. Tex. July 5, 2016), ECF No. 37

5. Exhibit E is a true and correct copy of *Audio MPEG, Inc. et al. v. HP Inc.*, No. 15-0073 (E.D. Va. July 1, 2016), ECF No. 159.

I declare under penalty of perjury that the statements above are true to the best of my knowledge, information and belief.  If called upon to testify I could and would testify.

Executed on July 11, 2016.

*/s/ Mary Jane Peal*
Mary Jane Peal