# EXHIBIT 3

Case 2:15-cv-03240-PSG-SS Document 118-8 Filed 02/22/16 Page 1 of 3 Page ID #:6391

# EXHIBIT F

|  | Application No.<br>14/678,815 | Applicant(s)<br>GONEN ET AL. |
|---|---|---|
| *corrected*<br>**Notice of Allowability** | Examiner<br>MARIA EL-ZOOBI | Art Unit<br>2656 | AIA (First Inventor to File) Status<br>No |

-- *The MAILING DATE of this communication appears on the cover sheet with the correspondence address*--
All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to *1/22/2016*.
   ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on_____.

2. ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

3. ☒ The allowed claim(s) is/are *1-18*. As a result of the allowed claim(s), you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to PPHfeedback@uspto.gov.

4. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
   **Certified copies:**
   a) ☐ All    b) ☐ Some    *c) ☐ None of the:
      1. ☐ Certified copies of the priority documents have been received.
      2. ☐ Certified copies of the priority documents have been received in Application No. _____.
      3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).
   * Certified copies not received: _____.

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application.
**THIS THREE-MONTH PERIOD IS NOT EXTENDABLE**.

5. ☐ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.
   ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date _____.
   **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**
1. ☐ Notice of References Cited (PTO-892)
2. ☒ Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date _____
3. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material
4. ☐ Interview Summary (PTO-413), Paper No./Mail Date _____.
5. ☐ Examiner's Amendment/Comment
6. ☐ Examiner's Statement of Reasons for Allowance
7. ☐ Other _____.

| /MARIA EL-ZOOBI/<br>Primary Examiner, Art Unit 2656 | 2/16/2016 |
|---|---|

EXHIBIT F
000057

Ex. 3 - p. 079

|  | Index of Claims | Application/Control No.<br>14678815 | Applicant(s)/Patent Under Reexamination<br>GONEN ET AL. |
|---|---|---|---|
|  |  | Examiner<br>MARIA EL-ZOOBI | Art Unit<br>2656 |

| ✓ | Rejected | - | Cancelled | N | Non-Elected | A | Appeal |
|---|---|---|---|---|---|---|---|
| = | Allowed | ÷ | Restricted | I | Interference | O | Objected |

☐ Claims renumbered in the same order as presented by applicant  ☐ CPA  ☐ T.D.  ☐ R.1.47

| CLAIM | | DATE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 06/16/2015 | 08/07/2015 | 10/13/2015 | 02/16/2016 | | | | | |
| 1 | 1 | ✓ | ✓ | = | = | | | | | |
| 2 | 2 | ✓ | ✓ | = | = | | | | | |
| 3 | 3 | ✓ | ✓ | = | = | | | | | |
| 4 | 4 | ✓ | ✓ | = | = | | | | | |
| 5 | 5 | ✓ | ✓ | = | = | | | | | |
| 6 | 6 | ✓ | ✓ | = | = | | | | | |
| 7 | 7 | ✓ | ✓ | = | = | | | | | |
| 8 | 8 | ✓ | ✓ | = | = | | | | | |
| 9 | 9 | ✓ | ✓ | = | = | | | | | |
| 10 | 10 | ✓ | ✓ | = | = | | | | | |
| 11 | 11 | ✓ | ✓ | = | = | | | | | |
| 12 | 12 | ✓ | ✓ | = | = | | | | | |
| 13 | 13 | ✓ | ✓ | = | = | | | | | |
| 14 | 14 | ✓ | ✓ | = | = | | | | | |
| 15 | 15 | ✓ | ✓ | = | = | | | | | |
| 16 | 16 | ✓ | ✓ | = | = | | | | | |
| 17 | 17 | ✓ | ✓ | = | = | | | | | |
| 18 | 18 | ✓ | ✓ | = | = | | | | | |

U.S. Patent and Trademark Office

Part of Paper No. : 20160216A

EXHIBIT F
000058

Ex. 3 - p. 080