# EXHIBIT 7

Help Center

Twilio Support › General › General

Start your search

# Enabling two factor authentication on your Twilio account

## What is two factor authentication:

Two factor authentication is an optional security feature that requires you, the user, to provide two means of identification in order to access your account. With Twilio, this would include your Account's Password as well as a six-digit security code sent to your phone either through a call or an SMS message.

This security feature can only be enabled by the Owner and/or Administrator of the Twilio Account. Once it is enabled, two factor authentication will be required and applied to all users when they access that Twilio Account.

There are two different levels you can set for two factor authentication. You may choose to require both your password and the six-digit security code sent to your phone on every login or trust the computer you sign in with and be required to enter the six-digit security code once every 30 days while Twilio remembers your computer for the rest of the month.

## Enabling two factor authentication:

- Sign in to your *Twilio Account*.

- Click on your Account at the top right corner to reveal the 'Settings' drop down menu.

- Click on *Home* > **Account** > **Account Settings**.

- Decide your level of two factor authentication. You may choose to enter the verification code once per computer, every 30 days, or every time you log in. Save your settings.

**Two-Factor Authentication**

Add an extra layer of protection to your account, with a verification code sent via SMS or voice call.

○ DISABLED   Do not require a verification code

○ ONCE PER COMPUTER   Trust computers and only ask for verification code every 30 days

● EVERY LOG-IN   We'll always ask for a verification code

Once this feature is enabled, you will be ask to verify the phone number where you will receive your verification code. Phone numbers may be verified through SMS messaging or voice calls. If you are having trouble verifying your phone number with one method, try the other.

Once you've completed this process, you will receive an emergency code. This code is very important so write it down and store it in a very safe place.

*PRO-TIP: Store your emergency code with a safe and secure password manager software, like 1Password or Keypass. Don't just write it down.*

## What is an emergency code:

The emergency code is EXTREMELY important. In the case that you lose your phone, the emergency code will allow you to login to your account instead of using the six-digit security code that is sent to your phone.

You are the only one that has access to this emergency code. This code will only be displayed the moment after you've verified your phone number. It is not retrievable after you've navigated away from this page.

Was this article helpful?   👍  👎   0 out of 0 found this helpful

Have more questions? Submit a request

## Related articles

Auth Tokens and how to change them

# *We can't wait to see what you build.*



ABOUT TWILIO | LEGAL | PRIVACY | TWILIO.ORG | PRESS & MEDIA | JOBS

COPYRIGHT © 2016 TWILIO, INC.
ALL RIGHTS RESERVED.