# EXHIBIT 9

9/2/2016 Case 2:16-cv-02106-PSG-SS    Document 40-9    Filed 09/02/16    Page 2 of 2   Page ID
                                              #:964
                                                           Twilio 4. Verify your number

# We need to verify you're a human.

|  ⌄ |
|---|

| +1 | Phone Number |
|---|---|

[ Verify via SMS ]

We will send a verification code via **SMS** to number above

Or, we call you instead.

The phone number you provide will be used for authentication when you login to Twilio Console. Twilio supports SMS
and Voice as authentication methods.

© 2016 Twilio (/), Inc. All rights reserved.      Privacy Policy (/legal/privacy) | Terms of Service (/legal/tos)