# EXHIBIT 10

## We need to verify you're a human

Please enter the verification code we sent to your phone. If you didn't receive a code, you can try again

Verification Code

Submit

© 2016 Twilio (/), Inc. All rights reserved.  Privacy Policy (/legal/privacy) | Terms of Service (/legal/tos)