EXHIBIT 11

Case 2:16-cv-02106-PSG-SS    Document 40-11    Filed 09/02/16    Page 2 of 22    Page
ID #:968



LOG IN     SIGN UP     ☰

QUICKSTART     TUTORIALS     API     SDKS

Learn to implement two-factor authentication (2FA) in your web app with Twilio-powered Authy. 2FA helps further secure your users' data by validating more than just a password. This tutorial will show you the code to make it happen.

**START TUTORIAL**

/ Authy2FA / Providers / AuthyOneTouchProvider.cs

```csharp
1  using System;
2  using System.Configuration;
3  using System.Threading.Tasks;
4  using Authy.Net;
5  using Authy2FA.Domain.Authy;
6  using Microsoft.AspNet.Identity;
7
8  namespace Authy2FA.Providers
9  {
10     public class AuthyOneTouchProvider<TUser> : AuthyOneTouchProvider<TUser, string> whe
11     {
12         public AuthyOneTouchProvider(string authyIdPropertyName) : base(authyIdPropertyN
13     }
14
15     public class AuthyOneTouchProvider<TUser, TKey> : IUserTokenProvider<TUser, TKey>
16         where TUser : class, IUser<TKey>
17         where TKey : IEquatable<TKey>
18     {
19         private readonly string _authyKey = ConfigurationManager.AppSettings["AuthyKey"]
20
21         public AuthyOneTouchProvider(string authyIdPropertyName)
22         {
23             this.AuthyIdPropertyName = authyIdPropertyName;
24         }
25
26         public string AuthyIdPropertyName { get; private set; }
27
28         public Task<string> GenerateAsync(string purpose, UserManager<TUser, TKey> manag
29         {
30             //this can just return null becuase we're not actually generating the code
31             return Task.FromResult((string)null);
```

Ex. 11 -
p. 101



```
33
34    public async Task<bool> IsValidProviderForUserAsync(UserManager<TUser, TKey> man
35
```

# We can't wait to see what you build.

**PRODUCTS**

Voice & Video

Messaging

Authentication

Connected Devices

**USE CASES**

Access Security

Contextual Call Center

Marketplace Communications

Mobile Messaging

**ABOUT**

What is Twilio?

Customers

Get Help

Talk to Sales

**HITS FROM THE BLOG**

Building A Guestbook with CoreOS, Kubernetes, and Twilio

NEJS Shows You How They Built Their Code of Conduct Hotline

Writing a bot for IP Messaging in Node.js

A Simple Way to Receive an SMS with Ruby, Sinatra, and Twilio

Shannon Turner Builds A Pet Cam Using Django, Raspberry Pi and Twilio

Case 2:16-cv-02106-PSG-SS Document 40-11 Filed 09/02/16 Page 4 of 22 Page ID #:970



ABOUT TWILIO

LEGAL

COPYRIGHT © 2016 TWILIO, INC.
ALL RIGHTS RESERVED.

Ex. 11 -
p. 103

Case 2:16-cv-02106-PSG-SS   Document 40-11   Filed 09/02/16   Page 5 of 22   Page ID #:971




LOG IN    SIGN UP    ☰

QUICKSTART    TUTORIALS    API    SDKS

Next: Adding Two-Factor Authentication

## About this Application

This *ASP.NET* application example demonstrates how to implement an SMS two-factor authentication using Twilio.

