# EXHIBIT 14

DOCS & HELP     LOG IN     SIGN UP     MENU & PRODUCTS

# USE CASES

Explore how to integrate Twilio

See how to integrate communications into your business.

## Customers & Partners

### Customer Stories

Explore success stories from customers who have built their business around agile, flexible communications.

### Partner Showcase

Explore partners that integrate the Twilio API into a variety of solutions, from customer support to sales and security.

## Use Cases

### Two-Factor Authentication

Add strong authentication to your app with second-factor passwords sent to a user's phone via SMS or Voice for an extra layer of security.

### Appointment Reminders

SMS and Voice appointment reminders can be automated and customized to reduce no-shows and be directly embedded in your existing reservation systems.

### Dispatch Notifications

Coordination with the field can be a headache. Use automated SMS and Voice Dispatch Notifications from your existing service management system and increase precision.

### ETA Alerts

Dynamic arrival estimates and arrival confirmations, directly integrated with an existing GPS, field service, and order tracking system means informed, available customers.

### Automated Surveys

Receive customer feedback easily with Automated Voice or SMS Surveys directly integrated with your

### Masked Phone Numbers

Let technicians and customers use their own phone numbers masked for secure and logged calling and

Ex. 14 - p. 138

existing CRM and customer databases.

texting. No more mobile app download requirements.

### Visual Estimates

Customers can send MMS messages to technicians and customer service teams with images of what needs to be resolved, embedded into work order details.

### Instant Lead Alerts

Use text messages and voice to alert sales reps of new leads from existing web-lead, order management, and CRM systems.

### Call Tracking

Instantly provision and assign local phone numbers to ad campaigns for metrics, real-time call and message routing, and live lead distribution.

## Explore the ecosystem

### DOers

Find a developer near you to help you build a custom Twilio-powered application in the language that fits your technology stack.

### Partner Program

Explore the features and benefits of becoming a Twilio Solution Partner, and start the application process.



TWILIO 101

**Twilio 101: Migrating to the Cloud**

Twilio is architected to scale seamlessly to suit your need.






### Reach Globally

Tap new markets and reach existing markets more effectively.

### Scale Massively

Expand usage as necessary, scaling from zero to thousands in seconds.

### Increase Elasticity

Respond to fast-changing business needs with a platform built for iteration.

### Control Costs

No upfront hardware or software. No contracts. Pay only for what you use.



#### TALK TO TWILIO SALES

A Twilio Sales Representative can help find the partner solution that suits you best, or connect you with a developer to help build your integration.

Talk to Sales

## Leading Companies Trust Twilio

See the stories of customers who have built, deployed, and succeeded on Twilio.

  

View More

## COMPANY

About Twilio

Our Nine Values

Our Leadership Principles

The Team

Press & Media

Twilio.org

Investor Relations

Careers

## PRODUCTS

Programmable Voice

Elastic SIP Trunking

Programmable Video

TaskRouter

Network Traversal Service

Programmable SMS

IP Messaging

Authy

Lookup

Support Plans

## PRICING

Voice Pricing

Messaging Pricing

SIP Trunking Pricing

Client Pricing

Network Traversal Pricing

TaskRouter

Lookup

International Coverage

## USE CASES

Customer Stories

Showcase

Two-Factor Authentication

Appointment Reminders

Dispatch Notifications

ETA Alerts

Automated Surveys

Masked Phone Numbers

Visual Estimates

Developer Network

Webinars

White Papers

## API & DOCS

Quickstarts

Tutorials

API Reference

Helper Libraries

Blog

Help

## INQUIRIES

Contact Press                Support

Press                Status     Sales     Technical     Community     Legal

ENGLISH (US)

© 2016 Twilio. All rights reserved.   |   Terms of Service   |   Privacy Policy