| | |
|---|---|
| 1 | **BAKER BOTTS L.L.P.** |
| | Wayne O. Stacy (*pro hac vice*) |
| 2 | wayne.stacy@bakerbotts.com |
| | 2001 Ross Avenue |
| 3 | Dallas, TX  75201 |
| | Telephone: 214.953.6678 |
| 4 | Facsimile:  214.661.4678 |
| 5 | Sarah J. Guske (SBN 232467) |
| | sarah.guske@bakerbotts.com |
| 6 | 101 California St., Ste. 3070 |
| | San Francisco, CA 94111 |
| 7 | Telephone: 415.291.6200 |
| | Facsimile: 415.291.6300 |
| 8 | |
| | Christopher Scott Ponder (SBN 296546) |
| 9 | chris.ponder@bakerbotts.com |
| | Jay Bayard Schiller (SBN 298747) |
| 10 | jay.schiller@bakerbotts.com |
| | 1001 Page Mill Road, |
| 11 | Building One, Suite 200 |
| | Palo Alto, CA 94304 |
| 12 | Telephone: 650.739.7500 |
| | Facsimile:  650.739.7600 |
| 13 | |
| 14 | Attorneys for Defendant |
| | TWILIO, INC. |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TELESIGN CORPORATION, | Case No.  2:16-CV-02106-PSG-SS |
| Plaintiff, | |
| vs. | **DECLARATION OF JAY B. SCHILLER IN SUPPORT OF TWILIO'S MOTION TO DISMISS AMENDED COMPLAINT** |
| TWILIO, INC., | |
| Defendants. | Honorable Judge Philip S.  Gutierrez |
| | Hearing Date: November 14, 2016 |
| | Hearing Time: 1:30 P.M. |
| | Courtroom: 880 |

I, Jay B. Schiller, hereby state as follows:

1. I am an attorney at the law firm of Baker Botts L.L.P., counsel of record for Defendant Twilio, Inc. I am over the age of 18 and have never been convicted of a felony. I have personal knowledge of the matters stated herein and, if called as witness, I could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of excerpts of the '920 Institution Decision, *Twilio, Inc. v. Telesign Corporation*, IPR2016-00450, Paper No. 17 (PTAB July 8, 2016).

3. Attached as Exhibit 2 is a true and correct copy of excerpts of the Patent Owners Preliminary Response, *Twilio, Inc. v. Telesign Corporation*, IPR2016-00450, Paper No. 7 (PTAB April 13, 2016).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 16, 2016          */s/ Jay B. Schiller*
                                                    Jay B. Schiller