1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TELESIGN CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>TWILIO, INC.,<br><br>    Defendant. | Case No. 2:16-CV-02106-PSG-SS<br><br>**[PROPOSED] ORDER GRANTING TWILIO'S MOTION TO DISMISS AMENDED COMPLAINT** |

1  Before the Court is Twilio, Inc.'s Motion to Dismiss Amended Complaint.
2  Having considered the motion and all other matters presented, IT IS HEREBY
3  ORDERED that the motion is GRANTED.
4  The Court dismisses TeleSign's amended complaint.

6  **IT IS SO ORDERED.**

9  Dated: _____     _____
10                            The Honorable Philip S. Gutierrez
                              U.S. District Court Judge