**BAKER BOTTS L.L.P.**
Wayne O. Stacy (*pro hac vice*)
wayne.stacy@bakerbotts.com
2001 Ross Avenue
Dallas, TX 75201
Telephone: 214.953.6678
Facsimile: 214.661.4678

Sarah J. Guske (SBN 232467)
sarah.guske@bakerbotts.com
101 California St., Ste. 3070
San Francisco, CA 94111
Telephone: 415.291.6200
Facsimile: 415.291.6300

Jay Bayard Schiller (SBN 298747)
jay.schiller@bakerbotts.com
1001 Page Mill Road,
Building One, Suite 200
Palo Alto, CA 94304
Telephone: 650.739.7500
Facsimile: 650.739.7600

Attorneys for Defendant
TWILIO INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TELESIGN CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>TWILIO INC.<br><br>    Defendants. | Case No. 2:16-CV-02106-PSG-SS<br><br>**DECLARATION OF JAY B. SCHILLER IN SUPPORT OF TWILIO'S REPLY IN SUPPORT OF MOTION TO DISMISS AMENDED COMPLAINT**<br><br>Honorable Judge Philip S. Gutierrez<br>Hearing Date: November 14, 2016<br>Hearing Time: 1:30 P.M.<br>Courtroom: 880 |

I, Jay B. Schiller, hereby state as follows:

1. I am an attorney at the law firm of Baker Botts L.L.P., counsel of record for Defendant Twilio, Inc. I am over the age of 18 and have never been convicted of a felony. I have personal knowledge of the matters stated herein and, if called as witness, I could and would testify competently thereto.

2. Attached as Exhibit A is a true and correct copy of excerpts of the Patent Owners Preliminary Response, *Twilio, Inc. v. Telesign Corporation*, IPR2016-00450, Paper No. 7 (PTAB April 13, 2016).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 31, 2016       */s/ Jay B. Schiller*
                              Jay B. Schiller