# EXHIBIT B

Docket No.: 082797-8001.US06
(PATENT)

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent Application of:
Gonen et al.

Application No.: 14/678,815                     Confirmation No.: 2391

Filed: April 3, 2015                                     Art Unit: 2656

For: REGISTRATION, VERIFICATION AND          Examiner: Maria El-Zoobi
     NOTIFICATION SYSTEM

## TRANSMITTAL OF INFORMATION DISCLOSURE STATEMENT FILED AFTER PAYMENT OF THE ISSUE FEE UNDER THE QPIDS PILOT PROGRAM

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Madam:

      U.S. Patent No. 8,462,920 (the "'920 patent") and U.S. Patent No. 8,687,038 (the "'038 patent"), ancestors of the present application, are both currently involved in the following litigation: TeleSign Corp. v. Twilio, Inc., No. 2:15-03240 (C.D. Cal. filed Apr. 30, 2015). Until very recently, Applicant was not aware of any activity in that case that was material to the patentability of the present claims. *See* Outside the Box Innovations, LLC v. Travel Caddy, Inc., 695 F.3d 1285 (Fed. Cir. 2012) (discussing the duty to disclose litigation under MPEP § 2001.06(c)). On January 5, 2016, however, Applicant was made aware of a challenge arising out of the litigation to the validity of the '920 and '038 patents on the basis of 35 U.S.C. § 101. On January 11, 2016, Applicant was made aware of Petitions for *Inter Partes* Review, filed with the USPTO, of the '920 and '038 patents ("the IPRs"). Based on those newly-raised challenges to the patentability and validity of the '920 and '038 patents, Applicant submits the attached

-1-

Application No.: 14/678,815                                    Docket No.: 082797-8001.US06
Transmittal of Quick Path Information Disclosure Statement

Information Disclosure Statement and requests consideration of certain newly-cited references pursuant to the Quick Path Information Disclosure Statement pilot program.

Applicant notes that the grounds of rejection found in the IPRs rely on combinations of references U.S. Patent No. 8,781,975 to Bennett et al. ("Bennett"), U.S. Patent No. 8,302,175 to Thoursie et al. ("Thoursie"), U.S. Patent Publication No. 2003/0221125 to Rolfe ("Rolfe") (now U.S. Patent No. 7,383,572), and U.S. Patent No. 6,934,858 to Woodhill ("Woodhill"). Thoursie, Rolfe, and Woodhill were previously disclosed by Applicant in an Information Disclosure Statement filed on July 17, 2015, and the present claims have already been found allowable over these references. As such, of the references relied upon in the IPRs, only Bennett has been newly-cited in the attached IDS.

Accordingly, and pursuant to 37 C.F.R. § 1.56, 1.97 and 1.98, the attention of the Patent and Trademark Office is hereby directed to the references listed on the attached PTO/SB/08.

This Quick Path Information Disclosure Statement is filed after payment of the Issue Fee in accordance with 37 CFR 1.97(e)(2) and accompanies a Certification and Request for Consideration of an Information Disclosure Statement Filed After Payment of the Issue Fee under the QPIDS Pilot Program and a conditional Request for Continued Examination (37 C.F.R. § 1.114).

I hereby certify, pursuant to 37 C.F.R. § 1.97(e)(2), that no item of information contained in this Information Disclosure Statement was cited in a communication from a foreign patent office in a counterpart foreign application and, to my knowledge after making reasonable inquiry, no item of information contained in this Information Disclosure Statement was known to any individual designated in 37 C.F.R. § 1.56(c) more than three months prior to the filing of this Information Disclosure Statement.

-2-

Application No.: 14/678,815                                                    Docket No.: 082797-8001.US06
Transmittal of Quick Path Information Disclosure Statement

In accordance with 37 C.F.R. § 1.98(a)(2)(ii), Applicant has not submitted copies of U.S. patents and U.S. patent applications. Applicant submits herewith copies of foreign patents and non-patent literature in accordance with 37 C.F.R. § 1.98(a)(2).

This Information Disclosure Statement is not to be construed as a representation that: (i) a search has been made; (ii) additional information that may be material to the examination of this application does not exist; (iii) the information, protocols, results and the like reported by third parties are accurate or enabling; or (iv) the cited information is, or is considered to be, material to patentability. In addition, applicant does not admit that any enclosed item of information constitutes prior art to the subject invention and specifically reserves the right to demonstrate that any such reference is not prior art.

It is submitted that the Information Disclosure Statement is in compliance with 37 C.F.R. § 1.98 and the Examiner is respectfully requested to consider the listed references.

Please charge any underpayment or credit any overpayment to our Deposit Account No. 50-0665 under Order No. 082797-8001.US06, from which the undersigned is authorized to draw.

Dated:  22 January 2016                          Respectfully submitted,


                                                 By  /Stephen Bishop/
                                                     Stephen Bishop
                                                     Registration No.: 38,829
                                                 Perkins Coie LLP
                                                 P.O. Box 1247
                                                 Seattle, WA 98111-1247
                                                 Phone: (206) 359-8000
                                                 Fax: (206) 359-7198
                                                 Attorneys for Applicant

-3-

129533670.2