1

**BAKER BOTTS L.L.P.**
Wayne O. Stacy (*pro hac vice*)
2  wayne.stacy@bakerbotts.com
2001 Ross Avenue
3  Dallas, TX  75201
Telephone: 214.953.6678
4  Facsimile:  214.661.4678

5  Sarah J. Guske (SBN 232467)
sarah.guske@bakerbotts.com
6  101 California St., Ste. 3070
San Francisco, CA 94111
7  Telephone: 415.291.6200
Facsimile: 415.291.6300
8
Christopher Scott Ponder (SBN 296546)
9  chris.ponder@bakerbotts.com
Jay Bayard Schiller (SBN 298747)
10  jay.schiller@bakerbotts.com
1001 Page Mill Road,
11  Building One, Suite 200
Palo Alto, CA 94304
12  Telephone: 650.739.7500
Facsimile:  650.739.7600
13
**COOLEY LLP**
14  Thomas J. Friel, Jr. (SBN 80065)
tfriel@cooley.com
15  Reuben H. Chen (SBN 228725)
rchen@cooley.com
16  Carrie J. Richey (SBN 270825)
crichey@cooley.com
17  3175 Hanover Street
Palo Alto, CA 94304-1130
18  Telephone: (650) 843-5000
Facsimile: (650) 849-7400
19
Attorneys for Defendant
20  TWILIO INC.

21

22                **UNITED STATES DISTRICT COURT**
                 **CENTRAL DISTRICT OF CALIFORNIA**
23

24

25

26

27

28

1     TELESIGN CORPORATION,       Case No. 2:16-CV-02106-PSG-SS

2              Plaintiff,      **MOTION FOR LEAVE TO**
**WITHDRAW AS COUNSEL**

3        vs.

4     TWILIO INC.,          Honorable Philip S. Gutierrez

5             Defendant.

6

7        Pursuant to Local Rule 83-2.3.2, Defendant Twilio Inc. ("Twilio") hereby

8  request permission to withdraw Thomas J. Friel, Jr. (SBN 80065), Reuben H.

9  Chen (SBN 228725), and Carrie J. Richey (SBN 270825) of Cooley LLP as

10  attorneys in the above referenced matter. Twilio is no longer being represented by

11  Cooley LLP.  Twilio is now being represented by the attorneys of Baker Botts

12  L.L.P.  Twilio will continue to be represented by Wayne O. Stacy of Baker Botts

13  L.L.P.  Twilio also requests that the attorneys from Cooley LLP be removed from

14  ECF notifications related to this case as well.  Notice has been given to all parties

15  who have appeared in the action.

16

17  Dated: December 5, 2016      Respectfully submitted,

18                    BAKER BOTTS L.L.P.

19                    */s/ Sarah Guske*

20                    Sarah Guske
                   Attorney for Defendant

21                    TWILIO INC.

22

23

24

25

26

27

28