1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

10

TELESIGN CORPORATION,

Case No. 2:16-CV-02106-PSG-SS

11
            Plaintiff,

12
vs.

[PROPOSED] ORDER GRANTING
THE MOTION FOR LEAVE TO
WITHDRAW AS COUNSEL

13
TWILIO INC.,

14
            Defendants.

Honorable Philip S. Gutierrez

15
16
17
18
19
20
21
22
23
24
25
26
27
28

The court having reviewed the Motion for Leave to Withdraw as Counsel for Defendant Twilio Inc., hereby orders:

- The Motion to Withdraw is GRANTED;
- The Clerk shall remove Thomas J. Friel, Jr. (SBN 80065), Reuben H. Chen (SBN 228725), and Carrie J. Richey (SBN 270825) of Cooley LLP from ECF Notifications on this matter.

IT IS SO ORDERED.

DATED: _____        _____

Honorable Philip S. Gutierrez
United States District Judge