E-FILED: 12/07/2016

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TELESIGN CORPORATION,<br><br>              Plaintiff,<br><br>vs.<br><br>TWILIO INC.,<br><br>              Defendants. | Case No. 2:16-CV-02106-PSG-SS<br><br>[~~PROPOSED~~] ORDER GRANTING THE MOTION FOR LEAVE TO WITHDRAW AS COUNSEL<br><br>Honorable Philip S. Gutierrez |

The court having reviewed the Motion for Leave to Withdraw as Counsel for Defendant Twilio Inc., hereby orders:

- The Motion to Withdraw is GRANTED;
- The Clerk shall remove Thomas J. Friel, Jr. (SBN 80065), Reuben H. Chen (SBN 228725), and Carrie J. Richey (SBN 270825) of Cooley LLP from ECF Notifications on this matter.

IT IS SO ORDERED.

DATED: ____12/07/16_____

# PHILIP S. GUTIERREZ

_____
Honorable Philip S. Gutierrez
United States District Judge