Gary Miller (*pro hac vice*)
SHOOK HARDY & BACON L.L.P.
111 S. Wacker Dr.
Chicago, IL 60606
(312) 704-7700
gmiller@shb.com

Jesse J. Camacho (*pro hac vice*)
Mary J. Peal (*pro hac vice*)
SHOOK HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
(816) 474-6550
jcamacho@shb.com
mpeal@shb.com

Tony M. Diab (SBN 277343)
Shook, Hardy & Bacon L.L.P.
Jamboree Center, 5 Park Plaza
Suite 1600
Irvine, CA 92614
Tel: (949) 475-1500
Fax: (949) 475-0016
tdiab@shb.com

Counsel for Plaintiff
TeleSign Corporation

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TELESIGN CORPORATION,<br><br>          Plaintiff,<br><br>v.<br><br>TWILIO, INC.,<br><br>          Defendant. | Case No. 2:16-2106-PSG-SS<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFF TELESIGN TO FILE THE PARTIES' RULE 26(f) REPORT** |

1  Plaintiff TeleSign and Defendant Twilio, by and through their respective
2  counsel, hereby stipulate and agree as follows:
3  WHEREAS, on February 7, 2017, the parties conducted their Rule 26
4  conference in this action;
5  WHEREAS the Case Management Conference in this action is scheduled for
6  March 17, 2017;
7  WHEREAS, the parties have exchanged drafts and continue to meet and confer
8  on the topics to be addressed in the parties' Rule 26(f) statement and would benefit
9  from additional time to prepare the report; and
10 WHEREAS the parties have agreed to extend the time for TeleSign to file the
11 parties' joint Rule 26(f) up until and including March 3, 2017, which is fourteen days
12 before the Case Management Conference in this action.
13 NOW, THEREFORE, THE PARTIES HEREBY AGREE AND STIPULATE
14 THAT the parties shall have up until and including March 3, 2017, to file the parties'
15 joint Rule 26(f) report including the parties' selection for alternative dispute
16 resolution. TeleSign will be responsible for filing.

Dated: February 22, 2017

Respectfully Submitted,

SHOOK HARDY & BACON L.L.P.

By:   /s/ *Tony M. Diab*
Tony M. Diab (SBN 277343)
Shook, Hardy & Bacon L.L.P.
Jamboree Center, 5 Park Plaza
Suite 1600
Irvine, CA 92614
Tel: (949) 475-1500
Fax: (949) 475-0016
tdiab@shb.com

Gary Miller (*pro hac vice*)
SHOOK HARDY & BACON L.L.P.
111 S. Wacker Dr.
Chicago, IL 60606
(312) 704-7700
gmiller@shb.com

| | |
|---|---|
| 1 | Jesse J. Camacho (*pro hac vice*) |
| 2 | Mary J. Peal (*pro hac vice*)<br>SHOOK HARDY & BACON L.L.P. |
| 3 | 2555 Grand Blvd.<br>Kansas City, MO 64108 |
| 4 | (816) 474-6550<br>jcamacho@shb.com |
| 5 | mpeal@shb.com |
| 6 | Attorneys for Plaintiff<br>TeleSign Corporation |

8  Dated:  February 22, 2017                BAKER BOTTS L.L.P.

By:  /s/ *Sarah J. Guske*
Wayne O. Stacy (*pro hac vice*)
wayne.stacy@bakerbotts.com
2001 Ross Avenue
Dallas, TX  75201
Telephone: 214.953.6678
Facsimile:  214.661.4678

Sarah J. Guske (SBN 232467)
sarah.guske@bakerbotts.com
J.B.Schiller (SBN 298747)
jay.schiller@bakerbotts.com
101 California St., Ste. 3070
San Francisco, CA 94111
Telephone: 415.291.6200
Facsimile: 415.291.6300

Attorneys for Plaintiff
TWILIO INC.

## ATTESTATION REGARDING SIGNATURES

I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 22, 2017           By: /s/ *Tony M. Diab*
                                        Tony M. Diab

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on all counsel of record who have consented to electronic service via the Court's CM/ECF system..

By: <u> /s/ *Tony M. Diab* </u><br>
Tony M. Diab