E-FILED 2/27/17

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TELESIGN CORPORATION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TWILIO, INC.,<br><br>　　　　Defendant. | Case No. 2:16-2106-PSG-SS<br><br>[~~PROPOSED~~] ORDER GRANTING EXTENSTION TO FILE RULE 26(f) REPORT |

　　This matter came before the Court pursuant to a stipulation filed by the parties, seeking an extension until March 3, 2017, fourteen days before the Case Management Conference, to file the parties' joint Rule 26(f) Report.

　　Accordingly, IT IS HEREBY ORDERED as follows:  The parties have until March 3, 2017 to file the joint Rule 26(f) Report with the Court.

**IT IS SO ORDERED.**

Dated: __2/27/17_____

__PHILIP S. GUTIERREZ_____
The Honorable Philip S. Gutierrez
U.S. District Court Judge