| | |
|---|---|
| Gary Miller (*pro hac vice*)<br>SHOOK, HARDY & BACON L.L.P.<br>111 S. Wacker Dr.<br>Chicago, IL 60606<br>Telephone: 312.704.7700<br><br>Jesse Camacho (*pro hac vice*)<br>Mary Jane Peal (*pro hac vice*)<br>SHOOK, HARDY & BACON L.L.P.<br>2555 Grand Blvd.<br>Kansas City, MO 64108<br>Telephone: 816.474.6550<br><br>Tony M. Diab (SBN 277343)<br>SHOOK, HARDY & BACON L.L.P.<br>5 Park Plaza, Suite 1600<br>Irvine, California 92614<br>Telephone: 949.475.1500<br><br>Attorneys for Plaintiff Telesign Corporation | Sarah J. Guske<br>Baker Botts LLP<br>101 California Street Suite 3600<br>San Francisco, CA 94111<br>Telephone: 415-291-6205<br><br>Wayne O. Stacy<br>Baker Botts LLP<br>2001 Ross Avenue<br>Dallas, TX 75201-2980<br>Telephone: 214-953-6678<br><br>J.B. Schiller<br>Baker Botts LLP<br>1001 Page Mill Road Building One Suite 200<br>Palo Alto, CA 94304<br>Telephone: 650-739-7536<br><br>Attorneys for Defendant Twilio Inc. |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TELESIGN CORPORATION,<br><br>                Plaintiff,<br><br>v.<br><br>TWILIO INC.<br><br>                Defendant. | CASE NUMBER<br><br>2:16-cv-02106-PSG-SS<br><br><br>**REQUEST:**<br>**ADR PROCEDURE SELECTION** |

      Pursuant to Civil L.R. 16-15, the parties request that the Court approve the following ADR procedure:

    ☐  **ADR PROCEDURE NO. 1 –** The parties shall appear before the ☐ district judge *or* ☐ magistrate judge assigned to the case for such settlement proceedings as the judge may conduct or direct.

    ☐  **ADR PROCEDURE NO. 2 –** The parties shall appear before a neutral selected from the Court's Mediation Panel for mediation.

    ☒  **ADR PROCEDURE NO. 3 –** The parties shall participate in a private dispute resolution proceeding.

Dated:     March 3, 2017            *Gary M. Miller*
                                    Attorney for Plaintiff Telesign Corporation

Dated:     March 3, 2017            *Jesse J. Camacho*
                                    Attorney for Plaintiff Telesign Corporation

Dated:     March 3, 2017            *Tony M. Diab*
                                    Attorney for Plaintiff Telesign Corporation

Dated:     March 3, 2017            *Mary J. Peal*
                                    Attorney for Plaintiff Telesign Corporation

Dated:     March 3, 2017            *Sarah J. Guske*
                                    Attorney for Defendant Twilio Inc.

Dated:     March 3, 2017            *Wanye O. Stacy*
                                    Attorney for Defendant Twilio Inc.

Dated:     March 3, 2017            *Jay B. Schiller*
                                    Attorney for Defendant Twilio Inc.