| | |
|---|---|
| Gary Miller (*pro hac vice*)<br>SHOOK HARDY & BACON L.L.P.<br>111 S. Wacker Dr.<br>Chicago, IL 60606<br>Tel: (312) 704-7700<br>Fax: (312) 558-1195<br>gmiller@shb.com | Sarah J. Guske<br>Baker Botts LLP<br>101 California Street Suite 3600<br>San Francisco, CA 94111<br>Tel: 415-291-6205<br>Fax: 415-291-6305<br>sarah.guske@bakerbotts.com |
| Jesse J. Camacho (*pro hac vice*)<br>Mary J. Peal (*pro hac vice*)<br>SHOOK HARDY & BACON L.L.P.<br>2555 Grand Blvd.<br>Kansas City, MO 64108<br>Tel: (816) 474-6550<br>Fax: (816) 421-5547<br>jcamacho@shb.com<br>mpeal@shb.com | Wayne O. Stacy<br>Baker Botts LLP<br>2001 Ross Avenue<br>Dallas, TX 75201-2980<br>Tel: 214-953-6678<br>Fax: 214-661-4678<br>wayne.stacy@bakerbotts.com |
| Tony M. Diab (SBN 277343)<br>Shook, Hardy & Bacon L.L.P.<br>Jamboree Center, 5 Park Plaza<br>Suite 1600<br>Irvine, CA 92614<br>Tel: (949) 475-1500<br>Fax: (949) 475-0016<br>tdiab@shb.com | J.B. Schiller<br>Baker Botts LLP<br>1001 Page Mill Road Building One<br>Suite 200<br>Palo Alto, CA 94304<br>Tel: 650-739-7536<br>Fax: 650-739-7636<br>jb.schiller@bakerbotts.com |
| Attorneys for Plaintiff<br>TeleSign Corporation | Attorneys for Defendant<br>Twilio Inc. |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TELESIGN CORPORATION,<br><br>        Plaintiff,<br><br>v.<br><br>TWILIO INC.,<br><br>        Defendant. | Case No. 2:16-cv-2106-PSG-SS<br><br>**STIPULATION FOR ENTRY OF ORDER RE: DISCOVERY OF ELECTRONICALLY STORED INFORMATION FOR PATENT LITIGATION**<br><br>Chief Magistrate Judge Segal |

Pursuant to L.R. 7-1, the parties stipulate to and submit the attached proposed ESI Order (Exhibit A) for the Court's consideration and entry in this case.

| | |
|---|---|
| Dated:  March 3, 2017 | By: */s/ Mary Jane Peal* |
| | Jesse Camacho (*pro hac vice*) (jcamacho@shb.com) <br> Gary Miller (*pro hac vice*) (gmiller@shb.com) <br> Mary Jane Peal (*pro hac vice*) (mpeal@shb.com) <br> Tony Diab (SBN 277343) (tdiab@shb.com) <br> SHOOK, HARDY & BACON L.L.P. <br> Jamboree Center <br> 5 Park Plaza, Suite 1600 <br> Irvine, California 92614 <br> Telephone:  949.475.1500 <br> Facsimile:   949.475.0016 |
| | Attorneys for Plaintiff <br> TELESIGN CORPORATION |
| Date:  March 3, 2017 | By: */s/ Sarah J. Guske* |
| | Sarah J. Guske (sarah.guske@bakerbotts.com) <br> Wayne O. Stacy (wayne.stacy@bakerbotts.com) <br> J.B. Schiller (jb.schiller@bakerbotts.com) <br> Baker Botts LLP <br> 101 California Street Suite 3600 <br> San Francisco, CA 94111 <br> Tel: 415-291-6205 <br> Fax: 415-291-6305 |
| | Attorneys for Defendant <br> TWILIO INC. |

1 **Attestation Regarding Signatures**

I, Mary Jane Peal, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: March 3, 2017           By:   /s/ *Mary Jane Peal*
                                         Mary Jane Peal