| | |
|---|---|
| 1 | **BAKER BOTTS L.L.P.** |
| 2 | Wayne O. Stacy (*pro hac vice*) |
|   | wayne.stacy@bakerbotts.com |
| 3 | 2001 Ross Avenue |
|   | Dallas, TX  75201 |
| 4 | Telephone: 214.953.6678 |
|   | Facsimile:  214.661.4678 |
| 5 | Sarah J. Guske (SBN 232467) |
|   | sarah.guske@bakerbotts.com |
| 6 | J.B. Schiller (SBN 298747) |
|   | jb.schiller@bakerbotts.com |
| 7 | 101 California St., Ste. 3070 |
|   | San Francisco, CA 94111 |
| 8 | Telephone: 415.291.6200 |
|   | Facsimile: 415.291.6300 |

Attorneys for Defendant
TWILIO INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TELESIGN CORPORATION, | Case No.  2:16-CV-02106-PSG-SS |
| Plaintiff, | **NOTICE OF ORDER GRANTING TWILIO'S *INTER PARTES* REVIEW OF THE ASSERTED PATENT** |
| vs. | |
| TWILIO INC., | |
| Defendant. | |

Today, the Patent Office issued its decision to institute proceedings on U.S. Patent No. 9,300,792, the asserted patent in this case.  Both independent claims and all but two of the dependent claims are now undergoing *inter partes* review—TeleSign also previously disclaimed six dependent claims.  The '792 patent is in the same patent family of the three asserted patents in *TeleSign Corp. v. Twilio*, Case No. 2:15-cv-03240-PSG-SS.  And the '792 patent contains substantial claim overlap and an identical specification with those patents.  The PTAB's Decision to Institute Proceedings on the asserted patent is submitted as Exhibit 1 for your review.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: March 8, 2017 | Respectfully submitted, |
| 3 | | |
| 4 | | BAKER BOTTS L.L.P. |
| 5 | | |
| 6 | | */s/ Wayne Stacy*<br>Wayne Stacy |
| 7 | | Attorney for Defendant<br>TWILIO INC. |