Gary Miller (*pro hac vice*)
(gmiller@shb.com)
Jesse Camacho (*pro hac vice*)
(jcamacho@shb.com)
Mary Jane Peal (*pro hac vice*)
(mpeal@shb.com)
Tony M. Diab (SBN 277343)
(tdiab@shb.com)
SHOOK, HARDY & BACON L.L.P.
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, California 92614
Telephone:  949.475.1500
Facsimile:   949.475.0016

Attorneys for Plaintiff
TELESIGN CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| TELESIGN CORPORATION,<br><br>  Plaintiff,<br><br>v.<br><br>TWILIO, INC.,<br><br>  Defendant. | Case No. 2:16-cv-02106-PSG-SS<br><br>**NOTICE OF ORDER DENYING TWILIO'S REQUEST FOR COVERED BUSINESS METHOD PATENT REVIEW OF THE '792 PATENT**<br><br>Honorable Philip S. Gutierrez |
|---|---|

Last week, the Patent Office issued its decision denying institution of Covered Business Method proceedings on U.S. Pat. No. 9,300,792, the asserted patent in this case. The '792 patent is in the same patent family of the three asserted patents in *TeleSign Corp. v. Twilio*, Case No. 2:15-cv-03240-PSG-SS. The PTAB's Decision denying Twilio's request to institute proceedings on the asserted patent is submitted as Exhibit 1. The PTAB's decision is not appealable to the Federal Circuit.[1]

---

[1] *Cuozzo Speed Techs., LLC v. Lee*, 136 S. Ct. 2131, 2154 (U.S. 2016) ("CBM review…which [is] subject to a 'no appeal' provision virtually identical to

| | | |
|---|---|---|
| 1 | Dated:   March 9, 2017 | Signed:*/s/  Mary Jane Peal* |
| 2 | | Gary Miller |
| | | (gmiller@shb.com) |
| 3 | | Shook, Hardy & Bacon L.L.P. |
| 4 | | 111 S. Wacker Dr. |
| | | Chicago, IL 60606 |
| 5 | | Telephone:  312.704.7700 |
| 6 | | Facsimile:  312.558.1195 |
| 7 | | Jesse Camacho |
| 8 | | (jcamacho@shb.com) |
| | | Mary Jane Peal |
| 9 | | (mpeal@shb.com) |
| 10 | | Shook, Hardy & Bacon L.L.P. |
| | | 2555 Grand Blvd. |
| 11 | | Kansas City, MO 64108 |
| 12 | | Telephone:  816.474.6550 |
| | | Facsimile:  816.421.5547 |
| 13 | | |
| 14 | | Tony M. Diab |
| | | (tdiab@shb.com) |
| 15 | | Shook, Hardy & Bacon L.L.P. |
| 16 | | Jamboree Center |
| | | 5 Park Plaza, Suite 1600 |
| 17 | | Irvine, California 92614 |
| 18 | | Telephone:  949.475.1500 |
| | | Facsimile:   949.475.0016 |
| 19 | | |
| 20 | | Attorneys for Plaintiff |
| | | TELESIGN CORPORATION |

§314(d).  See §324(e) ('The determination by the Director whether to institute a post-grant review under this section shall be final and nonappealable'); see AIA §18(a)(1), 125 Stat. 329, note following 35 U.S.C. §321, p. 1442 (CBM review generally 'shall be regarded as, and shall employ the standards and procedures of, a post-grant review').").