1 | **BAKER BOTTS L.L.P.**
Wayne O. Stacy (*pro hac vice*)
wayne.stacy@bakerbotts.com
2001 Ross Avenue
Dallas, TX 75201
Telephone: 214.953.6678
Facsimile: 214.661.4678

Sarah J. Guske (SBN 232467)
sarah.guske@bakerbotts.com
J.B. Schiller (SBN 298747)
jb.schiller@bakerbotts.com
101 California St., Ste. 3600
San Francisco, CA 94111
Telephone: 415.291.6200
Facsimile: 415.291.6300

Attorneys for Defendant
TWILIO INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| TELESIGN CORPORATION,<br><br>          Plaintiff,<br><br>vs.<br><br>TWILIO INC.,<br><br>          Defendant. | Case No. 2:16-CV-02106-PSG-SS<br><br>**DECLARATION OF JAY B. SCHILLER IN SUPPORT OF TWILIO INC.'S MOTION TO CONSOLIDATE AND STAY RELATED CASES**<br><br>Honorable Judge Philip S. Gutierrez<br>Hearing Date: May 15, 2017<br>Hearing Time: 1:30 pm<br>Courtroom: 6A |

I, Jay B. Schiller, hereby state as follows:

1. I am an attorney at the law firm of Baker Botts L.L.P., counsel of record for Defendant Twilio, Inc. I am over the age of 18 and have never been convicted of a felony. I have personal knowledge of the matters stated herein and, if called as witness, I could and would testify competently thereto.

2. Attached as Exhibit A is a true and correct copy of an email from Gary M. Miller to Wayne Stacy regarding TeleSign v Twilio II, dated March 2, 2017.

3. Attached as Exhibit B is a true and correct copy of *Twilio Inc. v. TeleSign Corp*, IPR2016-00360, Paper 28, PTAB Dkt. 24, filed September 21, 2016.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 15, 2017         */s/ Jay B. Schiller*
                                              Jay B. Schiller

DECLARATION OF JAY B. SCHILLER ISO
TWILIO INC.'S MOTION TO CONSOLIDATE &         1         CASE NO. 2:16-CV-02106-PSG-SS
STAY RELATED CASES