1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**BAKER BOTTS L.L.P.**
Wayne O. Stacy (*pro hac vice*)
wayne.stacy@bakerbotts.com
2001 Ross Avenue
Dallas, TX 75201
Telephone: 214.953.6678
Facsimile: 214.661.4678

Sarah J. Guske (SBN 232467)
sarah.guske@bakerbotts.com
J.B. Schiller (SBN 298747)
jb.schiller@bakerbotts.com
101 California St., Ste. 3600
San Francisco, CA 94111
Telephone: 415.291.6200
Facsimile: 415.291.6300

Attorneys for Defendant
TWILIO INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TELESIGN CORPORATION,<br><br>                Plaintiff,<br><br>        vs.<br><br>TWILIO INC.,<br><br>                Defendant. | Case No.  2:16-CV-02106-PSG-SS<br><br>**[PROPOSED] ORDER GRANTING THE DEFENDANT'S MOTION TO CONSOLIDATE AND STAY RELATED CASES**<br><br>Honorable Judge Philip S.  Gutierrez<br>Hearing Date: May 15, 2017<br>Hearing Time: 1:30 pm<br>Courtroom: 6A |

1    The court having reviewed the Motion to Consolidate and Stay Related

2  Cases for Defendant Twilio Inc., hereby orders:

3  •    The Motion to Consolidate and Stay Related Cases is GRANTED;

4

5    IT IS SO ORDERED.

6

7

8  DATED: _____    _____

9                                                Honorable Philip S. Gutierrez
                                                  United States District Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28