1  **BAKER BOTTS L.L.P.**
   Wayne O. Stacy (*pro hac vice*)
2  wayne.stacy@bakerbotts.com
   2001 Ross Avenue
3  Dallas, TX 75201
   Telephone: 214.953.6678
4  Facsimile: 214.661.4678

5  Sarah J. Guske (SBN 232467)
   sarah.guske@bakerbotts.com
6  J.B. Schiller (SBN 298747)
   jb.schiller@bakerbotts.com
7  101 California St., Ste. 3600
   San Francisco, CA 94111
8  Telephone: 415.291.6200
   Facsimile: 415.291.6300

9
   Attorneys for Defendant
10 TWILIO INC.

11          **UNITED STATES DISTRICT COURT**

12          **CENTRAL DISTRICT OF CALIFORNIA**

13

14 TELESIGN CORPORATION,          Case No. 2:16-CV-02106-PSG-SS

15                Plaintiff,       **DECLARATION OF JAY B.**
                                   **SCHILLER IN SUPPORT OF**
16        vs.                      **TWILIO INC.'S MOTION TO**
                                   **CONSOLIDATE AND STAY**
17 TWILIO INC.,                    **RELATED CASES**

18                Defendant.       Honorable Judge Philip S. Gutierrez
                                   Hearing Date: May 22, 2017
19                                 Hearing Time: 1:30 pm
                                   Courtroom: 6A
20

21

22

23

24

25

26

27

28

DECLARATION OF JAY B. SCHILLER ISO
TWILIO INC.'S MOTION TO CONSOLIDATE &          CASE NO. 2:16-CV-02106-PSG-SS
STAY RELATED CASES

I, Jay B. Schiller, hereby state as follows:

1.      I am an attorney at the law firm of Baker Botts L.L.P., counsel of record for Defendant Twilio, Inc. I am over the age of 18 and have never been convicted of a felony. I have personal knowledge of the matters stated herein and, if called as witness, I could and would testify competently thereto.

2.      Attached as Exhibit A is a true and correct copy of an email from Gary M. Miller to Wayne Stacy regarding TeleSign v Twilio II, dated March 2, 2017.

3.      Attached as Exhibit B is a true and correct copy of *Twilio Inc. v. TeleSign Corp*, IPR2016-00360, Paper 28, PTAB Dkt. 24, filed September 21, 2016.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 17, 2017            */s/ Jay B. Schiller*
                                                    Jay B. Schiller

DECLARATION OF JAY B. SCHILLER ISO
TWILIO INC.'S MOTION TO CONSOLIDATE &                    1                    CASE NO.  2:16-CV-02106-PSG-SS
STAY RELATED CASES