1
2
3
4

**BAKER BOTTS L.L.P.**
Wayne O. Stacy (*pro hac vice*)
wayne.stacy@bakerbotts.com
2001 Ross Avenue
Dallas, TX  75201
Telephone: 214.953.6678
Facsimile:  214.661.4678

5
6
7
8

Sarah J. Guske (SBN 232467)
sarah.guske@bakerbotts.com
J.B. Schiller (SBN 298747)
jb.schiller@bakerbotts.com
101 California St., Ste. 3600
San Francisco, CA 94111
Telephone: 415.291.6200
Facsimile: 415.291.6300

9
10

Attorneys for Defendant
TWILIO INC.

11

**UNITED STATES DISTRICT COURT**

12

**CENTRAL DISTRICT OF CALIFORNIA**

13

14
15
16
17
18
19
20

TELESIGN CORPORATION,

                    Plaintiff,

        vs.

TWILIO INC.,

                    Defendant.

Case No.  2:16-CV-02106-PSG-SS

**[PROPOSED] ORDER GRANTING THE DEFENDANT'S MOTION TO CONSOLIDATE AND STAY RELATED CASES**

Honorable Judge Philip S.  Gutierrez
Hearing Date: May 22, 2017
Hearing Time: 1:30 pm
Courtroom: 6A

21
22
23
24
25
26
27
28

1       The court having reviewed the Motion to Consolidate and Stay Related

2   Cases for Defendant Twilio Inc., hereby orders:

3   •       The Motion to Consolidate and Stay Related Cases is GRANTED;

4

5       IT IS SO ORDERED.

6

7

8   DATED: _____        _____

9                                       Honorable Philip S. Gutierrez
                                        United States District Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28