UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-2106 PSG (Ssx) | Date | March 20, 2017 |
|---|---|---|---|
| Title | TELESIGN CORPORATION VS. TWILIO, INC. | | |

| Present: The Honorable | **PHILLIP S. GUTIERREZ, UNITED STATES DISTRICT JUDGE** | |
|---|---|---|
| A. Bridges | Marea Woolrich | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Tony Diab | Sarah Guske |

**Proceedings:**     **SCHEDULING CONFERENCE**

Case called. Counsel makes appearances. Court and counsel discuss case. The Court having heard from counsel, continues the matter to **May 22, 2017 at 1:30 p.m.** All discovery matters are hereby **STAYED** pending the ruling on consolidation. Counsel to e-file a joint report 1 week prior to the scheduled hearing date, as discussed in open Court.

**IT IS SO ORDERED.**

|  | : | 07 |
|---|---|---|
|  | Initials of Preparer | AB for WH |