UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TELESIGN CORPORATION,<br><br>           Plaintiff,<br><br>v.<br><br>TWILIO, INC.,<br><br>           Defendant. | Case No. 2:16-cv-02106-PSG-SS<br>Honorable Philip S. Gutierrez<br><br>**[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL** |

Before the Court is the Application of plaintiff Telesign Corporation to file under seal (1) Peal Declaration Exhibits C, D, E, and F; (2) Peal Declaration Exhibits H, I and K (the "Exhibits"); and (3) the unredacted Opposition to defendant Twilio, Inc.'s Motion to Stay Case, a redacted version of which was filed on May 1, 2017. The documents are attached as Exhibits to Telesign Corporation's Application to Seal. After considering the Application of Telesign Corporation to file documents under seal, **IT IS HEREBY ORDERED** that the Exhibits and unredacted Opposition to Twilio's Motion to Stay Case be filed under seal.  Neither this Order nor the Application itself has be sealed.

Dated:_____

_____
Hon. Philip S. Gutierrez
United States District Court Judge

[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL

404155 V1