*UNREDACTED VERSION TO BE FILED UNDER SEAL*

Gary Miller (*pro hac vice*)
(gmiller@shb.com)
Jesse Camacho (*pro hac vice*)
(jcamacho@shb.com)
Mary Jane Peal (*pro hac vice*)
(mpeal@shb.com)
Tony M. Diab (SBN 277343)
(tdiab@shb.com)
SHOOK, HARDY & BACON L.L.P.
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, California 92614
Telephone:  949.475.1500
Facsimile:   949.475.0016

Attorneys for Plaintiff
TELESIGN CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TELESIGN CORPORATION, | Case No. 2:16-cv-02106-PSG-SS |
| PLAINTIFF, | **PEAL DECLARATION IN SUPPORT OF TELESIGN'S OPPOSITION TO TWILIO'S MOTION TO STAY CASE** |
| v. | |
| TWILIO, INC., | Honorable Philip S. Gutierrez |
| DEFENDANT. | |

I, Mary J. Peal, declare:

1. I am an attorney at the law firm Shook, Hardy & Bacon LLP and counsel for TeleSign.

2. Exhibit A is a true and correct copy of the Transcript of Proceedings Before the Honorable Lucy H. Koh on March 1, 2017 (Case Management Conference) in Twilio Inc. v. TeleSign Corp., Case No. 5:16-cv-06925-LHK.

**UNREDACTED VERSION TO BE FILED UNDER SEAL**

3. Exhibit B is a true and correct copy of the webpage at http://documents.jdsupra.com/d45663ef-f889-4e82-9e56-5e6663cda4f2.pdf, last accessed April 30, 2017.

4. Exhibit C is a true and correct copy of TW00011610-12, produced by Twilio.

5. Exhibit D is a true and correct copy of TW00015140-42, produced by Twilio.

6. Exhibit E is a true and correct copy of TW00015165-67, produced by Twilio.

7. Exhibit F is a true and correct copy of TW00015217-19, produced by Twilio.

8. Exhibit G is a true and correct copy of the webpage at https://customers.twilio.com/1386/epicnpc/, last accessed on April 30, 2017.

9. Exhibit H is a true and correct copy of an email thread between TeleSign and ▮▮▮.

10. Exhibit I is a true and correct copy of an email thread between TeleSign and ▮▮▮.

11. Exhibit J is a true and correct copy of the webpage at https://www.twilio.com/verification, last accessed on April 30, 2017.

Exhibit K is a true and correct copy of an email thread between TeleSign and ▮▮▮.

I declare under penalty of perjury that the statements above are true to the best of my knowledge, information and belief. If called upon to testify I could and would testify.

Executed on May 1, 2017.

*/s/ Mary Jane Peal*
Mary Jane Peal