LODGED CONDITIONALLY UNDER SEAL

# EXHIBIT C