LODGED CONDITIONALLY UNDER SEAL

EXHIBIT D