LODGED CONDITIONALLY UNDER SEAL

EXHIBIT E