LODGED CONDITIONALLY UNDER SEAL

EXHIBIT F