LODGED CONDITIONALLY UNDER SEAL


EXHIBIT H