# EXHIBIT J

THE DEVELOPER CONFERENCE *by* TWILIO

30% OFF FULL PRICE

$695 UNTIL 4/30

LOG IN    SIGN UP    MENU & PRODUCTS

Verification

Overview

# Verification

Reduce risk of fraud by validating it's real humans who are creating accounts.

PHONE VERIFICATION    SOC2 COMPLIANT    FAST IMPLEMENTATION

Pay-as-you-go with no upfront costs

As little as pennies per verification

View Verification Pricing

WITH AUTHY VERIFICATION

# MERCADO LIBRE IS ABLE TO REDUCE FRAUDULENT ACCOUNTS





## PHONE VERIFICATION

Using email address verification for user signup can result in a mass of fake and fraudulent accounts, especially today with widely available lists of stolen accounts. Instead verify user's phone number and gain confidence the account is for a real person. Our API allows you to very quickly implement verification into your app without the worry of how to deliver SMS and voice calls to over 205 countries.

"

DIESEL PELTZ
FOUNDER AND CEO

# SOC2 COMPLIANT

The Authy service is SOC2 compliant for security, as audited by the American Institute of CPAs. An SOC2 audit is a rigorous process that validates our API is protected against unauthorized access, use, or modification. Contact us for a copy of the report.

## Verified

Confirm a user has a device in their possession and owns a phone number, reducing fraudulent accounts and customer sign up delays.

## Global

Deliver one time passcodes via SMS and voice, anywhere in the world straight from our cloud API.

## Configurable

Insert your own branding and messages into the verification messages, more flexibility for your business needs.

View Verification features

# FAST IMPLEMENTATION

No SMS and telephony know-how is required.

## Developer's Dream

Our out-of-the-box API is built for scale & speed. Get running in half a sprint using only a few API calls. And we manage the infrastructure for you!

Go to API

## How-To Documentation

Get in-depth information about built-in functionality, authentication parameters, response formats, user self-help, and common troubleshooting.

Go to Docs

## Step-by-Step Tutorials

APIs typically provide a lot of information, but not a lot of context. These tutorials will help you get the most from your experience developing with Authy.

Go to Tutorials

View Verification features

# NEXT UP: SEE ALL FEATURES ›

## THE TWILIO ADVANTAGE



### Communicate reliably

Experience a 99.95% uptime SLA made possible with automated failover and zero-maintenance windows.



## Operate at scale

Extend the same app you write once to new markets with configurable features for localization and compliance.



## Many channels

Use the same platform you know for voice, messaging, video, chat, two-factor authentication, and more.



## No shenanigans

Get to market faster with pay-as-you-go pricing, free support, and the freedom to scale up or down without contracts.

Ex. J - p. 096

Sign up and start building

Not ready yet? Talk to sales

TWILIO AUTHENTICATION

Two-factor Authentication

Verification

API AND DOCS

Tutorials

Reference Docs

Helper Libraries

ON THE BLOG

Building a Simple SMS Message Application with Twilio and Django

Add SMS to your Web App (with 4 lines of code)

Send Daily SMS Reminders Using Firebase, Node.js and Twilio

Add Twilio Messaging to your Rails App

TOP SMS FAQS

How do I change the sender ID?

How do I enable and use SMS messaging on my toll-free phone number?

What is Messaging Copilot and how does it work?

How do I customize HELP/STOP messages?

Ex. J - p. 097

ABOUT TWILIO

LEGAL

PRIVACY

TWILIO.ORG

PRESS & MEDIA

INVESTORS

JOBS

COPYRIGHT © 2017 TWILIO, INC.
ALL RIGHTS RESERVED.