1  Gary Miller (*pro hac vice*)
   (gmiller@shb.com)
2  Jesse Camacho (*pro hac vice*)
   (jcamacho@shb.com)
3  Mary Jane Peal (*pro hac vice*)
   (mpeal@shb.com)
4  Janet L. Hickson (SBN 198849)
   (jhickson@shb.com)
5  Tony M. Diab (SBN 277343)
   (tdiab@shb.com)
6  SHOOK, HARDY & BACON L.L.P.
   Jamboree Center
7  5 Park Plaza, Suite 1600
   Irvine, California 92614
8  Telephone:  949.475.1500
   Facsimile:   949.475.0016

   Attorneys for Plaintiff
10 TELESIGN CORPORATION

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| TELESIGN CORPORATION, | ) Case No. 2:16-cv-02106-PSG-SS |
|---|---|
| Plaintiff, | ) |
| v. | ) **NOTICE OF WITHDRAWAL OF DOCKET ENTRY NUMBER 69** |
| TWILIO, INC., | ) |
| Defendant. | ) Honorable Philip S. Gutierrez |

PLEASE TAKE NOTICE that plaintiff TeleSign Corporation hereby withdraws Docket Entry Number 69, which contained TeleSign's unredacted Opposition to Motion to Stay and related Exhibits, lodged under Seal on May 1, 2017.  That submission contained two errors, one in the manner in which the unredacted Opposition was printed, and one in the filing event selected on the Court's CM/ECF system.  A corrected submission will be lodged forthwith.

NOTICE OF WITHDRAWAL

Dated: May 1, 2017                Signed:*/s/ Tony M. Diab*

Tony M. Diab
(tdiab@shb.com)
Shook, Hardy & Bacon L.L.P.
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, California 92614
Telephone: 949.475.1500
Facsimile: 949.475.0016

Attorneys for Plaintiff
TELESIGN CORPORATION

NOTICE OF WITHDRAWAL