1  Gary Miller (*pro hac vice*)
   (gmiller@shb.com)
2  Jesse Camacho (*pro hac vice*)
   (jcamacho@shb.com)
3  Mary Jane Peal (*pro hac vice*)
   (mpeal@shb.com)
4  Janet L. Hickson (SBN 198849)
   (jhickson@shb.com)
5  Tony M. Diab (SBN 277343)
   (tdiab@shb.com)
6  SHOOK, HARDY & BACON L.L.P.
   Jamboree Center
7  5 Park Plaza, Suite 1600
   Irvine, California 92614
8  Telephone:  949.475.1500
   Facsimile:  949.475.0016
9

10 Attorneys for Plaintiff
   TELESIGN CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| TELESIGN CORPORATION, | ) Case No. 2:16-cv-02106-PSG-SS |
|---|---|
| Plaintiff, | ) **CERTIFICATE OF SERVICE** |
| v. | ) |
| TWILIO, INC., | ) |
| Defendant. | ) Honorable Philip S. Gutierrez |

I, Tony Diab, certify and declare as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is Jamboree Center, 5 Park Plaza, Suite 1600, Irvine, California, 92614-2546, which is located in the city, county and state where the service of the documents described below took place.

1  3. On May 1, 2017, I caused to be served by email pursuant to stipulation a copy of:

- Unredacted and Redacted Opposition to Twilio's Motion to Stay Case;
- Unredacted Declaration of Mary J. Peal in Support of Opposition to Twilio's Motion to Stay Case;
- Exhibit A to Declaration of Mary J. Peal;
- Exhibit B to Declaration of Mary J. Peal;
- Exhibit G to Declaration of Mary J. Peal;
- Exhibit J to Declaration of Mary J. Peal;
- Application to File Under Seal;
- Unredacted Declaration of Mary J. Peal in Support of Telesign's Application to File Under Seal;
- Unredacted and Redacted Exhibit C to Declaration of Mary J. Peal;
- Unredacted and Redacted Exhibit D to Declaration of Mary J. Peal;
- Unredacted and Redacted Exhibit E to Declaration of Mary J. Peal;
- Unredacted and Redacted Exhibit F to Declaration of Mary J. Peal;
- Unredacted and Redacted Exhibit H to Declaration of Mary J. Peal;
- Unredacted and Redacted Exhibit I to Declaration of Mary J. Peal;
- Unredacted and Redacted Exhibit K to Declaration of Mary J. Peal

4. On May 2, 2017, I caused to be served by email pursuant to stipulation a copy of:

- Unredacted Declaration of Mary J. Peal in Support of Telesign's Application to File Under Seal;
- Unredacted Opposition to Twilio's Motion to Stay Case;
- Unredacted Declaration of Mary J. Peal in Support of Opposition to Twilio's Motion to Stay Case;
- Exhibit A to Declaration of Mary J. Peal;

2

| | |
|---|---|
| 1 | -Exhibit B to Declaration of Mary J. Peal; |
| 2 | -Unredacted Exhibit C to Declaration of Mary J. Peal; |
| 3 | -Unredacted Exhibit D to Declaration of Mary J. Peal; |
| 4 | -Unredacted Exhibit E to Declaration of Mary J. Peal; |
| 5 | -Unredacted Exhibit F to Declaration of Mary J. Peal; |
| 6 | -Exhibit G to Declaration of Mary J. Peal; |
| 7 | -Unredacted Exhibit H to Declaration of Mary J. Peal; |
| 8 | -Unredacted Exhibit I to Declaration of Mary J. Peal; |
| 9 | -Exhibit J to Declaration of Mary J. Peal; |
| 10 | -Unredacted Exhibit K to Declaration of Mary J. Peal |

These documents are deemed served on the date they were emailed to the parties listed below.

Christopher Scott Ponder
chris.ponder@bakerbotts.com
Jay B. Schiller
jay.schiller@bakerbotts.com
Wayne O. Stacy
wayne.stacy@bakerbotts.com
Sarah J. Guske
sarah.guske@bakerbotts.com
BAKER BOTTS LLP
Building One
1001 Page Mill Road, Suite 200
Palo Alto, CA  94304

Tel:  650-739-7500

**Attorneys for Defendant**

3

CERTIFICATE OF SERVICE

404166 V1

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Dated: May 2, 2017                               SHOOK HARDY & BACON L.L.P.


                                        By: _____/s/ *Tony M. Diab*_____
                                                   Tony M. Diab
                                                Attorneys for Plaintiff
                                                Telesign Corporation

4

404166 V1