E-FILED
MAY 11 2017
Document # _____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| TELESIGN CORPORATION | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 16-2106 PSG (SSx) |
| v. | |
| TWILIO, INC. | **ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)** |
| DEFENDANT(S). | |

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Court's Local Rules, General Orders, and/or Case Management Order, as indicated:

| Date Filed | Doc. No. | Title of Document |
|---|---|---|
| 5/5/17 & 5/6/17 | 76-81, 82 | Renewed Application to file docs unredacted, etc. |
| 5/8/17 & 5/9/17 & 5/10/17 | 83-87, 88-89, & 90 | Application to file document Exh A, etc. |

- ☐ Document submitted in the wrong case
- ☐ Incorrect document is attached to the docket entry
- ☐ Document linked incorrectly to the wrong document/docket entry
- ☐ Incorrect event selected. Correct event is _____
- ☐ Case number is incorrect or missing
- ☐ Hearing information is missing, incorrect, or not timely
- ☐ Local Rule 7.1-1 No Certification of Interested Parties and/or no copies
- ☐ Case is closed
- ☐ Proposed Document was not submitted as separate attachment
- ☐ Title page is missing
- ☐ Local Rule 56-1 Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2 Statement of genuine disputes of material fact lacking
- ☐ Local Rule 7-19.1 Notice to other parties of ex parte application lacking
- ☐ Local Rule 11-6 Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8 Memorandum/brief exceeding 10 pages shall contain table of contents
- ☑ Other: Counsel to adhere to the rules and procedures of the Court when e-filing sealed documents. Please review Local Rule 79-5.2 and familiarize yourself with the Court's guide to electronically filing under seal documents in civil cases. Document text and document must match.

Dated: 5/11/17

By: _____
U.S. District Judge / ~~U.S. Magistrate Judge~~

cc: Assigned District and/or Magistrate Judge

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

G-106 (6/12)   ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)