1  Tony M. Diab (SBN 277343)
   Gary Miller (*pro hac vice*)
2  Jesse J. Camacho (*pro hac vice*)
   Mary J. Peal (*pro hac vice*)
3  Shook, Hardy & Bacon L.L.P.
   Jamboree Center, 5 Park Plaza
4  Suite 1600
   Irvine, CA 92614
5  Tel: (949) 475-1500
   Fax: (949) 475-0016
6  tdiab@shb.com
   gmiller@shb.com
7  jcamacho@shb.com
   mpeal@shb.com

8  Attorneys for Plaintiff
9  TeleSign Corporation

10 Sarah J. Guske
   Baker Botts LLP
11 101 California Street Suite 3600
   San Francisco, CA 94111
12 Tel: 415-291-6205
   Fax: 415-291-6305
13 sarah.guske@bakerbotts.com

14 Wayne O. Stacy
   Baker Botts LLP
15 2001 Ross Avenue
   Dallas, TX 75201-2980
16 Tel: 214-953-6678
   Fax: 214-661-4678
17 wayne.stacy@bakerbotts.com

J.B. Schiller
Baker Botts LLP
1001 Page Mill Road Building One
Suite 200
Palo Alto, CA 94304
Tel: 650-739-7536
Fax: 650-739-7636
jb.schiller@bakerbotts.com

Attorneys for Defendant
Twilio Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TELESIGN CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> TWILIO INC., <br><br> Defendant. | Case No. 2:16-cv-2106-PSG-SS <br><br> **JOINT STATUS REPORT** <br><br> Date: May 22, 2017 <br> Time: 1:30 p.m. <br> Crtm: 6A, 6th Floor <br><br> Honorable Judge Philip S. Gutierrez |

JOINT STATUS REPORT

7352887 V1
406953 V1

Pursuant to the Court's Order (ECF No. 66), the parties submit this Joint Status Report one week before the hearing on May 22, 2017.

I. **Parties' Statements Regarding Consolidated Cases Moving Forward**

<u>By TeleSign</u>:  TeleSign agrees that the two cases it filed against Twilio in this Court should be consolidated and tried together.[1]  TeleSign does not agree, however, that all work on both cases should remain at a standstill.  Because the vast majority of TeleSign's patent claims will be litigated *regardless* of any further PTAB decisions, discovery should move forward now to avoid unnecessary delay.

The first of these cases was filed over two years ago (*TeleSign I*), and the second over a one year ago (*TeleSign II*).  The PTAB will complete its review of all but **four** out of 84 claims at-issue next month.[2]  As for these last four, the PTAB will interpret the claims under a different standard than will be applied in this proceeding.

For these reasons and those set forth in TeleSign's opposition to Twilio's motion to stay, TeleSign proposes the Court:

(1) consolidate the two cases;

(2) lift the stay in *TeleSign I*;

(3) order to the parties to meet and confer and present a joint status report on a schedule for discovery, infringement and invalidity contentions, and exchanging claim terms and constructions within 10 days; and

(4) set a further case management conference to address that schedule.

<u>By Twilio</u>:  Twilio's position regarding consolidation and stay of the related cases is fully briefed in Twilio's Motion to Consolidate and Stay (Dkt. 65) and Twilio's Reply (Dkt. 87).  Twilio proposes the following schedule:

- *TeleSign Corp. v. Twilio*, Case No. 2:15-cv-03240-PSG-SS ("*TeleSign I*") is currently stayed pending the completion of the '034 IPR—a final written

---

[1] *TeleSign Corp. v. Twilio Inc.*, No. 2:2015-cv-03240-PSG-SS (C.D. Cal.) (*TeleSign I*) and *TeleSign Corp. v. Twilio Inc.*, No. 2:16-cv-02106-PSG-SS (C.D. Cal.) (*TeleSign II*).

[2] June 28, 2017, one year from the Institution Decision.  *See* 37 C.F.R. § 42.100(c).

decision is expected by June 2017.  The Court has already ruled on this issue twice now.  (*See TeleSign I*, Dkt. 124 (Order Staying Case Pending Conclusion of All IPR Proceedings); *see also TeleSign I*, Dkt. 141 (Order Denying TeleSign's Application to Reopen Case).)  The '792 IPR will be completed just 8 months after the '034 IPR.

- Twilio proposes that, upon consolidation, the stay remain in place an additional 8 months (10 months from now) pending completion of the '792 IPR, and recommends during the remaining pendency of the IPR that the parties provide status updates every 90 days for the purposes of keeping the Court informed on the matters.

-  Twilio disagrees with TeleSign's characterization of claims in front of the PTAB—this issue is fully briefed in Twilio's Motion Stay.  (Dkt. 65 and 87.)  The '034 and '792 IPR will (and already have) substantially narrow the issues of this ***entire*** case. Twilio recommends waiting until the completion of all IPR proceedings (*See TeleSign I,* Dkt 124) before issuing a scheduling order.   Upon completion of the IPRs, and once the issues have been narrowed, the Court and the parties will be in a better position to determine a case schedule for the remaining issues, if any.

| | | |
|---|---|---|
| 1 | Dated: May 15, 2017 | By: */s/ Tony M. Diab* |
| 2 | | Jesse Camacho (*pro hac vice*) |
| | | (jcamacho@shb.com) |
| 3 | | Gary Miller (*pro hac vice*) |
| | | (gmiller@shb.com) |
| 4 | | Mary Jane Peal (*pro hac vice*) |
| | | (mpeal@shb.com) |
| 5 | | Tony Diab (SBN 277343) |
| | | (tdiab@shb.com) |
| 6 | | SHOOK, HARDY & BACON L.L.P. |
| | | Jamboree Center |
| 7 | | 5 Park Plaza, Suite 1600 |
| | | Irvine, California 92614 |
| 8 | | Telephone: 949.475.1500 |
| | | Facsimile: 949.475.0016 |
| 9 | | |
| 10 | | Attorneys for Plaintiff |
| | | TELESIGN CORPORATION |
| 11 | | |
| 12 | Date: May 15, 2017 | By: */s/ Sarah J. Guske* |
| 13 | | Sarah J. Guske |
| | | (sarah.guske@bakerbotts.com) |
| 14 | | Wayne O. Stacy |
| | | (wayne.stacy@bakerbotts.com) |
| 15 | | J.B. Schiller |
| | | (jb.schiller@bakerbotts.com) |
| 16 | | Baker Botts LLP |
| | | 101 California Street Suite 3600 |
| 17 | | San Francisco, CA 94111 |
| | | Tel: 415-291-6205 |
| 18 | | Fax: 415-291-6305 |
| 19 | | Attorneys for Defendant |
| 20 | | TWILIO INC. |

**Attestation Regarding Signatures**

I, Tony M. Diab, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: May 15, 2017            By: _/s/ Tony M. Diab_
                                    Tony M. Diab