*To run this application yourself download the code and follow the instructions on GitHub.*

Adding two-factor authentication (2FA) to your web application increases the security of your user's data. Multi-factor authentication determines the identity of a user in two steps:

1. First we validate the user with an email and password

2. Second, by sending them a one-time **verification code** to a mobile device.

**/ SMS2FA.Web / App_Start / IdentityConfig.cs**

```csharp
using System;
using System.Security.Claims;
using System.Threading.Tasks;
using Microsoft.AspNet.Identity;
using Microsoft.AspNet.Identity.EntityFramework;
using Microsoft.AspNet.Identity.Owin;
using Microsoft.Owin;
using Microsoft.Owin.Security;
using SMS2FA.Web.Models;
using Twilio;
using WarmTransfer.Web.Domain;

namespace SMS2FA.Web
{
    public class EmailService : IIdentityMessageService
    {
        public Task SendAsync(IdentityMessage message)
        {
            // Plug in your email service here to send an email.
            return Task.FromResult(0);
        }
    }

    public class SmsService : IIdentityMessageService
    {
        private readonly TwilioRestClient _client;

        public SmsService()
        {
            _client = new TwilioRestClient(Config.AccountSID, Config.AuthToken);
        }
```

Ex. 11 - p. 104

Once our user enters the
verification code, we know they
have received the SMS, and
indeed are who they say they

```
33        public SmsService(TwilioRestClient client)
34        {
35
```

# We can't wait to see what you build.

**PRODUCTS**

Voice & Video

Messaging

Authentication

Connected Devices

**USE CASES**

Access Security

Contextual Call Center

Marketplace Communications

Mobile Messaging

**ABOUT**

What is Twilio?

Customers

Get Help

Talk to Sales

**HITS FROM THE BLOG**

How to Receive and Respond to a Text Message with Python, Flask and Twilio

Building A Guestbook with CoreOS, Kubernetes, and Twilio

NEJS Shows You How They Built Their Code of Conduct Hotline

Writing a bot for IP Messaging in Node.js

A Simple Way to Receive an SMS with Ruby, Sinatra, and Twilio

Ex. 11 -
p. 105



ABOUT TWILIO

LEGAL

COPYRIGHT © 2016 TWILIO, INC.
ALL RIGHTS RESERVED.

Ex. 11 -
p. 106



LOG IN    SIGN UP    ☰

QUICKSTART    TUTORIALS    API    SDKS

Next: Registering a
Two-Factor
Provider

# Adding Two-Factor Authentication

This application uses ASP.NET
Identity to manage
authentication.

The Twilio helper library allows us
to easily send an SMS.

First we have to create an
instance of a **Twilio Rest Client**
with our credentials. Now all we
have to do to send an SMS using
the REST API is to call
`client.messages.create()` with
the necessary parameters.

You can find your credentials at
your Twilio Account.

## See Also:

* Twilio C# Helper Library
* Twilio: Sending a Text
  Message

/ SMS2FA.Web / App_Start / IdentityConfig.cs

```csharp
25      {
26          private readonly TwilioRestClient _client;
27
28          public SmsService()
29          {
30              _client = new TwilioRestClient(Config.AccountSID, Config.AuthToken);
31          }
32
33          public SmsService(TwilioRestClient client)
34          {
35              _client = client;
36          }
37
38          public Task SendAsync(IdentityMessage message)
39          {
40              var result = _client.SendMessage(
41                  Config.TwilioNumber,
42                  message.Destination,
43                  message.Body
44              );
45
46              return Task.FromResult(0);
47          }
48      }
49
50      // Configure the application user manager used in this application. UserManager is d
51      public class ApplicationUserManager : UserManager<ApplicationUser>
52      {
53          public ApplicationUserManager(IUserStore<ApplicationUser> store)
54              : base(store)
55          {
```

Ex. 11 -
p. 107



Case 2:16-cv-51100-FISG-SS    Document 40-11    Filed 09/02/16    Page 9 of 22    Page
ID #:975

*We can't wait to see what you build.*

PRODUCTS

Voice & Video

Messaging

Authentication

Connected Devices

USE CASES

Access Security

Contextual Call Center

Marketplace Communications

Mobile Messaging

ABOUT

What is Twilio?

Customers

Get Help

Talk to Sales

HITS FROM THE BLOG

How to Receive and Respond to a Text Message with Python, Flask and Twilio

Building A Guestbook with CoreOS, Kubernetes, and Twilio

NEJS Shows You How They Built Their Code of Conduct Hotline

Writing a bot for IP Messaging in Node.js

A Simple Way to Receive an SMS with Ruby, Sinatra, and Twilio

Ex. 11 -
p. 108

Case 2:16-cv-02106-PSG-SS   Document 40-11   Filed 09/02/16   Page 10 of 22   Page ID #:976



ABOUT TWILIO

LEGAL

COPYRIGHT © 2016 TWILIO, INC.
ALL RIGHTS RESERVED.

Ex. 11 -
p. 109



Case 2:16-cv-02106-PSG-SS Document 40-11 Filed 09/02/16 Page 11 of 22 Page ID #:977

LOG IN SIGN UP

QUICKSTART TUTORIALS API SDKS

Next: Sending the Verification Code

/ SMS2FA.Web / App_Start / IdentityConfig.cs

# Registering a Two-Factor Provider

**Individual User Accounts** authentication provides Two-Factor authentication almost ready out of the box. To setup 2-step authentication you have to register the right provider for your application.

We are registering the `PhoneNumberTokenProvider` to send text messages.

**See Also:**

- PhoneNumberTokenProvider

```

            // Register two factor authentication providers. This application uses Phon
            // You can write your own provider and plug it in here.
            manager.RegisterTwoFactorProvider("Phone Code", new PhoneNumberTokenProvide
            {
                MessageFormat = "Your security code is {0}"
            });
            manager.RegisterTwoFactorProvider("Email Code", new EmailTokenProvider<Appl
            {
                Subject = "Security Code",
                BodyFormat = "Your security code is {0}"
            });
            manager.EmailService = new EmailService();
            manager.SmsService = new SmsService();
            var dataProtectionProvider = options.DataProtectionProvider;
            if (dataProtectionProvider != null)
            {
                manager.UserTokenProvider =
                    new DataProtectorTokenProvider<ApplicationUser>(dataProtectionProvi
            }
            return manager;
        }
    }

    // Configure the application sign-in manager which is used in this application.
    public class ApplicationSignInManager : SignInManager<ApplicationUser, string>
    {
        public ApplicationSignInManager(ApplicationUserManager userManager, IAuthentica
            : base(userManager, authenticationManager)
        {
        }
```

```
114        public override <Task><ClaimsIdentity> CreateUserIdentityAsync(ApplicationUser us
115    {
116
```

# We can't wait to see what you build.

PRODUCTS

Voice & Video

Messaging

Authentication

Connected Devices

USE CASES

Access Security

Contextual Call Center

Marketplace Communications

Mobile Messaging

ABOUT

What is Twilio?

Customers

Get Help

Talk to Sales

HITS FROM THE BLOG

How to Receive and Respond to a Text Message with Python, Flask and Twilio

Building A Guestbook with CoreOS, Kubernetes, and Twilio

NEJS Shows You How They Built Their Code of Conduct Hotline

Writing a bot for IP Messaging in Node.js

A Simple Way to Receive an SMS with Ruby, Sinatra, and Twilio

Case 2:16-cv-02106-PSG-SS Document 40-11 Filed 09/02/16 Page 13 of 22 Page ID #:979



ABOUT TWILIO

LEGAL

COPYRIGHT © 2016 TWILIO, INC.
ALL RIGHTS RESERVED.

Ex. 11 -
p. 112

Case 2:16-cv-02100-PSG-SS   Document 48-11   Filed 09/02/16   Page 14 of 22   Page ID #:980



LOG IN    SIGN UP    ☰

QUICKSTART    TUTORIALS    API    SDKS

  ▶   Next: Verifying the Code

## Sending the Verification Code

When a user tries to login, the application needs to make sure the user possesses the phone number they entered.

We have a Two-Factor authentication provider registered, which will be used to to send a 6-digit validation code to validate the login.

**See Also:**

- SendTwoFactorCodeAsync

/ SMS2FA.Web / Controllers / AccountController.cs    🗀

```csharp
294        return View(new SendCodeViewModel { Providers = FactorOptions, ReturnUrl =
295        }
296
297        //
298        // POST: /Account/SendCode
299        [HttpPost]
300        [AllowAnonymous]
301        [ValidateAntiForgeryToken]
302        public async Task<ActionResult> SendCode(SendCodeViewModel model)
303        {
304            if (!ModelState.IsValid)
305            {
306                return View();
307            }
308
309            // Generate the token and send it
310            if (!await SignInManager.SendTwoFactorCodeAsync(model.SelectedProvider))
311            {
312                return View("Error");
313            }
314            return RedirectToAction("VerifyCode", new { Provider = model.SelectedProvid
315        }
316
317        //
318        // GET: /Account/ExternalLoginCallback
319        [AllowAnonymous]
320        public async Task<ActionResult> ExternalLoginCallback(string returnUrl)
321        {
322            var loginInfo = await AuthenticationManager.GetExternalLoginInfoAsync();
323            if (loginInfo == null)
324            {
```

Case 2:16-cv-02106-PSG-SS   Document 46-11   Filed 09/02/16   Page 15 of 22   Page
                                            ID #:981

326
327
328

# We can't wait to see what you build.

**PRODUCTS**

Voice & Video

Messaging

Authentication

Connected Devices

**USE CASES**

Access Security

Contextual Call Center

Marketplace Communications

Mobile Messaging

**ABOUT**

What is Twilio?

Customers

Get Help

Talk to Sales

**HITS FROM THE BLOG**

How to Receive and Respond to a Text Message with Python, Flask and Twilio

Building A Guestbook with CoreOS, Kubernetes, and Twilio

NEJS Shows You How They Built Their Code of Conduct Hotline

Writing a bot for IP Messaging in Node.js

A Simple Way to Receive an SMS with Ruby, Sinatra, and Twilio

Ex. 11 -
p. 114

Case 2:16-cv-02106-PSG-SS   Document 40-11   Filed 09/02/16   Page 16 of 22   Page
ID #:982



Ex. 11 -
p. 115

Case 2:16-cv-02106-PSG-SS    Document 46-11    Filed 09/02/16    Page 17 of 22    Page ID #:983



LOG IN    SIGN UP    ☰

QUICKSTART    TUTORIALS    API    SDKS

🔍

    ◀ ▶    Next: Where to next?

/ SMS2FA.Web / Controllers / AccountController.cs    📁

## Verifying the Code

The user needs to have logged in with their credentials.

`TwoFactorSignInAsync` takes care of protecting the application against brute force attacks by using an expirable verification code. If the user enters incorrect codes their account will be locked out.

If the validation was successful the application allows the user to have access to the protected content. Otherwise the application will prompt for the validation code once again.

**See Also:**

- TwoFactorSignInAsync

```csharp
 88              }
 89          }
 90
 91      //
 92      // GET: /Account/VerifyCode
 93      [AllowAnonymous]
 94      public async Task<ActionResult> VerifyCode(string provider, string returnUrl, b
 95      {
 96          // Require that the user has already logged in via username/password or ext
 97          if (!await SignInManager.HasBeenVerifiedAsync())
 98          {
 99              return View("Error");
100          }
101          return View(new VerifyCodeViewModel { Provider = provider, ReturnUrl = retu
102      }
103
104      //
105      // POST: /Account/VerifyCode
106      [HttpPost]
107      [AllowAnonymous]
108      [ValidateAntiForgeryToken]
109      public async Task<ActionResult> VerifyCode(VerifyCodeViewModel model)
110      {
111          if (!ModelState.IsValid)
112          {
113              return View(model);
114          }
115
116          // The following code protects for brute force attacks against the two fact
117          // If a user enters incorrect codes for a specified amount of time then the
118          // will be locked out for a specified amount of time.
```

Ex. 11 - p. 116

Case 2:16-cv-11000-PSG-SS

```
        // You can configure the account lockout settings in IdentityConfig
120     var result = await SignInManager.TwoFactorSignInAsync(model.Provider, model
121     switch (result)
122 ~
```

# We can't wait to see what you build.

PRODUCTS

Voice & Video

Messaging

Authentication

Connected Devices

USE CASES

Access Security

Contextual Call Center

Marketplace Communications

Mobile Messaging

ABOUT

What is Twilio?

Customers

Get Help

Talk to Sales

HITS FROM THE BLOG

How to Receive and Respond to a Text Message with Python, Flask and Twilio

Building A Guestbook with CoreOS, Kubernetes, and Twilio

NEJS Shows You How They Built Their Code of Conduct Hotline

Writing a bot for IP Messaging in Node.js

A Simple Way to Receive an SMS with Ruby, Sinatra, and Twilio

Ex. 11 -
p. 117

Case 2:16-cv-02106-PSG-SS Document 40-11 Filed 09/02/16 Page 19 of 22 Page ID #:985



ABOUT TWILIO

LEGAL

COPYRIGHT © 2016 TWILIO, INC.
ALL RIGHTS RESERVED.

Ex. 11 - p. 118



LOG IN    SIGN UP

QUICKSTART    TUTORIALS    API    SDKS

/ SMS2FA.Web / Controllers / AccountController.cs

You did it! Good for you :)

## Where to next?

That's it! We've just implemented an SMS Two-Factor Authenticated application. If you're a ASP.NET developer working with Twilio, you might want to check out these other tutorials.

**Automated Survey**

Instantly collect structured data from your users with a survey conducted over a call or SMS text messages.

**Click to Call**

Click-to-call enables your company to convert web traffic into phone calls with the click of a button. Learn how to implement it in minutes.

## Did this help?

```
 88                }
 89            }
 90
 91            //
 92            // GET: /Account/VerifyCode
 93            [AllowAnonymous]
 94            public async Task<ActionResult> VerifyCode(string provider, string returnUrl, b
 95            {
 96                // Require that the user has already logged in via username/password or ext
 97                if (!await SignInManager.HasBeenVerifiedAsync())
 98                {
 99                    return View("Error");
100                }
101                return View(new VerifyCodeViewModel { Provider = provider, ReturnUrl = retu
102            }
103
104            //
105            // POST: /Account/VerifyCode
106            [HttpPost]
107            [AllowAnonymous]
108            [ValidateAntiForgeryToken]
109            public async Task<ActionResult> VerifyCode(VerifyCodeViewModel model)
110            {
111                if (!ModelState.IsValid)
112                {
113                    return View(model);
114                }
115
116                // The following code protects for brute force attacks against the two fact
117                // If a user enters incorrect codes for a specified amount of time then the
118                // will be locked out for a specified amount of time.
```

Case 2:16-cv-11900-PSG-SS

```
120    var result = await SignInManager.TwoFactorSignInAsync(model.Provider, model
121    switch (result)
122
```

// You can configure the account lockout settings in IdentityConfig

Thanks for checking this tutorial out! If you have any feedback to share with us, we'd love to hear it. Contact the Twilio Developer

# We can't wait to see what you build.

**PRODUCTS**

Voice & Video

Messaging

Authentication

Connected Devices

**USE CASES**

Access Security

Contextual Call Center

Marketplace Communications

Mobile Messaging

**ABOUT**

What is Twilio?

Customers

Get Help

Talk to Sales

**HITS FROM THE BLOG**

How to Receive and Respond to a Text Message with Python, Flask and Twilio

Building A Guestbook with CoreOS, Kubernetes, and Twilio

NEJS Shows You How They Built Their Code of Conduct Hotline

Writing a bot for IP Messaging in Node.js

A Simple Way to Receive an SMS with Ruby, Sinatra, and Twilio

Ex. 11 -
p. 120



ABOUT TWILIO

LEGAL

COPYRIGHT © 2016 TWILIO, INC.
ALL RIGHTS RESERVED.

Ex. 11 -
p. 121